Fill in this information to identify your case:

Debtor Name **CTL-Aerospace, Inc.**

United States Bankruptcy Court for the: **Southern District of Ohio**

Case number (*If known*): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GE Aviation<br>1 Aviation Way<br>Cincinnati, OH 45215 | GE Aviation<br>() -<br>kevin.m.grubb@geaerospace.com | | | | | $4,500,000.00 |
| 2 | Kawasaki Heavy Industries<br>60 East 42nd Street Suite 2001<br>New York, NY 10165 | Kawasaki Heavy Industries<br>() -<br>ogino_ryo@global.kawasaki.com | | | | | $2,284,000.00 |
| 3 | Composites One LLC<br>955 National Parkway<br>Schaumburg, IL 60173 | Composites One LLC<br>(800) 334-4749<br>dan.plunkett@compositesone.com | | | | | $1,288,913.74 |
| 4 | Valence Surface Technology<br>300 Continental Blvd., Suite 600<br>El Segundo, CA 90245 | Valence Surface Technology<br>(413) 781-1465<br>chris.oneill@valencest.com | | | | | $898,146.54 |
| 5 | Lockheed Martin Corp<br>6801 Rockledge Drive<br>Bethesda, MD 20817 | Lockheed Martin Corp<br>() -<br>joel.strickland@lmco.com | | | | | $884,790.00 |

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | **Rudolph Brothers**<br>6550 Oley Speaks Way<br>Canal Winchester, OH 43110 | **Rudolph Brothers**<br>(800) 375-5060<br>bcoontz@rudbro.com | | | | | $811,753.28 |
| 7 | **Albany Engineered Composites**<br>216 Airport Drive<br>Rochester, NH 0867 | **Albany Engineered Composites**<br>(603) 330-0580<br>ross.rucker@albaec.us | | | | | $719,328.00 |
| 8 | **Paradigm Precision**<br>3651 SE Commerce Ave<br>Stuart, FL 34997 | **Paradigm Precision**<br>() -<br>evega@pursuitaero.com | | | | | $689,993.65 |
| 9 | **Axiom Materials**<br>2320 Pullman St.<br>Santa Ana, CA 92705 | **Axiom Materials**<br>(949) 623-3440<br>bwebb@axiommaterials.com | | | | | $576,489.58 |
| 10 | **Airtech International, Inc.**<br>5700 Skylab Road #2055<br>Huntington Beach, CA 92647 | **Airtech International, Inc.**<br>(714) 899-9810<br>gsmythe@airtech.com | | | | | $549,473.30 |
| 11 | **Acuren**<br>14434 Medical Complex Drive, Ste. 100<br>Tomball, TX 77377 | **Acuren**<br>(513) 671-1707<br>Minh.Tran@Acuren.com | | | | | $502,596.06 |
| 12 | **Rhinestahl CTS**<br>7687 Innovation Way<br>Mason, OH 45040 | **Rhinestahl CTS**<br>(513) 204-4628<br>jeff.mcfarland@rhaero.com | | | | | $463,381.60 |
| 13 | **R.S. Hughes**<br>1162 Sonora Court<br>Sunnyvale, CA 94086 | **R.S. Hughes**<br>(513) 772-2078<br>bchapdelaine@rshughes.com | | | | | $444,663.84 |
| 14 | **GE Avio**<br>1 Neumann Way<br>Cincinnati, OH 45215 | **GE Avio**<br>() -<br>zuleyka.luciano@avioaero.com | | | | | $268,000.00 |
| 15 | **Prospect Mold**<br>1100 Main St. Bldg #5<br>Cuyahoga Falls, OH 44221 | **Prospect Mold**<br>(330) 929-9331<br>jyarchever@prospectgroup.com | | | | | $245,050.00 |
| 16 | **Virtek Vision International ULC**<br>785 Bridge Street<br>Waterloo, ON Canada N2V 2K1 | **Virtek Vision International ULC**<br>(519) 746-6719<br>colleen.madsen@ametek.com | | | | | $239,642.98 |

| Debtor | **CTL-Aerospace, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 17 | **3M Company**<br>3M Center, 225-3S-05<br>St. Paul, MN 55144 | **3M Company**<br>(800) 235-5237<br>3m.TEBGcustomercollections.US@mmm.com | | | | | $233,188.69 |
| 18 | **Paragon D&E**<br>5225 33rd St. SE<br>Grand Rapids, MI 49512 | **Paragon D&E**<br>(616) 949-9222<br>davev@paragonde.com | | | | | $220,365.00 |
| 19 | **Mainstream Waterjet**<br>108 Northeast Dr.<br>Loveland, OH 45140 | **Mainstream Waterjet**<br>(513) 683-3542<br>jdaus@mainstreamwaterjet.com | | | | | $199,922.05 |
| 20 | **General Dynamics Ordnance and Tactical Systems**<br>100 Carillon Pkwy<br>St. Petersburg, FL 33716 | **General Dynamics Ordnance and Tactical Systems**<br>() -<br>jeffrey.beard@gd-ots.com | | | | | $195,063.88 |