# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| In re:   CTL-Aerospace, Inc. | Case No. 25-12226 |
| | Chapter 11 |
| Debtor | Chief Judge Beth A. Buchanan |

## NOTICE OF APPOINTMENT OF
## COMMITTEE OF UNSECURED CREDITORS

Please take notice that pursuant to 11 U.S.C. § 1102(a), Andrew R. Vara, the United States Trustee for Region 9, has appointed the following creditors to serve on the Committee of Unsecured Creditors in this case:

Company Represented: **Axiom Materials, Inc.**
Representative Name: Eva Lee, Finance Manager
Address: 2320 Pullman Street
Santa Ana, CA 92705
Telephone number: 949-898-6896
Email: elee@axiommaterials.com

Company Represented: **Prospect Mold**
Representative Name: Brandon Wenzlik, President
Address: 1100 Main Street
Cuyahoga Falls, OH 44221
Telephone number: 330-929-3311
Email: bwenzlik@prospectgroup.com

Company Represented: **Composites One, LLC**
Representative Name: Brendan Gilboy, Chief Financial Officer
Address: 955-10 National Parkway
Schaumburg, IL 60173-5161
Telephone number: 847-754-3369
Email: brendan.gilboy@compositesone.com

|  |  |
|---|---|
| Company Represented: | **Mainstream Waterjet, LLC** |
| Representative Name: | Jayson Daus, Principal Partner |
| Address: | 108 Northeast Drive |
|  | Loveland, OH 45140 |
| Telephone number: | 513-307-7419 |
| Email: | jdaus@mainstreamwaterjet.com |

Respectfully Submitted,

Andrew R. Vara
United States Trustee for Regions 3 & 9

Date: September 26, 2025

/s/ *David T. Austin*
David T. Austin (CT 435157)
Attorney for the U.S. Trustee
United States Department of Justice
Office of the United States Trustee
John W. Peck Federal Building
550 Main Street, Suite 4-812
Cincinnati, Ohio  45202
Phone: (513) 684-6989
Email: david.austin2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, a copy of the foregoing Notice of Appointment of Committee of Unsecured Creditors was served on the following registered ECF participants, electronically through the court's ECF System, at the email address registered with the court.