**Fill in this information to identify the case and this filing:**

Debtor Name __**CTL-Aerospace, Inc.**__

United States Bankruptcy Court for the: __**Southern District of Ohio**__

Case number (*If known*): __**25-12226**__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**10/01/2025**__           **x** __**/s/ Scott Crislip**__
       MM/DD/YYYY                          Signature of individual signing on behalf of debtor

                                          __**Scott Crislip**__
                                          Printed name

                                          __**President / COO**__
                                          Position or relationship to debtor

Copyright © Financial Software Solutions, LLC                                                     BlueStylus

**Fill in this information to identify your case:**

Debtor Name     **CTL-Aerospace, Inc.**

United States Bankruptcy Court for the: **Southern District of Ohio**

Case number (*If known*):     **25-12226**

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Your Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**    **Summary of Assets**

---

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................................    $ _____**0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................................    $ _____**43,847,201.45**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................................    $ _____**43,847,201.45**

---

**Part 2:**    **Summarize Your Liabilities**

---

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D............................    $ _____**14,972,218.24**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................    $ _____**0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................    **+** $ _____**23,067,692.85**

4. **Total liabilities** ..................................................................................................    $ _____**38,039,911.09**
   Lines 2 + 3a + 3b

**Fill in this information to identify your case:**

Debtor Name   **CTL-Aerospace, Inc.**

United States Bankruptcy Court for the:   **Southern District of Ohio**

Case number (*if known*):   **25-12226**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**  $ _____ 600.00

   **Description: Petty Cash Account**

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1 | The Huntington National Bank<br>Collection Account | Checking Account | 8550 | $ 0.00 |
| 3.2 | The Huntington National Bank<br>Concentration Account | Checking Account | 8563 | $ 0.00 |
| 3.3 | The Huntington National Bank<br>Operating Account | Checking Account | 8547 | $ 2,713.56 |
| 3.4 | Wells Fargo | Checking Account | 1283 | $ 0.00 |
| 3.5 | Wells Fargo | Checking Account | 1291 | $ 0.00 |
| 3.6 | Wells Fargo | Checking Account | 1309 | $ 0.00 |

Debtor    **CTL-Aerospace, Inc.**                                    Case number *(if known)*   **25-12226**
          Name

          **The Huntington National Bank**
**3.7**   **Flex Spending Account (FSA)**          Other                8534                          $                    82.77

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $            3,396.33

---

| **Part 2:** | **Deposits and prepayments** |
|---|---|

6.   **Does the debtor have any deposits or prepayments?**
     ☐ No. Go to Part 3.
     ☒ Yes. Fill in the information below.

                                                                        **Current value of debtor's interest**

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

     **7.1**   **See Exhibit AB 7**                                      $            2,278,081.48

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

     **8.1**   **See Exhibit AB 8**                                      $            637,562.00

9.   **Total of Part 2**
     Add lines 7 through 8. Copy the total to line 81.                   $            2,915,643.48

---

| **Part 3:** | **Accounts receivable** |
|---|---|

10.  **Does the debtor have any accounts receivable?**
     ☐ No. Go to Part 4.
     ☒ Yes. Fill in the information below.

                                                                        **Current value of debtor's interest**

11.  **Accounts receivable**

     **11a. 90 days old or less:**    4,935,977.74  –  0.00  =  $   4,935,977.74
                                      face amount         doubtful or uncollectible accounts

     **11b. Over 90 days old:**       1,710,342.57  –  272,801.02  =  $   1,437,541.55
                                      face amount         doubtful or uncollectible accounts

---

Copyright © Financial Software Solutions, LLC
                                                                                          BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ _____ **6,373,519.29**

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                               % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ _____ **0.00**

---

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **Raw Materials Purchased within 20 days before the bankruptcy was filed.** | _____ MM / DD / YYYY | $ _____ 10,615.65 | Net Book Value | $ _____ 10,615.65 |
| **Raw Materials** | _____ MM / DD / YYYY | $ _____ 7,476,496.35 | Net Book Value | $ _____ 7,476,496.35 |

---

Debtor   **CTL-Aerospace, Inc.**                                    Case number *(if known)*   **25-12226**
_____                    _____
         Name

20.  **Work in progress**

**Work in Process
Purchased within 20
days before the
bankruptcy was filed.**
_____   _____   $_____21,198.75   **Net Book Value**   $_____21,198.75
                          MM / DD / YYYY


**Work in process**
_____   _____   $ 12,182,850.25   **Net Book Value**   $_____12,182,850.25
                          MM / DD / YYYY


21.  **Finished goods, including goods held for resale**

**Finished Goods**
_____   _____   $__5,494,130.00   **Net Book Value**   $_____5,494,130.00
                          MM / DD / YYYY


22.  **Other inventory or supplies**
     **Tooling Inventory**

_____   _____   $__3,266,152.00   **Net Book Value**   $_____3,266,152.00
                          MM / DD / YYYY


23.  **Total of Part 5**
     Add lines 19 through 22. Copy the total to line 84.                                         $_____28,451,443.00

24.  **Is any of the property listed in Part 5 perishable?**
     ☒ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☐ No
     ☒ Yes.

         Book value   $_____10,615.65   Valuation method **Net Book Value**      Current Value   $_____10,615.65


         Book value   $_____21,198.75   Valuation method **Net Book Value**      Current Value   $_____21,198.75


26   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

Debtor    __CTL-Aerospace, Inc.__        Case number *(if known)*   __25-12226__
      Name

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30. Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | _____ | $ _____ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.
$ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☑ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

     Book value   $ _____    Valuation method _____    Current Value   $ _____

Debtor   **CTL-Aerospace, Inc.**
_____
Name

Case number *(if known)*   **25-12226**
_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   - ☒ No
   - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   - ☐ No. Go to Part 8.
   - ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Office Furniture** | $   31,224.00 | **Net Book Value (Total Cost less Total Depreciation)** | $   31,224.00 |
| **40. Office fixtures** | | | |
| **Office Fixtures** | $   829,536.00 | **Net Book Value (Total Cost less Total Depreciation)** | $   829,536.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office Equipment (incl. computer equipment, communication systems equipment, and software)** | $   388,550.00 | **Net Book Value (Total Cost less Total Depreciation)** | $   388,550.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | $ | | $ |

43. **Total of Part 7.**
   Add lines 38 through 42. Copy the total to line 86.

   | | |
   |---|---|
   | $ | 1,249,310.00 |

---

Debtor      **CTL-Aerospace, Inc.**                                    Case number *(if known)*   **25-12226**

Name

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ☒ Yes

45 **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☐ No
   ☒ Yes

---

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
   ☐ No. Go to Part 9.
   ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1   **1998 Chevy C650 Flatbed Truck** | $   0.00 | **Net Book Value** | $   Unknown |
| 47.2   **1999 GMC Truck 3500 Box** | $   0.00 | **Net Book Value** | $   Unknown |
| 47.3   **2010 Chevrolet Van** | $   0.00 | **Net Book Value** | $   Unknown |
| 47.4   **2011 Chevrolet Van**<br>**VIN 1GCWGGCA7B1133743** | $   0.00 | **Net Book Value** | $   Unknown |
| 47.5   **2015 Chevrolet Express Silver**<br>**VIN 1GCWGGCG8F1211134** | $   0.00 | **Net Book Value** | $   Unknown |
| 47.6   **2016 Chevrolet Express White**<br>**VIN 16CWGBFF3G1121400** | $   0.00 | **Net Book Value** | $   Unknown |
| 47.7   **96 GMC Kodiak C7 White** | $   0.00 | **Net Book Value** | $   Unknown |
| 47.8   **Clark Truck Lift** | $   0.00 | **Net Book Value** | $   Unknown |
| 47.9   **Kodiac Truck - Unit 1679** | $   0.00 | **Net Book Value** | $   Unknown |

---

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
| | Name | | |

**Kodiac Truck Midwest Fleet**
47.10  **Major repair**                           $ _____0.00     **Net Book Value**     $ _____Unknown

47.11  **Reconditioned Forklift/2001 Toyota**     $ _____0.00     **Net Book Value**     $ _____Unknown

47.12  **Van - Unit 1683**                        $ _____0.00     **Net Book Value**     $ _____Unknown

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**1988 Trail Master Trailer**
48.1  **VIN PT02DAH4J9000540**                    $ _____0.00     **Net Book Value**     $ _____Unknown

48.2  **1996 Grat Dane Trailer**                  $ _____0.00     **Net Book Value**     $ _____Unknown

**53' Strick Storage Trailer**
48.3  **VIN 1L01A5326L 1088483**                   $ _____0.00     **Net Book Value**     $ _____Unknown

**53' Strick Storage Trailer**
48.4  **VIN 1S12E953XMD336166**                    $ _____0.00     **Net Book Value**     $ _____Unknown

49.  **Aircraft and accessories**

_____                           $ _____     $ _____

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**Machinery, fixtures and equipment.  See Exhibit AB 50**                    $ __4,853,889.35     **Net Book Value**     $ __4,853,889.35

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                          $ _____4,853,889.35

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

Debtor    **CTL-Aerospace, Inc.**                                    Case number (if known)   **25-12226**
           Name

---

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**
   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1** **5616 Spellmire Drive, Cincinnati, OH 45246-4898** | **Leasehold** | $ **Unknown** | **Undetermined** | $ **Unknown** |
| **55.2** **9970 International Blvd., Cincinnati, OH 45246-4898** | **Leasehold** | $ **Unknown** | **Undetermined** | $ **Unknown** |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $ **0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ☑ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| **Patent #9951641 issued April 24, 2018 (current value = unknown)** | $ **Unknown** | | $ **Unknown** |

---

Debtor    **CTL-Aerospace, Inc.**
_____    Case number *(if known)* **25-12226**
_____
Name

61. **Internet domain names and websites**

**https://ctlaerospace.com/**
_____    $_____**Unknown**    _____    $_____**Unknown**

62. **Licenses, franchises, and royalties**

_____    $_____    _____    $_____

63. **Customer lists, mailing lists, or other compilations**

_____    $_____    _____    $_____

64. **Other intangibles, or intellectual property**

_____    $_____    _____    $_____

65. **Goodwill**

_____    $_____    _____    $_____

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.    $_____**0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

| **Part 11:** | **All other assets** |
|---|---|

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☐ No. Go to Part 12.
    ☒ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

    _____  _____ – _____ = $ _____
    Total face amount          doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    _____  Tax Year _____  $ _____

73. **Interests in insurance policies or annuities**

    **Assured Partners of Florida, LLC Business Auto Policy (BUA 7018068603) (amount unknown)**   $ _____ **Unknown**

    **Marine Open Cargo Policy (OC 261582) (amount unknown)**   $ _____ **Unknown**

    **Paramount (7018068617) (amount unknown)**   $ _____ **Unknown**

    **Paramount Excess and Umbrella Liability (CUE 7018068598) (amount unknown)**   $ _____ **Unknown**

    **Paramount Liability (7018086891) (amount unknown)**   $ _____ **Unknown**

    **Terrorism Insurance Coverage (NAF6063948) (amount unknown)**   $ _____ **Unknown**

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor    **CTL-Aerospace, Inc.**                                    Case number *(if known)* **25-12226**
_____
Name

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Potential claims for losses suffered by company due to
deficient materials supplied by vendors, including
Henkle, Syensqo and 3M**                                                   $_____**Unknown**
_____

**Nature of claim**        **Tort/Contract**
_____

**Amount requested**       $_____**Unknown**

_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of
the debtor and rights to set off claims**

_____          $_____

**Nature of claim**        _____

**Amount requested**       $_____


76. **Trusts, equitable or future interests in property**

_____          $_____


77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____          $_____


78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                            $_____**0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes


| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $        3,396.33 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $    2,915,643.48 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $    6,373,519.29 | |

Debtor   **CTL-Aerospace, Inc.**                                    Case number *(if known)*   **25-12226**
_____          _____
Name

83. **Investments.** *Copy line 17, Part 4.*                  $ _____ **0.00**

84  **Inventory.** *Copy line 23, Part 5.*                    $ _____ **28,451,443.00**

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*   $ _____ **0.00**

86. **Office furniture, fixtures, and equipment; and collectibles.**
    *Copy line 43, Part 7.*                                  $ _____ **1,249,310.00**

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*   $ _____ **4,853,889.35**

88. **Real property.** *Copy line 56, Part 9.* ....................................................➔   $ _____ **0.00**

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*   $ _____ **0.00**

90. **All other assets**. *Copy line 78, Part 11.*      ✚     $ _____ **0.00**

91. **Total.** Add lines 80 through 90 for each column...................... 91a.   $ _____ **43,847,201.45**   ✚ 91b.   $ _____ **0.00**

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................   $ _____ **43,847,201.45**

[provide description, including name of holder of deposit, and current value of debtor's interest]

**ITEM 7 - Debtor**

| Description | Name of Holder | Current Value of Debtor's Interest |
|---|---|---|
| Service | A&J VACUUM SERVICES | $ 783.25 |
| Supplies | ACCURIS DENVER | $ 437.75 |
| Supplies | Acme Lock | $ 198.46 |
| Subcontract | Acuren Proforma | $ 140,000.00 |
| Subcontract | Adept Proforma | $ 50,296.71 |
| Subcontract | Advanced Plastic & Material Testing, Inc. | $ 1,190.00 |
| Raw Material | AEROXCHANGE LTD | $ 2,533.55 |
| Supplies | ALTUS GTS | $ 9,116.74 |
| Supplies | AMAZON | $ 1,762.65 |
| Supplies | AMERICAN NATL STNDRD | $ 232.00 |
| Supplies | AMEX | $ 87,390.06 |
| Supplies | AMREP INC | $ 107.26 |
| Supplies | Astm International | $ 73.49 |
| Supplies | Automatic Cutter Prepay | $ 1,164.16 |
| Raw Material | Bisco Industries | $ 7,058.96 |
| Supplies | BlackHawk Industrial Distributrion, Inc | $ 711.51 |
| Raw Material | Boeing Distribution, Inc Payment | $ 34,917.71 |
| Subcontract | Brian Riestenberg | $ 1,377.28 |
| Raw Material | Century Fasteners Corp. | $ 6,816.34 |
| Supplies | CHEMSOL | $ 645.76 |
| Shipping | Cincinnati Container Company | $ 3,767.90 |
| Supplies | Cincinnati Thermal Spray Payment | $ 11,849.00 |
| Service | Coldiron Events | $ 30,000.00 |
| Supplies | Computer Express Payment Variance | $ 60.00 |
| Raw Material | Core Metrology Inc | $ 4,191.75 |
| Raw Material | Core Services Proforma | $ 6,954.00 |
| Raw Material | CSHyde/HiTek | $ 586.40 |
| Supplies | Curtiss-Wright Proforma Payment | $ 840.00 |
| Raw Material | Cytec Engineered Materials Proforma | $ 48,504.78 |
| Service | DIRECTORATE OF DEFEN | $ 2,250.00 |
| Raw Material | Dunstone Company, Inc. | $ 1,737.36 |
| Raw Material | DuPont Proforma | $ 7,706.76 |
| Service | EARLE M JORGENSEN CO | $ 269.22 |
| Service | EFILE/FORMSTAX | $ 636.44 |
| Raw Material | ELLSWORTH ADHESIVES | $ 433.00 |
| Shipping | Enterprise | $ 2,582.24 |
| Raw Material | Euro-Composites Payment | $ 87,900.00 |
| Shipping | Express Duplicate | $ 2,080.00 |
| Shipping | Federal Express Payment | $ 188,726.69 |
| Raw Material | GE | $ 10,847.54 |
| Raw Material | Gem City - Invoices not finalized | $ 42,347.80 |
| Supplies | GLYPTAL INC | $ 747.31 |
| Service | HAMILTON COMMUNITY F | $ 25.77 |
| Tooling | HANSON RIVET & SUPPL | $ 74.84 |
| Supplies | Harrington-Cincinnat | $ 156.94 |
| Supplies | Hawk Integrated Prepay | $ 1,256.25 |
| Supplies | Hentzen | $ 268.89 |
| Raw Material | Hexcel - Saint Clair | $ 43,557.37 |
| Tooling | HIGH DEFINITION TOOL | $ 984.85 |
| Subcontract | Hohman Plating & Mfg, LLC | $ 3,236.68 |
| Service | Hoist Zone | $ 168.28 |

| | | | |
|---|---|---|---|
| Supplies | HOME DEPOT | $ | 161.96 |
| Service | Hoosier Crane Service Company | $ | 98.33 |
| Supplies | Hunan Commercial Proforma Payment | $ | 2,074.64 |
| Supplies | HYDRAPAK SEALS | $ | 12,000.00 |
| Tooling | Integrity Machine LLC | $ | 285,913.96 |
| Service | JE11 Anthem Shop Floor | $ | 7,340.00 |
| Service | JE13 Yoder Payroll | $ | 15,000.00 |
| Meals | Jimmy Johns | $ | 245.33 |
| Service | JPW INDUSTRIES | $ | 106.41 |
| Raw Material | Kahrs Thermal | $ | 10,671.25 |
| Service | KENDALL ELECTRIC INC | $ | 662.60 |
| Supplies | KL Stevens | $ | 18,846.00 |
| Raw Material | K-Tec | $ | 13,677.41 |
| Supplies | LADDERS, INC. | $ | 1,273.76 |
| Supplies | LIBERTY LASER | $ | 80.86 |
| Supplies | Life Tech Corp Invitrogen | $ | 337.57 |
| Service | Lion Technology Inc. | $ | 1,077.00 |
| Raw Material | Mainstream Proforma | $ | 11,539.50 |
| Subcontract | Market Place Printing Proforma | $ | 383.23 |
| Supplies | Marlin Manufacturing | $ | 6,955.59 |
| Supplies | MENARDS | $ | 422.50 |
| Supplies | MicroCenter | $ | 73.98 |
| Supplies | MILLER-STEPHENSON CH | $ | 947.12 |
| Supplies | Mit Tonsaly | $ | 602.75 |
| Supplies | MSC Industrial Supply Company | $ | 6,843.25 |
| Service | MTS Systems Corporation | $ | 4,585.00 |
| Subcontract | NORTH AMERICAN INSPE | $ | 570.00 |
| Raw Material | Northern Composites, Inc. | $ | 8,290.76 |
| Service | Ohio Business | $ | 5.00 |
| Supplies | Ohio Valley Gasket, Inc. | $ | 21,655.77 |
| Tooling | Paragon Tooling Rework - | $ | 41,761.00 |
| Raw Material | Park | $ | 75,939.36 |
| Supplies | PARKWAY PLASTICS INC | $ | 190.78 |
| Supplies | Pax | $ | 1,258.95 |
| Raw Material | PCC/Wyman Deposit | $ | 36,830.00 |
| Service | PELSEAL TECHNOLOGIES | $ | 224.00 |
| Subcontract | PROFESSIONAL NDE | $ | 11,347.51 |
| Raw Material | Pursuit Credit Pending | $ | 144,717.20 |
| Service | R&B Electronics | $ | 390.00 |
| Raw Material | R.S. Hughes | $ | 8.19 |
| Supplies | Rocketreach Llc | $ | 175.73 |
| Raw Material | Rudolph Brothers | $ | 44,735.40 |
| Raw Material | SAE INTERNATIONAL | $ | 2,781.00 |
| Raw Material | Saint-Gobain Performance Plastics Corporation | $ | 28,272.23 |
| Raw Material | Self Adhering Products | $ | 3,780.48 |
| Raw Material | SENSITECH BEVERLY | $ | 2,955.37 |
| Service | Shur Clean Usa Llc | $ | 374.00 |
| Supplies | Sky Geek | $ | 5,041.13 |
| Supplies | SOUTHERN LABWARE INC | $ | 987.50 |
| Supplies | SPAY FOAM | $ | 89.94 |
| Service | Spectra Services Inc | $ | 438.99 |
| Raw Material | Spincraft Payment | $ | 252,139.85 |
| Service | Stop Loss Recovery | $ | 411.20 |
| Supplies | Supply Post | $ | 919.67 |
| Service | Tektronix | $ | 11,040.00 |

| | | | |
|---|---|---|---|
| Raw Material | Texas Almet, Inc. | $ | 97,928.00 |
| Raw Material | Thaman Rubber | $ | 4,797.10 |
| Raw Material | United States Plastic Corporation | $ | 343.33 |
| Shipping | UPS BILLING CENTER | $ | 209.49 |
| Raw Material | Valence Surface (Fountain Plating) Proforma | $ | 165,000.00 |
| Raw Material | Velocity Concept Development Group LLC | $ | 11,922.13 |
| Service | Web Industries | $ | 2,500.00 |
| Tooling | Weber Rolls Royce | $ | 7,690.00 |
| Service | Weldmac Manufacturing Proforma Payment | $ | 22,359.76 |
| Supplies | Wenzel America | $ | 875.00 |
| Subcontract | Westfield Electroplating Proforma Payment | $ | 5,400.00 |
| Supplies | WinSupply | $ | 565.95 |
| Supplies | WINSUPPLY 0223 ACQ C | $ | 3,333.88 |
| Service | Wrenchers Prepay | $ | 4,344.13 |
| **TOTAL** | | **$** | **2,278,081.48** |

[provide description, including name of holder of deposit, and current value of debtor's interest]

**ITEM 8 - Debtor**

| Description | Name of Holder | Current Value of Debtor's Interest | |
|---|---|---|---|
| Insurance | World Risk | $ | 9,267.96 |
| Insurance | Amer Heritage | $ | 2,873.50 |
| Insurance | Allianz - Euler Hermes | $ | 3,260.59 |
| Insurance | Travelers | $ | 4,631.06 |
| Entertainment | Cincinnati Reds | $ | 3,127.50 |
| Services | Cooper Electric | $ | 19,504.71 |
| Dues & Subscriptions | Adaptive | $ | 15,000.00 |
| Legal Fees | Frost Brown | $ | 9.85 |
| Miscellaneous | Patent Costs-in process, filed, pending, not issued | $ | 20,207.43 |
| Services | Inventory Locater Service | $ | 3,016.10 |
| Equipment Rental | US Bank | $ | 35,749.72 |
| Loan Fee | Wells Fargo | $ | 139,439.55 |
| Services | DISC II | $ | 7,970.97 |
| Pro Lease | Lisam America | $ | 627.28 |
| Scrap | Scrap - Triage | $ | 115,702.00 |
| Performance Review | Performance Review | $ | 4,000.00 |
| Insurance | Genworth Life | $ | 1,737.21 |
| LOC Annual Fee | Wells Fargo | $ | 83,333.33 |
| Services | Eagle Registrations | $ | 23,365.64 |
| Services | ECI Software Solutions Inc | $ | 972.40 |
| Services | Atlass | $ | 30,415.66 |
| Services | Hexagon | $ | 2,375.00 |
| Services | Johnson Controls Security Solutions | $ | 692.55 |
| Insurance | World Risk | $ | 24,000.00 |
| Services | Plex Systems, Inc | $ | 86,282.04 |
| **TOTAL** | | **$** | **637,562.05** |

Exhibit AB 50

| Type | Cost Basis | | Total Dep. | | Net Book Value | |
|---|---|---|---|---|---|---|
| M&E | $ | 24,174,878 | $ | 19,320,989 | $ | 4,853,889 |
| Vehicles | $ | 221,052 | $ | 221,052 | $ | – |
| Furniture | $ | 262,261 | $ | 231,038 | $ | 31,224 |
| Fixtures | $ | 3,114,813 | $ | 2,285,277 | $ | 829,536 |
| Office Equipment | $ | 2,532,109 | $ | 2,143,559 | $ | 388,550 |
| **Totals** | **$** | **30,305,113** | **$** | **24,201,914** | **$** | **6,103,199** |

31-1082970
01/01/2024 - 12/31/2024

Sorted: General - category

6/3/2025
12:58:51 PM

CTL Aerospace [df436380058800f8 2/12]
Depreciation Expense

Financial

01/01/2025 - 12/31/2025

| System No. | S | Description | Class | Date In Service | Method / Conv. | Life | Cost / Other Basis | Bus./ Inv. % | Sec. 179/ Bonus | Salvage/ Basis Adj. | Beg. Accum. Depreciation | Current Depreciation | Total Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Nordfab | M&E | 6/14/2007 | SL /FM | 10.0000 | 33,325.00 | 100.0000 | 0.00 | 0.00 | 33,325.00 | 0.00 | 33,325.00 |
| 2 | | 5 axis machine - | M&E | 5/29/2007 | SL /FM | 10.0000 | 166,004.00 | 100.0000 | 0.00 | 0.00 | 166,004.00 | 0.00 | 166,004.00 |
| 3 | | 3 HP condensing | M&E | 6/15/2007 | SL /FM | 10.0000 | 3,470.00 | 100.0000 | 0.00 | 0.00 | 3,470.00 | 0.00 | 3,470.00 |
| 4 | | cooling tower | M&E | 12/28/2007 | SL /FM | 10.0000 | 18,361.00 | 100.0000 | 0.00 | 0.00 | 18,361.00 | 0.00 | 18,361.00 |
| 5 | | HTF 500 Oil Unit | M&E | 4/2/2007 | SL /FM | 10.0000 | 24,874.00 | 100.0000 | 0.00 | 0.00 | 24,874.00 | 0.00 | 24,874.00 |
| 6 | | HTF 500 Oil Unit | M&E | 7/31/2007 | SL /FM | 10.0000 | 25,620.00 | 100.0000 | 0.00 | 0.00 | 25,620.00 | 0.00 | 25,620.00 |
| 7 | | Horizontal | M&E | 3/2/2007 | SL /FM | 10.0000 | 2,995.00 | 100.0000 | 0.00 | 0.00 | 2,995.00 | 0.00 | 2,995.00 |
| 8 | | BM20- | M&E | 6/13/2007 | SL /FM | 10.0000 | 28,034.00 | 100.0000 | 0.00 | 0.00 | 28,034.00 | 0.00 | 28,034.00 |
| 9 | | BM20- | M&E | 8/8/2007 | SL /FM | 10.0000 | 26,438.00 | 100.0000 | 0.00 | 0.00 | 26,438.00 | 0.00 | 26,438.00 |
| 10 | | Thinky centrifugal | M&E | 12/10/2007 | SL /FM | 10.0000 | 9,500.00 | 100.0000 | 0.00 | 0.00 | 9,500.00 | 0.00 | 9,500.00 |
| 11 | | (6) GE90 | M&E | 12/20/2007 | SL /FM | 10.0000 | 16,800.00 | 100.0000 | 0.00 | 0.00 | 16,800.00 | 0.00 | 16,800.00 |
| 12 | | (20) SNAP 2-ch | M&E | 5/31/2007 | SL /FM | 10.0000 | 4,900.00 | 100.0000 | 0.00 | 0.00 | 4,900.00 | 0.00 | 4,900.00 |
| 13 | | electrical work | M&E | 2/7/2007 | SL /FM | 10.0000 | 15,826.00 | 100.0000 | 0.00 | 0.00 | 15,826.00 | 0.00 | 15,826.00 |
| 14 | | A/C unit in Mold | M&E | 9/20/2007 | SL /FM | 10.0000 | 11,721.00 | 100.0000 | 0.00 | 0.00 | 11,721.00 | 0.00 | 11,721.00 |
| 15 | | pen option-fine | M&E | 6/18/2007 | SL /FM | 10.0000 | 3,855.00 | 100.0000 | 0.00 | 0.00 | 3,855.00 | 0.00 | 3,855.00 |
| 16 | | Yokogawa | M&E | 11/27/2007 | SL /FM | 10.0000 | 6,330.00 | 100.0000 | 0.00 | 0.00 | 6,330.00 | 0.00 | 6,330.00 |
| 17 | | replaced HVAC | M&E | 9/18/2007 | SL /FM | 10.0000 | 8,300.00 | 100.0000 | 0.00 | 0.00 | 8,300.00 | 0.00 | 8,300.00 |
| 18 | | Proheat | M&E | 1/22/2008 | SL /FM | 10.0000 | 8,980.00 | 100.0000 | 0.00 | 0.00 | 8,980.00 | 0.00 | 8,980.00 |
| 19 | | Proheat | M&E | 1/18/2008 | SL /FM | 10.0000 | 17,960.00 | 100.0000 | 0.00 | 0.00 | 17,960.00 | 0.00 | 17,960.00 |
| 20 | | Murphy's inv4115- | M&E | 1/4/2008 | SL /FM | 10.0000 | 2,835.00 | 100.0000 | 0.00 | 0.00 | 2,835.00 | 0.00 | 2,835.00 |
| 21 | | SK Rigging move | M&E | 1/4/2008 | SL /FM | 10.0000 | 5,030.00 | 100.0000 | 0.00 | 0.00 | 5,030.00 | 0.00 | 5,030.00 |
| 22 | | Savage | M&E | 1/15/2008 | SL /FM | 10.0000 | 31,980.00 | 100.0000 | 0.00 | 0.00 | 31,980.00 | 0.00 | 31,980.00 |
| 23 | | Baynum Painting | M&E | 1/1/2008 | SL /FM | 10.0000 | 5,511.00 | 100.0000 | 0.00 | 0.00 | 5,511.00 | 0.00 | 5,511.00 |
| 24 | | Nordson Inv | M&E | 4/8/2008 | SL /FM | 10.0000 | 27,408.00 | 100.0000 | 0.00 | 0.00 | 27,408.00 | 0.00 | 27,408.00 |
| 25 | | Mokon Oil | M&E | 2/1/2008 | SL /FM | 10.0000 | 26,388.00 | 100.0000 | 0.00 | 0.00 | 26,388.00 | 0.00 | 26,388.00 |
| 26 | | Nordson Injection | M&E | 2/1/2008 | SL /FM | 10.0000 | 3,514.00 | 100.0000 | 0.00 | 0.00 | 3,514.00 | 0.00 | 3,514.00 |
| 27 | | Gorbel | M&E | 4/1/2008 | SL /FM | 10.0000 | 1,541.00 | 100.0000 | 0.00 | 0.00 | 1,541.00 | 0.00 | 1,541.00 |
| 28 | | Shopstar Hoist | M&E | 4/1/2008 | SL /FM | 10.0000 | 1,437.00 | 100.0000 | 0.00 | 0.00 | 1,437.00 | 0.00 | 1,437.00 |
| 29 | | Autoclave 160 - | M&E | 11/30/2008 | SL /FM | 10.0000 | 24,930.49 | 100.0000 | 0.00 | 0.00 | 24,930.49 | 0.00 | 24,930.49 |
| 30 | | Proheat wiring | M&E | 10/6/2008 | SL /FM | 10.0000 | 8,000.00 | 100.0000 | 0.00 | 0.00 | 8,000.00 | 0.00 | 8,000.00 |
| 31 | | Industrial Mech | M&E | 5/12/2008 | SL /FM | 10.0000 | 7,850.00 | 100.0000 | 0.00 | 0.00 | 7,850.00 | 0.00 | 7,850.00 |
| 32 | | Ingersoll Rand | M&E | 1/15/2008 | SL /FM | 10.0000 | 5,153.00 | 100.0000 | 0.00 | 0.00 | 5,153.00 | 0.00 | 5,153.00 |
| 33 | | SECO/Steam | M&E | 2/12/2008 | SL /FM | 10.0000 | 5,932.00 | 100.0000 | 0.00 | 0.00 | 5,932.00 | 0.00 | 5,932.00 |
| 34 | | Autoclave 160 | M&E | 12/1/2008 | SL /FM | 10.0000 | 229,984.67 | 100.0000 | 0.00 | 0.00 | 229,984.67 | 0.00 | 229,984.67 |
| 35 | | Autoclave 161 | M&E | 12/1/2008 | SL /FM | 10.0000 | 85,063.10 | 100.0000 | 0.00 | 0.00 | 85,063.10 | 0.00 | 85,063.10 |
| 36 | | Autoclave 162 | M&E | 12/1/2008 | SL /FM | 10.0000 | 42,196.28 | 100.0000 | 0.00 | 0.00 | 42,196.28 | 0.00 | 42,196.28 |
| 37 | | Autoclave 163 | M&E | 12/1/2008 | SL /FM | 10.0000 | 38,185.55 | 100.0000 | 0.00 | 0.00 | 38,185.55 | 0.00 | 38,185.55 |
| 38 | | Autoclave 164 | M&E | 12/1/2008 | SL /FM | 10.0000 | 12,569.36 | 100.0000 | 0.00 | 0.00 | 12,569.36 | 0.00 | 12,569.36 |
| 39 | | Autoclave 165 | M&E | 12/1/2008 | SL /FM | 10.0000 | 61,844.12 | 100.0000 | 0.00 | 0.00 | 61,844.12 | 0.00 | 61,844.12 |
| 40 | | Autoclave 166 | M&E | 12/1/2008 | SL /FM | 10.0000 | 78,042.24 | 100.0000 | 0.00 | 0.00 | 78,042.24 | 0.00 | 78,042.24 |
| 41 | | Autoclave 2058 | M&E | 12/1/2008 | SL /FM | 10.0000 | 104,633.64 | 100.0000 | 0.00 | 0.00 | 104,633.64 | 0.00 | 104,633.64 |
| 42 | | Oven 149 | M&E | 12/1/2008 | SL /FM | 10.0000 | 17,964.75 | 100.0000 | 0.00 | 0.00 | 17,964.75 | 0.00 | 17,964.75 |
| 43 | | Oven 153 | M&E | 12/1/2008 | SL /FM | 10.0000 | 17,165.00 | 100.0000 | 0.00 | 0.00 | 17,165.00 | 0.00 | 17,165.00 |
| 44 | | Oven 154 | M&E | 12/1/2008 | SL /FM | 10.0000 | 34,616.47 | 100.0000 | 0.00 | 0.00 | 34,616.47 | 0.00 | 34,616.47 |
| 45 | | Oven 155 | M&E | 12/1/2008 | SL /FM | 10.0000 | 40,477.40 | 100.0000 | 0.00 | 0.00 | 40,477.40 | 0.00 | 40,477.40 |
| 46 | | Oven 156 | M&E | 12/1/2008 | SL /FM | 10.0000 | 35,153.62 | 100.0000 | 0.00 | 0.00 | 35,153.62 | 0.00 | 35,153.62 |
| 47 | | Oven 157 | M&E | 12/1/2008 | SL /FM | 10.0000 | 32,145.57 | 100.0000 | 0.00 | 0.00 | 32,145.57 | 0.00 | 32,145.57 |
| 48 | | Oven 158 | M&E | 12/1/2008 | SL /FM | 10.0000 | 37,469.35 | 100.0000 | 0.00 | 0.00 | 37,469.35 | 0.00 | 37,469.35 |
| 49 | | Oven 159 | M&E | 12/1/2008 | SL /FM | 10.0000 | 35,153.62 | 100.0000 | 0.00 | 0.00 | 35,153.62 | 0.00 | 35,153.62 |
| 50 | | Oven 151 | M&E | 12/1/2008 | SL /FM | 10.0000 | 7,818.55 | 100.0000 | 0.00 | 0.00 | 7,818.55 | 0.00 | 7,818.55 |
| 51 | | Oven 141 | M&E | 12/1/2008 | SL /FM | 10.0000 | 18,421.92 | 100.0000 | 0.00 | 0.00 | 18,421.92 | 0.00 | 18,421.92 |
| 52 | | Oven 2051 | M&E | 12/1/2008 | SL /FM | 10.0000 | 30,044.71 | 100.0000 | 0.00 | 0.00 | 30,044.71 | 0.00 | 30,044.71 |
| 53 | | Oven 2059 | M&E | 12/1/2008 | SL /FM | 10.0000 | 27,108.28 | 100.0000 | 0.00 | 0.00 | 27,108.28 | 0.00 | 27,108.28 |
| 54 | | Oven 2018 | M&E | 12/1/2008 | SL /FM | 10.0000 | 27,108.28 | 100.0000 | 0.00 | 0.00 | 27,108.28 | 0.00 | 27,108.28 |
| 55 | | Oven 2017 | M&E | 12/1/2008 | SL /FM | 10.0000 | 27,108.28 | 100.0000 | 0.00 | 0.00 | 27,108.28 | 0.00 | 27,108.28 |
| 56 | | Oven 124 | M&E | 12/1/2008 | SL /FM | 10.0000 | 27,108.28 | 100.0000 | 0.00 | 0.00 | 27,108.28 | 0.00 | 27,108.28 |
| 57 | | Press 207 | M&E | 12/1/2008 | SL /FM | 10.0000 | 1,346.02 | 100.0000 | 0.00 | 0.00 | 1,346.02 | 0.00 | 1,346.02 |
| 58 | | Press 220 | M&E | 12/1/2008 | SL /FM | 10.0000 | 1,527.90 | 100.0000 | 0.00 | 0.00 | 1,527.90 | 0.00 | 1,527.90 |
| 59 | | Gerber Table | M&E | 9/18/2009 | SL /FM | 10.0000 | 8,170.11 | 100.0000 | 0.00 | 0.00 | 8,170.11 | 0.00 | 8,170.11 |

| 60 | HVAC Clean | M&E | 8/21/2009 | SL /FM | 10.0000 | 46,921.00 | 100.0000 | 0.00 | 0.00 | 46,921.00 | 0.00 | 46,921.00 |
| 61 | Model 2500 | M&E | 9/28/2009 | SL /FM | 10.0000 | 55,300.00 | 100.0000 | 0.00 | 0.00 | 55,300.00 | 0.00 | 55,300.00 |
| 62 | Fisher Scientific | M&E | 10/2/2009 | SL /FM | 10.0000 | 4,470.40 | 100.0000 | 0.00 | 0.00 | 4,470.40 | 0.00 | 4,470.40 |
| 63 | Harrison Ind. | M&E | 10/15/2009 | SL /FM | 10.0000 | 4,632.05 | 100.0000 | 0.00 | 0.00 | 4,632.05 | 0.00 | 4,632.05 |
| 64 | Sears | M&E | 10/21/2009 | SL /FM | 10.0000 | 1,423.74 | 100.0000 | 0.00 | 0.00 | 1,423.74 | 0.00 | 1,423.74 |
| 65 | Kc Robotics Oxi | M&E | 10/28/2009 | SL /FM | 10.0000 | 38,050.00 | 100.0000 | 0.00 | 0.00 | 38,050.00 | 0.00 | 38,050.00 |
| 66 | Lucifer Furnace | M&E | 10/27/2009 | SL /FM | 10.0000 | 21,145.00 | 100.0000 | 0.00 | 0.00 | 21,145.00 | 0.00 | 21,145.00 |
| 67 | Cooper Elec- | M&E | 11/30/2009 | SL /FM | 10.0000 | 14,835.47 | 100.0000 | 0.00 | 0.00 | 14,835.47 | 0.00 | 14,835.47 |
| 68 | Radius | M&E | 1/1/2010 | SL /FM | 10.0000 | 133,565.00 | 100.0000 | 0.00 | 0.00 | 133,565.00 | 0.00 | 133,565.00 |
| 69 | KG Robotics | M&E | 1/1/2010 | SL /FM | 10.0000 | 2,500.00 | 100.0000 | 0.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 |
| 70 | Electric Motor | M&E | 6/1/2010 | SL /FM | 10.0000 | 8,686.84 | 100.0000 | 0.00 | 0.00 | 8,686.84 | 0.00 | 8,686.84 |
| 71 | DX2000 Data | M&E | 7/27/2010 | SL /FM | 10.0000 | 6,720.00 | 100.0000 | 0.00 | 0.00 | 6,720.00 | 0.00 | 6,720.00 |
| 72 | GE Albuquerque | M&E | 8/4/2010 | SL /FM | 10.0000 | 12,875.00 | 100.0000 | 0.00 | 0.00 | 12,875.00 | 0.00 | 12,875.00 |
| 73 | Grainger | M&E | 9/20/2010 | SL /FM | 10.0000 | 1,486.00 | 100.0000 | 0.00 | 0.00 | 1,486.00 | 0.00 | 1,486.00 |
| 74 | Lucifer Furnace | M&E | 10/20/2010 | SL /FM | 10.0000 | 27,690.00 | 100.0000 | 0.00 | 0.00 | 27,690.00 | 0.00 | 27,690.00 |
| 75 | Ace Crane for | M&E | 12/1/2010 | SL /FM | 10.0000 | 5,482.00 | 100.0000 | 0.00 | 0.00 | 5,482.00 | 0.00 | 5,482.00 |
| 76 | New | M&E | 2/23/2011 | SL /FM | 10.0000 | 8,500.00 | 100.0000 | 0.00 | 0.00 | 8,500.00 | 0.00 | 8,500.00 |
| 77 | Harrigan Freezer | M&E | 7/31/2011 | SL /FM | 10.0000 | 68,523.72 | 100.0000 | 0.00 | 0.00 | 68,523.72 | 0.00 | 68,523.72 |
| 78 | Mills Fence for | M&E | 8/22/2011 | SL /FM | 10.0000 | 4,187.00 | 100.0000 | 0.00 | 0.00 | 4,187.00 | 0.00 | 4,187.00 |
| 79 | Kanawha Floor | M&E | 9/23/2011 | SL /FM | 10.0000 | 5,428.50 | 100.0000 | 0.00 | 0.00 | 5,428.50 | 0.00 | 5,428.50 |
| 80 | Texas Air | M&E | 9/12/2011 | SL /FM | 10.0000 | 11,000.00 | 100.0000 | 0.00 | 0.00 | 11,000.00 | 0.00 | 11,000.00 |
| 81 | Gerber Upgrade | M&E | 11/30/2011 | SL /FM | 10.0000 | 12,000.00 | 100.0000 | 0.00 | 0.00 | 12,000.00 | 0.00 | 12,000.00 |
| 82 | FARO Arm | M&E | 12/31/2011 | SL /FM | 10.0000 | 83,700.00 | 100.0000 | 0.00 | 0.00 | 83,700.00 | 0.00 | 83,700.00 |
| 83 | Gerber Upgrade | M&E | 1/31/2012 | SL /FM | 10.0000 | 1,175.00 | 100.0000 | 0.00 | 0.00 | 1,175.00 | 0.00 | 1,175.00 |
| 84 | Omega | M&E | 5/11/2012 | SL /FM | 10.0000 | 7,039.00 | 100.0000 | 0.00 | 0.00 | 7,039.00 | 0.00 | 7,039.00 |
| 85 | Southern Ohio | M&E | 5/15/2012 | SL /FM | 10.0000 | 38,888.00 | 100.0000 | 0.00 | 0.00 | 38,888.00 | 0.00 | 38,888.00 |
| 86 | Mettler Toldeo | M&E | 6/20/2012 | SL /FM | 10.0000 | 8,105.39 | 100.0000 | 0.00 | 0.00 | 8,105.39 | 0.00 | 8,105.39 |
| 87 | Federal | M&E | 7/3/2012 | SL /FM | 10.0000 | 12,300.00 | 100.0000 | 0.00 | 0.00 | 12,300.00 | 0.00 | 12,300.00 |
| 88 | Haas CNC Lathe | M&E | 8/27/2012 | SL /FM | 10.0000 | 78,679.00 | 100.0000 | 0.00 | 0.00 | 78,679.00 | 0.00 | 78,679.00 |
| 89 | EOS Autoclave | M&E | 10/1/2012 | SL /FM | 10.0000 | 11,430.00 | 100.0000 | 0.00 | 0.00 | 11,430.00 | 0.00 | 11,430.00 |
| 90 | Weber Braid | M&E | 9/10/2012 | SL /FM | 10.0000 | 8,100.00 | 100.0000 | 0.00 | 0.00 | 8,100.00 | 0.00 | 8,100.00 |
| 91 | Cinti Belt & | M&E | 9/7/2012 | SL /FM | 10.0000 | 5,629.60 | 100.0000 | 0.00 | 0.00 | 5,629.60 | 0.00 | 5,629.60 |
| 92 | Radius invoice | M&E | 9/28/2012 | SL /FM | 10.0000 | 20,198.75 | 100.0000 | 0.00 | 0.00 | 20,198.75 | 0.00 | 20,198.75 |
| 93 | Electric Motor | M&E | 5/23/2012 | SL /FM | 10.0000 | 5,848.00 | 100.0000 | 0.00 | 0.00 | 5,848.00 | 0.00 | 5,848.00 |
| 94 | RJR Radiator- | M&E | 10/17/2012 | SL /FM | 10.0000 | 24,300.00 | 100.0000 | 0.00 | 0.00 | 24,300.00 | 0.00 | 24,300.00 |
| 95 | T/N12127 | M&E | 12/31/2012 | SL /FM | 10.0000 | 21,070.00 | 100.0000 | 0.00 | 0.00 | 21,070.00 | 0.00 | 21,070.00 |
| 96 | Bell Tooling TN's | M&E | 12/31/2012 | SL /FM | 10.0000 | 24,796.50 | 100.0000 | 0.00 | 0.00 | 24,796.50 | 0.00 | 24,796.50 |
| 97 | GE Acoustic | M&E | 12/31/2012 | SL /FM | 10.0000 | 11,548.00 | 100.0000 | 0.00 | 0.00 | 11,548.00 | 0.00 | 11,548.00 |
| 98 | GE Oxide Oxide | M&E | 12/31/2012 | SL /FM | 10.0000 | 18,427.50 | 100.0000 | 0.00 | 0.00 | 18,427.50 | 0.00 | 18,427.50 |
| 99 | Northrup | M&E | 12/31/2012 | SL /FM | 10.0000 | 5,060.00 | 100.0000 | 0.00 | 0.00 | 5,060.00 | 0.00 | 5,060.00 |
| 100 | Rolls Royce | M&E | 12/31/2012 | SL /FM | 10.0000 | 22,165.00 | 100.0000 | 0.00 | 0.00 | 22,165.00 | 0.00 | 22,165.00 |
| 101 | Mokon Major | M&E | 6/20/2013 | SL /FM | 10.0000 | 12,948.71 | 100.0000 | 0.00 | 0.00 | 12,948.71 | 0.00 | 12,948.71 |
| 102 | Ingersoll Rand | M&E | 7/9/2013 | SL /FM | 10.0000 | 9,479.88 | 100.0000 | 0.00 | 0.00 | 9,479.88 | 0.00 | 9,479.88 |
| 103 | GE Oxide Oxide | M&E | 8/1/2013 | SL /FM | 10.0000 | 3,800.00 | 100.0000 | 0.00 | 0.00 | 3,800.00 | 0.00 | 3,800.00 |
| 104 | Flow Attenuator | M&E | 8/28/2013 | SL /FM | 10.0000 | 13,900.00 | 100.0000 | 0.00 | 0.00 | 13,900.00 | 0.00 | 13,900.00 |
| 105 | Machine Tool | M&E | 9/12/2013 | SL /FM | 10.0000 | 9,803.30 | 100.0000 | 0.00 | 0.00 | 9,803.30 | 0.00 | 9,803.30 |
| 106 | Mazak repair - | M&E | 7/17/2013 | SL /FM | 10.0000 | 5,356.10 | 100.0000 | 0.00 | 0.00 | 5,356.10 | 0.00 | 5,356.10 |
| 107 | Weber FPS T/N | M&E | 11/4/2013 | SL /FM | 10.0000 | 32,000.00 | 100.0000 | 0.00 | 0.00 | 32,000.00 | 0.00 | 32,000.00 |
| 108 | Weber FPS T/N | M&E | 11/5/2013 | SL /FM | 10.0000 | 13,000.00 | 100.0000 | 0.00 | 0.00 | 13,000.00 | 0.00 | 13,000.00 |
| 109 | Oakley Die&Mold | M&E | 12/1/2013 | SL /FM | 10.0000 | 6,770.00 | 100.0000 | 0.00 | 0.00 | 6,770.00 | 0.00 | 6,770.00 |
| 110 | UT Transducers | M&E | 1/10/2014 | SL /FM | 10.0000 | 2,971.92 | 100.0000 | 0.00 | 0.00 | 2,971.92 | 0.00 | 2,971.92 |
| 111 | Eurotherm | M&E | 1/20/2014 | SL /FM | 10.0000 | 3,954.00 | 100.0000 | 0.00 | 0.00 | 3,954.00 | 0.00 | 3,954.00 |
| 112 | Eurotherm | M&E | 2/3/2014 | SL /FM | 10.0000 | 3,954.00 | 100.0000 | 0.00 | 0.00 | 3,954.00 | 0.00 | 3,954.00 |
| 113 | Machine and | M&E | 2/6/2014 | SL /FM | 10.0000 | 2,000.00 | 100.0000 | 0.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 |
| 114 | Heavy duty | M&E | 2/6/2014 | SL /FM | 10.0000 | 6,211.05 | 100.0000 | 0.00 | 0.00 | 6,211.05 | 0.00 | 6,211.05 |
| 115 | HTF 5000il | M&E | 3/4/2014 | SL /FM | 10.0000 | 31,948.00 | 100.0000 | 0.00 | 0.00 | 31,948.00 | 0.00 | 31,948.00 |
| 116 | Mold alteration | M&E | 3/18/2014 | SL /FM | 10.0000 | 7,050.00 | 100.0000 | 0.00 | 0.00 | 7,050.00 | 0.00 | 7,050.00 |
| 117 | Solid State | M&E | 7/14/2014 | SL /FM | 10.0000 | 19,250.00 | 100.0000 | 0.00 | 0.00 | 19,250.00 | 0.00 | 19,250.00 |
| 118 | Tooling-Flo Path | M&E | 5/15/2014 | SL /FM | 10.0000 | 172,270.00 | 100.0000 | 0.00 | 0.00 | 172,270.00 | 0.00 | 172,270.00 |
| 119 | Laser-Duel | M&E | 11/14/2014 | SL /FM | 10.0000 | 66,921.79 | 100.0000 | 0.00 | 0.00 | 66,921.79 | 0.00 | 66,921.79 |
| 120 | HTF 5000il | M&E | 2/28/2014 | SL /FM | 10.0000 | 31,948.00 | 100.0000 | 0.00 | 0.00 | 31,948.00 | 0.00 | 31,948.00 |
| 121 | 400 Amp 208 | M&E | 2/1/2015 | SL /FM | 10.0000 | 13,450.00 | 100.0000 | 0.00 | 0.00 | 13,337.92 | 112.08 | 13,450.00 |
| 122 | LHF 4020 | M&E | 9/1/2015 | SL /FM | 10.0000 | 465,285.00 | 100.0000 | 0.00 | 0.00 | 434,266.00 | 31,019.00 | 465,285.00 |
| 123 | Mini-Max Mod II | M&E | 12/1/2015 | SL /FM | 10.0000 | 5,469.11 | 100.0000 | 0.00 | 0.00 | 4,967.77 | 501.34 | 5,469.11 |
| 124 | 3 Ton Jib Crane | M&E | 2/1/2015 | SL /FM | 10.0000 | 5,450.00 | 100.0000 | 0.00 | 0.00 | 5,404.58 | 45.42 | 5,450.00 |
| 125 | Sullair 40HP | M&E | 3/1/2015 | SL /FM | 10.0000 | 44,688.55 | 100.0000 | 0.00 | 0.00 | 43,943.73 | 744.82 | 44,688.55 |
| 126 | Radius 5,000cc | M&E | 8/1/2015 | SL /FM | 10.0000 | 112,338.00 | 100.0000 | 0.00 | 0.00 | 105,784.95 | 6,553.05 | 112,338.00 |

| # | Description | Type | Date | Method | Life | Basis | % | | | Depr Basis | Current | Accum |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 127 | F3 Freezer | M&E | 9/1/2015 | SL /FM | 10.0000 | 9,527.60 | 100.0000 | 0.00 | 0.00 | 8,891.87 | 635.13 | 9,527.00 |
| 128 | New Door and | M&E | 10/1/2015 | SL /FM | 10.0000 | 8,367.40 | 100.0000 | 0.00 | 0.00 | 7,739.85 | 627.55 | 8,367.40 |
| 129 | Vacuum System | M&E | 7/1/2015 | SL /FM | 10.0000 | 40,769.00 | 100.0000 | 0.00 | 0.00 | 38,730.55 | 2,038.45 | 40,769.00 |
| 130 | Nederman | M&E | 10/1/2015 | SL /FM | 10.0000 | 41,244.00 | 100.0000 | 0.00 | 0.00 | 38,150.70 | 3,093.30 | 41,244.00 |
| 131 | Toshiba TSS- | M&E | 10/1/2015 | SL /FM | 10.0000 | 850,000.00 | 100.0000 | 0.00 | 0.00 | 786,250.00 | 63,750.00 | 850,000.00 |
| 132 | Used Clausing | M&E | 4/1/2016 | SL /FM | 10.0000 | 18,300.00 | 100.0000 | 0.00 | 0.00 | 16,012.50 | 1,830.00 | 17,842.50 |
| 133 | 500 lb Scissor lift | M&E | 7/1/2016 | SL /FM | 10.0000 | 17,333.00 | 100.0000 | 0.00 | 0.00 | 14,733.05 | 1,733.30 | 16,466.35 |
| 134 | SECURTIY | M&E | 3/10/1999 | SL /FM | 10.0000 | 4,496.00 | 100.0000 | 0.00 | 0.00 | 4,496.00 | 0.00 | 4,496.00 |
| 135 | 3 Ton Bridge | M&E | 7/1/2016 | SL /FM | 10.0000 | 38,950.00 | 100.0000 | 0.00 | 0.00 | 33,107.50 | 3,895.00 | 37,002.50 |
| 136 | SWITCHBOARD | M&E | 4/26/1999 | SL /FM | 10.0000 | 6,000.00 | 100.0000 | 0.00 | 0.00 | 6,000.00 | 0.00 | 6,000.00 |
| 137 | Clemco Blast | M&E | 9/30/2016 | SL /FM | 10.0000 | 10,090.00 | 100.0000 | 0.00 | 0.00 | 8,408.33 | 1,009.00 | 9,417.33 |
| 138 | HEATED RESIN | M&E | 5/25/1999 | SL /FM | 10.0000 | 53,200.00 | 100.0000 | 0.00 | 0.00 | 53,200.00 | 0.00 | 53,200.00 |
| 139 | 2040 MV CNC | M&E | 8/4/1999 | SL /FM | 7.0000 | 49,110.00 | 100.0000 | 0.00 | 0.00 | 49,110.00 | 0.00 | 49,110.00 |
| 140 | DESPATCH | M&E | 7/23/1999 | SL /FM | 10.0000 | 15,500.00 | 100.0000 | 0.00 | 0.00 | 15,500.00 | 0.00 | 15,500.00 |
| 141 | SERVO INDEX | M&E | 8/25/1999 | SL /FM | 10.0000 | 12,400.00 | 100.0000 | 0.00 | 0.00 | 12,400.00 | 0.00 | 12,400.00 |
| 142 | PROTOTYPE | M&E | 9/24/1999 | SL /FM | 10.0000 | 9,818.30 | 100.0000 | 0.00 | 0.00 | 9,818.30 | 0.00 | 9,818.30 |
| 143 | HEAVY DUTY | M&E | 10/4/1999 | SL /FM | 10.0000 | 235,010.00 | 100.0000 | 0.00 | 0.00 | 235,010.00 | 0.00 | 235,010.00 |
| 144 | REPR- | M&E | 8/17/1999 | SL /FM | 10.0000 | 45,504.00 | 100.0000 | 0.00 | 0.00 | 45,504.00 | 0.00 | 45,504.00 |
| 145 | OVEN ISOTMP | M&E | 11/24/1999 | SL /FM | 10.0000 | 4,975.41 | 100.0000 | 0.00 | 0.00 | 4,975.41 | 0.00 | 4,975.41 |
| 146 | GROVE | M&E | 11/22/1999 | SL /FM | 10.0000 | 2,332.00 | 100.0000 | 0.00 | 0.00 | 2,332.00 | 0.00 | 2,332.00 |
| 147 | TRINCO DRY | M&E | 11/23/1999 | SL /FM | 10.0000 | 787.50 | 100.0000 | 0.00 | 0.00 | 787.50 | 0.00 | 787.50 |
| 148 | VACUUM PUMP | M&E | 6/7/1999 | SL /FM | 10.0000 | 5,088.24 | 100.0000 | 0.00 | 0.00 | 5,088.24 | 0.00 | 5,088.24 |
| 149 | AIRFLOW DUST | M&E | 12/31/1999 | SL /FM | 10.0000 | 3,473.00 | 100.0000 | 0.00 | 0.00 | 3,473.00 | 0.00 | 3,473.00 |
| 150 | Mazak VCT2006 | M&E | 9/16/1999 | SL /FM | 10.0000 | 111,900.00 | 100.0000 | 0.00 | 0.00 | 111,900.00 | 0.00 | 111,900.00 |
| 151 | Auto Clr- Jet | M&E | 1/1/2000 | SL /FM | 10.0000 | 5,517.50 | 100.0000 | 0.00 | 0.00 | 5,517.50 | 0.00 | 5,517.50 |
| 152 | Oven for Pratt | M&E | 3/6/2000 | SL /FM | 10.0000 | 2,728.66 | 100.0000 | 0.00 | 0.00 | 2,728.66 | 0.00 | 2,728.66 |
| 153 | Navigator | M&E | 3/30/2000 | SL /FM | 10.0000 | 1,158.00 | 100.0000 | 0.00 | 0.00 | 1,158.00 | 0.00 | 1,158.00 |
| 154 | Indersoii-Rand | M&E | 12/31/2016 | SL /FM | 10.0000 | 17,221.00 | 100.0000 | 0.00 | 0.00 | 13,920.31 | 1,722.10 | 15,642.41 |
| 155 | Dust Collection | M&E | 5/24/2000 | SL /FM | 10.0000 | 9,990.00 | 100.0000 | 0.00 | 0.00 | 9,990.00 | 0.00 | 9,990.00 |
| 156 | ASC Process | M&E | 10/31/2016 | SL /FM | 10.0000 | 8,533.50 | 100.0000 | 0.00 | 0.00 | 7,040.14 | 853.35 | 7,893.49 |
| 157 | Troyke Tilt | M&E | 5/17/2000 | SL /FM | 10.0000 | 31,450.00 | 100.0000 | 0.00 | 0.00 | 31,450.00 | 0.00 | 31,450.00 |
| 158 | Hose for Mazak | M&E | 3/28/2000 | SL /FM | 10.0000 | 970.00 | 100.0000 | 0.00 | 0.00 | 970.00 | 0.00 | 970.00 |
| 159 | ASC Software | M&E | 9/3/2016 | SL /FM | 10.0000 | 20,000.00 | 100.0000 | 0.00 | 0.00 | 16,666.67 | 2,000.00 | 18,666.67 |
| 160 | Horizontal Flow | M&E | 5/18/2000 | SL /FM | 10.0000 | 3,500.00 | 100.0000 | 0.00 | 0.00 | 3,500.00 | 0.00 | 3,500.00 |
| 161 | ASC Process | M&E | 3/11/2016 | SL /FM | 10.0000 | 50,000.00 | 100.0000 | 0.00 | 0.00 | 44,166.67 | 5,000.00 | 49,166.67 |
| 162 | Colchester | M&E | 3/31/2000 | SL /FM | 10.0000 | 95,578.00 | 100.0000 | 0.00 | 0.00 | 95,578.00 | 0.00 | 95,578.00 |
| 163 | ASC Process | M&E | 4/18/2016 | SL /FM | 10.0000 | 30,000.00 | 100.0000 | 0.00 | 0.00 | 26,250.00 | 3,000.00 | 29,250.00 |
| 164 | System A | M&E | 8/7/2000 | SL /FM | 10.0000 | 2,276.00 | 100.0000 | 0.00 | 0.00 | 2,276.00 | 0.00 | 2,276.00 |
| 165 | VTC 200B | M&E | 8/31/2000 | SL /FM | 10.0000 | 1,730.00 | 100.0000 | 0.00 | 0.00 | 1,730.00 | 0.00 | 1,730.00 |
| 166 | Blade Mixtruder- | M&E | 10/3/2000 | SL /FM | 10.0000 | 32,500.00 | 100.0000 | 0.00 | 0.00 | 32,500.00 | 0.00 | 32,500.00 |
| 167 | Variable Speed | M&E | 10/3/2000 | SL /FM | 10.0000 | 3,500.00 | 100.0000 | 0.00 | 0.00 | 3,500.00 | 0.00 | 3,500.00 |
| 168 | PQ Electric oven | M&E | 9/27/2000 | SL /FM | 10.0000 | 2,400.00 | 100.0000 | 0.00 | 0.00 | 2,400.00 | 0.00 | 2,400.00 |
| 169 | Cherrylock | M&E | 10/18/2000 | SL /FM | 10.0000 | 1,795.97 | 100.0000 | 0.00 | 0.00 | 1,795.97 | 0.00 | 1,795.97 |
| 170 | Johnford CNC | M&E | 9/26/2000 | SL /FM | 10.0000 | 126,802.00 | 100.0000 | 0.00 | 0.00 | 126,802.00 | 0.00 | 126,802.00 |
| 171 | Static Cutter | M&E | 10/24/2000 | SL /FM | 10.0000 | 6,950.00 | 100.0000 | 0.00 | 0.00 | 6,950.00 | 0.00 | 6,950.00 |
| 172 | 2 Precision | M&E | 7/31/2000 | SL /FM | 10.0000 | 18,000.00 | 100.0000 | 0.00 | 0.00 | 18,000.00 | 0.00 | 18,000.00 |
| 173 | SC Suction Blast | M&E | 12/21/2000 | SL /FM | 10.0000 | 4,095.00 | 100.0000 | 0.00 | 0.00 | 4,095.00 | 0.00 | 4,095.00 |
| 174 | Mazak VCT200B | M&E | 6/15/2000 | SL /FM | 10.0000 | 111,900.00 | 100.0000 | 0.00 | 0.00 | 111,900.00 | 0.00 | 111,900.00 |
| 175 | Static Cutter | M&E | 1/31/2001 | SL /FM | 10.0000 | 55,600.00 | 100.0000 | 0.00 | 0.00 | 55,600.00 | 0.00 | 55,600.00 |
| 176 | Lab oven | M&E | 3/27/2001 | SL /FM | 10.0000 | 4,190.00 | 100.0000 | 0.00 | 0.00 | 4,190.00 | 0.00 | 4,190.00 |
| 177 | Sewing Machine | M&E | 4/30/2001 | SL /FM | 10.0000 | 3,580.00 | 100.0000 | 0.00 | 0.00 | 3,580.00 | 0.00 | 3,580.00 |
| 178 | Hamilton Press | M&E | 4/30/2001 | SL /FM | 10.0000 | 7,150.00 | 100.0000 | 0.00 | 0.00 | 7,150.00 | 0.00 | 7,150.00 |
| 179 | Hamilton Press | M&E | 5/31/2001 | SL /FM | 10.0000 | 5,000.00 | 100.0000 | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |
| 180 | Press 650 Ton | M&E | 10/1/2001 | SL /FM | 10.0000 | 10,500.00 | 100.0000 | 0.00 | 0.00 | 10,500.00 | 0.00 | 10,500.00 |
| 181 | Cutting Machine | M&E | 6/30/2001 | SL /FM | 10.0000 | 6,950.00 | 100.0000 | 0.00 | 0.00 | 6,950.00 | 0.00 | 6,950.00 |
| 182 | Milling Machine- | M&E | 10/1/2001 | SL /FM | 10.0000 | 14,750.00 | 100.0000 | 0.00 | 0.00 | 14,750.00 | 0.00 | 14,750.00 |
| 183 | Lathe SL-30 | M&E | 10/1/2001 | SL /FM | 10.0000 | 3,274.85 | 100.0000 | 0.00 | 0.00 | 3,274.85 | 0.00 | 3,274.85 |
| 184 | Lathe SL-30 | M&E | 10/1/2001 | SL /FM | 10.0000 | 62,222.15 | 100.0000 | 0.00 | 0.00 | 62,222.15 | 0.00 | 62,222.15 |
| 185 | PH Group 650 | M&E | 10/1/2001 | SL /FM | 10.0000 | 209,300.00 | 100.0000 | 0.00 | 0.00 | 209,300.00 | 0.00 | 209,300.00 |
| 186 | Press 650 Ton | M&E | 10/1/2001 | SL /FM | 10.0000 | 1,827.68 | 100.0000 | 0.00 | 0.00 | 1,827.68 | 0.00 | 1,827.68 |
| 187 | Press 650 Ton | M&E | 10/1/2001 | SL /FM | 10.0000 | 10,500.00 | 100.0000 | 0.00 | 0.00 | 10,500.00 | 0.00 | 10,500.00 |
| 188 | Press 650 Ton | M&E | 10/1/2001 | SL /FM | 10.0000 | 172.55 | 100.0000 | 0.00 | 0.00 | 172.55 | 0.00 | 172.55 |
| 189 | Press 650 Ton | M&E | 10/1/2001 | SL /FM | 10.0000 | 52.24 | 100.0000 | 0.00 | 0.00 | 52.24 | 0.00 | 52.24 |
| 190 | Press 650 Ton | M&E | 10/1/2001 | SL /FM | 10.0000 | 935.00 | 100.0000 | 0.00 | 0.00 | 935.00 | 0.00 | 935.00 |
| 191 | Press 650 Ton | M&E | 10/1/2001 | SL /FM | 10.0000 | 900.00 | 100.0000 | 0.00 | 0.00 | 900.00 | 0.00 | 900.00 |
| 192 | Pinstamp | M&E | 9/17/2001 | SL /FM | 10.0000 | 11,359.50 | 100.0000 | 0.00 | 0.00 | 11,359.50 | 0.00 | 11,359.50 |
| 193 | Press 650 Ton - | M&E | 9/26/2001 | SL /FM | 7.0000 | 6,995.00 | 100.0000 | 0.00 | 0.00 | 6,995.00 | 0.00 | 6,995.00 |

| # | Description | Type | Date | Method | Life | Cost | Pct | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 194 | Press 650 Ton- | M&E | | SL /FM | | | | 0.00 | 0.00 | 1,935.00 | 0.00 | 1,935.00 |
| 195 | Ductwork - | M&E | 9/30/2001 | SL /FM | | 6,221.60 | | 0.00 | 0.00 | 6,221.60 | 0.00 | 6,221.60 |
| 196 | 480 Volt Feeder- | M&E | 9/30/2001 | SL /FM | 10.0000 | 7,567.00 | 100.0000 | 0.00 | 0.00 | 7,567.00 | 0.00 | 7,567.00 |
| 197 | 480 Volt Feeder- | M&E | 9/30/2001 | SL /FM | 10.0000 | 135.00 | 100.0000 | 0.00 | 0.00 | 135.00 | 0.00 | 135.00 |
| 198 | Press 650 Ton | M&E | 10/1/2001 | SL /FM | 10.0000 | 10,500.00 | 100.0000 | 0.00 | 0.00 | 10,500.00 | 0.00 | 10,500.00 |
| 199 | Parts to rebuild | M&E | 10/1/2001 | SL /FM | 10.0000 | 4,950.90 | 100.0000 | 0.00 | 0.00 | 4,950.90 | 0.00 | 4,950.90 |
| 200 | Hydraulic Press | M&E | 10/31/2001 | SL /FM | 7.0000 | 3,500.00 | 100.0000 | 0.00 | 0.00 | 3,500.00 | 0.00 | 3,500.00 |
| 201 | Large capacity | M&E | 10/31/2001 | SL /FM | 10.0000 | 5,438.00 | 100.0000 | 0.00 | 0.00 | 5,438.00 | 0.00 | 5,438.00 |
| 202 | Fadal Rotary | M&E | 11/30/2001 | SL /FM | 10.0000 | 5,000.00 | 100.0000 | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |
| 203 | ASC Process | M&E | 2/1/2017 | SL /FM | 10.0000 | 2,049,027.00 | 100.0000 | 0.00 | 0.00 | 1,622,146.38 | 204,902.70 | 1,827,049.08 |
| 204 | Part making | M&E | 11/30/2001 | SL /FM | 10.0000 | 2,490.00 | 100.0000 | 0.00 | 0.00 | 2,490.00 | 0.00 | 2,490.00 |
| 205 | ASC Process | M&E | 2/1/2017 | SL /FM | 10.0000 | 212,272.00 | 100.0000 | 0.00 | 0.00 | 168,048.67 | 21,227.20 | 189,275.87 |
| 206 | Hydraulic press | M&E | 11/30/2001 | SL /FM | 10.0000 | 5,049.21 | 100.0000 | 0.00 | 0.00 | 5,049.21 | 0.00 | 5,049.21 |
| 207 | ASC Process | M&E | 2/1/2017 | SL /FM | 10.0000 | 333,965.00 | 100.0000 | 0.00 | 0.00 | 264,388.96 | 33,396.50 | 297,785.46 |
| 208 | Toyota Forklift | M&E | 6/30/2002 | SL /FM | 10.0000 | 20,441.00 | 100.0000 | 0.00 | 0.00 | 20,441.00 | 0.00 | 20,441.00 |
| 209 | Kenny T. | M&E | 2/2/2017 | SL /FM | 8.7500 | 105,888.00 | 100.0000 | 0.00 | 0.00 | 95,803.46 | 10,084.54 | 105,888.00 |
| 210 | Router -Model 67 | M&E | 8/21/2002 | SL /FM | 10.0000 | 162,867.00 | 100.0000 | 0.00 | 0.00 | 162,867.00 | 0.00 | 162,867.00 |
| 211 | TN10042- | M&E | 2/28/2017 | SL /FM | 10.0000 | 9,959.00 | 100.0000 | 0.00 | 0.00 | 7,884.21 | 995.90 | 8,880.11 |
| 212 | Toyota forklift 52- | M&E | 8/30/2002 | SL /FM | 10.0000 | 7,274.00 | 100.0000 | 0.00 | 0.00 | 7,274.00 | 0.00 | 7,274.00 |
| 213 | Repair Sheffield | M&E | 3/31/2017 | SL /FM | 10.0000 | 5,065.00 | 100.0000 | 0.00 | 0.00 | 3,967.58 | 506.50 | 4,474.08 |
| 214 | Lathe-Victor | M&E | 2/7/2003 | SL /FM | 10.0000 | 33,500.00 | 100.0000 | 0.00 | 0.00 | 33,500.00 | 0.00 | 33,500.00 |
| 215 | WJ60131 | M&E | 4/12/2017 | SL /FM | 10.0000 | 5,867.20 | 100.0000 | 0.00 | 0.00 | 4,547.08 | 586.72 | 5,133.80 |
| 216 | Hot oil platen | M&E | 7/24/2003 | SL /FM | 10.0000 | 6,120.00 | 100.0000 | 0.00 | 0.00 | 6,120.00 | 0.00 | 6,120.00 |
| 217 | Oakley Die & | M&E | 4/30/2017 | SL /FM | 10.0000 | 7,960.00 | 100.0000 | 0.00 | 0.00 | 6,169.00 | 796.00 | 6,965.00 |
| 218 | Marley cooling | M&E | 7/11/2003 | SL /FM | 10.0000 | 45,491.00 | 100.0000 | 0.00 | 0.00 | 45,491.00 | 0.00 | 45,491.00 |
| 219 | GE ACC Duct. | M&E | 6/12/2017 | SL /FM | 10.0000 | 7,726.00 | 100.0000 | 0.00 | 0.00 | 5,858.88 | 772.60 | 6,631.48 |
| 220 | Gerber multi-ply | M&E | 6/17/2003 | SL /FM | 10.0000 | 139,420.00 | 100.0000 | 0.00 | 0.00 | 139,420.00 | 0.00 | 139,420.00 |
| 221 | Security Camera | M&E | 6/19/2017 | SL /FM | 10.0000 | 609.01 | 100.0000 | 0.00 | 0.00 | 461.83 | 60.90 | 522.73 |
| 222 | Haas VF-6/40 | M&E | 7/22/2003 | SL /FM | 10.0000 | 175,125.00 | 100.0000 | 0.00 | 0.00 | 175,125.00 | 0.00 | 175,125.00 |
| 223 | Security Camera | M&E | 6/23/2017 | SL /FM | 10.0000 | 540.80 | 100.0000 | 0.00 | 0.00 | 410.11 | 54.08 | 464.19 |
| 224 | Mokon-HTF 500 | M&E | 8/29/2003 | SL /FM | 10.0000 | 18,038.43 | 100.0000 | 0.00 | 0.00 | 18,038.43 | 0.00 | 18,038.43 |
| 225 | Cooling Tower | M&E | 6/29/2017 | SL /FM | 10.0000 | 22,533.13 | 100.0000 | 0.00 | 0.00 | 17,087.60 | 2,253.31 | 19,340.91 |
| 226 | Mokon-HTF 500 | M&E | 8/29/2003 | SL /FM | 10.0000 | 18,038.42 | 100.0000 | 0.00 | 0.00 | 18,038.42 | 0.00 | 18,038.42 |
| 227 | Security | M&E | 7/14/2017 | SL /FM | 10.0000 | 433.68 | 100.0000 | 0.00 | 0.00 | 325.27 | 43.37 | 368.64 |
| 228 | Mokon-HTF 500 | M&E | 8/29/2003 | SL /FM | 10.0000 | 18,038.42 | 100.0000 | 0.00 | 0.00 | 18,038.42 | 0.00 | 18,038.42 |
| 229 | Gravel for | M&E | 7/21/2017 | SL /FM | 8.3333 | 3,200.00 | 100.0000 | 0.00 | 0.00 | 2,880.00 | 320.00 | 3,200.00 |
| 230 | Faro control | M&E | 7/7/2003 | SL /FM | 10.0000 | 51,690.00 | 100.0000 | 0.00 | 0.00 | 51,690.00 | 0.00 | 51,690.00 |
| 231 | MerPrep | M&E | 8/29/2003 | SL /FM | 10.0000 | 3,650.00 | 100.0000 | 0.00 | 0.00 | 3,650.00 | 0.00 | 3,650.00 |
| 232 | Cranes, Freezer | M&E | 7/31/2017 | SL /FM | 10.0000 | 7,467.65 | 100.0000 | 0.00 | 0.00 | 5,600.77 | 746.77 | 6,347.54 |
| 233 | AP -3 power | M&E | 8/29/2003 | SL /FM | 10.0000 | 3,900.00 | 100.0000 | 0.00 | 0.00 | 3,900.00 | 0.00 | 3,900.00 |
| 234 | TN10042- | M&E | 8/24/2017 | SL /FM | 10.0000 | 9,959.00 | 100.0000 | 0.00 | 0.00 | 7,386.26 | 995.90 | 8,382.16 |
| 235 | Stemi DV 4 | M&E | 8/29/2003 | SL /FM | 10.0000 | 1,395.00 | 100.0000 | 0.00 | 0.00 | 1,395.00 | 0.00 | 1,395.00 |
| 236 | Cranes, Freezer | M&E | 8/31/2017 | SL /FM | 10.0000 | 13,000.00 | 100.0000 | 0.00 | 0.00 | 9,641.67 | 1,300.00 | 10,941.67 |
| 237 | Bulk Meter- | M&E | 7/30/2003 | SL /FM | 10.0000 | 34,200.00 | 100.0000 | 0.00 | 0.00 | 34,200.00 | 0.00 | 34,200.00 |
| 238 | Forklift to load | M&E | 8/31/2017 | SL /FM | 10.0000 | 1,500.00 | 100.0000 | 0.00 | 0.00 | 1,112.50 | 150.00 | 1,262.50 |
| 239 | Mokon - HTF | M&E | 8/27/2003 | SL /FM | 10.0000 | 17,718.37 | 100.0000 | 0.00 | 0.00 | 17,718.37 | 0.00 | 17,718.37 |
| 240 | Major repair fr | M&E | 8/31/2017 | SL /FM | 10.0000 | 15,000.00 | 100.0000 | 0.00 | 0.00 | 11,125.00 | 1,500.00 | 12,625.00 |
| 241 | HVAC new | M&E | 8/25/2003 | SL /FM | 10.0000 | 19,741.00 | 100.0000 | 0.00 | 0.00 | 19,741.00 | 0.00 | 19,741.00 |
| 242 | Bulk Meter- | M&E | 10/13/2003 | SL /FM | 10.0000 | 30,100.00 | 100.0000 | 0.00 | 0.00 | 30,100.00 | 0.00 | 30,100.00 |
| 243 | Mokon-18kw | M&E | 11/26/2003 | SL /FM | 10.0000 | 18,217.88 | 100.0000 | 0.00 | 0.00 | 18,217.88 | 0.00 | 18,217.88 |
| 244 | Mokon 18kw | M&E | 11/26/2003 | SL /FM | 10.0000 | 18,217.87 | 100.0000 | 0.00 | 0.00 | 18,217.87 | 0.00 | 18,217.87 |
| 245 | Mokon 18kw | M&E | 11/26/2003 | SL /FM | 10.0000 | 18,217.87 | 100.0000 | 0.00 | 0.00 | 18,217.87 | 0.00 | 18,217.87 |
| 246 | Smooth platen- | M&E | 12/23/2003 | SL /FM | 10.0000 | 35,755.00 | 100.0000 | 0.00 | 0.00 | 35,755.00 | 0.00 | 35,755.00 |
| 247 | RTM Piston | M&E | 7/31/2017 | SL /FM | 10.0000 | 147,740.00 | 100.0000 | 0.00 | 0.00 | 110,805.00 | 14,774.00 | 125,579.00 |
| 248 | Skyjack elect lift | M&E | 9/4/2003 | SL /FM | 10.0000 | 7,680.60 | 100.0000 | 0.00 | 0.00 | 7,680.60 | 0.00 | 7,680.60 |
| 249 | Software-ECI | M&E | 2/1/2017 | SL /FM | 3.0000 | 286,386.00 | 100.0000 | 0.00 | 0.00 | 286,386.00 | 0.00 | 286,386.00 |
| 250 | Quincy walk in | M&E | 11/5/2003 | SL /FM | 10.0000 | 14,500.00 | 100.0000 | 0.00 | 0.00 | 14,500.00 | 0.00 | 14,500.00 |
| 251 | M&E for | M&E | 2/1/2017 | SL /FM | 10.0000 | 536,330.00 | 100.0000 | 0.00 | 0.00 | 424,594.58 | 53,633.00 | 478,227.58 |
| 252 | Hydraulic Press- | M&E | 10/9/2003 | SL /FM | 10.0000 | 119,056.00 | 100.0000 | 0.00 | 0.00 | 119,056.00 | 0.00 | 119,056.00 |
| 253 | Overhead Door | M&E | 2/1/2017 | SL /FM | 8.9000 | 20,000.00 | 100.0000 | 0.00 | 0.00 | 17,864.09 | 2,135.91 | 20,000.00 |
| 254 | Photogenic | M&E | 11/5/2003 | SL /FM | 10.0000 | 2,992.00 | 100.0000 | 0.00 | 0.00 | 2,992.00 | 0.00 | 2,992.00 |
| 255 | Laser Asset TN | M&E | 12/31/2017 | SL /FM | 10.0000 | 19,102.60 | 100.0000 | 0.00 | 0.00 | 13,531.01 | 1,910.26 | 15,441.27 |
| 256 | Axioskop 2 MOT | M&E | 10/14/2003 | SL /FM | 10.0000 | 26,433.10 | 100.0000 | 0.00 | 0.00 | 26,433.10 | 0.00 | 26,433.10 |
| 257 | Laser Asset TN | M&E | 12/31/2017 | SL /FM | 10.0000 | 17,754.45 | 100.0000 | 0.00 | 0.00 | 12,576.10 | 1,775.45 | 14,351.55 |
| 258 | Electric blue | M&E | 10/16/2003 | SL /FM | 10.0000 | 2,300.00 | 100.0000 | 0.00 | 0.00 | 2,300.00 | 0.00 | 2,300.00 |
| 259 | CTL Owned | M&E | 12/31/2017 | SL /FM | 10.0000 | 8,111.75 | 100.0000 | 0.00 | 0.00 | 5,745.86 | 811.18 | 6,557.04 |
| 260 | Dust hog drums, | M&E | 9/2/2003 | SL /FM | 10.0000 | 6,644.00 | 100.0000 | 0.00 | 0.00 | 6,644.00 | 0.00 | 6,644.00 |

| # | Description | Type | Date | Method | Rate | Percent | | | Value | Adjustment | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 261 | CTL Owned | M&E | 12/31/2017 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 5,745.86 | 811.18 | 6,557.04 |
| 262 | CTL Oewned | M&E | 12/31/2017 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,612.88 | 651.23 | 5,264.11 |
| 263 | savage 100 ton | M&E | 1/1/2004 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 78,313.50 | 0.00 | 78,313.50 |
| 264 | CTL Owned | M&E | 12/31/2017 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,005.91 | 565.54 | 4,571.45 |
| 265 | savage 100 ton | M&E | 1/1/2004 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 78,313.50 | 0.00 | 78,313.50 |
| 266 | 14'x14'x8' 500 | M&E | 6/19/2018 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 101,840.88 | 15,469.50 | 117,310.38 |
| 267 | savage 4-post | M&E | 3/1/2004 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 66,945.50 | 0.00 | 66,945.50 |
| 268 | Major Repair | M&E | 3/20/2018 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 5,812.02 | 850.54 | 6,662.56 |
| 269 | savavage 4 post | M&E | 3/1/2004 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 66,945.50 | 0.00 | 66,945.50 |
| 270 | Water Treatment | M&E | 5/2/2018 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 5,933.00 | 889.95 | 6,822.95 |
| 271 | BM-20 Injection | M&E | 9/4/2004 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 29,400.00 | 0.00 | 29,400.00 |
| 272 | Kitagawa Indexer | M&E | 4/4/2004 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 5,800.00 | 0.00 | 5,800.00 |
| 273 | Mazak VTC- | M&E | 10/4/2004 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 11,190.00 | 0.00 | 11,190.00 |
| 274 | Rebuild M2B- | M&E | 1/4/2004 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 7,810.00 | 0.00 | 7,810.00 |
| 275 | electrical panel, | M&E | 1/4/2004 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 12,209.25 | 0.00 | 12,209.25 |
| 276 | Major repair | M&E | 8/31/2018 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,462.15 | 695.40 | 5,157.55 |
| 277 | Machinery & | M&E | 7/1/1988 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 417,688.00 | 0.00 | 417,688.00 |
| 278 | Major Repair | M&E | 9/15/2018 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 7,068.44 | 1,116.07 | 8,184.51 |
| 279 | Machinery & | M&E | 7/1/1989 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 211,328.00 | 0.00 | 211,328.00 |
| 280 | Machinery & | M&E | 7/1/1990 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 60,590.00 | 0.00 | 60,590.00 |
| 281 | Machinery & | M&E | 7/1/1991 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 130,771.00 | 0.00 | 130,771.00 |
| 282 | TiN 13252 & | M&E | 1/1/2018 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,390.33 | 627.19 | 5,017.52 |
| 283 | Vapor Degresser- | M&E | 1/12/1992 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 6,000.00 | 0.00 | 6,000.00 |
| 284 | TiN 10348 | M&E | 1/1/2018 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,970.00 | 710.00 | 5,680.00 |
| 285 | TiN 10352 | M&E | 1/1/2018 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,970.00 | 710.00 | 5,680.00 |
| 286 | T/N 45771 | M&E | 1/1/2018 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,558.61 | 651.23 | 5,209.84 |
| 287 | Major Rpr Large | M&E | 10/15/2018 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 8,999.38 | 1,439.90 | 10,439.28 |
| 288 | Foot shear barth | M&E | 1/29/1993 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 1,500.00 | 0.00 | 1,500.00 |
| 289 | Gorbel Jib Crane | M&E | 10/15/2018 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 11,362.50 | 1,818.00 | 13,180.50 |
| 290 | Waterjet hose | M&E | 9/27/1993 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 8,762.00 | 0.00 | 8,762.00 |
| 291 | 6 TiN 13289's | M&E | 10/15/2018 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 11,025.00 | 1,764.00 | 12,789.00 |
| 292 | Hoist for Blue | M&E | 12/15/2018 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 3,029.50 | 498.00 | 3,527.50 |
| 293 | Back Up | M&E | 12/15/2018 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,842.33 | 796.00 | 5,638.33 |
| 294 | Stobe lights- | M&E | 4/1/1994 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 5,580.00 | 0.00 | 5,580.00 |
| 295 | Vert milling mach | M&E | 6/3/1994 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 27,640.00 | 0.00 | 27,640.00 |
| 296 | Oven-Koch sin | M&E | 8/22/1994 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 1,950.00 | 0.00 | 1,950.00 |
| 297 | Vacuum Pump | M&E | 12/20/1994 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 5,863.04 | 0.00 | 5,863.04 |
| 298 | Kindel Co | M&E | 7/31/1994 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 909.41 | 0.00 | 909.41 |
| 299 | Cellcon H15W | M&E | 3/31/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 71,760.00 | 0.00 | 71,760.00 |
| 300 | HMC VERT | M&E | 4/30/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 58,544.19 | 0.00 | 58,544.19 |
| 301 | ELECTRIC | M&E | 4/30/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,300.00 | 0.00 | 4,300.00 |
| 302 | MILACRON | M&E | 5/31/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 19,500.00 | 0.00 | 19,500.00 |
| 303 | SAND BLAST | M&E | 5/31/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 22,500.00 | 0.00 | 22,500.00 |
| 304 | RGDC 4028 24 | M&E | 8/31/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 87,238.37 | 0.00 | 87,238.37 |
| 305 | AUTOCLAVE | M&E | 8/31/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 56,000.00 | 0.00 | 56,000.00 |
| 306 | AUTOCLAVE- | M&E | 8/31/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 56,500.00 | 0.00 | 56,500.00 |
| 307 | AUTOCLAVES | M&E | 8/31/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 24,124.00 | 0.00 | 24,124.00 |
| 308 | POWER TABLE | M&E | 2/10/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 1,140.00 | 0.00 | 1,140.00 |
| 309 | BIG MAC | M&E | 11/21/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 3,327.00 | 0.00 | 3,327.00 |
| 310 | THERMGRAPH | M&E | 11/21/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,157.00 | 0.00 | 4,157.00 |
| 311 | THERMAL | M&E | 10/31/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 46,455.00 | 0.00 | 46,455.00 |
| 312 | NIAGARA | M&E | 10/25/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |
| 313 | ELECTRIC | M&E | 7/3/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 1,026.00 | 0.00 | 1,026.00 |
| 314 | PENTIUM 90 | M&E | 7/28/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 3,059.28 | 0.00 | 3,059.28 |
| 315 | AIR VACUUM | M&E | 9/30/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,188.27 | 0.00 | 4,188.27 |
| 316 | RICH HOUSH | M&E | 11/30/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 5,025.00 | 0.00 | 5,025.00 |
| 317 | LINING OF | M&E | 5/31/1995 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 721.30 | 0.00 | 721.30 |
| 318 | AMERICAN | M&E | 2/29/1996 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 13,847.13 | 0.00 | 13,847.13 |
| 319 | MACHINERY & | M&E | 2/29/1996 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 57,246.25 | 0.00 | 57,246.25 |
| 320 | MACHINERY & | M&E | 8/31/1996 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 54,958.50 | 0.00 | 54,958.50 |
| 321 | MACHINERY & | M&E | 8/31/1996 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 176,797.00 | 0.00 | 176,797.00 |
| 322 | MACH & | M&E | 3/31/1996 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 5,140.00 | 0.00 | 5,140.00 |
| 323 | MACH & | M&E | 3/31/1996 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,520.00 | 0.00 | 4,520.00 |
| 324 | MACHINERY & | M&E | 4/30/1996 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 |
| 325 | MACH & | M&E | 5/31/1996 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 39,680.00 | 0.00 | 39,680.00 |
| 326 | MACH & EQUIP | M&E | 6/30/1996 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 8,950.00 | 0.00 | 8,950.00 |
| 327 | MACH & EQUIP | M&E | 10/31/1996 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 36,133.70 | 0.00 | 36,133.70 |

| # | Description | Type | Date | Method | Rate | Amount | Percent | | | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 328 | MACH & EQUIP | M&E | 10/31/1996 | SL /FM | 10.0000 | 9,220.00 | 100.0000 | 0.00 | 0.00 | 9,220.00 | 0.00 | 9,220.00 |
| 329 | MACH & EQUIP | M&E | 10/31/1996 | SL /FM | | 36,133.70 | | 0.00 | 0.00 | 36,133.70 | 0.00 | 36,133.70 |
| 330 | MACH & EQUIP | M&E | 11/30/1996 | SL /FM | 10.0000 | 2,465.00 | 100.0000 | 0.00 | 0.00 | 2,465.00 | 0.00 | 2,465.00 |
| 331 | MACH & EQUIP | M&E | 11/30/1996 | SL /FM | 10.0000 | 1,600.00 | 100.0000 | 0.00 | 0.00 | 1,600.00 | 0.00 | 1,600.00 |
| 332 | MACH & | M&E | 12/31/1996 | SL /FM | 10.0000 | 100,000.00 | 100.0000 | 0.00 | 0.00 | 100,000.00 | 0.00 | 100,000.00 |
| 333 | MACH & EQUIP | M&E | 12/31/1996 | SL /FM | 10.0000 | 49,000.00 | 100.0000 | 0.00 | 0.00 | 49,000.00 | 0.00 | 49,000.00 |
| 334 | MACH & | M&E | 12/31/1996 | SL /FM | 10.0000 | 3,900.00 | 100.0000 | 0.00 | 0.00 | 3,900.00 | 0.00 | 3,900.00 |
| 335 | MACH & | M&E | 12/31/1996 | SL /FM | 10.0000 | 1,173.00 | 100.0000 | 0.00 | 0.00 | 1,173.00 | 0.00 | 1,173.00 |
| 336 | Horiz Mill S/N | M&E | 1/16/1997 | SL /FM | 10.0000 | 2,500.00 | 100.0000 | 0.00 | 0.00 | 2,500.00 | 0.00 | 2,500.00 |
| 337 | Rotary Table 15 | M&E | 1/16/1997 | SL /FM | 10.0000 | 895.00 | 100.0000 | 0.00 | 0.00 | 895.00 | 0.00 | 895.00 |
| 338 | Racks-Hosea | M&E | 2/28/1997 | SL /FM | 10.0000 | 21,500.00 | 100.0000 | 0.00 | 0.00 | 21,500.00 | 0.00 | 21,500.00 |
| 339 | Downdr | M&E | 3/26/1997 | SL /FM | 10.0000 | 40,455.00 | 100.0000 | 0.00 | 0.00 | 40,455.00 | 0.00 | 40,455.00 |
| 340 | Concrete Pit- | M&E | 3/31/1997 | SL /FM | 10.0000 | 4,705.00 | 100.0000 | 0.00 | 0.00 | 4,705.00 | 0.00 | 4,705.00 |
| 341 | Security System- | M&E | 5/13/1997 | SL /FM | 10.0000 | 3,046.00 | 100.0000 | 0.00 | 0.00 | 3,046.00 | 0.00 | 3,046.00 |
| 342 | Carts Oven J- | M&E | 5/20/1997 | SL /FM | 10.0000 | 13,075.00 | 100.0000 | 0.00 | 0.00 | 13,075.00 | 0.00 | 13,075.00 |
| 343 | CNC Lathe | M&E | 5/7/1997 | SL /FM | 10.0000 | 49,000.00 | 100.0000 | 0.00 | 0.00 | 49,000.00 | 0.00 | 49,000.00 |
| 344 | CV4AGR Head | M&E | 6/30/1997 | SL /FM | 10.0000 | 8,120.00 | 100.0000 | 0.00 | 0.00 | 8,120.00 | 0.00 | 8,120.00 |
| 345 | FSDEL | M&E | 6/5/1997 | SL /FM | 10.0000 | 40,525.00 | 100.0000 | 0.00 | 0.00 | 40,525.00 | 0.00 | 40,525.00 |
| 346 | Plas Blast Cab- | M&E | 6/20/1997 | SL /FM | 10.0000 | 5,700.00 | 100.0000 | 0.00 | 0.00 | 5,700.00 | 0.00 | 5,700.00 |
| 347 | Hyd Pump-Flow | M&E | 7/29/1997 | SL /FM | 10.0000 | 14,500.00 | 100.0000 | 0.00 | 0.00 | 14,500.00 | 0.00 | 14,500.00 |
| 348 | Rich Housh | M&E | 9/30/1997 | SL /FM | 10.0000 | 9,268.20 | 100.0000 | 0.00 | 0.00 | 9,268.20 | 0.00 | 9,268.20 |
| 349 | Burner/Control | M&E | 9/30/1998 | SL /FM | 10.0000 | 43,400.00 | 100.0000 | 0.00 | 0.00 | 43,400.00 | 0.00 | 43,400.00 |
| 350 | Racks for | M&E | 10/21/1998 | SL /FM | 10.0000 | 2,042.00 | 100.0000 | 0.00 | 0.00 | 2,042.00 | 0.00 | 2,042.00 |
| 351 | Cutter w/cradle | M&E | 10/1/1998 | SL /FM | 10.0000 | 4,100.00 | 100.0000 | 0.00 | 0.00 | 4,100.00 | 0.00 | 4,100.00 |
| 352 | BOO Ton Press | M&E | 11/6/1998 | SL /FM | 10.0000 | 85,354.47 | 100.0000 | 0.00 | 0.00 | 85,354.47 | 0.00 | 85,354.47 |
| 353 | Jetpac Pump | M&E | 10/5/1998 | SL /FM | 7.0000 | 12,000.00 | 100.0000 | 0.00 | 0.00 | 12,000.00 | 0.00 | 12,000.00 |
| 354 | HTFOil Unit | M&E | 9/30/1998 | SL /FM | 10.0000 | 17,825.00 | 100.0000 | 0.00 | 0.00 | 17,825.00 | 0.00 | 17,825.00 |
| 355 | filament winding | M&E | 6/8/1998 | SL /FM | 10.0000 | 36,955.00 | 100.0000 | 0.00 | 0.00 | 36,955.00 | 0.00 | 36,955.00 |
| 356 | Upper/Lower T - | M&E | 10/8/1998 | SL /FM | 10.0000 | 13,000.00 | 100.0000 | 0.00 | 0.00 | 13,000.00 | 0.00 | 13,000.00 |
| 357 | MC5DD MAHO | M&E | 8/28/1998 | SL /FM | 10.0000 | 3,750.00 | 100.0000 | 0.00 | 0.00 | 3,750.00 | 0.00 | 3,750.00 |
| 358 | MC6DD MAHO | M&E | 8/28/1998 | SL /FM | 10.0000 | 3,750.00 | 100.0000 | 0.00 | 0.00 | 3,750.00 | 0.00 | 3,750.00 |
| 359 | Air Compressor- | M&E | 6/18/1998 | SL /FM | 10.0000 | 18,160.00 | 100.0000 | 0.00 | 0.00 | 18,160.00 | 0.00 | 18,160.00 |
| 360 | Refrig Air Dryer | M&E | 6/18/1998 | SL /FM | 10.0000 | 5,601.00 | 100.0000 | 0.00 | 0.00 | 5,601.00 | 0.00 | 5,601.00 |
| 361 | BOD Ton | M&E | 4/6/1998 | SL /FM | 10.0000 | 75,000.00 | 100.0000 | 0.00 | 0.00 | 75,000.00 | 0.00 | 75,000.00 |
| 362 | Pneumatic Rivet | M&E | 5/7/1998 | SL /FM | 10.0000 | 1,450.00 | 100.0000 | 0.00 | 0.00 | 1,450.00 | 0.00 | 1,450.00 |
| 363 | Autoclaves & | M&E | 7/23/1998 | SL /FM | 10.0000 | 89,475.00 | 100.0000 | 0.00 | 0.00 | 89,475.00 | 0.00 | 89,475.00 |
| 364 | Vacuum | M&E | 11/25/1998 | SL /FM | 10.0000 | 3,145.00 | 100.0000 | 0.00 | 0.00 | 3,145.00 | 0.00 | 3,145.00 |
| 365 | CPC Control | M&E | 10/29/1998 | SL /FM | 10.0000 | 25,957.00 | 100.0000 | 0.00 | 0.00 | 25,957.00 | 0.00 | 25,957.00 |
| 366 | RTM Control | M&E | 10/29/1998 | SL /FM | 10.0000 | 6,933.00 | 100.0000 | 0.00 | 0.00 | 6,933.00 | 0.00 | 6,933.00 |
| 367 | Lydon Oven | M&E | 9/4/1998 | SL /FM | 10.0000 | 1,499.00 | 100.0000 | 0.00 | 0.00 | 1,499.00 | 0.00 | 1,499.00 |
| 368 | Depatch Oven | M&E | 9/4/1998 | SL /FM | 10.0000 | 3,499.00 | 100.0000 | 0.00 | 0.00 | 3,499.00 | 0.00 | 3,499.00 |
| 369 | Blue Mo Oven | M&E | 9/4/1998 | SL /FM | 10.0000 | 1,999.00 | 100.0000 | 0.00 | 0.00 | 1,999.00 | 0.00 | 1,999.00 |
| 370 | S Bridge Cast | M&E | 9/4/1998 | SL /FM | 10.0000 | 2,999.00 | 100.0000 | 0.00 | 0.00 | 2,999.00 | 0.00 | 2,999.00 |
| 371 | Sand Blast | M&E | 10/2/1998 | SL /FM | 10.0000 | 2,499.00 | 100.0000 | 0.00 | 0.00 | 2,499.00 | 0.00 | 2,499.00 |
| 372 | Autoclave | M&E | 10/27/1998 | SL /FM | 10.0000 | 16,745.25 | 100.0000 | 0.00 | 0.00 | 16,745.25 | 0.00 | 16,745.25 |
| 373 | BOO Ton Press | M&E | 8/26/1998 | SL /FM | 10.0000 | 95,386.00 | 100.0000 | 0.00 | 0.00 | 95,386.00 | 0.00 | 95,386.00 |
| 374 | Rig/Setup Press | M&E | 10/9/1998 | SL /FM | 10.0000 | 14,660.00 | 100.0000 | 0.00 | 0.00 | 14,660.00 | 0.00 | 14,660.00 |
| 375 | Vertical Mach Ctr | M&E | 5/13/1998 | SL /FM | 10.0000 | 500.00 | 100.0000 | 0.00 | 0.00 | 500.00 | 0.00 | 500.00 |
| 376 | Hydraulic Press | M&E | 4/27/1998 | SL /FM | 10.0000 | 8,925.00 | 100.0000 | 0.00 | 0.00 | 8,925.00 | 0.00 | 8,925.00 |
| 377 | Sheffield | M&E | 11/27/1998 | SL /FM | 10.0000 | 150,648.00 | 100.0000 | 0.00 | 0.00 | 150,648.00 | 0.00 | 150,648.00 |
| 378 | Discovery D-8 | M&E | 3/13/1998 | SL /FM | 10.0000 | 46,300.00 | 100.0000 | 0.00 | 0.00 | 46,300.00 | 0.00 | 46,300.00 |
| 379 | Chicago | M&E | 7/21/1998 | SL /FM | 10.0000 | 2,932.50 | 100.0000 | 0.00 | 0.00 | 2,932.50 | 0.00 | 2,932.50 |
| 380 | Deutsch Apt | M&E | 7/17/1998 | SL /FM | 10.0000 | 2,731.00 | 100.0000 | 0.00 | 0.00 | 2,731.00 | 0.00 | 2,731.00 |
| 381 | Extend Pit | M&E | 5/27/1998 | SL /FM | 10.0000 | 2,844.83 | 100.0000 | 0.00 | 0.00 | 2,844.83 | 0.00 | 2,844.83 |
| 382 | Electric Work | M&E | 11/4/1998 | SL /FM | 10.0000 | 11,474.20 | 100.0000 | 0.00 | 0.00 | 11,474.20 | 0.00 | 11,474.20 |
| 383 | Elec | M&E | 11/4/1998 | SL /FM | 10.0000 | 17,800.00 | 100.0000 | 0.00 | 0.00 | 17,800.00 | 0.00 | 17,800.00 |
| 384 | Work Cells M91 | M&E | 11/4/1998 | SL /FM | 10.0000 | 10,323.50 | 100.0000 | 0.00 | 0.00 | 10,323.50 | 0.00 | 10,323.50 |
| 385 | Johnford Vert | M&E | 10/30/1998 | SL /FM | 10.0000 | 102,350.00 | 100.0000 | 0.00 | 0.00 | 102,350.00 | 0.00 | 102,350.00 |
| 386 | CMM Motorized | M&E | 8/11/2005 | SL /FM | 10.0000 | 9,547.00 | 100.0000 | 0.00 | 0.00 | 9,547.00 | 0.00 | 9,547.00 |
| 387 | BM20 Injection | M&E | 8/1/2005 | SL /FM | 7.0000 | 30,185.00 | 100.0000 | 0.00 | 0.00 | 30,185.00 | 0.00 | 30,185.00 |
| 388 | HTF 500 Series | M&E | 8/1/2005 | SL /FM | 7.0000 | 20,145.00 | 100.0000 | 0.00 | 0.00 | 20,145.00 | 0.00 | 20,145.00 |
| 389 | Autoclave savety | M&E | 2/4/2005 | SL /FM | 7.0000 | 4,226.75 | 100.0000 | 0.00 | 0.00 | 4,226.75 | 0.00 | 4,226.75 |
| 390 | (2) Heated | M&E | 5/1/2005 | SL /FM | 7.0000 | 17,815.35 | 100.0000 | 0.00 | 0.00 | 17,815.35 | 0.00 | 17,815.35 |
| 391 | PO 907494Jnsta | M&E | 5/19/2005 | SL /FM | 7.0000 | 4,900.00 | 100.0000 | 0.00 | 0.00 | 4,900.00 | 0.00 | 4,900.00 |
| 392 | CMM Motorized | M&E | 6/26/2005 | SL /FM | 7.0000 | 9,547.00 | 100.0000 | 0.00 | 0.00 | 9,547.00 | 0.00 | 9,547.00 |
| 393 | Bond Fixture | M&E | 10/1/2005 | SL /FM | 3.0000 | 8,100.00 | 100.0000 | 0.00 | 0.00 | 8,100.00 | 0.00 | 8,100.00 |
| 394 | Debulk molds | M&E | 10/1/2005 | SL /FM | 3.0000 | 7,980.03 | 100.0000 | 0.00 | 0.00 | 7,980.03 | 0.00 | 7,980.03 |

| No. | Description | Type | Date | Method | Life | Basis | Pct | | | | | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 395 | Debulk molds | M&E | 10/1/2005 | SL /FM | 3.0000 | | 100.0000 | 0.00 | 0.00 | | 0.00 | 16,961.67 |
| 396 | Mazak VTC- | M&E | 9/13/2005 | SL /FM | | 11,190.00 | | 0.00 | 0.00 | 11,190.00 | 0.00 | 11,190.00 |
| 397 | PC-DMIS | | 7/3/2006 | SL /FM | 5.0000 | 749.70 | 100.0000 | 0.00 | 0.00 | 749.70 | 0.00 | 749.70 |
| 398 | Model HTF 500 | M&E | 5/1/2006 | MSL /HY | 10.0000 | 7,014.00 | 100.0000 | 0.00 | 0.00 | 7,014.00 | 0.00 | 7,014.00 |
| 399 | Boiler and | M&E | 3/1/2006 | MSL /HY | 10.0000 | 16,713.35 | 100.0000 | 0.00 | 0.00 | 16,713.35 | 0.00 | 16,713.35 |
| 400 | PC_DMIS Pro | M&E | 7/3/2006 | MSL /HY | 10.0000 | 9,900.00 | 100.0000 | 0.00 | 0.00 | 9,900.00 | 0.00 | 9,900.00 |
| 401 | PC-DMIS CAD | M&E | 7/3/2006 | MSL /HY | 10.0000 | 15,500.00 | 100.0000 | 0.00 | 0.00 | 15,500.00 | 0.00 | 15,500.00 |
| 402 | PC-DMIS Retrofit | M&E | 7/3/2006 | MSL /HY | 10.0000 | 17,100.00 | 100.0000 | 0.00 | 0.00 | 17,100.00 | 0.00 | 17,100.00 |
| 403 | ARE-250-1 E | M&E | 9/6/2006 | MSL /HY | 10.0000 | 11,399.08 | 100.0000 | 0.00 | 0.00 | 11,399.08 | 0.00 | 11,399.08 |
| 404 | Endeavor 9.9.7 | M&E | 11/30/2006 | MSL /HY | 10.0000 | 139,001.00 | 100.0000 | 0.00 | 0.00 | 139,001.00 | 0.00 | 139,001.00 |
| 405 | Bare, 7V S/S | M&E | 10/24/2006 | MSL /HY | 10.0000 | 4,790.00 | 100.0000 | 0.00 | 0.00 | 4,790.00 | 0.00 | 4,790.00 |
| 571 | ZY-2436, water | M&E | 1/31/2007 | SL /FM | 10.0000 | 26,125.00 | 100.0000 | 0.00 | 0.00 | 26,125.00 | 0.00 | 26,125.00 |
| 572 | Wax injection | M&E | 4/26/2007 | SL /FM | 10.0000 | 26,830.00 | 100.0000 | 0.00 | 0.00 | 26,830.00 | 0.00 | 26,830.00 |
| 573 | Heat tape cooling | M&E | 10/29/2007 | SL /FM | 10.0000 | 2,641.00 | 100.0000 | 0.00 | 0.00 | 2,641.00 | 0.00 | 2,641.00 |
| 574 | Rapid | M&E | 1/18/2008 | SL /FM | 10.0000 | 5,695.00 | 100.0000 | 0.00 | 0.00 | 5,695.00 | 0.00 | 5,695.00 |
| 575 | IDS Pressure | M&E | 5/29/2008 | SL /FM | 10.0000 | 13,200.00 | 100.0000 | 0.00 | 0.00 | 13,200.00 | 0.00 | 13,200.00 |
| 576 | IDS Pressure | M&E | 6/27/2008 | SL /FM | 10.0000 | 9,565.00 | 100.0000 | 0.00 | 0.00 | 9,565.00 | 0.00 | 9,565.00 |
| 577 | Airgas-Hand | M&E | 1/29/2009 | SL /FM | 10.0000 | 1,651.19 | 100.0000 | 0.00 | 0.00 | 1,651.19 | 0.00 | 1,651.19 |
| 578 | Floor Cleaner | M&E | 5/31/2009 | SL /FM | 10.0000 | 17,555.31 | 100.0000 | 0.00 | 0.00 | 17,555.31 | 0.00 | 17,555.31 |
| 579 | fentor Rigging to | M&E | 9/21/2009 | SL /FM | 10.0000 | 6,027.00 | 100.0000 | 0.00 | 0.00 | 6,027.00 | 0.00 | 6,027.00 |
| 580 | Pratt & Whitney | M&E | 9/28/2009 | SL /FM | 10.0000 | 18,600.00 | 100.0000 | 0.00 | 0.00 | 18,600.00 | 0.00 | 18,600.00 |
| 581 | Prolift Toyota | M&E | 11/18/2009 | SL /FM | 5.0000 | 5,650.00 | 100.0000 | 0.00 | 0.00 | 5,650.00 | 0.00 | 5,650.00 |
| 582 | Thermwood | M&E | 2/1/2010 | SL /FM | 10.0000 | 22,049.00 | 100.0000 | 0.00 | 0.00 | 22,049.00 | 0.00 | 22,049.00 |
| 583 | Advanced | M&E | 8/20/2010 | SL /FM | 10.0000 | 8,900.00 | 100.0000 | 0.00 | 0.00 | 8,900.00 | 0.00 | 8,900.00 |
| 584 | Phoenix | M&E | 8/31/2010 | SL /FM | 10.0000 | 18,999.00 | 100.0000 | 0.00 | 0.00 | 18,999.00 | 0.00 | 18,999.00 |
| 585 | Core Services | M&E | 9/20/2010 | SL /FM | 10.0000 | 6,440.50 | 100.0000 | 0.00 | 0.00 | 6,440.50 | 0.00 | 6,440.50 |
| 586 | Tooling for Rings- | M&E | 7/31/2011 | SL /FM | 10.0000 | 10,773.10 | 100.0000 | 0.00 | 0.00 | 10,773.10 | 0.00 | 10,773.10 |
| 587 | General Tool T/N | M&E | 5/16/2012 | SL /FM | 10.0000 | 5,634.00 | 100.0000 | 0.00 | 0.00 | 5,634.00 | 0.00 | 5,634.00 |
| 588 | Universal Tool | M&E | 8/17/2012 | SL /FM | 10.0000 | 21,962.00 | 100.0000 | 0.00 | 0.00 | 21,962.00 | 0.00 | 21,962.00 |
| 589 | Rhinestahl CTS | M&E | 8/22/2012 | SL /FM | 10.0000 | 8,096.00 | 100.0000 | 0.00 | 0.00 | 8,096.00 | 0.00 | 8,096.00 |
| 590 | General Tool Co | M&E | 9/26/2012 | SL /FM | 10.0000 | 12,790.00 | 100.0000 | 0.00 | 0.00 | 12,790.00 | 0.00 | 12,790.00 |
| 591 | R.P. Plumbing - | M&E | 6/12/2012 | SL /FM | 10.0000 | 16,770.00 | 100.0000 | 0.00 | 0.00 | 16,770.00 | 0.00 | 16,770.00 |
| 592 | Miyachi Unitek | M&E | 6/19/2013 | SL /FM | 10.0000 | 9,702.00 | 100.0000 | 0.00 | 0.00 | 9,702.00 | 0.00 | 9,702.00 |
| 593 | Used Equipment | M&E | 10/1/2015 | SL /FM | 10.0000 | 14,500.00 | 100.0000 | 0.00 | 0.00 | 13,412.50 | 1,087.50 | 14,500.00 |
| 594 | AAF RotoCione, | M&E | 7/1/2015 | SL /FM | 10.0000 | 21,154.00 | 100.0000 | 0.00 | 0.00 | 20,096.30 | 1,057.70 | 21,154.00 |
| 595 | TN 13547 | M&E | 10/13/2017 | SL /FM | 10.0000 | 5,502.00 | 100.0000 | 0.00 | 0.00 | 3,988.95 | 550.20 | 4,539.15 |
| 596 | TN 13548 | M&E | 10/13/2017 | SL /FM | 10.0000 | 6,218.00 | 100.0000 | 0.00 | 0.00 | 4,508.05 | 621.80 | 5,129.85 |
| 597 | TN 13549 | M&E | 10/13/2017 | SL /FM | 10.0000 | 4,471.00 | 100.0000 | 0.00 | 0.00 | 3,241.48 | 447.10 | 3,688.58 |
| 598 | TN 13549 | M&E | 10/13/2017 | SL /FM | 10.0000 | 3,768.00 | 100.0000 | 0.00 | 0.00 | 2,731.80 | 376.80 | 3,108.60 |
| 599 | A & B Deburring - | M&E | 11/21/2017 | SL /FM | 10.0000 | 41,880.74 | 100.0000 | 0.00 | 0.00 | 30,014.50 | 4,188.07 | 34,202.57 |
| 600 | Cooling Tower | M&E | 7/12/2018 | SL /FM | 10.0000 | 26,702.94 | 100.0000 | 0.00 | 0.00 | 17,356.89 | 2,670.29 | 20,027.18 |
| 601 | 3-Phase Breaker | M&E | 9/18/2000 | SL /FM | 10.0000 | 3,785.00 | 100.0000 | 0.00 | 0.00 | 3,785.00 | 0.00 | 3,785.00 |
| 602 | Wiring for new | M&E | 9/18/2000 | SL /FM | 10.0000 | 12,599.00 | 100.0000 | 0.00 | 0.00 | 12,599.00 | 0.00 | 12,599.00 |
| 603 | Main Air | M&E | 4/30/2001 | SL /FM | 10.0000 | 3,734.00 | 100.0000 | 0.00 | 0.00 | 3,734.00 | 0.00 | 3,734.00 |
| 604 | Forklift parts & | M&E | 5/31/2001 | SL /FM | 10.0000 | 1,451.07 | 100.0000 | 0.00 | 0.00 | 1,451.07 | 0.00 | 1,451.07 |
| 605 | Main Air | M&E | 7/20/2001 | SL /FM | 10.0000 | 1,541.29 | 100.0000 | 0.00 | 0.00 | 1,541.29 | 0.00 | 1,541.29 |
| 606 | Welder/Miller | M&E | 3/14/2002 | SL /FM | 10.0000 | 4,445.49 | 100.0000 | 0.00 | 0.00 | 4,445.49 | 0.00 | 4,445.49 |
| 607 | HVAC -Repair | M&E | 8/20/2003 | SL /FM | 10.0000 | 8,868.00 | 100.0000 | 0.00 | 0.00 | 8,868.00 | 0.00 | 8,868.00 |
| 608 | Dynasty weld | M&E | 12/13/2004 | SL /FM | 10.0000 | 5,524.03 | 100.0000 | 0.00 | 0.00 | 5,524.03 | 0.00 | 5,524.03 |
| 609 | Hot bond system | M&E | 9/21/2004 | SL /FM | 10.0000 | 13,200.42 | 100.0000 | 0.00 | 0.00 | 13,200.42 | 0.00 | 13,200.42 |
| 610 | Vacuum | M&E | 9/5/1997 | SL /FM | 10.0000 | 4,600.00 | 100.0000 | 0.00 | 0.00 | 4,600.00 | 0.00 | 4,600.00 |
| 611 | Moco | M&E | 9/12/1997 | SL /FM | 10.0000 | 19,500.00 | 100.0000 | 0.00 | 0.00 | 19,500.00 | 0.00 | 19,500.00 |
| 612 | Ban Saw 18" Vet | M&E | 8/21/1997 | SL /FM | 10.0000 | 1,495.00 | 100.0000 | 0.00 | 0.00 | 1,495.00 | 0.00 | 1,495.00 |
| 613 | ClickerPress | M&E | 8/21/1997 | SL /FM | 10.0000 | 2,995.00 | 100.0000 | 0.00 | 0.00 | 2,995.00 | 0.00 | 2,995.00 |
| 614 | Surface | M&E | 8/21/1997 | SL /FM | 10.0000 | 1,999.00 | 100.0000 | 0.00 | 0.00 | 1,999.00 | 0.00 | 1,999.00 |
| 615 | Rivet Gun CP- | M&E | 8/6/1997 | SL /FM | 10.0000 | 2,700.00 | 100.0000 | 0.00 | 0.00 | 2,700.00 | 0.00 | 2,700.00 |
| 616 | Dust | M&E | 8/31/1997 | SL /FM | 10.0000 | 15,549.00 | 100.0000 | 0.00 | 0.00 | 15,549.00 | 0.00 | 15,549.00 |
| 617 | Digital Scale | M&E | 9/12/1997 | SL /FM | 10.0000 | 859.55 | 100.0000 | 0.00 | 0.00 | 859.55 | 0.00 | 859.55 |
| 618 | Portable | M&E | 9/10/1997 | SL /FM | 10.0000 | 1,385.00 | 100.0000 | 0.00 | 0.00 | 1,385.00 | 0.00 | 1,385.00 |
| 619 | Storage Cen, | M&E | 9/30/1997 | SL /FM | 10.0000 | 2,829.15 | 100.0000 | 0.00 | 0.00 | 2,829.15 | 0.00 | 2,829.15 |
| 620 | Micrometer60" x | M&E | 9/11/1997 | SL /FM | 10.0000 | 480.00 | 100.0000 | 0.00 | 0.00 | 480.00 | 0.00 | 480.00 |
| 621 | MicSet 0- | M&E | 9/10/1997 | SL /FM | 10.0000 | 1,737.00 | 100.0000 | 0.00 | 0.00 | 1,737.00 | 0.00 | 1,737.00 |
| 622 | Various-J&L | M&E | 9/10/1997 | SL /FM | 10.0000 | 3,586.31 | 100.0000 | 0.00 | 0.00 | 3,586.31 | 0.00 | 3,586.31 |
| 623 | Exhaust Fan | M&E | 9/24/1997 | SL /FM | 10.0000 | 3,607.00 | 100.0000 | 0.00 | 0.00 | 3,607.00 | 0.00 | 3,607.00 |
| 624 | Caliper36" | M&E | 10/10/1997 | SL /FM | 10.0000 | 1,362.75 | 100.0000 | 0.00 | 0.00 | 1,362.75 | 0.00 | 1,362.75 |
| 625 | Grit Blast Booth | M&E | 8/20/1997 | SL /FM | 10.0000 | 26,875.00 | 100.0000 | 0.00 | 0.00 | 26,875.00 | 0.00 | 26,875.00 |
| 626 | Air Compressor | M&E | 6/30/1997 | SL /FM | 10.0000 | 20,660.00 | 100.0000 | 0.00 | 0.00 | 20,660.00 | 0.00 | 20,660.00 |

| # | Description | Type | Date | Method | Rate | Percent | | | Value 1 | Value 2 | Value 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 627 | Airtec SC500 | M&E | 6/30/1997 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 5,663.00 | 0.00 | 5,663.00 |
| 628 | Brunner 660 Gal | M&E | 6/30/1997 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 2,630.00 | 0.00 | 2,630.00 |
| 629 | Rand 7 Vacuum | M&E | 6/30/1997 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 5,500.00 | 0.00 | 5,500.00 |
| 630 | Air Dryer SC650 | M&E | 6/30/1997 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 6,717.00 | 0.00 | 6,717.00 |
| 631 | Oil Filter Unit | M&E | 6/30/1997 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 3,183.00 | 0.00 | 3,183.00 |
| 632 | Filter PKG | M&E | 6/30/1997 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 3,263.00 | 0.00 | 3,263.00 |
| 633 | Surface Grinder | M&E | 3/4/1998 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 1,350.00 | 0.00 | 1,350.00 |
| 634 | Fans-Fab & | M&E | 7/9/1998 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 839.56 | 0.00 | 839.56 |
| 635 | Drill Fixture PO | M&E | 7/1/2005 | SL /HY | 7.0000 | 100.0000 | 0.00 | 0.00 | 3,500.00 | 0.00 | 3,500.00 |
| 636 | Cooling tower 60 | M&E | 5/22/2006 | SL /HY | 10.0000 | 100.0000 | 0.00 | 0.00 | 17,297.00 | 0.00 | 17,297.00 |
| 637 | Compression | M&E | 2/17/2006 | MSL /HY | 10.0000 | 100.0000 | 0.00 | 0.00 | 64,370.00 | 0.00 | 64,370.00 |
| 669 | Construction- | M&E | 1/21/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 28,163.33 | 4,760.00 | 32,923.33 |
| 670 | Construction- | M&E | 2/7/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 3,354.75 | 567.00 | 3,921.75 |
| 671 | 500 lb Jib Crane | M&E | 2/1/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 2,151.89 | 363.70 | 2,515.59 |
| 672 | 500 lb Jib Crane | M&E | 2/1/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 2,360.75 | 399.00 | 2,759.75 |
| 673 | Toshiba Boring | M&E | 2/1/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 12,661.67 | 2,140.00 | 14,801.67 |
| 674 | 200AMP Electric | M&E | 2/4/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 14,791.67 | 2,500.00 | 17,291.67 |
| 675 | Jib Crane | M&E | 3/22/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 22,367.50 | 3,890.00 | 26,257.50 |
| 676 | HTF 500 Oil | M&E | 3/26/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 20,859.85 | 3,627.80 | 24,487.65 |
| 677 | 2 Rolling Carts | M&E | 3/29/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 6,583.75 | 1,145.00 | 7,728.75 |
| 678 | Right Angle | M&E | 1/19/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 6,843.81 | 1,156.70 | 8,000.51 |
| 679 | OP Jaw | M&E | 2/20/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 8,166.67 | 1,400.00 | 9,566.67 |
| 680 | Fadal Machine | M&E | 4/8/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 2,875.00 | 500.00 | 3,375.00 |
| 681 | Freight for | M&E | 4/30/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,930.00 | 870.00 | 5,800.00 |
| 682 | St Lawrence | M&E | 5/1/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 7,363.83 | 1,299.50 | 8,663.33 |
| 683 | St Lawrence | M&E | 5/1/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 889.67 | 157.00 | 1,046.67 |
| 684 | RTM Injection | M&E | 5/1/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 48,166.67 | 8,500.00 | 56,666.67 |
| 685 | 20 ton a/c VTL | M&E | 5/6/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 23,216.90 | 4,097.10 | 27,314.00 |
| 686 | new VTL | M&E | 5/6/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 57,487.20 | 10,144.80 | 67,632.00 |
| 687 | 300 ton St. | M&E | 5/8/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 116,311.17 | 20,525.50 | 136,836.67 |
| 688 | Sitema Safety | M&E | 5/21/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 12,520.62 | 2,242.50 | 14,763.12 |
| 689 | Saigill LLC | M&E | 5/28/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 6,420.83 | 1,150.00 | 7,570.83 |
| 690 | T/N 12901 Genx | M&E | 5/1/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 11,616.67 | 2,050.00 | 13,666.67 |
| 691 | York 3 Ton Unit | M&E | 6/5/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 3,065.81 | 549.10 | 3,614.91 |
| 692 | 20 Ton a/c VTL | M&E | 6/1/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 23,333.31 | 4,179.10 | 27,512.41 |
| 693 | 3 Ton HVAC | M&E | 7/16/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 3,779.05 | 687.10 | 4,466.15 |
| 694 | 5000cc Electric | M&E | 7/22/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 63,151.29 | 11,658.70 | 74,809.99 |
| 695 | Auxillary Vacuum | M&E | 7/22/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 1,066.54 | 196.90 | 1,263.44 |
| 696 | Accessories & | M&E | 7/22/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 2,858.92 | 527.80 | 3,386.72 |
| 697 | DataTaker DT80 | M&E | 7/22/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,940.00 | 912.00 | 5,852.00 |
| 698 | NRE | M&E | 7/22/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 2,600.00 | 480.00 | 3,080.00 |
| 699 | Tooling set up | M&E | 7/31/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 6,852.08 | 1,265.00 | 8,117.08 |
| 700 | 2 60kw electric | M&E | 8/9/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 57,545.58 | 10,623.80 | 68,169.38 |
| 701 | Electrical | M&E | 8/28/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 8,309.87 | 1,558.10 | 9,867.97 |
| 702 | New Air Dryer | M&E | 9/1/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 2,965.33 | 556.00 | 3,521.33 |
| 703 | New Air Dryer | M&E | 9/1/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 960.00 | 180.00 | 1,140.00 |
| 704 | Autoclave | M&E | 8/23/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,211.20 | 789.60 | 5,000.80 |
| 705 | Retrofit Press | M&E | 8/22/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,424.69 | 829.63 | 5,254.32 |
| 706 | TMP 3200/470 | M&E | 9/11/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 5,676.21 | 1,064.29 | 6,740.50 |
| 707 | Air Filtration | M&E | 9/27/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 152.25 | 29.00 | 181.25 |
| 708 | TN 13232 Hard | M&E | 8/22/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 1,128.00 | 211.50 | 1,339.50 |
| 709 | Hydraulic System | M&E | 10/9/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,373.25 | 833.00 | 5,206.25 |
| 710 | Regloplas GE 9X | M&E | 9/18/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 6,618.15 | 1,260.60 | 7,878.75 |
| 711 | Regloplas GE 9X | M&E | 9/18/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 5,455.80 | 1,039.20 | 6,495.00 |
| 712 | JJQ190711-1 HD | M&E | 10/23/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 3,900.83 | 755.00 | 4,655.83 |
| 713 | MiscPurch | M&E | 10/23/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 11,883.33 | 2,300.00 | 14,183.33 |
| 714 | Water Treatment | M&E | 10/31/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 3,584.63 | 693.80 | 4,278.43 |
| 715 | OEM2 Racking | M&E | 11/25/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,181.04 | 822.50 | 5,003.54 |
| 716 | T/N 12901 Genx- | M&E | 12/1/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 7,370.83 | 1,450.00 | 8,820.83 |
| 734 | Conductor Shield | M&E | 6/1/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 558.33 | 100.00 | 658.33 |
| 736 | Toshiba VTL | M&E | 2/12/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 523,625.00 | 88,500.00 | 612,125.00 |
| 737 | Hoist for Blue | M&E | 1/1/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 1,932.00 | 322.00 | 2,254.00 |
| 738 | Gorbel Jib Crane | M&E | 1/1/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 10,908.00 | 1,818.00 | 12,726.00 |
| 739 | Spray Booth | M&E | 1/1/2019 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 61,186.20 | 10,197.70 | 71,383.90 |
| 740 | Autoclave | M&E | 2/17/2020 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 909,454.50 | 188,163.00 | 1,097,617.50 |
| 741 | Mixer Semkit | M&E | 3/30/2020 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 4,665.64 | 982.24 | 5,647.88 |
| 742 | Water Softener | M&E | 3/31/2020 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 1,051.13 | 221.29 | 1,272.42 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 743 | 2 Panel Mount | M&E | 3/31/2020 | SL /N/A | 10.0000 | 1,356.60 | 100.0000 | 0.00 | 0.00 | 9,381.75 | 1,133.00 | 6,514.75 |
| 744 | Airtech Oil | M&E | 4/1/2020 | SL /N/A | 10.0000 | 6,415.60 | 100.0000 | 0.00 | 0.00 | 3,047.13 | 641.50 | 3,688.63 |
| 745 | RP-3086 | M&E | 4/1/2020 | SL /N/A | 10.0000 | 7,228.87 | 100.0000 | 0.00 | 0.00 | 3,433.73 | 722.89 | 4,156.62 |
| 746 | RP-13870 Nook | M&E | 4/1/2020 | SL /N/A | 10.0000 | 5,277.17 | 100.0000 | 0.00 | 0.00 | 2,506.67 | 527.72 | 3,034.39 |
| 747 | Autoclave - | M&E | 4/1/2020 | SL /N/A | 10.0000 | 37,191.00 | 100.0000 | 0.00 | 0.00 | 17,665.73 | 3,719.10 | 21,384.83 |
| 748 | 2000 amp | M&E | 6/17/2020 | SL /N/A | 10.0000 | 66,400.00 | 100.0000 | 0.00 | 0.00 | 29,880.00 | 6,640.00 | 36,520.00 |
| 777 | IM-7030T Digital | M&E | 11/2/2020 | SL /N/A | 10.0000 | 59,446.00 | 100.0000 | 0.00 | 0.00 | 24,769.17 | 5,944.60 | 30,713.77 |
| 865 | Press 238/239 | M&E | 5/24/2022 | SL /N/A | 10.0000 | 18,214.00 | 100.0000 | 0.00 | 0.00 | 4,705.28 | 1,821.40 | 6,526.68 |
| 866 | FEGV 233 Press | M&E | 6/21/2022 | SL /N/A | 10.0000 | 45,933.00 | 100.0000 | 0.00 | 0.00 | 11,483.25 | 4,593.30 | 16,076.55 |
| 867 | Reference | M&E | 12/7/2022 | SL /N/A | 10.0000 | 10,991.40 | 100.0000 | 0.00 | 0.00 | 2,289.87 | 1,099.14 | 3,389.01 |
| 868 | Item# 724 Razor | M&E | 5/2/2022 | SL /N/A | 10.0000 | 4,295.00 | 100.0000 | 0.00 | 0.00 | 1,145.33 | 429.50 | 1,574.83 |
| 869 | Vacuum Pump | M&E | 3/7/2022 | SL /N/A | 10.0000 | 1,574.49 | 100.0000 | 0.00 | 0.00 | 446.11 | 157.45 | 603.56 |
| 870 | Vacuum Pump | M&E | 3/7/2022 | SL /N/A | 10.0000 | 1,574.49 | 100.0000 | 0.00 | 0.00 | 446.11 | 157.45 | 603.56 |
| 871 | Vacuum Pump | M&E | 10/26/2022 | SL /N/A | 10.0000 | 9,714.61 | 100.0000 | 0.00 | 0.00 | 2,104.83 | 971.46 | 3,076.29 |
| 872 | AC Units Clean | M&E | 8/15/2022 | SL /N/A | 10.0000 | 5,971.00 | 100.0000 | 0.00 | 0.00 | 1,442.99 | 597.10 | 2,040.09 |
| 873 | VHX-7000N | M&E | 7/14/2022 | SL /N/A | 10.0000 | 71,468.75 | 100.0000 | 0.00 | 0.00 | 17,867.20 | 7,146.88 | 25,014.08 |
| 874 | Motor | M&E | 9/7/2022 | SL /N/A | 10.0000 | 2,072.16 | 100.0000 | 0.00 | 0.00 | 483.51 | 207.22 | 690.73 |
| 875 | Reductor | M&E | 9/7/2022 | SL /N/A | 10.0000 | 680.00 | 100.0000 | 0.00 | 0.00 | 158.67 | 68.00 | 226.67 |
| 876 | Kit | M&E | 9/7/2022 | SL /N/A | 10.0000 | 192.49 | 100.0000 | 0.00 | 0.00 | 44.92 | 19.25 | 64.17 |
| 877 | JE: JE23 | M&E | 2/28/2022 | SL /N/A | 10.0000 | 13,106.34 | 100.0000 | 0.00 | 0.00 | 3,713.45 | 1,310.63 | 5,024.08 |
| 878 | JE: JE23 | M&E | 2/28/2022 | SL /N/A | 10.0000 | 11,798.00 | 100.0000 | 0.00 | 0.00 | 3,342.77 | 1,179.80 | 4,522.57 |
| 879 | New Cameras | M&E | 10/19/2022 | SL /N/A | 10.0000 | 4,873.86 | 100.0000 | 0.00 | 0.00 | 1,056.01 | 487.39 | 1,543.40 |
| 880 | New Cameras | M&E | 10/19/2022 | SL /N/A | 10.0000 | 5,654.42 | 100.0000 | 0.00 | 0.00 | 1,225.12 | 565.44 | 1,790.56 |
| 881 | 1-Grieve Model | M&E | 4/22/2022 | SL /N/A | 10.0000 | 88,668.00 | 100.0000 | 0.00 | 0.00 | 23,644.80 | 8,866.80 | 32,511.60 |
| 882 | Furnace Control | M&E | 4/22/2022 | SL /N/A | 10.0000 | 24,926.00 | 100.0000 | 0.00 | 0.00 | 6,646.93 | 2,492.60 | 9,139.53 |
| 883 | Selected | M&E | 4/22/2022 | SL /N/A | 10.0000 | 8,406.00 | 100.0000 | 0.00 | 0.00 | 2,241.60 | 840.60 | 3,082.20 |
| 884 | Roller Hearth | M&E | 4/22/2022 | SL /N/A | 10.0000 | 28,000.00 | 100.0000 | 0.00 | 0.00 | 7,466.67 | 2,800.00 | 10,266.67 |
| 885 | New Furnace - | M&E | 4/22/2022 | SL /N/A | 10.0000 | 1,487.00 | 100.0000 | 0.00 | 0.00 | 396.53 | 148.70 | 545.23 |
| 886 | JE: JE2 Bank | M&E | 10/5/2022 | SL /N/A | 10.0000 | 525,000.00 | 100.0000 | 0.00 | 0.00 | 118,125.00 | 52,500.00 | 170,625.00 |
| 934 | ED Floor Layout | M&E | 4/1/2023 | SL /N/A | 10.0000 | 6,900.00 | 100.0000 | 0.00 | 0.00 | 1,207.50 | 690.00 | 1,897.50 |
| 935 | Fisher Brand Iso | M&E | 4/1/2023 | SL /N/A | 10.0000 | 3,407.47 | 100.0000 | 0.00 | 0.00 | 596.31 | 340.75 | 937.06 |
| 936 | Freezer | M&E | 4/1/2023 | SL /N/A | 10.0000 | 122,445.00 | 100.0000 | 0.00 | 0.00 | 21,427.88 | 12,244.50 | 33,672.38 |
| 937 | Freezer | M&E | 4/1/2023 | SL /N/A | 10.0000 | 153,056.00 | 100.0000 | 0.00 | 0.00 | 26,784.80 | 15,305.60 | 42,090.40 |
| 938 | Freezer | M&E | 4/1/2023 | SL /N/A | 10.0000 | 189,790.00 | 100.0000 | 0.00 | 0.00 | 33,213.25 | 18,979.00 | 52,192.25 |
| 939 | Freezer | M&E | 4/1/2023 | SL /N/A | 10.0000 | 146,934.00 | 100.0000 | 0.00 | 0.00 | 25,713.45 | 14,693.40 | 40,406.85 |
| 940 | Freezer - Racks | M&E | 4/1/2023 | SL /N/A | 10.0000 | 24,350.00 | 100.0000 | 0.00 | 0.00 | 4,261.25 | 2,435.00 | 6,696.25 |
| 941 | Freezer Sprinkler | M&E | 4/1/2023 | SL /N/A | 10.0000 | 28,968.00 | 100.0000 | 0.00 | 0.00 | 5,069.40 | 2,896.80 | 7,966.20 |
| 942 | Freezer Wire | M&E | 4/1/2023 | SL /N/A | 10.0000 | 2,600.00 | 100.0000 | 0.00 | 0.00 | 455.00 | 260.00 | 715.00 |
| 943 | Freezer Wire | M&E | 4/1/2023 | SL /N/A | 10.0000 | 5,800.00 | 100.0000 | 0.00 | 0.00 | 1,015.00 | 580.00 | 1,595.00 |
| 944 | Freezer Wire | M&E | 4/1/2023 | SL /N/A | 10.0000 | 1,080.00 | 100.0000 | 0.00 | 0.00 | 189.00 | 108.00 | 297.00 |
| 945 | Freezer Wiring | M&E | 4/1/2023 | SL /N/A | 10.0000 | 9,166.66 | 100.0000 | 0.00 | 0.00 | 1,604.17 | 916.67 | 2,520.84 |
| 946 | Freezer Wiring | M&E | 4/1/2023 | SL /N/A | 10.0000 | 9,166.66 | 100.0000 | 0.00 | 0.00 | 1,604.17 | 916.67 | 2,520.84 |
| 947 | Freezer Wiring | M&E | 4/1/2023 | SL /N/A | 10.0000 | 9,166.66 | 100.0000 | 0.00 | 0.00 | 1,604.17 | 916.67 | 2,520.84 |
| 948 | Freezer Wiring | M&E | 4/1/2023 | SL /N/A | 10.0000 | 9,166.66 | 100.0000 | 0.00 | 0.00 | 1,604.17 | 916.67 | 2,520.84 |
| 949 | Freezer Wiring | M&E | 4/1/2023 | SL /N/A | 10.0000 | 9,166.66 | 100.0000 | 0.00 | 0.00 | 1,604.17 | 916.67 | 2,520.84 |
| 950 | Freezer Wiring | M&E | 4/1/2023 | SL /N/A | 10.0000 | 9,166.66 | 100.0000 | 0.00 | 0.00 | 1,604.17 | 916.67 | 2,520.84 |
| 951 | Freezer Wiring | M&E | 4/1/2023 | SL /N/A | 10.0000 | 9,166.66 | 100.0000 | 0.00 | 0.00 | 1,604.17 | 916.67 | 2,520.84 |
| 952 | Freezer Wiring | M&E | 4/1/2023 | SL /N/A | 10.0000 | 9,166.66 | 100.0000 | 0.00 | 0.00 | 1,604.17 | 916.67 | 2,520.84 |
| 953 | Freezer Wiring | M&E | 4/1/2023 | SL /N/A | 10.0000 | 9,166.66 | 100.0000 | 0.00 | 0.00 | 1,604.17 | 916.67 | 2,520.84 |
| 954 | Freezer Wiring | M&E | 4/1/2023 | SL /N/A | 10.0000 | 9,166.66 | 100.0000 | 0.00 | 0.00 | 1,604.17 | 916.67 | 2,520.84 |
| 955 | Freezer Wiring | M&E | 4/1/2023 | SL /N/A | 10.0000 | 9,166.66 | 100.0000 | 0.00 | 0.00 | 1,604.17 | 916.67 | 2,520.84 |
| 956 | Freezer Wiring | M&E | 4/1/2023 | SL /N/A | 10.0000 | 9,166.74 | 100.0000 | 0.00 | 0.00 | 1,604.17 | 916.67 | 2,520.84 |
| 957 | Gearbox for | M&E | 4/1/2023 | SL /N/A | 10.0000 | 17,157.95 | 100.0000 | 0.00 | 0.00 | 3,002.65 | 1,715.80 | 4,718.45 |
| 960 | NG Ogive | M&E | 5/1/2023 | SL /N/A | 10.0000 | 6,000.00 | 100.0000 | 0.00 | 0.00 | 1,000.00 | 600.00 | 1,600.00 |
| 961 | NG Ogive | M&E | 5/1/2023 | SL /N/A | 10.0000 | 14,000.00 | 100.0000 | 0.00 | 0.00 | 2,333.33 | 1,400.00 | 3,733.33 |
| 962 | Robot | M&E | 5/1/2023 | SL /N/A | 10.0000 | 9,473.08 | 100.0000 | 0.00 | 0.00 | 1,578.85 | 947.31 | 2,526.16 |
| 963 | Robot | M&E | 5/1/2023 | SL /N/A | 10.0000 | 615.20 | 100.0000 | 0.00 | 0.00 | 102.53 | 61.52 | 164.05 |
| 964 | Spindle Motor | M&E | 5/1/2023 | SL /N/A | 10.0000 | 10,104.94 | 100.0000 | 0.00 | 0.00 | 1,684.15 | 1,010.49 | 2,694.64 |
| 965 | Vacuum Pump | M&E | 5/1/2023 | SL /N/A | 10.0000 | 8,774.00 | 100.0000 | 0.00 | 0.00 | 1,462.33 | 877.40 | 2,339.73 |
| 970 | Lunchroom AC | M&E | 6/1/2023 | SL /N/A | 10.0000 | 5,741.00 | 100.0000 | 0.00 | 0.00 | 908.99 | 574.10 | 1,483.09 |
| 972 | Alignment | M&E | 7/1/2023 | SL /N/A | 10.0000 | 39,001.50 | 100.0000 | 0.00 | 0.00 | 5,850.23 | 3,900.15 | 9,750.38 |
| 973 | Alignment | M&E | 7/1/2023 | SL /N/A | 10.0000 | 4,333.50 | 100.0000 | 0.00 | 0.00 | 650.03 | 433.35 | 1,083.38 |
| 980 | Machine Electric | M&E | 7/1/2023 | SL /N/A | 10.0000 | 3,010.74 | 100.0000 | 0.00 | 0.00 | 451.61 | 301.07 | 752.68 |
| 1013 | Cooling Tower | M&E | 10/1/2023 | SL /N/A | 10.0000 | 9,315.79 | 100.0000 | 0.00 | 0.00 | 1,164.48 | 931.58 | 2,096.06 |
| 1014 | Cooling Tower | M&E | 10/1/2023 | SL /N/A | 10.0000 | 7,772.98 | 100.0000 | 0.00 | 0.00 | 971.63 | 777.30 | 1,748.93 |
| 1015 | Cooling Tower | M&E | 10/1/2023 | SL /N/A | 10.0000 | 9,315.79 | 100.0000 | 0.00 | 0.00 | 1,164.48 | 931.58 | 2,096.06 |
| 1016 | Cooling Tower | M&E | 10/1/2023 | SL /N/A | 10.0000 | 4,921.90 | 100.0000 | 0.00 | 0.00 | 615.24 | 492.19 | 1,107.43 |

| No. | Description | Type | Date | Method | Life | Cost | Bus % | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1017 | Deposit | M&E | 10/1/2023 | SL N/A | 10.0000 | 2,075.00 | 100.0000 | 0.00 | 0.00 | 259.38 | 207.50 | 466.88 |
| 1018 | Robot Pit | M&E | 10/1/2023 | SL N/A | 10.0000 | 13,480.00 | 100.0000 | 0.00 | 0.00 | 1,685.00 | 1,348.00 | 3,033.00 |
| 1019 | Wenzel Remote | M&E | 10/1/2023 | SL N/A | 10.0000 | 1,733.00 | 100.0000 | 0.00 | 0.00 | 216.63 | 173.30 | 389.93 |
| 1020 | Electric Upgrade | M&E | 10/6/2023 | SL N/A | 10.0000 | 50,000.00 | 100.0000 | 0.00 | 0.00 | 6,250.00 | 5,000.00 | 11,250.00 |
| 1021 | Electric Upgrade | M&E | 10/6/2023 | SL N/A | 10.0000 | 100,000.00 | 100.0000 | 0.00 | 0.00 | 12,500.00 | 10,000.00 | 22,500.00 |
| 1022 | Electric Upgrade | M&E | 10/6/2023 | SL N/A | 10.0000 | 50,000.00 | 100.0000 | 0.00 | 0.00 | 6,250.00 | 5,000.00 | 11,250.00 |
| 1024 | 2 HEAD VPS1 | M&E | 11/1/2023 | SL N/A | 10.0000 | 9,130.95 | 100.0000 | 0.00 | 0.00 | 1,065.28 | 913.10 | 1,978.38 |
| 1025 | 2 HEAD VPS1 | M&E | 11/1/2023 | SL N/A | 10.0000 | 91,309.51 | 100.0000 | 0.00 | 0.00 | 10,652.78 | 9,130.95 | 19,783.73 |
| 1026 | 2 Summit Gear | M&E | 11/1/2023 | SL N/A | 10.0000 | 3,256.00 | 100.0000 | 0.00 | 0.00 | 379.87 | 325.60 | 705.47 |
| 1027 | Air Compressors | M&E | 11/1/2023 | SL N/A | 10.0000 | 18,786.00 | 100.0000 | 0.00 | 0.00 | 2,191.70 | 1,878.60 | 4,070.30 |
| 1029 | Air Supply and | M&E | 11/1/2023 | SL N/A | 10.0000 | 2,449.00 | 100.0000 | 0.00 | 0.00 | 285.72 | 244.90 | 530.62 |
| 1030 | Air Supply and | M&E | 11/1/2023 | SL N/A | 10.0000 | 6,986.00 | 100.0000 | 0.00 | 0.00 | 815.03 | 698.60 | 1,513.63 |
| 1031 | Air Supply and | M&E | 11/1/2023 | SL N/A | 10.0000 | 23,750.00 | 100.0000 | 0.00 | 0.00 | 2,770.83 | 2,375.00 | 5,145.83 |
| 1032 | Autoclave | M&E | 11/1/2023 | SL N/A | 10.0000 | 19,653.00 | 100.0000 | 0.00 | 0.00 | 2,292.85 | 1,965.30 | 4,258.15 |
| 1055 | Particle Counter | M&E | 11/1/2023 | SL N/A | 10.0000 | 5,576.92 | 100.0000 | 0.00 | 0.00 | 650.64 | 557.69 | 1,208.33 |
| 1060 | Grit Blast Electric | M&E | 12/1/2023 | SL N/A | 10.0000 | 20,395.05 | 100.0000 | 0.00 | 0.00 | 2,209.47 | 2,039.51 | 4,248.98 |
| 1061 | Hydraulics Valve | M&E | 12/1/2023 | SL N/A | 10.0000 | 9,071.00 | 100.0000 | 0.00 | 0.00 | 982.69 | 907.10 | 1,889.79 |
| 1062 | Hydraulics Valve | M&E | 12/1/2023 | SL N/A | 10.0000 | 6,966.00 | 100.0000 | 0.00 | 0.00 | 754.65 | 696.60 | 1,451.25 |
| 1063 | Rooftop Clean | M&E | 12/1/2023 | SL N/A | 10.0000 | 21,971.00 | 100.0000 | 0.00 | 0.00 | 2,380.19 | 2,197.10 | 4,577.29 |
| 1064 | Vacuum Pump | M&E | 12/31/2023 | SL N/A | 10.0000 | 7,662.00 | 100.0000 | 0.00 | 0.00 | 766.20 | 766.20 | 1,532.40 |
| 1081 | Air compressor | M&E | 3/31/2024 | SL N/A | 7.0000 | 8,684.43 | 100.0000 | 0.00 | 0.00 | 930.47 | 1,240.63 | 2,171.10 |
| 1082 | Blast Booth | M&E | 1/31/2024 | SL N/A | 7.0000 | 114,208.96 | 100.0000 | 0.00 | 0.00 | 14,955.94 | 16,315.57 | 31,271.51 |
| 1083 | Cooling Tower | M&E | 3/31/2024 | SL N/A | 7.0000 | 6,400.00 | 100.0000 | 0.00 | 0.00 | 685.72 | 914.29 | 1,600.01 |
| 1084 | DMC1000-4.032 | M&E | 1/31/2024 | SL N/A | 7.0000 | 1,766.83 | 100.0000 | 0.00 | 0.00 | 231.37 | 252.40 | 483.77 |
| 1085 | Doosan D1605-7 | M&E | 5/31/2024 | SL N/A | 7.0000 | 64,000.00 | 100.0000 | 0.00 | 0.00 | 5,333.33 | 9,142.86 | 14,476.19 |
| 1086 | Dust Collector | M&E | 1/31/2024 | SL N/A | 7.0000 | 165,405.00 | 100.0000 | 0.00 | 0.00 | 21,660.18 | 23,629.29 | 45,289.47 |
| 1087 | Fencing for | M&E | 1/31/2024 | SL N/A | 7.0000 | 14,822.00 | 100.0000 | 0.00 | 0.00 | 1,940.98 | 2,117.43 | 4,058.41 |
| 1088 | GE90 Bridge | M&E | 1/31/2024 | SL N/A | 7.0000 | 288,000.00 | 100.0000 | 0.00 | 0.00 | 37,714.29 | 41,142.86 | 78,857.15 |
| 1089 | GE90 | M&E | 1/31/2024 | SL N/A | 7.0000 | 24,870.00 | 100.0000 | 0.00 | 0.00 | 3,256.79 | 3,552.86 | 6,809.65 |
| 1090 | GE90 Equipment | M&E | 1/31/2024 | SL N/A | 7.0000 | 26,149.20 | 100.0000 | 0.00 | 0.00 | 3,424.30 | 3,735.60 | 7,159.90 |
| 1091 | GE90 Pressure | M&E | 1/31/2024 | SL N/A | 7.0000 | 13,312.50 | 100.0000 | 0.00 | 0.00 | 1,743.31 | 1,901.79 | 3,645.10 |
| 1092 | GE90 Reclaimer | M&E | 1/31/2024 | SL N/A | 7.0000 | 56,361.00 | 100.0000 | 0.00 | 0.00 | 7,380.61 | 8,051.57 | 15,432.18 |
| 1093 | GE90 Work Cell | M&E | 5/31/2024 | SL N/A | 7.0000 | 31,369.95 | 100.0000 | 0.00 | 0.00 | 2,614.16 | 4,481.42 | 7,095.58 |
| 1094 | GO-225 | M&E | 7/31/2024 | SL N/A | 7.0000 | 5,184.10 | 100.0000 | 0.00 | 0.00 | 308.58 | 740.59 | 1,049.17 |
| 1095 | Keyence VL 700 | M&E | 9/30/2024 | SL N/A | 7.0000 | 161,881.20 | 100.0000 | 0.00 | 0.00 | 5,781.47 | 23,125.89 | 28,907.36 |
| 1096 | Leap press | M&E | 7/31/2024 | SL N/A | 7.0000 | 72,671.75 | 100.0000 | 0.00 | 0.00 | 4,325.70 | 10,381.68 | 14,707.38 |
| 1097 | Leasehold | M&E | 1/31/2024 | SL N/A | 7.0000 | 71,995.00 | 100.0000 | 0.00 | 0.00 | 9,427.92 | 10,285.00 | 19,712.92 |
| 1098 | MaxJax Car Lift | M&E | 1/31/2024 | SL N/A | 7.0000 | 12,604.29 | 100.0000 | 0.00 | 0.00 | 1,650.56 | 1,800.61 | 3,451.17 |
| 1099 | Vacuum pump | M&E | 9/30/2024 | SL N/A | 7.0000 | 1,156.70 | 100.0000 | 0.00 | 0.00 | 41.31 | 165.24 | 206.55 |
| 1100 | Zebra DS2208 | M&E | 11/30/2024 | SL N/A | 7.0000 | 1,945.22 | 100.0000 | 0.00 | 0.00 | 23.16 | 277.89 | 301.05 |
| 1101 | Zebra ZQ500 | M&E | 2/28/2024 | SL N/A | 7.0000 | 937.92 | 100.0000 | 0.00 | 0.00 | 111.66 | 133.99 | 245.65 |
| 1102 | Isle Master | M&E | 5/31/2024 | SL N/A | 7.0000 | 88,079.45 | 100.0000 | 0.00 | 0.00 | 7,339.95 | 12,582.78 | 19,922.73 |
| 1103 | Dust Collection | M&E | 1/31/2024 | SL N/A | 7.0000 | 295,770.00 | 100.0000 | 0.00 | 0.00 | 38,731.79 | 42,252.86 | 80,984.65 |
| 406 | Van- Unit 1683- | Vehicles | 2/28/2001 | SL FM | 5.0000 | 9,421.75 | 100.0000 | 0.00 | 0.00 | 9,421.75 | 0.00 | 9,421.75 |
| 407 | Kodiac Truck - | Vehicles | 2/28/2001 | SL FM | 5.0000 | 10,321.75 | 100.0000 | 0.00 | 0.00 | 10,321.75 | 0.00 | 10,321.75 |
| 408 | Clark truck lift | Vehicles | 9/4/2004 | SL FM | 5.0000 | 15,868.50 | 100.0000 | 0.00 | 0.00 | 15,868.50 | 0.00 | 15,868.50 |
| 409 | 2010 Chevrolet | Vehicles | 2/1/2010 | SL FM | 5.0000 | 23,478.55 | 100.0000 | 0.00 | 0.00 | 23,478.55 | 0.00 | 23,478.55 |
| 410 | 2011 Chevrolet | Vehicles | 2/24/2011 | SL FM | 5.0000 | 27,500.00 | 100.0000 | 0.00 | 0.00 | 27,500.00 | 0.00 | 27,500.00 |
| 411 | 53' Strick storage | Vehicles | 9/7/2012 | SL FM | 5.0000 | 2,300.38 | 100.0000 | 0.00 | 0.00 | 2,300.38 | 0.00 | 2,300.38 |
| 412 | 53' Strick storage | Vehicles | 10/10/2012 | SL FM | 5.0000 | 2,512.88 | 100.0000 | 0.00 | 0.00 | 2,512.88 | 0.00 | 2,512.88 |
| 413 | 1988 Trail | Vehicles | 10/25/2012 | SL FM | 5.0000 | 2,405.63 | 100.0000 | 0.00 | 0.00 | 2,405.63 | 0.00 | 2,405.63 |
| 414 | Major repair | Vehicles | 8/2/2013 | SL FM | 5.0000 | 7,745.11 | 100.0000 | 0.00 | 0.00 | 7,745.11 | 0.00 | 7,745.11 |
| 415 | 1996 Grat Dane | Vehicles | 12/4/2013 | SL FM | 5.0000 | 1,814.75 | 100.0000 | 0.00 | 0.00 | 1,814.75 | 0.00 | 1,814.75 |
| 416 | 2015 Chevrolet | Vehicles | 4/1/2015 | SL FM | 5.0000 | 34,282.13 | 100.0000 | 0.00 | 0.00 | 34,282.13 | 0.00 | 34,282.13 |
| 417 | 1998 Chevy | Vehicles | 9/1/2015 | SL FM | 5.0000 | 7,000.00 | 100.0000 | 0.00 | 0.00 | 7,000.00 | 0.00 | 7,000.00 |
| 418 | 2016 Chevrolet | Vehicles | 2/1/2016 | SL FM | 5.0000 | 33,500.00 | 100.0000 | 0.00 | 0.00 | 33,500.00 | 0.00 | 33,500.00 |
| 638 | 1999 GMC Truck | Vehicles | 12/10/2003 | SL FM | 5.0000 | 13,960.78 | 100.0000 | 0.00 | 0.00 | 13,960.78 | 0.00 | 13,960.78 |
| 639 | New flooring for | Vehicles | 11/1/2015 | SL FM | 5.0000 | 6,504.65 | 100.0000 | 0.00 | 0.00 | 6,504.65 | 0.00 | 6,504.65 |
| 640 | Reconditioned | Vehicles | 5/31/2006 | MSL HY | 5.0000 | 22,435.00 | 100.0000 | 0.00 | 0.00 | 22,435.00 | 0.00 | 22,435.00 |
| 419 | furniture for JC | Furniture | 12/1/2008 | SL FM | 10.0000 | 11,000.00 | 100.0000 | 0.00 | 0.00 | 11,000.00 | 0.00 | 11,000.00 |
| 420 | furniture for JC | Furniture | 3/4/2009 | SL FM | 10.0000 | 19,856.89 | 100.0000 | 0.00 | 0.00 | 19,856.89 | 0.00 | 19,856.89 |
| 421 | FRONT OFFICE | Furniture | 1/7/1999 | SL FM | 6.0000 | 5,147.00 | 100.0000 | 0.00 | 0.00 | 5,147.00 | 0.00 | 5,147.00 |
| 422 | JT'S OFFICE | Furniture | 2/8/1999 | SL FM | 6.0000 | 6,308.50 | 100.0000 | 0.00 | 0.00 | 6,308.50 | 0.00 | 6,308.50 |
| 423 | Office furniture | Furniture | 4/30/2001 | SL FM | 6.0000 | 1,886.26 | 100.0000 | 0.00 | 0.00 | 1,886.26 | 0.00 | 1,886.26 |
| 424 | Office furniture | Furniture | 6/29/2001 | SL FM | 6.0000 | 319.50 | 100.0000 | 0.00 | 0.00 | 319.50 | 0.00 | 319.50 |
| 425 | Office furniture | Furniture | 6/29/2001 | SL FM | 6.0000 | 795.00 | 100.0000 | 0.00 | 0.00 | 795.00 | 0.00 | 795.00 |

| ID | Description | Category | Date | Method | Rate | Percent | | | Val1 | Val2 | Val3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 426 | Office furniture | Furniture | 6/25/2001 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 2,029.42 | 0.00 | 2,029.42 |
| 427 | Office furniture | Furniture | 10/31/2001 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 3,894.00 | 0.00 | 3,894.00 |
| 428 | Office furniture | Furniture | 11/29/2001 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 2,826.66 | 0.00 | 2,826.66 |
| 429 | Office furniture | Furniture | 12/28/2001 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 638.40 | 0.00 | 638.40 |
| 430 | HR officefurn | Furniture | 3/3/2003 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 3,516.00 | 0.00 | 3,516.00 |
| 431 | Shelving - | Furniture | 7/19/1994 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 2,116.75 | 0.00 | 2,116.75 |
| 432 | OFFICE | Furniture | 4/20/1995 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 1,700.00 | 0.00 | 1,700.00 |
| 433 | GLASS DOOR | Furniture | 8/22/1995 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 995.00 | 0.00 | 995.00 |
| 434 | Loth chairs for all | Furniture | 9/20/2012 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 30,825.32 | 0.00 | 30,825.32 |
| 435 | HOSEA | Furniture | 10/31/1996 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 1,225.00 | 0.00 | 1,225.00 |
| 436 | Hydraulic Lab | Furniture | 5/1/1997 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 1,539.01 | 0.00 | 1,539.01 |
| 437 | Sound Proof Lab | Furniture | 7/23/1997 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 14,077.00 | 0.00 | 14,077.00 |
| 438 | Renishaump12 | Furniture | 7/31/1997 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 7,232.00 | 0.00 | 7,232.00 |
| 439 | Loth nine chairs | Furniture | 2/13/2013 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 489.80 | 0.00 | 489.80 |
| 440 | Loth eight chairs | Furniture | 5/18/2013 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 468.52 | 0.00 | 468.52 |
| 441 | Loth Conference | Furniture | 7/19/2013 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 7,175.48 | 0.00 | 7,175.48 |
| 442 | Office Furniture- | Furniture | 1/1/2016 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 7,646.40 | 849.60 | 8,496.00 |
| 443 | Chair | Furniture | 7/24/2017 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 383.25 | 51.10 | 434.35 |
| 444 | Cubicles | Furniture | 5/24/2018 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 4,006.54 | 0.00 | 4,006.54 |
| 641 | desk w/ tables & | Furniture | 5/1/2008 | SL /FM | 10.0000 | 100.0000 | 0.00 | 0.00 | 3,305.30 | 0.00 | 3,305.30 |
| 642 | Furniture | Furniture | 2/28/2001 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 2,787.02 | 0.00 | 2,787.02 |
| 643 | Furniture | Furniture | 4/30/2001 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 1,583.09 | 0.00 | 1,583.09 |
| 644 | Workstations- | Furniture | 8/18/1997 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 4,243.50 | 0.00 | 4,243.50 |
| 645 | Furn-Var-Hosea | Furniture | 8/18/1997 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 5,570.00 | 0.00 | 5,570.00 |
| 646 | Oven Hook-up | Furniture | 9/30/1997 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 718.20 | 0.00 | 718.20 |
| 647 | Furniture | Furniture | 9/22/2006 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 12,043.65 | 0.00 | 12,043.65 |
| 749 | Furniture for | Furniture | 2/4/2020 | SL /N/A | 6.0000 | 100.0000 | 0.00 | 0.00 | 15,119.09 | 3,075.07 | 18,194.16 |
| 750 | Furniture for | Furniture | 3/31/2020 | SL /N/A | 6.0000 | 100.0000 | 0.00 | 0.00 | 3,969.72 | 835.73 | 4,805.45 |
| 776 | Office Furniture - | Furniture | 11/9/2020 | SL /N/A | 6.0000 | 100.0000 | 0.00 | 0.00 | 523.29 | 125.59 | 648.88 |
| 887 | 1174-80/1257-90 | Furniture | 1/1/2022 | SL /N/A | 6.0000 | 100.0000 | 0.00 | 0.00 | 5,270.01 | 1,756.67 | 7,026.68 |
| 888 | Office Furniture - | Furniture | 4/19/2022 | SL /N/A | 6.0000 | 100.0000 | 0.00 | 0.00 | 2,420.53 | 907.70 | 3,328.23 |
| 889 | Office Furniture - | Furniture | 8/26/2022 | SL /N/A | 6.0000 | 100.0000 | 0.00 | 0.00 | 321.11 | 137.62 | 458.73 |
| 890 | Office Furniture - | Furniture | 9/26/2022 | SL /N/A | 6.0000 | 100.0000 | 0.00 | 0.00 | 2,164.64 | 962.06 | 3,126.70 |
| 891 | Office Furniture - | Furniture | 11/7/2022 | SL /N/A | 6.0000 | 100.0000 | 0.00 | 0.00 | 424.43 | 195.89 | 620.32 |
| 892 | JE: JE11 BANK | Furniture | 11/18/2022 | SL /N/A | 6.0000 | 100.0000 | 0.00 | 0.00 | 819.96 | 393.58 | 1,213.54 |
| 893 | JE: JE2 | Furniture | 12/31/2022 | SL /N/A | 6.0000 | 100.0000 | 0.00 | 0.00 | 1,946.36 | 973.18 | 2,919.54 |
| 894 | Office Furniture - | Furniture | 8/10/2022 | SL /N/A | 6.0000 | 100.0000 | 0.00 | 0.00 | 288.94 | 119.56 | 408.50 |
| 1023 | Windscreen for | Furniture | 10/16/2023 | SL /N/A | 10.0000 | 100.0000 | 0.00 | 0.00 | 286.25 | 229.00 | 515.25 |
| 1075 | GE90 Office | Furniture | 1/31/2024 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,480.84 | 1,615.46 | 3,096.30 |
| 1076 | GE90 Office | Furniture | 7/31/2024 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 660.08 | 1,584.19 | 2,244.27 |
| 445 | NEC CASE & | Office Equipment | 2/9/1999 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 973.70 | 0.00 | 973.70 |
| 446 | computer | Office Equipment | 12/31/2007 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 6,200.00 | 0.00 | 6,200.00 |
| 447 | HP5 4K | Office Equipment | 8/7/1997 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 2,363.00 | 0.00 | 2,363.00 |
| 448 | MLIPro 200 | Office Equipment | 8/7/1997 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 7,404.00 | 0.00 | 7,404.00 |
| 449 | Kubotek | Office Equipment | 6/30/2009 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 10,400.00 | 0.00 | 10,400.00 |
| 450 | Seagate DMS | Office Equipment | 10/1/1998 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 4,680.00 | 0.00 | 4,680.00 |
| 451 | Laser Hookup | Office Equipment | 8/26/1998 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 3,118.00 | 0.00 | 3,118.00 |
| 452 | Oracle Upgrade- | Office Equipment | 3/31/2011 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 104,944.00 | 0.00 | 104,944.00 |
| 453 | Oracle Upgrade- | Office Equipment | 7/31/2011 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 14,345.00 | 0.00 | 14,345.00 |
| 454 | Oracle Upgrade- | Office Equipment | 8/31/2001 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 4,750.00 | 0.00 | 4,750.00 |
| 455 | Oracle Upgrade- | Office Equipment | 11/30/2001 | SL /FM | 6.0000 | 100.0000 | 0.00 | 0.00 | 3,010.00 | 0.00 | 3,010.00 |
| 456 | Oracle Upgrade- | Office Equipment | 6/27/2012 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 12,040.00 | 0.00 | 12,040.00 |
| 457 | Oracle Upgrade- | Office Equipment | 6/15/2012 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 8,050.00 | 0.00 | 8,050.00 |
| 458 | reThink | Office Equipment | 2/14/2013 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 8,210.00 | 0.00 | 8,210.00 |
| 459 | PC Connection | Office Equipment | 3/22/2013 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 5,382.21 | 0.00 | 5,382.21 |
| 460 | Sharp Display | Office Equipment | 10/8/2013 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 12,913.55 | 0.00 | 12,913.55 |
| 461 | Micro Center | Office Equipment | 5/10/2013 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 9,969.82 | 0.00 | 9,969.82 |
| 462 | Lenova Tablets | Office Equipment | 7/16/2013 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 14,667.02 | 0.00 | 14,667.02 |
| 463 | Datalogger, 16- | Office Equipment | 1/22/2014 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 14,136.00 | 0.00 | 14,136.00 |
| 464 | Datalogger | Office Equipment | 1/28/2014 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,537.10 | 0.00 | 1,537.10 |
| 465 | Phone System | Office Equipment | 6/1/2015 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 40,943.90 | 0.00 | 40,943.90 |
| 466 | Phone System | Office Equipment | 6/1/2015 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 58,364.72 | 0.00 | 58,364.72 |
| 467 | 6 Dell Optiplex | Office Equipment | 4/1/2015 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 10,883.00 | 0.00 | 10,883.00 |
| 468 | M1 Upgrades | Office Equipment | 9/15/2018 | SL /FM | 5.0000 | 100.0000 | 0.00 | 0.00 | 170,000.76 | 0.00 | 170,000.76 |
| 469 | 3 Sealed & Air | Office Equipment | 5/15/2006 | MSL /HY | 5.0000 | 100.0000 | 0.00 | 0.00 | 16,050.00 | 0.00 | 16,050.00 |
| 470 | Network | Office Equipment | 5/15/2006 | MSL /HY | 5.0000 | 100.0000 | 0.00 | 0.00 | 49,687.58 | 0.00 | 49,687.58 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 471 | CAD++ Software | Office Equipment | 7/3/2006 | MSL /HY | | 7,749.30 | 0.00 | 0.00 | 7,749.30 | 0.00 | 1,749.30 |
| 472 | ST1++for | Office Equipment | 7/3/2006 | MSL /HY | | 3,000.00 | 0.00 | 0.00 | 3,000.00 | 0.00 | 3,000.00 |
| 473 | PC-DMIS | Office Equipment | 7/3/2006 | MSL /HY | 5.0000 | 11,000.00 | 100.0000 | 0.00 | 0.00 | 11,000.00 | 0.00 | 11,000.00 |
| 717 | Software-Coding | Office Equipment | 1/4/2019 | SL /N/A | 5.0000 | 1,892.00 | 100.0000 | 0.00 | 0.00 | 1,892.00 | 0.00 | 1,892.00 |
| 718 | Software Coding | Office Equipment | 1/11/2019 | SL /N/A | 5.0000 | 3,784.00 | 100.0000 | 0.00 | 0.00 | 3,784.00 | 0.00 | 3,784.00 |
| 719 | Software Coding | Office Equipment | 1/18/2019 | SL /N/A | 5.0000 | 4,730.00 | 100.0000 | 0.00 | 0.00 | 4,730.00 | 0.00 | 4,730.00 |
| 720 | M1 | Office Equipment | 2/1/2019 | SL /N/A | 5.0000 | 15,975.00 | 100.0000 | 0.00 | 0.00 | 15,975.00 | 0.00 | 15,975.00 |
| 721 | M1 | Office Equipment | 1/25/2019 | SL /N/A | 5.0000 | 2,838.00 | 100.0000 | 0.00 | 0.00 | 2,838.00 | 0.00 | 2,838.00 |
| 722 | Server/Network | Office Equipment | 3/1/2019 | SL /N/A | 5.0000 | 30,300.08 | 100.0000 | 0.00 | 0.00 | 30,300.08 | 0.00 | 30,300.08 |
| 723 | Upgrades to M1 | Office Equipment | 3/1/2019 | SL /N/A | 5.0000 | 17,406.04 | 100.0000 | 0.00 | 0.00 | 17,406.04 | 0.00 | 17,406.04 |
| 724 | 1 Cisco SG55X | Office Equipment | 4/24/2019 | SL /N/A | 5.0000 | 1,825.24 | 100.0000 | 0.00 | 0.00 | 1,825.24 | 0.00 | 1,825.24 |
| 725 | 3 Cisco SG55X | Office Equipment | 4/25/2019 | SL /N/A | 5.0000 | 5,475.72 | 100.0000 | 0.00 | 0.00 | 5,475.72 | 0.00 | 5,475.72 |
| 726 | CMM Hardware | Office Equipment | 4/26/2019 | SL /N/A | 5.0000 | 126,299.00 | 100.0000 | 0.00 | 0.00 | 126,299.00 | 0.00 | 126,299.00 |
| 727 | 23 phones | Office Equipment | 5/1/2019 | SL /N/A | 5.0000 | 331.46 | 100.0000 | 0.00 | 0.00 | 331.46 | 0.00 | 331.46 |
| 728 | 23 Phones | Office Equipment | 5/1/2019 | SL /N/A | 5.0000 | 5,083.00 | 100.0000 | 0.00 | 0.00 | 5,083.00 | 0.00 | 5,083.00 |
| 729 | Multiple | Office Equipment | 5/1/2019 | SL /N/A | 5.0000 | 9,143.75 | 100.0000 | 0.00 | 0.00 | 9,143.75 | 0.00 | 9,143.75 |
| 730 | Multiple | Office Equipment | 5/1/2019 | SL /N/A | 5.0000 | 5,065.20 | 100.0000 | 0.00 | 0.00 | 5,065.20 | 0.00 | 5,065.20 |
| 731 | B-1 Technologies | Office Equipment | 5/1/2019 | SL /N/A | 5.0000 | 22,217.95 | 100.0000 | 0.00 | 0.00 | 22,217.95 | 0.00 | 22,217.95 |
| 732 | Digicom | Office Equipment | 5/1/2019 | SL /N/A | 5.0000 | 78,180.48 | 100.0000 | 0.00 | 0.00 | 78,180.48 | 0.00 | 78,180.48 |
| 733 | Mach Selectn on | Office Equipment | 9/1/2019 | SL /N/A | 5.0000 | 6,300.00 | 100.0000 | 0.00 | 0.00 | 6,300.00 | 0.00 | 6,300.00 |
| 751 | 47 - Honeywell | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 6,429.13 | 100.0000 | 0.00 | 0.00 | 3,857.49 | 1,285.83 | 5,143.32 |
| 752 | Zebra ZT510 - | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 1,571.99 | 100.0000 | 0.00 | 0.00 | 943.20 | 314.40 | 1,257.60 |
| 753 | Zebra MC9300 | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 2,190.84 | 100.0000 | 0.00 | 0.00 | 1,314.51 | 438.17 | 1,752.68 |
| 754 | Multiple Zebra | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 8,688.10 | 100.0000 | 0.00 | 0.00 | 5,212.86 | 1,737.62 | 6,950.48 |
| 755 | CDW - WLAN | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 29,825.19 | 100.0000 | 0.00 | 0.00 | 17,895.12 | 5,965.04 | 23,860.16 |
| 756 | 50 Otterbox | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 2,425.00 | 100.0000 | 0.00 | 0.00 | 1,455.00 | 485.00 | 1,940.00 |
| 757 | 20 Zebra Label | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 31,440.60 | 100.0000 | 0.00 | 0.00 | 18,864.36 | 6,288.12 | 25,152.48 |
| 758 | Surface | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 22,519.64 | 100.0000 | 0.00 | 0.00 | 13,511.79 | 4,503.93 | 18,015.72 |
| 759 | Zebra ZT510 - | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 37,727.76 | 100.0000 | 0.00 | 0.00 | 22,636.65 | 7,545.55 | 30,182.20 |
| 760 | 2 Microsoft | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 13,628.50 | 100.0000 | 0.00 | 0.00 | 8,177.10 | 2,725.70 | 10,902.80 |
| 761 | Plex System - | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 120,920.82 | 100.0000 | 0.00 | 0.00 | 72,552.48 | 24,184.16 | 96,736.64 |
| 762 | Tripp Lite 5U | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 621.28 | 100.0000 | 0.00 | 0.00 | 372.78 | 124.26 | 497.04 |
| 763 | Plex System - | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 63,457.60 | 100.0000 | 0.00 | 0.00 | 38,074.56 | 12,691.52 | 50,766.08 |
| 764 | Plex System - | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 3,712.50 | 100.0000 | 0.00 | 0.00 | 2,227.50 | 742.50 | 2,970.00 |
| 765 | Cisco 550X | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 19,887.24 | 100.0000 | 0.00 | 0.00 | 11,932.35 | 3,977.45 | 15,909.80 |
| 766 | Zebra ZT510 - | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 9,431.94 | 100.0000 | 0.00 | 0.00 | 5,659.17 | 1,886.39 | 7,545.56 |
| 769 | Mach 2 | Office Equipment | 7/31/2020 | SL /N/A | 5.0000 | 27,860.00 | 100.0000 | 0.00 | 0.00 | 24,609.67 | 3,250.33 | 27,860.00 |
| 770 | 10 Ubiquiti Unifi | Office Equipment | 9/23/2020 | SL /N/A | 5.0000 | 955.07 | 100.0000 | 0.00 | 0.00 | 811.79 | 143.28 | 955.07 |
| 771 | 50 Honeywell | Office Equipment | 9/24/2020 | SL /N/A | 5.0000 | 7,829.90 | 100.0000 | 0.00 | 0.00 | 6,655.42 | 1,174.48 | 7,829.90 |
| 772 | Zebra Power | Office Equipment | 9/24/2020 | SL /N/A | 5.0000 | 98.30 | 100.0000 | 0.00 | 0.00 | 83.56 | 14.74 | 98.30 |
| 773 | 13 Microsoft | Office Equipment | 10/7/2020 | SL /N/A | 5.0000 | 6,176.81 | 100.0000 | 0.00 | 0.00 | 5,250.28 | 926.53 | 6,176.81 |
| 774 | 20 Otterbox | Office Equipment | 10/29/2020 | SL /N/A | 5.0000 | 919.52 | 100.0000 | 0.00 | 0.00 | 766.25 | 153.27 | 919.52 |
| 775 | Windows 10 | Office Equipment | 12/31/2020 | SL /N/A | 5.0000 | 20,079.67 | 100.0000 | 0.00 | 0.00 | 16,063.72 | 4,015.95 | 20,079.67 |
| 780 | OEM Computers | Office Equipment | 3/31/2021 | SL /N/A | 5.0000 | 4,230.00 | 100.0000 | 0.00 | 0.00 | 3,172.50 | 846.00 | 4,018.50 |
| 781 | OEM Computers | Office Equipment | 4/30/2021 | SL /N/A | 5.0000 | 1,940.00 | 100.0000 | 0.00 | 0.00 | 1,422.67 | 388.00 | 1,810.67 |
| 782 | OEM Computers | Office Equipment | 5/31/2021 | SL /N/A | 5.0000 | 1,222.39 | 100.0000 | 0.00 | 0.00 | 876.05 | 244.48 | 1,120.53 |
| 783 | OEM Computers | Office Equipment | 6/30/2021 | SL /N/A | 5.0000 | 11,642.40 | 100.0000 | 0.00 | 0.00 | 8,149.68 | 2,328.48 | 10,478.16 |
| 784 | OEM Computers | Office Equipment | 7/31/2021 | SL /N/A | 5.0000 | 4,984.54 | 100.0000 | 0.00 | 0.00 | 3,406.11 | 996.91 | 4,403.02 |
| 785 | OEM Computers | Office Equipment | 9/15/2021 | SL /N/A | 5.0000 | 1,077.02 | 100.0000 | 0.00 | 0.00 | 718.00 | 215.40 | 933.40 |
| 787 | OEM Computers | Office Equipment | 11/30/2021 | SL /N/A | 5.0000 | 13,838.25 | 100.0000 | 0.00 | 0.00 | 8,533.59 | 2,767.65 | 11,301.24 |
| 788 | OEM Computers | Office Equipment | 12/15/2021 | SL /N/A | 5.0000 | 1,090.94 | 100.0000 | 0.00 | 0.00 | 672.75 | 218.19 | 890.94 |
| 791 | PLEX - Sup | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 67,500.00 | 100.0000 | 0.00 | 0.00 | 40,500.00 | 13,500.00 | 54,000.00 |
| 792 | PLEX - Sup | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 40,725.00 | 100.0000 | 0.00 | 0.00 | 24,435.00 | 8,145.00 | 32,580.00 |
| 793 | PLEX - Sup | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 33,196.26 | 100.0000 | 0.00 | 0.00 | 19,917.75 | 6,639.25 | 26,557.00 |
| 794 | PLEX - Sup | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 18,450.00 | 100.0000 | 0.00 | 0.00 | 11,070.00 | 3,690.00 | 14,760.00 |
| 795 | PLEX - Sup | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 14,154.54 | 100.0000 | 0.00 | 0.00 | 8,492.73 | 2,830.91 | 11,323.64 |
| 796 | PLEX - Sup | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 12,150.00 | 100.0000 | 0.00 | 0.00 | 7,290.00 | 2,430.00 | 9,720.00 |
| 797 | PLEX - Sup | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 1,491.91 | 100.0000 | 0.00 | 0.00 | 895.14 | 298.38 | 1,193.52 |
| 798 | PLEX - Sup | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 19,843.74 | 100.0000 | 0.00 | 0.00 | 11,906.25 | 3,968.75 | 15,875.00 |
| 799 | PLEX - Sup | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 17,029.03 | 100.0000 | 0.00 | 0.00 | 10,217.43 | 3,405.81 | 13,623.24 |
| 800 | PLEX - Sup | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 15,975.00 | 100.0000 | 0.00 | 0.00 | 9,585.00 | 3,195.00 | 12,780.00 |
| 801 | PLEX - Sup | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 29,087.53 | 100.0000 | 0.00 | 0.00 | 17,452.53 | 5,817.51 | 23,270.04 |
| 802 | PLEX - Sup | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 17,916.80 | 100.0000 | 0.00 | 0.00 | 10,750.08 | 3,583.36 | 14,333.44 |
| 803 | PLEX - Sup | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 4,710.80 | 100.0000 | 0.00 | 0.00 | 2,826.48 | 942.16 | 3,768.64 |
| 804 | PLEX - Sup | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 35,988.72 | 100.0000 | 0.00 | 0.00 | 21,593.22 | 7,197.74 | 28,790.96 |
| 805 | Software | Office Equipment | 3/29/2022 | SL /N/A | 6.0000 | 2,906.12 | 100.0000 | 0.00 | 0.00 | 1,331.96 | 484.35 | 1,816.31 |
| 806 | Software | Office Equipment | 6/1/2022 | SL /N/A | 6.0000 | 5,051.52 | 100.0000 | 0.00 | 0.00 | 2,174.96 | 841.92 | 3,016.88 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 807 | Software | Office Equipment | | SL /N/A | | | 0.00 | 0.00 | 1,583.47 | 678.63 | 2,262.10 |
| 808 | Software | Office Equipment | 11/8/2022 | SL /N/A | | | 0.00 | 0.00 | 4,057.32 | 1,872.61 | 5,929.93 |
| 809 | Sup CDW | Office Equipment | 11/5/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 664.41 | 306.65 | 971.06 |
| 811 | JE: JE17 BANK | Office Equipment | 5/19/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 264.12 | 102.24 | 366.36 |
| 812 | JE: JE17 BANK | Office Equipment | 5/19/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 748.31 | 289.67 | 1,037.98 |
| 813 | 2 PBX Luminate | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 3,239.73 | 1,079.91 | 4,319.64 |
| 814 | APC Smart-UPS | Office Equipment | 2/21/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,721.53 | 607.60 | 2,329.13 |
| 815 | Computer - | Office Equipment | 2/21/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 111.89 | 39.49 | 151.38 |
| 816 | Microsoft | Office Equipment | 3/17/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,514.07 | 550.57 | 2,064.64 |
| 817 | Microsoft | Office Equipment | 3/17/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 123.75 | 45.00 | 168.75 |
| 818 | Microsoft | Office Equipment | 3/17/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 90.70 | 32.98 | 123.68 |
| 819 | Microsoft | Office Equipment | 3/17/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 112.37 | 40.86 | 153.23 |
| 820 | Microsoft | Office Equipment | 3/28/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 3,833.17 | 1,393.88 | 5,227.05 |
| 821 | Computer - | Office Equipment | 3/28/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 249.15 | 90.60 | 339.75 |
| 822 | Vertiv Liebert | Office Equipment | 3/29/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 375.57 | 136.57 | 512.14 |
| 823 | Computer - | Office Equipment | 3/29/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 24.42 | 8.88 | 33.30 |
| 824 | Zebra 4-Slot | Office Equipment | 3/31/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 182.27 | 66.28 | 248.55 |
| 825 | Computer - | Office Equipment | 3/31/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 11.85 | 4.31 | 16.16 |
| 826 | Microsoft | Office Equipment | 4/6/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 951.12 | 345.86 | 1,296.98 |
| 827 | Microsoft | Office Equipment | 4/11/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,287.47 | 468.17 | 1,755.64 |
| 828 | Computer - | Office Equipment | 4/11/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 83.68 | 30.43 | 114.11 |
| 829 | Microsoft | Office Equipment | 5/12/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,365.47 | 512.05 | 1,877.52 |
| 830 | Kofax Power | Office Equipment | 7/5/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,213.65 | 485.46 | 1,699.11 |
| 831 | Kofax Software | Office Equipment | 7/5/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 242.03 | 96.81 | 338.84 |
| 832 | Computer - | Office Equipment | 7/5/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 94.63 | 37.85 | 132.48 |
| 833 | Microsoft | Office Equipment | 7/21/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,006.08 | 416.31 | 1,422.39 |
| 834 | Computer - | Office Equipment | 1/15/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 950.76 | 316.92 | 1,267.68 |
| 835 | Computer - | Office Equipment | 1/31/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 628.78 | 215.58 | 844.36 |
| 836 | Computer - | Office Equipment | 2/15/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 2,572.89 | 908.08 | 3,480.97 |
| 837 | Computer - | Office Equipment | 2/28/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 876.58 | 309.38 | 1,185.96 |
| 838 | Computer - | Office Equipment | 3/16/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,102.53 | 389.13 | 1,491.66 |
| 839 | Computer - | Office Equipment | 3/31/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,702.33 | 619.03 | 2,321.36 |
| 840 | Computer - | Office Equipment | 4/15/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 2,169.09 | 788.76 | 2,957.85 |
| 841 | Computer - | Office Equipment | 4/30/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 769.81 | 288.68 | 1,058.49 |
| 842 | Computer - | Office Equipment | 5/15/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,870.77 | 701.54 | 2,572.31 |
| 843 | Computer - | Office Equipment | 5/31/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,104.43 | 427.52 | 1,531.95 |
| 844 | Computer - | Office Equipment | 6/15/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 975.49 | 377.61 | 1,353.10 |
| 845 | Computer - | Office Equipment | 6/30/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,938.23 | 775.29 | 2,713.52 |
| 846 | Computer - | Office Equipment | 7/15/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 322.85 | 129.14 | 451.99 |
| 847 | Computer - | Office Equipment | 7/31/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 981.63 | 406.19 | 1,387.82 |
| 848 | Computer - | Office Equipment | 8/31/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 720.88 | 308.95 | 1,029.83 |
| 849 | Computer - | Office Equipment | 9/15/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 744.01 | 318.86 | 1,062.87 |
| 850 | Computer - | Office Equipment | 9/30/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 104.58 | 46.48 | 151.06 |
| 851 | Computer - | Office Equipment | 10/15/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 445.79 | 198.13 | 643.92 |
| 852 | Computer - | Office Equipment | 10/31/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 2,570.86 | 1,186.55 | 3,757.41 |
| 853 | Computer - | Office Equipment | 11/16/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 2,085.46 | 1,001.02 | 3,086.48 |
| 854 | Computer - | Office Equipment | 12/15/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 2,831.98 | 1,359.35 | 4,191.33 |
| 855 | Computer - | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 601.50 | 200.50 | 802.00 |
| 856 | 650 Tower - | Office Equipment | 9/30/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,108.13 | 492.50 | 1,600.63 |
| 857 | Computer - Dell | Office Equipment | 6/16/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,665.00 | 666.00 | 2,331.00 |
| 858 | Plex - | Office Equipment | 1/3/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 33,329.88 | 11,109.96 | 44,439.84 |
| 859 | Plex - | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 543.15 | 181.05 | 724.20 |
| 860 | JE: JE23 | Office Equipment | 2/28/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 3,733.79 | 1,317.81 | 5,051.60 |
| 861 | JE: JE6 | Office Equipment | 1/31/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 244.88 | 83.96 | 328.84 |
| 862 | Powerspec | Office Equipment | 2/11/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,438.73 | 493.28 | 1,932.01 |
| 863 | New Website | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 88,714.02 | 29,571.34 | 118,285.36 |
| 864 | Plex ERB | Office Equipment | 1/1/2022 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 152,986.20 | 50,995.40 | 203,981.60 |
| 895 | Computer | Office Equipment | 1/1/2023 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,637.74 | 818.87 | 2,456.61 |
| 896 | Computer | Office Equipment | 1/1/2023 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 344.92 | 172.46 | 517.38 |
| 897 | Computer | Office Equipment | 1/13/2023 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 279.84 | 139.92 | 419.76 |
| 898 | Computer | Office Equipment | 1/17/2023 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 225.21 | 117.50 | 342.71 |
| 923 | Computer | Office Equipment | 1/31/2024 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 987.03 | 1,076.76 | 2,063.79 |
| 930 | Computer | Office Equipment | 2/15/2023 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 144.26 | 78.69 | 222.95 |
| 931 | Computer | Office Equipment | 2/28/2023 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 459.51 | 250.64 | 710.15 |
| 932 | Computer | Office Equipment | 3/15/2023 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 413.84 | 225.73 | 639.57 |
| 933 | Computer | Office Equipment | 3/31/2023 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 888.91 | 507.95 | 1,396.86 |
| 958 | Computer | Office Equipment | 5/1/2023 | SL /N/A | 5.0000 | 100.0000 | 0.00 | 0.00 | 1,994.33 | 1,196.60 | 3,190.93 |

| 959 | Computer | Office Equipment | 5/17/2023 | SL /N/A | 5.0000 | 3,226.26 | 100.0000 | 0.00 | 0.00 | 1,086.08 | 651.65 | 1,737.73 |
| 966 | Computer | Office Equipment | 5/31/2023 | SL /N/A | 5.0000 | 4,258.62 | 100.0000 | 0.00 | 0.00 | 1,348.40 | 851.62 | 2,200.02 |
| 967 | Computer | Office Equipment | 6/1/2023 | SL /N/A | 5.0000 | 8,506.71 | 100.0000 | 0.00 | 0.00 | 2,693.79 | 1,701.34 | 4,395.13 |
| 968 | Computer | Office Equipment | 6/1/2023 | SL /N/A | 5.0000 | 1,408.00 | 100.0000 | 0.00 | 0.00 | 445.87 | 281.60 | 727.47 |
| 969 | Computer | Office Equipment | 6/1/2023 | SL /N/A | 5.0000 | 1,239.69 | 100.0000 | 0.00 | 0.00 | 392.57 | 247.94 | 640.51 |
| 971 | Computer | Office Equipment | 6/15/2023 | SL /N/A | 5.0000 | 97.02 | 100.0000 | 0.00 | 0.00 | 30.72 | 19.40 | 50.12 |
| 974 | Computer | Office Equipment | 7/1/2023 | SL /N/A | 5.0000 | 785.85 | 100.0000 | 0.00 | 0.00 | 235.76 | 157.17 | 392.93 |
| 975 | Computer | Office Equipment | 7/1/2023 | SL /N/A | 5.0000 | 1,175.00 | 100.0000 | 0.00 | 0.00 | 352.50 | 235.00 | 587.50 |
| 976 | Computer | Office Equipment | 7/1/2023 | SL /N/A | 5.0000 | 2,189.00 | 100.0000 | 0.00 | 0.00 | 656.70 | 437.80 | 1,094.50 |
| 977 | Computer | Office Equipment | 7/1/2023 | SL /N/A | 5.0000 | 873.16 | 100.0000 | 0.00 | 0.00 | 261.95 | 174.63 | 436.58 |
| 978 | Computer | Office Equipment | 7/1/2023 | SL /N/A | 5.0000 | 95.90 | 100.0000 | 0.00 | 0.00 | 28.77 | 19.18 | 47.95 |
| 979 | Computer | Office Equipment | 7/1/2023 | SL /N/A | 5.0000 | 813.87 | 100.0000 | 0.00 | 0.00 | 244.16 | 162.77 | 406.93 |
| 981 | Computer | Office Equipment | 7/15/2023 | SL /N/A | 5.0000 | 2,346.78 | 100.0000 | 0.00 | 0.00 | 704.04 | 469.36 | 1,173.40 |
| 982 | Computer | Office Equipment | 8/1/2023 | SL /N/A | 5.0000 | 1,642.82 | 100.0000 | 0.00 | 0.00 | 465.46 | 328.56 | 794.02 |
| 983 | Computer | Office Equipment | 8/1/2023 | SL /N/A | 5.0000 | 754.59 | 100.0000 | 0.00 | 0.00 | 213.80 | 150.92 | 364.72 |
| 984 | Computer | Office Equipment | 8/1/2023 | SL /N/A | 5.0000 | 1,509.18 | 100.0000 | 0.00 | 0.00 | 427.61 | 301.84 | 729.45 |
| 985 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 34.88 | 100.0000 | 0.00 | 0.00 | 9.31 | 6.98 | 16.29 |
| 986 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 38.78 | 100.0000 | 0.00 | 0.00 | 10.35 | 7.76 | 18.11 |
| 987 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 364.50 | 100.0000 | 0.00 | 0.00 | 97.20 | 72.90 | 170.10 |
| 988 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 744.93 | 100.0000 | 0.00 | 0.00 | 198.65 | 148.99 | 347.64 |
| 989 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 53.34 | 100.0000 | 0.00 | 0.00 | 14.23 | 10.67 | 24.90 |
| 990 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 92.48 | 100.0000 | 0.00 | 0.00 | 24.67 | 18.50 | 43.17 |
| 991 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 15.51 | 100.0000 | 0.00 | 0.00 | 4.13 | 3.10 | 7.23 |
| 992 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 467.80 | 100.0000 | 0.00 | 0.00 | 124.75 | 93.56 | 218.31 |
| 993 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 442.28 | 100.0000 | 0.00 | 0.00 | 117.95 | 88.46 | 206.41 |
| 994 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 146.55 | 100.0000 | 0.00 | 0.00 | 39.08 | 29.31 | 68.39 |
| 995 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 481.05 | 100.0000 | 0.00 | 0.00 | 128.28 | 96.21 | 224.49 |
| 996 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 31.27 | 100.0000 | 0.00 | 0.00 | 8.33 | 6.25 | 14.58 |
| 997 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 1,840.85 | 100.0000 | 0.00 | 0.00 | 490.89 | 368.17 | 859.06 |
| 998 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 99.16 | 100.0000 | 0.00 | 0.00 | 26.44 | 19.83 | 46.27 |
| 999 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 1,289.29 | 100.0000 | 0.00 | 0.00 | 343.81 | 257.86 | 601.67 |
| 1000 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 1,217.04 | 100.0000 | 0.00 | 0.00 | 324.55 | 243.41 | 567.96 |
| 1001 | Computer | Office Equipment | 9/1/2023 | SL /N/A | 5.0000 | 2,155.98 | 100.0000 | 0.00 | 0.00 | 574.93 | 431.20 | 1,006.13 |
| 1002 | Computer | Office Equipment | 10/1/2023 | SL /N/A | 5.0000 | 2,446.64 | 100.0000 | 0.00 | 0.00 | 611.66 | 489.33 | 1,100.99 |
| 1003 | Computer | Office Equipment | 10/1/2023 | SL /N/A | 5.0000 | 2,634.36 | 100.0000 | 0.00 | 0.00 | 658.59 | 526.87 | 1,185.46 |
| 1004 | Computer | Office Equipment | 10/1/2023 | SL /N/A | 5.0000 | 120.26 | 100.0000 | 0.00 | 0.00 | 30.06 | 24.05 | 54.11 |
| 1005 | Computer | Office Equipment | 10/1/2023 | SL /N/A | 5.0000 | 360.78 | 100.0000 | 0.00 | 0.00 | 90.20 | 72.16 | 162.36 |
| 1006 | Computer | Office Equipment | 10/1/2023 | SL /N/A | 5.0000 | 360.78 | 100.0000 | 0.00 | 0.00 | 90.20 | 72.16 | 162.36 |
| 1007 | Computer | Office Equipment | 10/1/2023 | SL /N/A | 5.0000 | 314.75 | 100.0000 | 0.00 | 0.00 | 78.69 | 62.95 | 141.64 |
| 1008 | Computer | Office Equipment | 10/1/2023 | SL /N/A | 5.0000 | 405.44 | 100.0000 | 0.00 | 0.00 | 101.36 | 81.09 | 182.45 |
| 1009 | Computer | Office Equipment | 10/1/2023 | SL /N/A | 5.0000 | 366.34 | 100.0000 | 0.00 | 0.00 | 91.59 | 73.27 | 164.86 |
| 1010 | Computer | Office Equipment | 10/1/2023 | SL /N/A | 5.0000 | 3,158.49 | 100.0000 | 0.00 | 0.00 | 789.63 | 631.70 | 1,421.33 |
| 1011 | Computer | Office Equipment | 10/1/2023 | SL /N/A | 5.0000 | 7,723.28 | 100.0000 | 0.00 | 0.00 | 1,930.83 | 1,544.66 | 3,475.49 |
| 1012 | Computer | Office Equipment | 10/1/2023 | SL /N/A | 5.0000 | 1,636.39 | 100.0000 | 0.00 | 0.00 | 409.10 | 327.28 | 736.38 |
| 1028 | Computer | Office Equipment | 2/28/2024 | SL /N/A | 5.0000 | 13,984.88 | 100.0000 | 0.00 | 0.00 | 2,330.82 | 2,796.98 | 5,127.80 |
| 1033 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 364.50 | 100.0000 | 0.00 | 0.00 | 85.05 | 72.90 | 157.95 |
| 1034 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 21.33 | 100.0000 | 0.00 | 0.00 | 4.98 | 4.27 | 9.25 |
| 1035 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 116.30 | 100.0000 | 0.00 | 0.00 | 27.14 | 23.26 | 50.40 |
| 1036 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 75.10 | 100.0000 | 0.00 | 0.00 | 17.52 | 15.02 | 32.54 |
| 1037 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 4,552.66 | 100.0000 | 0.00 | 0.00 | 1,062.29 | 910.53 | 1,972.82 |
| 1038 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 1,035.90 | 100.0000 | 0.00 | 0.00 | 241.71 | 207.18 | 448.89 |
| 1039 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 125.90 | 100.0000 | 0.00 | 0.00 | 29.38 | 25.18 | 54.56 |
| 1040 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 164.72 | 100.0000 | 0.00 | 0.00 | 38.43 | 32.94 | 71.37 |
| 1041 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 419.66 | 100.0000 | 0.00 | 0.00 | 97.92 | 83.93 | 181.85 |
| 1042 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 195.88 | 100.0000 | 0.00 | 0.00 | 45.71 | 39.18 | 84.89 |
| 1043 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 12.73 | 100.0000 | 0.00 | 0.00 | 2.98 | 2.55 | 5.53 |
| 1044 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 191.38 | 100.0000 | 0.00 | 0.00 | 44.66 | 38.28 | 82.94 |
| 1045 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 12.44 | 100.0000 | 0.00 | 0.00 | 2.91 | 2.49 | 5.40 |
| 1046 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 1,728.50 | 100.0000 | 0.00 | 0.00 | 403.32 | 345.70 | 749.02 |
| 1047 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 112.35 | 100.0000 | 0.00 | 0.00 | 26.22 | 22.47 | 48.69 |
| 1048 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 128.03 | 100.0000 | 0.00 | 0.00 | 29.88 | 25.61 | 55.49 |
| 1049 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 8.32 | 100.0000 | 0.00 | 0.00 | 1.94 | 1.66 | 3.60 |
| 1050 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 97.94 | 100.0000 | 0.00 | 0.00 | 22.86 | 19.59 | 42.45 |
| 1051 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 6.37 | 100.0000 | 0.00 | 0.00 | 1.48 | 1.27 | 2.75 |
| 1052 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 8,068.83 | 100.0000 | 0.00 | 0.00 | 1,882.73 | 1,613.77 | 3,496.50 |
| 1053 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 2,983.89 | 100.0000 | 0.00 | 0.00 | 696.24 | 596.78 | 1,293.02 |
| 1054 | Computer | Office Equipment | 11/1/2023 | SL /N/A | 5.0000 | 2,163.50 | 100.0000 | 0.00 | 0.00 | 504.82 | 432.70 | 937.52 |

| No. | Description | Category | Date | Method/Life | | Rate | | | Basis | Accum | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1056 | Computer | Office Equipment | 12/1/2023 | SL N/A | | | 0.00 | 0.00 | 1,771.88 | 1,640.21 | 3,417.10 |
| 1057 | Computer | Office Equipment | 12/1/2023 | SL N/A | 5.0000 | 1,580.76 | 0.00 | 0.00 | 342.52 | 316.17 | 658.69 |
| 1058 | Computer | Office Equipment | 12/1/2023 | SL N/A | 5.0000 | 3,650.00 | 100.0000 | 0.00 | 790.83 | 730.00 | 1,520.83 |
| 1059 | Computer | Office Equipment | 12/1/2023 | SL N/A | 5.0000 | 1,716.70 | 100.0000 | 0.00 | 371.95 | 343.34 | 715.29 |
| 1065 | Computer | Office Equipment | 2/29/2024 | SL N/A | 5.0000 | 4,592.26 | 100.0000 | 0.00 | 765.37 | 918.45 | 1,683.82 |
| 1066 | Computer | Office Equipment | 3/31/2024 | SL N/A | 5.0000 | 4,944.22 | 100.0000 | 0.00 | 741.63 | 988.84 | 1,730.47 |
| 1067 | Computer | Office Equipment | 5/31/2024 | SL N/A | 5.0000 | 13,264.05 | 100.0000 | 0.00 | 1,547.47 | 2,652.81 | 4,200.28 |
| 1068 | Computer | Office Equipment | 6/30/2024 | SL N/A | 5.0000 | 2,654.56 | 100.0000 | 0.00 | 265.46 | 530.91 | 796.37 |
| 1069 | Computer | Office Equipment | 7/31/2024 | SL N/A | 5.0000 | 4,058.71 | 100.0000 | 0.00 | 338.23 | 811.74 | 1,149.97 |
| 1070 | Computer | Office Equipment | 8/31/2024 | SL N/A | 5.0000 | 3,840.40 | 100.0000 | 0.00 | 256.03 | 768.08 | 1,024.11 |
| 1071 | Computer | Office Equipment | 9/30/2024 | SL N/A | 5.0000 | 2,939.49 | 100.0000 | 0.00 | 146.98 | 587.90 | 734.88 |
| 1072 | Computer | Office Equipment | 10/31/2024 | SL N/A | 5.0000 | 3,327.55 | 100.0000 | 0.00 | 110.92 | 665.51 | 776.43 |
| 1073 | Computer | Office Equipment | 11/30/2024 | SL N/A | 5.0000 | 5,650.60 | 100.0000 | 0.00 | 94.18 | 1,130.12 | 1,224.30 |
| 1074 | Computer | Office Equipment | 12/31/2024 | SL N/A | 5.0000 | 5,235.59 | 100.0000 | 0.00 | 0.00 | 1,047.12 | 1,047.12 |
| 1104 | Computer | Office Equipment | 10/31/2024 | SL N/A | 5.0000 | 2,570.97 | 100.0000 | 0.00 | 85.70 | 514.19 | 599.89 |
| 474 | storage room | Fixtures | 12/1/2007 | SL FM | 10.0000 | 9,550.00 | 100.0000 | 0.00 | 9,550.00 | 0.00 | 9,550.00 |
| 475 | Butler Lighting | Fixtures | 1/31/2009 | SL FM | 10.0000 | 138,300.00 | 100.0000 | 0.00 | 138,300.00 | 0.00 | 138,300.00 |
| 476 | Industrial Mch | Fixtures | 2/28/2012 | SL FM | 10.0000 | 3,954.00 | 100.0000 | 0.00 | 3,954.00 | 0.00 | 3,954.00 |
| 477 | Industrial Mch | Fixtures | 2/28/2012 | SL FM | 10.0000 | 8,675.00 | 100.0000 | 0.00 | 8,675.00 | 0.00 | 8,675.00 |
| 478 | Modern Day | Fixtures | 5/31/2012 | SL FM | 10.0000 | 9,400.00 | 100.0000 | 0.00 | 9,400.00 | 0.00 | 9,400.00 |
| 479 | Cooper | Fixtures | 6/29/2012 | SL FM | 10.0000 | 7,500.00 | 100.0000 | 0.00 | 7,500.00 | 0.00 | 7,500.00 |
| 480 | Tri-State | Fixtures | 7/14/2012 | SL FM | 10.0000 | 3,658.00 | 100.0000 | 0.00 | 3,658.00 | 0.00 | 3,658.00 |
| 481 | build QC Triage | Fixtures | 11/30/2012 | SL FM | 10.0000 | 68,107.46 | 100.0000 | 0.00 | 68,107.46 | 0.00 | 68,107.46 |
| 482 | paint QC Triage | Fixtures | 12/31/2012 | SL FM | 10.0000 | 18,765.00 | 100.0000 | 0.00 | 18,765.00 | 0.00 | 18,765.00 |
| 483 | CARPET IN | Fixtures | 1/1/1999 | SL FM | 10.0000 | 10,709.00 | 100.0000 | 0.00 | 10,709.00 | 0.00 | 10,709.00 |
| 484 | CLOSET IN | Fixtures | 5/1/1999 | SL FM | 10.0000 | 1,851.00 | 100.0000 | 0.00 | 1,851.00 | 0.00 | 1,851.00 |
| 485 | AIR | Fixtures | 12/6/1999 | SL FM | 10.0000 | 8,350.00 | 100.0000 | 0.00 | 8,350.00 | 0.00 | 8,350.00 |
| 486 | FEEDER FOR | Fixtures | 12/30/1999 | SL FM | 7.0000 | 14,500.00 | 100.0000 | 0.00 | 14,500.00 | 0.00 | 14,500.00 |
| 487 | DOORWAY TO | Fixtures | 5/1/1999 | SL FM | 10.0000 | 12,542.59 | 100.0000 | 0.00 | 12,542.59 | 0.00 | 12,542.59 |
| 488 | Airtake Louver & | Fixtures | 7/26/2000 | SL FM | 10.0000 | 23,716.00 | 100.0000 | 0.00 | 23,716.00 | 0.00 | 23,716.00 |
| 489 | Demo existing | Fixtures | 5/21/2001 | SL FM | 10.0000 | 8,803.00 | 100.0000 | 0.00 | 8,803.00 | 0.00 | 8,803.00 |
| 490 | Cleanroom-OEM | Fixtures | 8/20/2003 | SL FM | 10.0000 | 48,905.00 | 100.0000 | 0.00 | 48,905.00 | 0.00 | 48,905.00 |
| 491 | 400 amp feeder | Fixtures | 3/4/2004 | SL FM | 10.0000 | 21,987.00 | 100.0000 | 0.00 | 21,987.00 | 0.00 | 21,987.00 |
| 492 | Leasehold Impr. | Fixtures | 3/1/1988 | SL FM | 7.0000 | 6,169.20 | 100.0000 | 0.00 | 6,169.20 | 0.00 | 6,169.20 |
| 493 | Leasehold Impr. | Fixtures | 12/21/1988 | SL FM | 10.0000 | 2,340.30 | 100.0000 | 0.00 | 2,340.30 | 0.00 | 2,340.30 |
| 494 | Leasehold Impr. | Fixtures | 1/31/1989 | SL FM | 10.0000 | 4,503.30 | 100.0000 | 0.00 | 4,503.30 | 0.00 | 4,503.30 |
| 495 | Leasehold Impr. | Fixtures | 4/30/1989 | SL FM | 10.0000 | 3,313.20 | 100.0000 | 0.00 | 3,313.20 | 0.00 | 3,313.20 |
| 496 | Leasehold Impr. | Fixtures | 6/30/1989 | SL FM | 10.0000 | 6,736.20 | 100.0000 | 0.00 | 6,736.20 | 0.00 | 6,736.20 |
| 497 | Leasehold Impr. | Fixtures | 2/5/1990 | SL FM | 10.0000 | 2,137.20 | 100.0000 | 0.00 | 2,137.20 | 0.00 | 2,137.20 |
| 498 | Leasehold Impr. | Fixtures | 10/15/1990 | SL FM | 10.0000 | 30,088.20 | 100.0000 | 0.00 | 30,088.20 | 0.00 | 30,088.20 |
| 499 | Leasehold Impr. | Fixtures | 7/1/1991 | SL FM | 10.0000 | 8,535.00 | 100.0000 | 0.00 | 8,535.00 | 0.00 | 8,535.00 |
| 500 | Transient voltage | Fixtures | 5/22/1992 | SL FM | 10.0000 | 6,212.00 | 100.0000 | 0.00 | 6,212.00 | 0.00 | 6,212.00 |
| 501 | Water meter | Fixtures | 6/10/1992 | SL FM | 10.0000 | 425.00 | 100.0000 | 0.00 | 425.00 | 0.00 | 425.00 |
| 502 | pad for Nitrogen | Fixtures | 9/3/2013 | SL FM | 10.0000 | 14,519.78 | 100.0000 | 0.00 | 14,519.78 | 0.00 | 14,519.78 |
| 503 | Tub meter 11/2' | Fixtures | 6/9/1992 | SL FM | 10.0000 | 3,873.00 | 100.0000 | 0.00 | 3,873.00 | 0.00 | 3,873.00 |
| 504 | ISC Air | Fixtures | 7/10/2013 | SL FM | 10.0000 | 6,599.55 | 100.0000 | 0.00 | 6,599.55 | 0.00 | 6,599.55 |
| 505 | Windows -tint | Fixtures | 7/8/1992 | SL FM | 10.0000 | 2,235.00 | 100.0000 | 0.00 | 2,235.00 | 0.00 | 2,235.00 |
| 506 | Power Act Carr | Fixtures | 11/15/1992 | SL FM | 10.0000 | 6,360.00 | 100.0000 | 0.00 | 6,360.00 | 0.00 | 6,360.00 |
| 507 | TINT WINDOWS- | Fixtures | 4/5/1995 | SL FM | 10.0000 | 1,989.13 | 100.0000 | 0.00 | 1,989.13 | 0.00 | 1,989.13 |
| 508 | AIC UNIT 3 TON | Fixtures | 5/16/1995 | SL FM | 10.0000 | 3,818.00 | 100.0000 | 0.00 | 3,818.00 | 0.00 | 3,818.00 |
| 509 | 400 AMP | Fixtures | 6/27/1995 | SL FM | 10.0000 | 17,861.00 | 100.0000 | 0.00 | 17,861.00 | 0.00 | 17,861.00 |
| 510 | 15 x 17 ROOM | Fixtures | 7/6/1995 | SL FM | 10.0000 | 2,475.00 | 100.0000 | 0.00 | 2,475.00 | 0.00 | 2,475.00 |
| 511 | 15 TON RTU | Fixtures | 8/31/1995 | SL FM | 10.0000 | 15,474.00 | 100.0000 | 0.00 | 15,474.00 | 0.00 | 15,474.00 |
| 512 | RACKS SHELF | Fixtures | 8/31/1995 | SL FM | 10.0000 | 70,000.00 | 100.0000 | 0.00 | 70,000.00 | 0.00 | 70,000.00 |
| 513 | DRAIN 4" PAINT | Fixtures | 10/6/1995 | SL FM | 10.0000 | 1,616.00 | 100.0000 | 0.00 | 1,616.00 | 0.00 | 1,616.00 |
| 514 | DRAIN 4" NEW | Fixtures | 10/6/1995 | SL FM | 10.0000 | 1,575.00 | 100.0000 | 0.00 | 1,575.00 | 0.00 | 1,575.00 |
| 515 | PARTITIONS | Fixtures | 10/31/1995 | SL FM | 7.0000 | 14,815.00 | 100.0000 | 0.00 | 14,815.00 | 0.00 | 14,815.00 |
| 516 | NEW OH DOOR | Fixtures | 8/4/1995 | SL FM | 10.0000 | 4,410.00 | 100.0000 | 0.00 | 4,410.00 | 0.00 | 4,410.00 |
| 517 | DOCK RAMP | Fixtures | 11/14/1995 | SL FM | 10.0000 | 13,425.00 | 100.0000 | 0.00 | 13,425.00 | 0.00 | 13,425.00 |
| 518 | DRAIN 4" | Fixtures | 11/14/1995 | SL FM | 10.0000 | 1,200.00 | 100.0000 | 0.00 | 1,200.00 | 0.00 | 1,200.00 |
| 519 | 225 AMP | Fixtures | 11/27/1995 | SL FM | 10.0000 | 2,646.00 | 100.0000 | 0.00 | 2,646.00 | 0.00 | 2,646.00 |
| 520 | ELECT NEW | Fixtures | 12/18/1995 | SL FM | 10.0000 | 19,676.50 | 100.0000 | 0.00 | 19,676.50 | 0.00 | 19,676.50 |
| 521 | AIR LIQUID | Fixtures | 7/31/1995 | SL FM | 10.0000 | 10,000.00 | 100.0000 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |
| 522 | AMERICAN | Fixtures | 1/31/1996 | SL FM | 10.0000 | 3,186.52 | 100.0000 | 0.00 | 3,186.52 | 0.00 | 3,186.52 |
| 523 | MILLS FENCE | Fixtures | 3/31/1996 | SL FM | 10.0000 | 2,975.00 | 100.0000 | 0.00 | 2,975.00 | 0.00 | 2,975.00 |
| 524 | HARRIGAN REF | Fixtures | 4/30/1996 | SL FM | 10.0000 | 16,165.00 | 100.0000 | 0.00 | 16,165.00 | 0.00 | 16,165.00 |
| 525 | ACE | Fixtures | 4/30/1996 | SL FM | 10.0000 | 6,840.00 | 100.0000 | 0.00 | 6,840.00 | 0.00 | 6,840.00 |

| No. | Description | Type | Date | Method | Rate | Cost | Pct | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 526 | ACE | Fixtures | | SL/FM | 10.0000 | 7,500.00 | 100.0000 | 0.00 | 0.00 | 7,500.00 | 0.00 | 7,500.00 |
| 527 | HELTON | Fixtures | 8/31/1996 | SL/FM | 10.0000 | 1,450.00 | 100.0000 | 0.00 | 0.00 | 1,450.00 | 0.00 | 1,450.00 |
| 528 | DUTCH | Fixtures | 10/31/1996 | SL/FM | 10.0000 | 3,115.00 | 100.0000 | 0.00 | 0.00 | 3,115.00 | 0.00 | 3,115.00 |
| 529 | Rooftop AcHeat- | Fixtures | 1/31/1997 | SL/FM | 10.0000 | 7,267.00 | 100.0000 | 0.00 | 0.00 | 7,267.00 | 0.00 | 7,267.00 |
| 530 | Modine Duct | Fixtures | 2/4/2014 | SL/FM | 10.0000 | 6,486.00 | 100.0000 | 0.00 | 0.00 | 6,486.00 | 0.00 | 6,486.00 |
| 531 | OH Garage Door | Fixtures | 9/19/1997 | SL/FM | 10.0000 | 4,955.00 | 100.0000 | 0.00 | 0.00 | 4,955.00 | 0.00 | 4,955.00 |
| 532 | Clean Rm | Fixtures | 5/20/2014 | SL/FM | 10.0000 | 7,502.60 | 100.0000 | 0.00 | 0.00 | 7,502.60 | 0.00 | 7,502.60 |
| 533 | Gas Line & Meter | Fixtures | 3/19/1997 | SL/FM | 10.0000 | 3,451.00 | 100.0000 | 0.00 | 0.00 | 3,451.00 | 0.00 | 3,451.00 |
| 534 | Room | Fixtures | 1/15/1997 | SL/FM | 10.0000 | 28,793.00 | 100.0000 | 0.00 | 0.00 | 28,793.00 | 0.00 | 28,793.00 |
| 535 | PMR Room- | Fixtures | 4/4/1997 | SL/FM | 10.0000 | 41,029.00 | 100.0000 | 0.00 | 0.00 | 41,029.00 | 0.00 | 41,029.00 |
| 536 | PMR Room- | Fixtures | 3/18/1997 | SL/FM | 10.0000 | 11,733.00 | 100.0000 | 0.00 | 0.00 | 11,733.00 | 0.00 | 11,733.00 |
| 537 | Park Lot-Back- | Fixtures | 10/31/1997 | SL/FM | 10.0000 | 10,000.00 | 100.0000 | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |
| 538 | Stair/Landing/Do | Fixtures | 4/30/1998 | SL/FM | 10.0000 | 3,457.00 | 100.0000 | 0.00 | 0.00 | 3,457.00 | 0.00 | 3,457.00 |
| 539 | Expansion oven | Fixtures | 11/2/1998 | SL/FM | 10.0000 | 3,450.00 | 100.0000 | 0.00 | 0.00 | 3,450.00 | 0.00 | 3,450.00 |
| 540 | Remodel Daisy | Fixtures | 12/15/1998 | SL/FM | 10.0000 | 5,604.50 | 100.0000 | 0.00 | 0.00 | 5,604.50 | 0.00 | 5,604.50 |
| 541 | CGE Upgrade of | Fixtures | 10/28/1998 | SL/FM | 10.0000 | 4,500.00 | 100.0000 | 0.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 |
| 542 | Construct | Fixtures | 5/1/2015 | SL/FM | 10.0000 | 40,830.00 | 100.0000 | 0.00 | 0.00 | 39,469.00 | 1,361.00 | 40,830.00 |
| 543 | Construct 3 Ton | Fixtures | 2/1/2015 | SL/FM | 10.0000 | 5,880.00 | 100.0000 | 0.00 | 0.00 | 5,831.00 | 49.00 | 5,880.00 |
| 544 | Construct | Fixtures | 2/1/2015 | SL/FM | 10.0000 | 50,700.00 | 100.0000 | 0.00 | 0.00 | 50,277.50 | 422.50 | 50,700.00 |
| 545 | 0HVAC for CMM | Fixtures | 4/1/2015 | SL/FM | 10.0000 | 27,622.67 | 100.0000 | 0.00 | 0.00 | 26,932.13 | 690.54 | 27,622.67 |
| 546 | 0HVAC for VTL | Fixtures | 4/1/2015 | SL/FM | 10.0000 | 55,245.33 | 100.0000 | 0.00 | 0.00 | 53,864.17 | 1,381.16 | 55,245.33 |
| 547 | 0VTL Room | Fixtures | 6/1/2015 | SL/FM | 10.0000 | 127,840.12 | 100.0000 | 0.00 | 0.00 | 122,513.43 | 5,326.69 | 127,840.12 |
| 548 | CMM Room | Fixtures | 6/1/2015 | SL/FM | 10.0000 | 91,153.60 | 100.0000 | 0.00 | 0.00 | 87,355.53 | 3,798.07 | 91,153.60 |
| 549 | Duke Energy | Fixtures | 12/31/2016 | SL/FM | 8.9167 | 24,264.00 | 100.0000 | 0.00 | 0.00 | 21,996.31 | 2,267.69 | 24,264.00 |
| 550 | Fabrication Dust | Fixtures | 5/17/2018 | SL/FM | 10.0000 | 12,117.00 | 100.0000 | 0.00 | 0.00 | 8,078.00 | 1,211.70 | 9,289.70 |
| 551 | Replace HVAC | Fixtures | 5/29/2018 | SL/FM | 10.0000 | 5,791.00 | 100.0000 | 0.00 | 0.00 | 3,860.67 | 579.10 | 4,439.77 |
| 552 | Lighting Upgrade | Fixtures | 7/1/2018 | SL/FM | 10.0000 | 6,692.85 | 100.0000 | 0.00 | 0.00 | 4,350.38 | 669.29 | 5,019.67 |
| 553 | Cinergy Rewire | Fixtures | 9/13/2005 | SL/FM | 10.0000 | 8,109.00 | 100.0000 | 0.00 | 0.00 | 8,109.00 | 0.00 | 8,109.00 |
| 554 | Install A/C unit in | Fixtures | 8/1/2005 | SL/FM | 10.0000 | 4,721.00 | 100.0000 | 0.00 | 0.00 | 4,721.00 | 0.00 | 4,721.00 |
| 555 | Cleanroom-OEM | Fixtures | 8/20/2003 | SL/FM | 10.0000 | 48,905.00 | 100.0000 | 0.00 | 0.00 | 48,905.00 | 0.00 | 48,905.00 |
| 556 | Leasehold Impr. | Fixtures | 3/1/1988 | SL/FM | 10.0000 | 14,394.80 | 100.0000 | 0.00 | 0.00 | 14,394.80 | 0.00 | 14,394.80 |
| 557 | Leasehold Impr. | Fixtures | 12/21/1988 | SL/FM | 10.0000 | 5,460.70 | 100.0000 | 0.00 | 0.00 | 5,460.70 | 0.00 | 5,460.70 |
| 558 | Leasehold Impr. | Fixtures | 1/31/1989 | SL/FM | 10.0000 | 10,507.70 | 100.0000 | 0.00 | 0.00 | 10,507.70 | 0.00 | 10,507.70 |
| 559 | Leasehold Impr. | Fixtures | 4/30/1989 | SL/FM | 10.0000 | 7,730.80 | 100.0000 | 0.00 | 0.00 | 7,730.80 | 0.00 | 7,730.80 |
| 560 | Leasehold Impr. | Fixtures | 6/30/1989 | SL/FM | 10.0000 | 15,717.80 | 100.0000 | 0.00 | 0.00 | 15,717.80 | 0.00 | 15,717.80 |
| 561 | Leasehold Impr. | Fixtures | 2/5/1990 | SL/FM | 10.0000 | 4,986.80 | 100.0000 | 0.00 | 0.00 | 4,986.80 | 0.00 | 4,986.80 |
| 562 | Leasehold Impr. | Fixtures | 10/15/1990 | SL/FM | 10.0000 | 70,205.80 | 100.0000 | 0.00 | 0.00 | 70,205.80 | 0.00 | 70,205.80 |
| 563 | Leasehold Impr. | Fixtures | 7/1/1991 | SL/FM | 10.0000 | 19,915.00 | 100.0000 | 0.00 | 0.00 | 19,915.00 | 0.00 | 19,915.00 |
| 564 | 00522 15 x 17 | Fixtures | 7/6/1995 | SL/FM | 10.0000 | 2,475.00 | 100.0000 | 0.00 | 0.00 | 2,475.00 | 0.00 | 2,475.00 |
| 565 | ELECT NEW | Fixtures | 12/18/1995 | SL/FM | 10.0000 | 19,676.50 | 100.0000 | 0.00 | 0.00 | 19,676.50 | 0.00 | 19,676.50 |
| 566 | DUTCH | Fixtures | 10/31/1996 | SL/FM | 10.0000 | 3,115.00 | 100.0000 | 0.00 | 0.00 | 3,115.00 | 0.00 | 3,115.00 |
| 567 | PMR Room- | Fixtures | 4/4/1997 | SL/FM | 10.0000 | 41,029.00 | 100.0000 | 0.00 | 0.00 | 41,029.00 | 0.00 | 41,029.00 |
| 568 | PMR Room- | Fixtures | 3/18/1997 | SL/FM | 10.0000 | 11,733.00 | 100.0000 | 0.00 | 0.00 | 11,733.00 | 0.00 | 11,733.00 |
| 569 | Expansion over | Fixtures | 11/2/1998 | SL/FM | 10.0000 | 3,450.00 | 100.0000 | 0.00 | 0.00 | 3,450.00 | 0.00 | 3,450.00 |
| 570 | Remodel Daisy | Fixtures | 12/15/1998 | SL/FM | 10.0000 | 5,604.50 | 100.0000 | 0.00 | 0.00 | 5,604.50 | 0.00 | 5,604.50 |
| 648 | Mills fence stock | Fixtures | 4/17/2008 | SL/FM | 10.0000 | 6,675.00 | 100.0000 | 0.00 | 0.00 | 6,675.00 | 0.00 | 6,675.00 |
| 649 | WIP adj for | Fixtures | 12/1/2009 | SL/FM | 10.0000 | 53,829.81 | 100.0000 | 0.00 | 0.00 | 53,829.81 | 0.00 | 53,829.81 |
| 650 | DIRECTIONAL & | Fixtures | 11/30/1999 | SL/FM | 10.0000 | 2,413.09 | 100.0000 | 0.00 | 0.00 | 2,413.09 | 0.00 | 2,413.09 |
| 651 | WATERJET | Fixtures | 6/17/1999 | SL/FM | 10.0000 | 26,354.50 | 100.0000 | 0.00 | 0.00 | 26,354.50 | 0.00 | 26,354.50 |
| 652 | Cleanroom- Rep | Fixtures | 8/20/2003 | SL/FM | 10.0000 | 20,435.00 | 100.0000 | 0.00 | 0.00 | 20,435.00 | 0.00 | 20,435.00 |
| 653 | RTV Rm-Rep | Fixtures | 6/23/2003 | SL/FM | 10.0000 | 2,975.00 | 100.0000 | 0.00 | 0.00 | 2,975.00 | 0.00 | 2,975.00 |
| 654 | 400 AMP feeder | Fixtures | 6/18/2003 | SL/FM | 10.0000 | 21,567.00 | 100.0000 | 0.00 | 0.00 | 21,567.00 | 0.00 | 21,567.00 |
| 655 | electrical | Fixtures | 8/12/2003 | SL/FM | 10.0000 | 7,450.49 | 100.0000 | 0.00 | 0.00 | 7,450.49 | 0.00 | 7,450.49 |
| 656 | Electric- Cooper | Fixtures | 8/22/1997 | SL/FM | 10.0000 | 40,708.00 | 100.0000 | 0.00 | 0.00 | 40,708.00 | 0.00 | 40,708.00 |
| 657 | Compressor | Fixtures | 9/19/1997 | SL/FM | 10.0000 | 7,612.50 | 100.0000 | 0.00 | 0.00 | 7,612.50 | 0.00 | 7,612.50 |
| 658 | Piping -Ind Air | Fixtures | 8/31/1997 | SL/FM | 10.0000 | 21,628.67 | 100.0000 | 0.00 | 0.00 | 21,628.67 | 0.00 | 21,628.67 |
| 659 | Garage Door-OH | Fixtures | 9/19/1997 | SL/FM | 10.0000 | 5,225.00 | 100.0000 | 0.00 | 0.00 | 5,225.00 | 0.00 | 5,225.00 |
| 660 | 3' Tall LED | Fixtures | 4/1/2015 | SL/FM | 10.0000 | 16,693.23 | 100.0000 | 0.00 | 0.00 | 16,275.87 | 417.36 | 16,693.23 |
| 661 | Chain Link Fence | Fixtures | 9/19/1997 | SL/FM | 10.0000 | 3,500.00 | 100.0000 | 0.00 | 0.00 | 3,500.00 | 0.00 | 3,500.00 |
| 662 | Security System | Fixtures | 8/24/1998 | SL/FM | 10.0000 | 1,678.00 | 100.0000 | 0.00 | 0.00 | 1,678.00 | 0.00 | 1,678.00 |
| 663 | Duct & D- | Fixtures | 2/25/1998 | SL/FM | 10.0000 | 7,196.00 | 100.0000 | 0.00 | 0.00 | 7,196.00 | 0.00 | 7,196.00 |
| 664 | 200 Amp Feeder | Fixtures | 11/4/1998 | SL/FM | 10.0000 | 11,468.00 | 100.0000 | 0.00 | 0.00 | 11,468.00 | 0.00 | 11,468.00 |
| 665 | WATERJET | Fixtures | 6/17/1999 | SL/FM | 10.0000 | 26,354.50 | 100.0000 | 0.00 | 0.00 | 26,354.50 | 0.00 | 26,354.50 |
| 666 | Cleanroom - Rep | Fixtures | 8/20/2003 | SL/FM | 10.0000 | 20,435.00 | 100.0000 | 0.00 | 0.00 | 20,435.00 | 0.00 | 20,435.00 |
| 667 | RTV Rm-Rep | Fixtures | 6/23/2003 | SL/FM | 10.0000 | 2,975.00 | 100.0000 | 0.00 | 0.00 | 2,975.00 | 0.00 | 2,975.00 |
| 668 | Compressor | Fixtures | 9/19/1997 | SL/N/A | 10.0000 | 7,612.50 | 100.0000 | 0.00 | 0.00 | 7,612.50 | 0.00 | 7,612.50 |
| 767 | Demo of OEM 3 | Fixtures | 1/9/2020 | SL/N/A | 10.0000 | 5,450.00 | 100.0000 | 0.00 | 0.00 | 2,725.00 | 545.00 | 3,270.00 |

| 768 | Cabling for | Fixtures | 6/1/2022 | SL /N/A | 10.0000 | 8,566.76 | 100.0000 | 0.00 | 0.00 | 8,535.02 | 1,896.67 | 10,431.69 |
| 778 | OEM Electric | Fixtures | 11/30/2020 | SL /N/A | | 68,476.00 | | 0.00 | 0.00 | 68,794.49 | 16,847.63 | 85,642.12 |
| 779 | Camera Upgrade | Fixtures | 7/1/2020 | SL /N/A | 10.0000 | 47,662.82 | 100.0000 | 0.00 | 0.00 | 21,448.26 | 4,766.28 | 26,214.54 |
| 786 | OEM Computers | Fixtures | 10/31/2021 | SL /N/A | 5.0000 | 3,072.26 | 100.0000 | 0.00 | 0.00 | 1,945.76 | 614.45 | 2,560.21 |
| 810 | Leasehold | Fixtures | 12/3/2021 | SL /N/A | 15.0000 | 5,955.48 | 100.0000 | 0.00 | 0.00 | 1,224.18 | 397.03 | 1,621.21 |
| 899 | Clean Room | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 69,877.50 | 100.0000 | 0.00 | 0.00 | 13,393.19 | 6,987.75 | 20,380.94 |
| 900 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 443.10 | 100.0000 | 0.00 | 0.00 | 84.93 | 44.31 | 129.24 |
| 901 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 991.58 | 100.0000 | 0.00 | 0.00 | 190.06 | 99.16 | 289.22 |
| 902 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 13,917.50 | 100.0000 | 0.00 | 0.00 | 2,667.52 | 1,391.75 | 4,059.27 |
| 903 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 11,027.50 | 100.0000 | 0.00 | 0.00 | 2,113.60 | 1,102.75 | 3,216.35 |
| 904 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 3,362.06 | 100.0000 | 0.00 | 0.00 | 644.40 | 336.21 | 980.61 |
| 905 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 1,288.52 | 100.0000 | 0.00 | 0.00 | 246.96 | 128.85 | 375.81 |
| 906 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 2,042.85 | 100.0000 | 0.00 | 0.00 | 391.56 | 204.29 | 595.85 |
| 907 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 2,010.52 | 100.0000 | 0.00 | 0.00 | 385.35 | 201.05 | 586.40 |
| 908 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 90.00 | 100.0000 | 0.00 | 0.00 | 17.25 | 9.00 | 26.25 |
| 909 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 5.0000 | 4,499.49 | 100.0000 | 0.00 | 0.00 | 1,724.81 | 899.90 | 2,624.71 |
| 910 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 20,000.00 | 100.0000 | 0.00 | 0.00 | 3,833.33 | 2,000.00 | 5,833.33 |
| 911 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 51,921.00 | 100.0000 | 0.00 | 0.00 | 9,951.53 | 5,192.10 | 15,143.63 |
| 912 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 69,877.50 | 100.0000 | 0.00 | 0.00 | 13,393.19 | 6,987.75 | 20,380.94 |
| 913 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 6,600.00 | 100.0000 | 0.00 | 0.00 | 1,265.00 | 660.00 | 1,925.00 |
| 914 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 3,900.00 | 100.0000 | 0.00 | 0.00 | 747.50 | 390.00 | 1,137.50 |
| 915 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 5.0000 | 6,751.13 | 100.0000 | 0.00 | 0.00 | 2,587.94 | 1,350.23 | 3,938.17 |
| 916 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 1,519.21 | 100.0000 | 0.00 | 0.00 | 291.18 | 151.92 | 443.10 |
| 917 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 915.00 | 100.0000 | 0.00 | 0.00 | 175.38 | 91.50 | 266.88 |
| 918 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 14,325.00 | 100.0000 | 0.00 | 0.00 | 2,745.63 | 1,432.50 | 4,178.13 |
| 919 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 3,355.00 | 100.0000 | 0.00 | 0.00 | 643.04 | 335.50 | 978.54 |
| 920 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 3,017.50 | 100.0000 | 0.00 | 0.00 | 578.35 | 301.75 | 880.10 |
| 921 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 1,360.00 | 100.0000 | 0.00 | 0.00 | 260.67 | 136.00 | 396.67 |
| 922 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 37,668.00 | 100.0000 | 0.00 | 0.00 | 7,219.70 | 3,766.80 | 10,986.50 |
| 924 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 49,791.00 | 100.0000 | 0.00 | 0.00 | 9,543.28 | 4,979.10 | 14,522.38 |
| 925 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 7,301.80 | 100.0000 | 0.00 | 0.00 | 1,399.51 | 730.18 | 2,129.69 |
| 926 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 7,969.00 | 100.0000 | 0.00 | 0.00 | 1,527.39 | 796.90 | 2,324.29 |
| 927 | Ikonics | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 80,564.36 | 100.0000 | 0.00 | 0.00 | 15,441.51 | 8,056.44 | 23,497.95 |
| 928 | Ikonics - ED | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 16,100.00 | 100.0000 | 0.00 | 0.00 | 3,085.83 | 1,610.00 | 4,695.83 |
| 929 | Ikoniks Move | Fixtures | 2/1/2023 | SL /N/A | 10.0000 | 93,444.80 | 100.0000 | 0.00 | 0.00 | 17,910.25 | 9,344.48 | 27,254.73 |
| 1077 | GE90 Facility | Fixtures | 1/31/2024 | SL /N/A | 15.0000 | 90,000.00 | 100.0000 | 0.00 | 0.00 | 5,500.00 | 6,000.00 | 11,500.00 |
| 1078 | GE90 Machine | Fixtures | 1/31/2024 | SL /N/A | 15.0000 | 17,500.00 | 100.0000 | 0.00 | 0.00 | 1,069.45 | 1,166.67 | 2,236.12 |
| 1079 | RPR Utlities | Fixtures | 1/31/2024 | SL /N/A | 15.0000 | 21,500.00 | 100.0000 | 0.00 | 0.00 | 1,313.89 | 1,433.33 | 2,747.22 |
| 1080 | Switch Gear in | Fixtures | 1/31/2024 | SL /N/A | 15.0000 | 205,878.00 | 100.0000 | 0.00 | 0.00 | 12,581.43 | 13,725.20 | 26,306.63 |
| 789 | OEM - Furniture | Furniture | 11/8/2021 | SL /N/A | 6.0000 | 2,367.43 | 100.0000 | 0.00 | 0.00 | 1,249.47 | 394.57 | 1,644.04 |
| 790 | OEM - Machinery | Furniture | 6/17/2021 | SL /N/A | 6.0000 | 15,384.00 | 100.0000 | 0.00 | 0.00 | 8,974.00 | 2,564.00 | 11,538.00 |

**Fill in this information to identify your case:**

Debtor Name    __CTL-Aerospace, Inc.__

United States Bankruptcy Court for the: __Southern District of Ohio__

Case number (*If known*): __25-12226__

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's Name**

**Wells Fargo Bank**

**Creditor's mailing address**
**10 S. Wacker Drive, 22nd Floor**
**Chicago, IL 60606**

**Creditor's email address, if known**
david.evans3@wellsfargo.com

Date debt was incurred    __2019__

Last 4 digits of account number _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ __14,972,218.24__   $ __24,967,700.00__

**Describe the lien**
**Filed UCC Financing Statement**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
All Assets security interest

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**    $ __14,972,218.24__

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt That You Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Benesch**<br>**71 South Wacker Drive, Suite 1600**<br>**Chicago, IL 60606-4637** | Line 2. **1** | |

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

**Fill in this information to identify your case:**

Debtor          **CTL-Aerospace, Inc.**

United States Bankruptcy Court for the:  **Southern District of Ohio**

Case number (If known):      **25-12226**

☐ Check if this is an
     amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

|  | | Total Claim | Priority Amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | |
|---|---|---|---|---|

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia, PA 19101-7346**

☑ Contingent
☑ Unliquidated
☑ Disputed

$ _____ **Unknown**     $ _____ **Unknown**

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)*  __25-12226__
              Name

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |
*Check all that apply.*

__Ohio Department of Taxation__

__Attn: Bankruptcy Division__
__PO Box 530__

__COLUMBUS, OH 43216-0530__

☒ Contingent
☒ Unliquidated
☒ Disputed

$_____ **Unknown**   $_____ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
*Check all that apply.*

__3M Company__

__3M Center, 225-3S-05__

__St. Paul, MN 55144__

☐ Contingent
☐ Unliquidated
☐ Disputed

$_____ **233,188.69**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

Debtor   __CTL-Aerospace, Inc.__
          Name

Case number (*if known*)   __25-12226__

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

__A&B Deburring Co.__

__525 Carr St__

__Cincinnati, OH 45203__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 82,968.20

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

__Abco Safety__

__255 W. Crescentville Rd__

__Cincinnati, OH 45246__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,025.04

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

__Abrasive Products, LLC__

__3131 North Franklin Road, Suite D__

__Indianapolis, IN 46226__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,655.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   __CTL-Aerospace, Inc.__                                    Case number (if known)   __25-12226__
         Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__Abrasive Specialties & Tools__

__4201 Airport Rd #2__

__Cincinnati, OH 45226__

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 35,793.81

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

**Nonpriority creditor's name and mailing address** — 3.6

__Action Supply Products Inc.__

__1065 Montour West Ind Park__

__Coraopolis, PA 15108__

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,397.50

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

**Nonpriority creditor's name and mailing address** — 3.7

__Acuren__

__14434 Medical Complex Drive, Ste. 100__

__Tomball, TX 77377__

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 489,978.56

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

| Debtor | CTL-Aerospace, Inc. | Case number *(if known)* | 25-12226 |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address**

**Adaptive Corporation**

**118 W. Streetsboro Rd., Ste. 221**

**Hudson, OH 44236**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 49,911.22

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.9** | **Nonpriority creditor's name and mailing address**

**Adept Fasteners, Inc.**

**27949 Hancock Pkwy**

**Valencia, CA 91355**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 64,883.50

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.10** | **Nonpriority creditor's name and mailing address**

**Aero Tool Services**

**2838 SE Loop 820**

**Fort Worth, TX 76140**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,124.40

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

Debtor   __CTL-Aerospace, Inc._____     Case number *(if known)*   __25-12226__
            Name

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 2,583.20 |
|------|---|---|---|

*Check all that apply.*

__Aeroxchange_____

__1503 Lyndon B Johnson Fwy, Ste. 275__

__Farmers Branch, TX 75234__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 49,571.48 |
|------|---|---|---|

*Check all that apply.*

__Air Technologies_____

__Park 63, 400 Wright Drive__

__Middletown, OH 45044__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 1,156.00 |
|------|---|---|---|

*Check all that apply.*

__Airflow Equipment, Inc._____

__2676 S. 26th St.__

__Kalamazoo, MI 49003__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   **CTL-Aerospace, Inc.**
_____    Case number *(if known)*   **25-12226**
Name

---

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$                                        550.42

**Airgas USA, LLC**

☐ Contingent
☐ Unliquidated

**259 North Radnor-Chester Road, suite 100**

☐ Disputed

**Radnor, PA 19087**

Date or dates debt was incurred                              Basis for the claim:                     Description

Last 4 digits of account number  _____            Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$                                     549,473.30

**Airtech International, Inc.**

☐ Contingent
☐ Unliquidated

**5700 Skylab Road #2055**

☐ Disputed

**Huntington Beach, CA 92647**

Date or dates debt was incurred                              Basis for the claim:                     Description

Last 4 digits of account number  _____            Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$                                     719,328.00

**Albany Engineered Composites**

☐ Contingent
☐ Unliquidated

**216 Airport Drive**

☐ Disputed

**Rochester, NH 03867**

Date or dates debt was incurred                              Basis for the claim:                     Description

Last 4 digits of account number  _____            Is the claim subject to offset?

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.17**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 10,550.00 |
|---|---|---|

**Alert Tubing Fabricators Inc**

**8019 Commercial Ave**

**Loves Park, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,094.95 |
|---|---|---|

**Allen Woods Associates, Inc.**

**2515 S Clearbrook Dr**

**Arlington Heights, IL 60005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 544.00 |
|---|---|---|

**Allied High Tech Products, Inc.**

**16207 Carmenita Road**

**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor _____ **CTL-Aerospace, Inc.** _____     Case number *(if known)* __**25-12226**__
 Name

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 689.29 |

*Check all that apply.*

**Alpine Valley Water**

**10341 Julian Dr**

**Cincinnati, OH 45215-1132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 2,069.56 |

*Check all that apply.*

**Altafiber**

**221 E 4th St**

**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 1,539.52 |

*Check all that apply.*

**Amazon**

**410 Terry Ave N**

**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

Debtor      __CTL-Aerospace, Inc._____      Case number *(if known)*  __25-12226__
                    Name

---

| 3.23 | Nonpriority creditor's name and mailing address |

**Nonpriority creditor's name and mailing address**

__American Express__

__200 Vesey Street__

__New York, NY 10285__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    156,589.64

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

| 3.24 |

**Nonpriority creditor's name and mailing address**

__American Roofing & Metal__

__4610 Roofing Road__

__Louisville, KY 40218__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    1,170.00

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

| 3.25 |

**Nonpriority creditor's name and mailing address**

__American Testing Services Ltd.__

__2000 Old Byers Rd__

__Miamisburg, OH 45342__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    330.00

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

| **3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $                    **2,704.00** |

**Anaheim Automation Inc**

**4985 E Landon Dr**

**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** | **Basis for the claim:** | Description

**Last 4 digits of account number** | **Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $                    **66,871.50** |

**Andrews Laser Works Corporation**

**100 Andrews Way**

**Wilder, KY 41071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** | **Basis for the claim:** | Description

**Last 4 digits of account number** | **Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $                    **51,341.43** |

**Anthem**

**120 Monument Circle**

**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** | **Basis for the claim:** | Description

**Last 4 digits of account number** | **Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor      __CTL-Aerospace, Inc._____      Case number *(if known)*   __25-12226__
    Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 852.00 |

**3.29** Nonpriority creditor's name and mailing address

**Apke Total Restoration**

**3104 Spring Grove Ave**

**Cincinnati, OH 45225**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$      852.00

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

**Apollo Aerospace Components**

**351 Camer Dr**

**Bensalem, PA 19020-7341**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$      2,058.00

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

**ARC Document Solutions, LLC**

**12657 Alcosta Blvd, Suite 200**

**San Ramon, CA 94583**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$      719.96

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

Debtor   __CTL-Aerospace, Inc.__                                          Case number *(if known)*   __25-12226__
          Name

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 8,940.41 |

Check all that apply.

__AssureHire, Inc__

☐ Contingent
☐ Unliquidated
☐ Disputed

__2206 Plaza Drive, Ste. 100__

__Rocklin, CA 95765__

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 17,009.30 |

Check all that apply.

__Atlas RFID Solutions Store LLC__

☐ Contingent
☐ Unliquidated
☐ Disputed

__112 28th Street South__

__Birmingham, AL 35233__

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 1,076.40 |

Check all that apply.

__Automatic Cutter Supply, LLC__

☐ Contingent
☐ Unliquidated
☐ Disputed

__24 Riggs Ave__

__West Hartford, CT 06107-2721__

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor    __CTL-Aerospace, Inc._____    Case number (if known) __25-12226__
      Name

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 608.38 |

**Nonpriority creditor's name and mailing address**

AVI Foodsystems

2590Elm Road NE

Warren, OH 44483

As of the petition filing date, the claim is:
*Check all that apply.*

$          608.38

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.36** — **Nonpriority creditor's name and mailing address**

Aviall

2750 Regent Blvd.

Dallas, TX 75261

As of the petition filing date, the claim is:
*Check all that apply.*

$         119,822.69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.37** — **Nonpriority creditor's name and mailing address**

Axiom Materials

2320 Pullman St.

Santa Ana, CA 92705

As of the petition filing date, the claim is:
*Check all that apply.*

$         576,489.58

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC           BlueStylus

Debtor   __CTL-Aerospace, Inc.__   Case number *(if known)*   __25-12226__
         Name

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **7,811.25** |

**Batteries + Bulbs**

**1325 Walnut Ridge Drive**

**Hartland, WI 53029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **8,525.80** |

**Beckman Coulter**

**250 South Kraemer Blvd.**

**Brea, CA 92821-6232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **22,775.39** |

**Ben McNary**

**5616 Spellmire Drive**

**Cincinnati, OH 45246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F
Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

Debtor   __CTL-Aerospace, Inc._____     Case number (if known)   __25-12226__
         Name

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 9,350.73 |

**Check all that apply.**

__Berkshire Manufactured Products, Inc__

__116 Parker St__

__Newburyport, MA 01950__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 10,574.75 |

**Check all that apply.**

__Bethesda Healthcare, Inc__

__625 Eden Park Dr, Fl 7__

__Cincinnati, OH 45202__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 4,891.63 |

**Check all that apply.**

__BGR__

__6392 Gano Road__

__West Chester, OH 45069__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                      BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

| **3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 7,415.00 |

**Bisco Industries, Inc**

**5065 E Hunter Ave**

**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

| **3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 450.13 |

**BlackHawk Industrial Distributrion, Inc**

**8241 Expansion Way**

**Dayton, OH 45424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

| **3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 55.44 |

**BlackRock College Advantage**

**35 East Chestnbut nStreet, 8th Floor**

**Columbus, OH 43215-2541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor    __CTL-Aerospace, Inc.__    Case number *(if known)*    __25-12226__
　　　　　Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | $ 13,535.07 |

**Bob Brink**

**165 Steuben Street**

**Winona, MN 55987-4636**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | $ 137,710.01 |

**Bodycote Surface Technologies**

**1780 Anderson Blvd**

**Hebron, KY 41048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | | $ 19,202.03 |

**Boeing - Miami**

**3760 W 108th St**

**Hialeah, FL 33018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

Description

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC    BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.50**    **Nonpriority creditor's name and mailing address**

**Boeing Distribution Services Inc.**

**3760 W 108th St.**

**Hialeah, FL 33018**

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☒ No
☐ Yes

$       35.76

Description

---

**3.51**    **Nonpriority creditor's name and mailing address**

**Boker's Inc.**

**3104 Snelling Ave**

**Minneapolis, MN 55406**

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☒ No
☐ Yes

$       614.00

Description

---

**3.52**    **Nonpriority creditor's name and mailing address**

**Boot Country/Work County**

**1179 US-50**

**Milford, OH 45150**

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☒ No
☐ Yes

$       48.50

Description

---

Debtor    __CTL-Aerospace, Inc._____    Case number (if known)  __25-12226__
    Name

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 136,498.82 |

**Bowden Manufacturing Corporation**

**4590 Beidler Rd.**

**Willoughby, OH 44094**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 531.00 |

**Brechbuhler Scales, Inc.**

**1424 Scale St SW**

**Canton, OH 44706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ 287.30 |

**Butler County Water and Sewer Dept**

**130 High St # 5**

**Hamilton, OH 45011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor      __CTL-Aerospace, Inc.__                                    Case number *(if known)*  __25-12226__
     Name

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 4,000.00 |

**Byron Products**

**3781 Port Union Rd**

**Fairfield, OH 45014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number  _____

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 75,768.13 |

**C.H. Robinson Company, Inc**

**14701 Charlson Road**

**Eden Prairie, MN 55347-5076**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number  _____

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 6,597.20 |

**C.W. Vordenberge Company**

**11313 Springfield Pike**

**Cincinnati, OH 45246**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number  _____

Is the claim subject to offset?

- ☒ No
- ☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                                   BlueStylus

Debtor   __CTL-Aerospace, Inc.__   Case number (if known) __25-12226__
　　　　　Name

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 1,691.59 |

__Capital One Commercial__

__1680 Capital One Drive__

__McLean, VA 22102__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 7,392.00 |

__Carter Manufacturing CO., Inc__

__4220 US-42__

__Mason, OH 45040__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 1,056.32 |

__CBTS Technology Solutions__

__25 Merchant St__

__Cincinnati, OH 45246__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)*  __25-12226__
          Name

---

**3.62** | **Nonpriority creditor's name and mailing address**

**CDW Direct**

**200 N Milwaukee Ave**

**Vernon Hills, IL 60061**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **6,720.24**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**

**Century Fasteners Corp.**

**50-20 Ireland Street**

**Elmhurst, NY 11373**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **8,728.80**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address**

**CFM International**

**1 Neumann Way**

**Cincinnati, OH 45215**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ **14,399.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

Debtor   __CTL-Aerospace, Inc.__   Case number *(if known)* __25-12226__
Name

---

**3.65** | Nonpriority creditor's name and mailing address

**Chard, Snyder & Associates**

**6867 Cintas Blvd**

**Mason, OH 45040**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,600.00

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

**3.66** | Nonpriority creditor's name and mailing address

**Chardon Laboratories, Inc**

**7300 Tussing Rd**

**Reynoldsburg, OH 43068-4111**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,657.62

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

**3.67** | Nonpriority creditor's name and mailing address

**Charter Communications**

**400 Washington Blvd**

**Stamford, CT 06902**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,949.69

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

Description

---

Debtor   __CTL-Aerospace, Inc._____      Case number *(if known)*  __25-12226__
         Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 109.00 |

__Christina Green__

__5616 Spellmire Drive__

__Cincinnati, OH 45246__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 13,211.88 |

__Cincinnati Container Company__

__5060 Duff Dr__

__West Chester, OH 45246__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 46,220.00 |

__Cincinnati Testing Laboratories, Inc.__

__1775 Carillon Blvd__

__Cincinnati, OH 45240__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor   __CTL-Aerospace, Inc.__                                Case number (if known) __25-12226__
         Name

---

| 3.71 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
Check all that apply.

$ _____ 37,706.00

__Cincinnati Thermal Spray, Inc.__

☐ Contingent
☐ Unliquidated
☐ Disputed

__11766 NC-210__

__Rocky Point, NC 28457__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
Check all that apply.

$ _____ 532.50

__Cincy Aquatic Pets LLC__

☐ Contingent
☐ Unliquidated
☐ Disputed

__PO Box 715__

__West Chester, OH 45069__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
Check all that apply.

$ _____ 24,306.91

__Cintas Corp__

☐ Contingent
☐ Unliquidated
☐ Disputed

__6800 Cintas Blvd__

__Mason, OH 45040__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC

| Debtor | CTL-Aerospace, Inc. | Case number *(if known)* | 25-12226 |
|---|---|---|---|
| | Name | | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 62,000.00 |

**Clark Schaefer Hackett**

**1 E 4th St., Ste. 1200**

**Cincinnati, OH 45202-3708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 392,471.56 |

**Collins Aerospace**

**Four Coliseum Centre**
**2730 W. Tyvola Road**

**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,288,913.74 |

**Composites One LLC**

**955 National Parkway**

**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor    __CTL-Aerospace, Inc.__    Case number *(if known)*  __25-12226__
        Name

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 121,307.10 |

**Computer Xpress**

**4440 Forest Dr, Ste. 102B**

**Blue Ash, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 613.04 |

**Constellation Newenergy**

**1310 Point St**

**Baltimore, MD 21231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $ 709.41 |

**Continental Diamond Tool Corporation**

**1221 Hartzell St.**

**New Haven, IN 46774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                          BlueStylus

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)*   __25-12226__
          Name

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 243.75 |

**Control +M Solutions, LLC**

**912 Bayberry Ln**

**Kohler, WI 53044**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 59,000.00 |

**Cooper Electric**

**315 Cranbury Half Acre Rd**

**Cranbury, NJ 08512**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 95,176.27 |

**CPP - Syracuse, Inc.**

**901 East Genesee Street**

**Chittenango, NY 13037**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor    __CTL-Aerospace, Inc.__                                        Case number *(if known)*  __25-12226__
                Name

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 370.00 |

__Creative Coatings Company, Inc.__

__24650 Mound Rd__

__Warren, MI 48091__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 409.70 |

__CS Hyde Company__

__39655 N IL Route 83__

__Lake Villa, IL 60046__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 125,209.05 |

__Cytec - Winona__

__2085 East Technology Circle, Ste. 102__

__Tempe, AZ 85284__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor   __CTL-Aerospace, Inc.__   Case number (if known) __25-12226__
          Name

---

| 3.86 | Nonpriority creditor's name and mailing address |
|---|---|

**Defense Industry Advisors, LLC**

**241 Valencia Circle**

**St. Petersburg, FL 33716**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,167.00**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

| 3.87 | Nonpriority creditor's name and mailing address |
|---|---|

**DHL Express USA Inc.**

**1210 S Pine Island Rd**

**Plantation, FL 33324**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **354.50**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

| 3.88 | Nonpriority creditor's name and mailing address |
|---|---|

**DigiCOM System**

**1375 State Route 131, Ste. D3**

**Milford, OH 45150**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,142.71**

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

---

Debtor    __CTL-Aerospace, Inc.__                                    Case number *(if known)*   __25-12226__
          Name

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | **1,142.71** |

**DigiCOM System**

**1375 State Route 131, Ste. D3**

**Milford, OH 45150**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |

| Last 4 digits of account number _____ | Is the claim subject to offset? |

☒ No
☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | **3,776.25** |

**Digitize Designs, LLC**

**400 Birnie St, Ste 1**

**Greenville, SC 29611**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |

| Last 4 digits of account number _____ | Is the claim subject to offset? |

☒ No
☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | **77,333.49** |

**Direct Energy**

**2727 Allen Pkwy**

**Houston, TX 77019**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |

| Last 4 digits of account number _____ | Is the claim subject to offset? |

☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 32 of 158

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor   __CTL-Aerospace, Inc.__   Case number (if known)  __25-12226__
         Name

---

**3.92**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.                                         $                      22,259.42

**Diversified Industrial Products**           ☐ Contingent
                                               ☐ Unliquidated
**14 Connor Lane**                             ☐ Disputed

**Deer Park, NY 11729**

Date or dates debt was incurred               Basis for the claim:                Description

Last 4 digits of account number _____   Is the claim subject to offset?

                                               ☒ No
                                               ☐ Yes

---

**3.93**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.                                         $                        504.00

**DME Company**                                ☐ Contingent
                                               ☐ Unliquidated
**29111 Stephenson Highway**                   ☐ Disputed

**Madison Heights, MI 48071**

Date or dates debt was incurred               Basis for the claim:                Description

Last 4 digits of account number _____   Is the claim subject to offset?

                                               ☒ No
                                               ☐ Yes

---

**3.94**  Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.                                         $                       2,399.56

**Dometrics, Inc**                             ☐ Contingent
                                               ☐ Unliquidated
**32 Jim Berry Rd**                            ☐ Disputed

**Franklin, NC 28734**

Date or dates debt was incurred               Basis for the claim:                Description

Last 4 digits of account number _____   Is the claim subject to offset?

                                               ☒ No
                                               ☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                BlueStylus

Debtor   **CTL-Aerospace, Inc.**                              Case number *(if known)*   **25-12226**
         Name

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 58,326.83 |

**Dot Systems**

**6030 Webster St**

**Dayton, OH 45414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 11,021.34 |

**DSV Air & Sea, Inc.**

**4243 Olympic Blvd #250**

**Erlanger, KY 41018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 122,020.96 |

**Duke Energy**

**c/o Duke Energy Ohio, Inc., statutory agent
139 E. 4th Street**

**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   __CTL-Aerospace, Inc.__   Case number *(if known)*   __25-12226__
Name

---

**3.98** | Nonpriority creditor's name and mailing address

__Dunstone Company, Inc.__

__17930 Great Lakes Parkway__

__Hiram, OH 44234__

Date or dates debt was incurred

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __2,606.04__

Basis for the claim:

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

**3.99** | Nonpriority creditor's name and mailing address

__DuPont Specialty Products USA, LLC__

__974 Centre Rd__

__Wilmington, DE 19805-1269__

Date or dates debt was incurred

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __16,704.24__

Basis for the claim:

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

**3.100** | Nonpriority creditor's name and mailing address

__Eagle Registrations Inc.__

__220E Monument Ave., Ste. 510__

__Dayton, OH 45402__

Date or dates debt was incurred

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __15,934.79__

Basis for the claim:

Is the claim subject to offset?

☒ No
☐ Yes

Description

---

Official Form 206E/F

Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)*    __25-12226__
          Name

| 3.10 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Earle M. Jorgensen Company**

**2060 Enterprise Pkwy**

**Twinsburg, OH 44087**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 262.40

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

| 3.10 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ECI Software Solutions Inc**

**1500 Solana Blvd, Suite 6500**

**Westlake, TX 76262**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 5,656.32

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Debtor      __CTL-Aerospace, Inc._____      Case number *(if known)* __25-12226__
                    Name

| 3.10 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,011.80 |
|---|---|---|---|

**Ecoact**

**70-78 York Way**

**London, UK N1 9AG United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.10 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,856.85 |
|---|---|---|---|

**Ellsworth Adhesives**

**W129N10825 Washington Dr**

**Germantown, WI 53022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | CTL-Aerospace, Inc. | Case number *(if known)* | 25-12226 |
|---|---|---|---|
| | Name | | |

---

**3.10 5**

**Nonpriority creditor's name and mailing address**

**Environmental Enterprises Inc.**

**10163 Cincinnati-Dayton Rd**

**Cincinnati, OH 45241**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    45,310.96

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.10 6**

**Nonpriority creditor's name and mailing address**

**EQT Exeter**

**Five Radnor Corporate Center
100 Matsonford Road, Suite 250**

**Wayne, PA 19087**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    98,820.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)*    __25-12226__
        Name

| 3.10 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,922.50 |

**Equipment Depot**

**16330 Air Center Blvd**

**Houston, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.10 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 401.64 |

**Erie Plating Co.**

**656 W 12th St**

**Erie, PA 16501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
| | Name | | |

---

| **3.10 9** | |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | **10,452.00** |

**Euro-Composites Corp.**

**13213 Airpark Drive**

**Elkwood, VA 22718**

| ☐ Contingent |
| ☐ Unliquidated |
| ☐ Disputed |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |

| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

---

| **3.11 0** | |
|---|---|

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | **841.53** |

**Everlube Products Division**

**100 Cooper Circle**

**Peachtree City, GA 30269**

| ☐ Contingent |
| ☐ Unliquidated |
| ☐ Disputed |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |

| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

---

Copyright © Financial Software Solutions, LLC                                                                              BlueStylus

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)*  __25-12226__
          Name

| | |
|---|---|
| **3.11 1** | |

**Nonpriority creditor's name and mailing address**

__Evident Scientific, Inc__

__48 Woerd Ave__

__Waltham, MA 02453__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____578.68

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | |
|---|---|
| **3.11 2** | |

**Nonpriority creditor's name and mailing address**

__EZAutomation.net__

__4140 Utica Ridge Road__

__Bettendorf, IA 52722__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____1,299.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor    __CTL-Aerospace, Inc.__    Case number *(if known)*    __25-12226__
    Name

| **3.11 3** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__FARO Technologies, Inc__

__1252 Technology Park__

__Lake Mary, FL 32746-6204__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 2,760.00

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

| **3.11 4** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__FedEx__

__942 South Shady Grove Road, Floor 2__

__Memphis, TN 38120__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 47,954.60

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor      __CTL-Aerospace, Inc._____      Case number (if known)  __25-12226___
                    Name

| 3.11 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $ _____ 277.68
                                                            Check all that apply.

__Ferguson Enterprises, Inc._____              ☐  Contingent
                                                    ☐  Unliquidated
__PO Box 2249_____              ☐  Disputed

__Newport News, VA 23602_____

**Date or dates debt was incurred**          **Basis for the claim:**          Description
_____          _____

**Last 4 digits of account number** _____          **Is the claim subject to offset?**
                                              ☒  No
                                              ☐  Yes

---

| 3.11 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**          $ _____ 508.30
                                                            Check all that apply.

__Fisher Scientific_____              ☐  Contingent
                                                    ☐  Unliquidated
__81 Wyman Street_____              ☐  Disputed

__Waltham, MA 02454-9046_____

**Date or dates debt was incurred**          **Basis for the claim:**          Description
_____          _____

**Last 4 digits of account number** _____          **Is the claim subject to offset?**
                                              ☒  No
                                              ☐  Yes

---

Copyright © Financial Software Solutions, LLC                                                            BlueStylus

| Debtor | __CTL-Aerospace, Inc.__ | Case number *(if known)* __25-12226__ |
|---|---|---|
| | Name | |

---

**3.11 7**

**Nonpriority creditor's name and mailing address**

__Flyers Energy__

__2360 Lindbergh Street__

__Auburn, CA 95602__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,141.65

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.11 8**

**Nonpriority creditor's name and mailing address**

__Focus Management Group USA Inc__

__5001 W Lemon St., Ste. C__

__Tampa, FL 33609__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 103,250.21

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |

Name

---

| **3.11 9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 30,155.00 |

**Frisa Aerospace**

**Valentin G Rivero**
**127 Los Treviño**
**Santa Catarina, Nuevo León**
**C.P. 66150**

**Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| **3.12 0** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 750.00 |

**Frost Brown Todd LLC**

**2101 Cedar Springs Road, Suite 900**

**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor   __CTL-Aerospace, Inc.__                                    Case number *(if known)*   __25-12226__
Name

| 3.12 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**FSI Filtration LLC**

**11703 Chesterdale Road**

**Cincinnati, OH 45246**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __14,433.71__

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.12 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**G.S. Precision, Inc.**

**101 John Seitz Drive, Exit 1 Industrial Park**

**Brattleboro, VT 05301**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __11,706.64__

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | CTL-Aerospace, Inc. | Case number (if known) | 25-12226 |
|---|---|---|---|
| | Name | | |

---

**3.12 3**

**Nonpriority creditor's name and mailing address**

**GARDCOBYK USA Inc.BYK Paul N. Gardner Company**

**9104 Guilford Road, Suite H**

**Columbia, MD 21046**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ 85.00

**Description**

---

**3.12 4**

**Nonpriority creditor's name and mailing address**

**GE Aviation**

**1 Aviation Way**

**Cincinnati, OH 45215**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ 4,999,561.18

**Description**

---

Official Form 206E/F

Copyright © Financial Software Solutions, LLC

**Schedule E/F: Creditors Who Have Unsecured Claims**

BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.12 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 268,000.00 |
|---|---|---|

**GE Avio**

**Via I Maggio, 99**
**10040 Rivalta di Torino (TO)**
**Italy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**August 2025**

**Basis for the claim:**

**Customer Deposit**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.12 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 75,708.25 |
|---|---|---|

**GE Engine Services Distribution**

**1800 Donaldson Hwy**

**Erlanger, KY 41018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor    __CTL-Aerospace, Inc.__                                          Case number (if known) __25-12226__
           Name

| 3.12 7 |

**Nonpriority creditor's name and mailing address**

__Gem City Metal Technologies__

__1825 E 1st St__

__Dayton, OH 45403__

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    16,989.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.12 8 |

**Nonpriority creditor's name and mailing address**

__General Dynamics Ordnance and Tactical Systems__

__100 Carillon Pkwy__

__St. Petersburg, FL 33716__

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    195,063.88

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

| **3.12 9** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Genworth Life and Annuity**

**6610 West Broad St, Bld. 2, Fl. 8**

**Richmond, VA 23230**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    2,316.27

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.13 0** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**GeoCorp, Inc.**

**9010 River Road**

**Huron, OH 44839**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    46,164.25

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | CTL-Aerospace, Inc. | Case number *(if known)* | 25-12226 |
|---|---|---|---|
| | Name | | |

**3.13 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 17,869.56 |
|---|---|---|

**Gerber Technology LLC**

**24 Industrial Park Road West**

**Tolland, CT 06084**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.13 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 91,688.63 |
|---|---|---|

**GIS Benefits**

**422 Wauponsee St.**

**Morris, IL 60450**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

page 51 of 158

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)*  __25-12226__
      Name

| 3.13 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 897.35 |
|---|---|---|---|

**Global Equipment Company, Inc.**

**11 Harbor Park Drive**

**Port Washington, NY 11050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.13 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 3,938.18 |
|---|---|---|---|

**Global Industrial**

**11 Harbor Park Drive**

**Port Washington, NY 11050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC                                                                                      BlueStylus

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)*  __25-12226__
           Name

---

| 3.13 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $ _____ 1,755.48 |
|---|---|---|---|---|

**GM Financial Leasing**

**801 Cherry Street, Ste. 3500**

**Fort Worth, TX 76102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.13 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $ _____ 658.00 |
|---|---|---|---|---|

**GracoRoberts**

**3200 Avenue E East**

**Arlington, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC                                                      BlueStylus

| Debtor | CTL-Aerospace, Inc. | Case number *(if known)* | 25-12226 |
|---|---|---|---|
| | Name | | |

---

| 3.13 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 135,332.43 |
|---|---|---|---|

**Grainger**

**100 Grainger Pkwy**

**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.13 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,701.20 |
|---|---|---|---|

**Greater Cincinnati Water Works**

**4747 Spring Grove Ave**

**Cincinnati, OH 45232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)*    __25-12226__
                Name

---

| 3.13 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gus Holthaus Signs, Inc**

**817 Ridgeway Ave**

**Cincinnati, OH 45229**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    1,684.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.14 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**GWS Tool Group**

**595 County Road 448**

**Tavares, FL 32778**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    558.24

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                            BlueStylus

Debtor   __CTL-Aerospace, Inc._____   Case number *(if known)*   __25-12226__
         Name

---

| **3.14** | | |
|---|---|---|
| **1** | | |

**Nonpriority creditor's name and mailing address**

**Hanover Technical Sales, Inc.**

**19351 Battery Park Rd # A**

**Smithfield, VA 23430**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    489.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.14** | | |
|---|---|---|
| **2** | | |

**Nonpriority creditor's name and mailing address**

**Hanson Rivet & Supply Co.**

**13241 Weidner Street**

**Pacoima, CA 91331**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    58.50

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | __CTL-Aerospace, Inc.__ | Case number (if known) __25-12226__ |
|---|---|---|
| | Name | |

---

| 3.14 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 534.95 |
|---|---|---|---|

__Hathaway Stamp & Identification__

__304 E 8th Street__

__Cincinnati, OH 45202-2231__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.14 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 1,768.00 |
|---|---|---|---|

__Hazmatpac__

__7905 Blankenship Dr__

__Houston, TX 77055__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                BlueStylus

Debtor     __CTL-Aerospace, Inc._____     Case number *(if known)*  __25-12226__
                Name

| 3.14 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Health Equity**

**121 West Scenic Pointe**

**Draper, UT 84020**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    220.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

| 3.14 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Henkel Corporation**

**1 Henkel Way**

**Rocky Hill, CT 06067**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    122,000.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.14 7**

**Nonpriority creditor's name and mailing address**

**Hentzen Coatings, Inc.**

**6937 West Mill Road**

**Milwaukee, WI 53218**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,529.74

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.14 8**

**Nonpriority creditor's name and mailing address**

**Herman Investment Co**

**3700 S. Water St #100**

**Pittsburg, PA 15203**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 61,699.54

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor   __CTL-Aerospace, Inc._____   Case number (if known) __25-12226__
              Name

| 3.14 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 2,850.00 |

**Hexagon MFG**

**250 Circuit Drive**

**North Kingstown, RI 02852**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.15 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 3,557.37 |

**Hexcel - Saint Clair**

**172 Industrial Park Ed**

**St. Clair, PA 17970**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.15
1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| | *Check all that apply.* | $                    15,920.67 |

**HFO - Midwest**

**1993 Case Parkway North**

**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.15
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| | *Check all that apply.* | $                    449.90 |

**Home Depot U.S.A., Inc.**

**2455 Paces Ferry Rd NW**

**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                                  BlueStylus

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)*  __25-12226__
　　　　　　　Name

---

| 3.15<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ _____6,000.00 |
|---|---|---|---|

**Hoosier Spring Co., Inc.**

**4604 S Burnett Drive**

**South Bend, IN 46614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.15<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ _____14,300.23 |
|---|---|---|---|

**HydraPak Seals Inc.**

**3532 Galaxy Park Pl**

**West Jordan, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                          BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.15 5**

**Nonpriority creditor's name and mailing address**

**Ikonics Corporation**

**4832 Grand Ave**

**Duluth, MN 55807**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    **1,100.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.15 6**

**Nonpriority creditor's name and mailing address**

**IMITEC, INC.**

**1990 Maxon Rd**

**Schenectady, NY 12308**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    **143,460.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor | __CTL-Aerospace, Inc.__ | Case number *(if known)* __25-12226__ |
|---|---|---|
| | Name | |

---

| 3.15 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Independent Ink Inc.__

__13700 Gramercy Pl__

__Gardena, CA 90249__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____140.00

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.15 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Indestructible Paint Inc.__

__1 Independence Dr__

__Monroe, CT 06468__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____1,724.10

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor    __CTL-Aerospace, Inc._____    Case number (if known)    __25-12226__
Name

---

**3.15 9**

**Nonpriority creditor's name and mailing address**

**Industrial Air Centers, Inc.**

**731 E. Market St.**

**Jeffersonville, IN 47130**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ 22,812.35

**Description**

---

**3.16 0**

**Nonpriority creditor's name and mailing address**

**Industrial Mechanical Contractors, Inc.**

**4828 Duff Drive, Ste. A**

**Cincinnati, OH 45246-1143**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ 140,032.67

**Description**

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | CTL-Aerospace, Inc. | Case number *(if known)* | 25-12226 |
|---|---|---|---|
| | Name | | |

**3.16
1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 790.00 |
|---|---|---|---|

Infotrac

200 N. Palmetto St.

Leesburg, FL 34748

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.16
2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 90,315.00 |
|---|---|---|---|

Innovative Electric Service

4437 Day Rd

Cincinnati, OH 45252

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor   __CTL-Aerospace, Inc.__   Case number _(if known)_ __25-12226__
Name

| 3.16 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 4,525.00 |
|---|---|---|---|---|

**InnovMetric Software, Inc.**

**2014 Cyrille-Duquet, Ste. 310**

**Quebec City, QC G1N 4N6 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.16 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ | 8,977.50 |
|---|---|---|---|---|

**Inoapps Innovative Applications Inc.**

**5177 Richmond Ave, Suite 1220**

**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                                            BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.16 5**

**Nonpriority creditor's name and mailing address**

**Inventory Locator Service LLC**

**8001 Centerview Parkway, Suite 400**

**Cordova, TN 38018**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 217.96

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.16 6**

**Nonpriority creditor's name and mailing address**

**J & M Diamond Tool, Inc.**

**43 Roger Williams Ave**

**Rumford, RI 02916**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,123.95

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.16
7**

**Nonpriority creditor's name and mailing address**

**Jamie's Mulch & Topsoil Inc**

**8408 Princeton Glendale Rd**

**West Chester Township, OH 45069**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    5,795.40

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.16
8**

**Nonpriority creditor's name and mailing address**

**Jansen's Sweet Sinsations**

**6211 Snider Rd**

**Mason, OH 45040-2643**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    884.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor   **CTL-Aerospace, Inc.**                                  Case number *(if known)*   **25-12226**

Name

| **3.16 9** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joe Hatter**

**5616 Spellmire Drive**

**Cincinnati, OH 45246**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                   164.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.17 0** | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Irwin**

**5616 Spellmire Drive**

**Cincinnati, OH 45246**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                 9,237.04

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                     BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.17
1**

**Nonpriority creditor's name and mailing address**

**Johnson Controls Security Solutions**

**6600 Congress Ave**

**Boca Raton, FL 33487-1213**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,425.55

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.17
2**

**Nonpriority creditor's name and mailing address**

**K-Tec Systems, Inc.**

**2615 Wolcott St**

**Ferndale, MI 48220**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,677.41

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    __CTL-Aerospace, Inc.__                                    Case number *(if known)*  __25-12226__
       Name

| 3.17 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,048.88 |
|---|---|---|---|

**Kahrs Thermal Technology LLC**

**3211 Industry Dr**

**North Charleston, SC 29418-8453**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.17 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 32,096.00 |
|---|---|---|---|

**Katz Teller**

**255 E. 5th St. #2400**

**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

| **3.17 5** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kawasaki**

**26972 Burbank**

**Foothill Ranch, CA 92610**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,041.11

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| **3.17 6** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Kawasaki Heavy Industries**

**60 East 42nd Street Suite 2001**

**New York, NY 10165**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,283,596.64

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor   __CTL-Aerospace, Inc._____   Case number *(if known)*   __25-12226__
Name

| | |
|---|---|
| **3.17 7** | |

**Nonpriority creditor's name and mailing address**

**Keidel Supply - TN**

**1150 Tennessee Ave**

**Cincinnati, OH 45229**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    2,420.46

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| **3.17 8** | |

**Nonpriority creditor's name and mailing address**

**Kendall Electric Inc**

**5101 South Sprinkle Rd**

**Portage, MI 49002**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    3,820.60

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
                                                                                BlueStylus

Debtor   __CTL-Aerospace, Inc._____   Case number *(if known)*   __25-12226__
　　　　　Name

| 3.17 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ 681.55 |

**KOI Auto Parts**

**800 Brighton Street**

**Newport, KY 41071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.18 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ _____ 1,120.00 |

**Konecranes, Inc.**

**4401 Gateway Blvd.**

**Springfield, OH 45502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC　　　　　　　　　　　　　　　　　　　　　　　　　　　　BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

| 3.18 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Krayden Inc.**

**1491 West 124th Avenue**

**Denver, CO 80234**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                   432.69

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.18 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leading Edge Aero, LLC**

**15 Berkshire Blvd., Ste. A**

**Bethel, CT 06801**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                6,000.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor  __CTL-Aerospace, Inc.__ Case number *(if known)* __25-12226__

Name

| 3.18 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 65.84 |
|---|---|---|---|

**LeAnne Cox**

**5616 Spellmire Drive**

**Cincinnati, OH 45246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.18 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12,881.45 |
|---|---|---|---|

**Leybold USA, Inc.**

**6005 Enterprise Dr**

**Export, PA 15632**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor      __CTL-Aerospace, Inc._____     Case number *(if known)*   __25-12226__
　　　　　　Name

| 3.18 5 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 22.50 |

**Liberty Laser LLC**

**6270 Morris Rd**

**Hamilton, OH 45011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.18 6 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,900.00 |

**LIFO-PRO, Inc**

**11620 Arbor St, Ste. 100**

**Omaha, NE 68144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | CTL-Aerospace, Inc. | Case number *(if known)* | 25-12226 |
|---|---|---|---|
| | Name | | |

---

**3.18 7**

**Nonpriority creditor's name and mailing address**

**Limble Solutions, Inc.**

**3290 W. Mayflower Ave.**

**Lehi, UT 84043**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,734.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

**3.18 8**

**Nonpriority creditor's name and mailing address**

**Lisam America Inc.**

**3901 University Drive East, Ste. 430**

**Bryan, TX 77802**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

Debtor   **CTL-Aerospace, Inc.**
Name

Case number *(if known)*   **25-12226**

---

| **3.189** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
*Check all that apply.* | $ | **1,022,626.63** |

**Lockheed Martin Corp**

**6801 Rockledge Drive**

**Bethesda, MD 20817**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |

| Last 4 digits of account number | Is the claim subject to offset? |

☒ No
☐ Yes

---

| **3.190** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**
*Check all that apply.* | $ | **76.68** |

**LogMeIn**

**333 Summer Street**

**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |

| Last 4 digits of account number | Is the claim subject to offset? |

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)*  __25-12226__
                Name

---

| 3.19 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__Lowe's__

__1000 Lowes Blvd__

__Mooresville, NC 28117__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 267.30

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

| 3.19 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__Macomb Group - Cincinnati__

__9030 Port Union Rialton Rd__

__West Chester, OH 45069__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 6,929.71

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

| Debtor | __CTL-Aerospace, Inc.__ | | Case number *(if known)* __25-12226__ |
|---|---|---|---|
| | Name | | |

---

**3.19
3**

**Nonpriority creditor's name and mailing address**

**Macomb Group, Inc.**

**6600 15 mile Rd**

**Sterling Heights, MI 48312**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ 13,447.20

**Description**

---

**3.19
4**

**Nonpriority creditor's name and mailing address**

**Magna Machine Co.**

**11180 Southland Rd**

**Cincinnati, OH 45240**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

$ 7,890.00

**Description**

---

| Debtor | CTL-Aerospace, Inc. | Case number *(if known)* | 25-12226 |
|---|---|---|---|
| | Name | | |

---

**3.19 5**

**Nonpriority creditor's name and mailing address**

**Magna NDT LLC**

**9401 Union Cemetery Rd**

**Loveland, OH 45140**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,256.31

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.19 6**

**Nonpriority creditor's name and mailing address**

**Mainstream Waterjet**

**108 Northeast Dr.**

**Loveland, OH 45140**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 199,922.05

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor    __CTL-Aerospace, Inc.__    Case number *(if known)*  __25-12226__
    Name

---

| 3.19 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Mandel Company**

**301 East Erie Street**

**Milwaykee, WI 53202**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    1,365.50

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.19 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Enterprises, LLC**

c/o Colliers International
425 Walnut Street, Suite 1200

**Cincinnati, OH 45202**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    6,769.79

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    __CTL-Aerospace, Inc.__                                    Case number *(if known)*   __25-12226__
          Name

| **3.19 9** | |
|---|---|

**Nonpriority creditor's name and mailing address**

__Market Place Printing__

__7200 Paddison Road__

__Cincinnati, OH 45230__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    355.50

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.20 0** | |
|---|---|

**Nonpriority creditor's name and mailing address**

__Marking Device - Fairless Hills__

__225 Lincoln Hwy Bldg E__

__Fairless Hills, PA 19030-1103__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    178.50

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 85 of 158
Copyright © Financial Software Solutions, LLC                                                            BlueStylus

| | |
|---|---|
| Debtor __CTL-Aerospace, Inc.__ | Case number *(if known)* __25-12226__ |
| Name | |

---

**3.20.1**

**Nonpriority creditor's name and mailing address**

__Marlin Mfg. Corp.__

__12800 Corporate Dr__

__Cleveland, OH 44130__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ 6,753.00

**Description**

---

**3.20.2**

**Nonpriority creditor's name and mailing address**

__Matheson Tri-Gas, Inc.__

__909 Lake Carolyn Pkwy., Ste. 1300__

__Irving, TX 75039__

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

$ _____ 88,538.12

**Description**

---

Copyright © Financial Software Solutions, LLC                                                   BlueStylus

Debtor    __CTL-Aerospace, Inc.__                                Case number *(if known)*   __25-12226__
Name

| 3.20 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19,190.00 |
|---|---|---|---|

__Matlock Electric Co., Inc.__

__2780 Highland Ave__

__Norwood, OH 45212__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number**        _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.20 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 87.09 |
|---|---|---|---|

__Matt Meyer__

__5616 Spellmire Drive__

__Cincinnati, OH 45246__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number**        _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

**3.20 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **McMaster-Carr Supply Company** | ☐ Contingent |
| **600 N County Line Rd** | ☐ Unliquidated |
| **Elmhurst, IL 60126** | ☐ Disputed |

$ _____ 7,809.56

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.20 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Meggitt (Erlanger), LLC** | ☐ Contingent |
| **1400 Jamike Avenue** | ☐ Unliquidated |
| **Erlanger, KY 41018** | ☐ Disputed |

$ _____ 27,784.00

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | |
| Last 4 digits of account number _____ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)*    __25-12226__
          Name

| 3.20 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Metal Supermarkets Cincinnati North**

**4766 Dues Dr D**

**Cincinnati, OH 45246**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 1,924.82

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.20 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mettler-Toledo, LLC**

**1900 Polaris Pkwy**

**Columbus, OH 43240**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 606.89

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.20
9**

**Nonpriority creditor's name and mailing address**

**Miami Paint and Equipment Inc.**

**3200 Spring Grove Ave**

**Cincinnati, OH 45225**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    34,600.79

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.21
0**

**Nonpriority creditor's name and mailing address**

**Michele Owens**

**5616 Spellmire Dr.**

**Cincinnati, OH 45246**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    72.60

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

Debtor    __CTL-Aerospace, Inc.__                                      Case number *(if known)*   __25-12226__
Name

| 3.21 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 20,025.98 |

**Microsoft**

**1 Microsoft Way**

**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.21 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 5,817.49 |

**Midwest Caster & Wheel Inc.**

**431 W Seymour Ave**

**Cincinnati, OH 45316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   __CTL-Aerospace, Inc.__   Case number *(if known)*   __25-12226__
          Name

| 3.21 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 1,305.95 |
|---|---|---|---|

**Midwest MNT Corporation**

**9465 Cole Ln.**

**Aurora, IN 47001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.21 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 32,896.49 |
|---|---|---|---|

**Midwest Spray Booths**

**7672 McEwen Rd**

**Dayton, OH 45459**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor __CTL-Aerospace, Inc.__ Case number *(if known)* __25-12226__
Name

| 3.21 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

__Miller-Stephenson Chemical Company__

__55 Backus Ave__

__Danbury, CT 06810__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __3,095.81__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.21 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

__Mit Tonsaly__

__5616 Spellmire Drive__

__Cincinnati, OH 45246__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ __6,743.51__

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F **Schedule E/F: Creditors Who Have Unsecured Claims** page 93 of 158

Copyright © Financial Software Solutions, LLC BlueStylus

Debtor   __CTL-Aerospace, Inc.__   Case number (if known) __25-12226__
Name

| 3.21 7 | | | |

**Nonpriority creditor's name and mailing address**

__MKS Instruments, Inc.__

__2 Tech Drive__

__Andover, MA 01810__

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    3,564.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.21 8 | | | |

**Nonpriority creditor's name and mailing address**

__MSC Industrial Supply Company__

__515 Broadhollow Rd__

__Melville, NY 11747__

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    47,005.23

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
| | Name | | |

---

**3.21 9**

**Nonpriority creditor's name and mailing address**

**MTS Systems Corporation**

**14000 Technology Drive**

**Eden Prairie, MN 55344**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 609.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.22 0**

**Nonpriority creditor's name and mailing address**

**Netherland Rubber Company**

**2931 Exon Ave**

**Cincinnati, OH 45241**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 224.93

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

page 95 of 158

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor    **CTL-Aerospace, Inc.**                                    Case number *(if known)*  **25-12226**
          Name

| 3.22 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nordic Sensors Ind. Inc**

**8985 Robert-Armour**

**Montreal, QC H1E 6J7 Canada**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                   9,270.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

| 3.22 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nordson EFD LLC**

**40 Catamore Blvd**

**Providence, RI 02904**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                   6,731.94

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 96 of 158

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

| **3.22 3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 546.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**North American Inspections, Inc.**

**1275 W Roosevelt Rd #120**

**West Chicago, IL 60185**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 546.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| **3.22 4** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**NRG Business Marketing**

**804 Carnegie Center**

**Princeton, NJ 08540**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 450.14

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.22 5**

**Nonpriority creditor's name and mailing address**

**Numet Machining Techniques**

**235 Edison Road**

**Orange, CT 06477**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 80,100.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.22 6**

**Nonpriority creditor's name and mailing address**

**Oakley Paint & Glass**

**3142 Madison Rd**

**Cincinnati, OH 45209**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,447.77

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

| 3.22 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**ODACS, Inc.**

**8634 Reading Rd**

**Cincinnati, OH 45215**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 180.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.22 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Ohio Valley Gasket, Inc.**

**5210 Duff Dr**

**West Chester Township, OH 45246**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,749.87

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor      __CTL-Aerospace, Inc._____      Case number *(if known)*  __25-12226__
                Name

---

| 3.22 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Omega Engineering, Inc.**

**800 Connecticut Avenue, Ste. 5N01**

**Norwalk, CT 06854**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    1,525.58

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.23 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**OutSolve, LLC**

**3330 W Esplanade Ave S, Ste. 301**

**Metairie, LA 70002**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    4,110.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 100 of 158

Copyright © Financial Software Solutions, LLC

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.23 1**

**Nonpriority creditor's name and mailing address**

**Packrite**

**1650 Packrite Court**

**High Point, NC 27260**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    1,119.96

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.23 2**

**Nonpriority creditor's name and mailing address**

**Pako, Inc.**

**7615 Jenther Dr.**

**Mentor, OH 44060**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    48,704.42

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                    BlueStylus

| Debtor | __CTL-Aerospace, Inc.__ | Case number *(if known)* __25-12226__ |
|---|---|---|
| | Name | |

---

| **3.23 3** | |
|---|---|

**Nonpriority creditor's name and mailing address**

$ 689,993.65

**Paradigm Precision**

**3651 SE Commerce Ave**

**Stuart, FL 34997**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.23 4** | |
|---|---|

**Nonpriority creditor's name and mailing address**

$ 241,820.00

**Paragon D&E**

**5225 33rd St. SE**

**Grand Rapids, MI 49512**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

page 102 of 158

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor   __CTL-Aerospace, Inc._____     Case number *(if known)*   __25-12226__
Name

---

| 3.23 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Park Aerospace Corp.**

**486 North Oliver Rd Bldg Z Newton City/County Airport**

**Newton, KS 67114**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                75,513.98

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.23 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Parkway Plastics Inc**

**561 Stelton Road**

**Piscataway, NJ 08854**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                1,912.35

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

Debtor    __CTL-Aerospace, Inc._____     Case number *(if known)*   __25-12226__
                Name

| 3.23 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**PartsBadger, LLC**

**W66N205 Commerce Court**

**Cedarburg, WI 53012**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                              2,729.45

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.23 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Pax Corrugated**

**1899 Kingsview Dr**

**Lebanon, OH 45036**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                              1,451.45

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   __CTL-Aerospace, Inc.__                          Case number (if known) __25-12226__
     Name

| | |
|---|---|
| **3.23 9** | |

**Nonpriority creditor's name and mailing address**

__Paycor, Inc__

__4811 Montgomery Road__

__Cincinnati, OH 45212-2163__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 8,430.29

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | |
|---|---|
| **3.24 0** | |

**Nonpriority creditor's name and mailing address**

__Pelseal Technologies, LLC__

__3161 State Road, Ste. G__

__Bensalem, PA 19020__

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 506.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                              BlueStylus

Debtor   __CTL-Aerospace, Inc.__                                    Case number *(if known)*   __25-12226__
         Name

---

| 3.24 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Perma-Flex Mold Company**

**1919 E Livingston Ave**

**Columbus, OH 43209-2733**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                540.39

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.24 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Plante & Moran, PLLC**

**3000 Town Center, Suite 1300**

**Southfield, MI 48075**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$               7,268.86

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   __CTL-Aerospace, Inc._____   Case number *(if known)* __25-12226__
　　　　　 Name

---

| 3.24 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 86,282.04 |

**Plex Systems, Inc**

**900 Tower Dr, Ste. 1500**

**Troy, MI 48098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.24 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,080.00 |

**Polycraft Products, Inc.**

**897 Rudolph Way**

**Greendale, IN 47025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BlueStylus

Debtor      __CTL-Aerospace, Inc.__                                  Case number *(if known)*  __25-12226__
                Name

---

| 3.24 5 |

**Nonpriority creditor's name and mailing address**

**PowerClean Equipment Co**

**5945 Dry Fork Rd**

**Cleves, OH 45002**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                3,122.08

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

| 3.24 6 |

**Nonpriority creditor's name and mailing address**

**PPG Aerospace Inc.**

**12780 SanFernando Road**

**Sylmar, CA 91342**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**     _____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                 298.90

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | CTL-Aerospace, Inc. | Case number *(if known)* | 25-12226 |
|---|---|---|---|
| | Name | | |

---

**3.24 7**

**Nonpriority creditor's name and mailing address**

**Pride Seals, Inc**

**430 Mill Street**

**Cincinnati, OH 45215**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    8,566.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.24 8**

**Nonpriority creditor's name and mailing address**

**Prism Aerospace**

**3087 12th Street**

**Riverside, CA 92507**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    28,500.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

| **3.24 9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 271.76 |

**Pro Tool Services Inc**

**1125 Glendale Milford Rd**

**Cincinnati, OH 45215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.25 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 13,912.41 |

**Process Pump & Seal, Inc.**

**4317 Kugler Mill Rd**

**Cincinnati, OH 45236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

| Debtor | CTL-Aerospace, Inc. | Case number (if known) 25-12226 |
|---|---|---|
| | Name | |

---

**3.25 1**

**Nonpriority creditor's name and mailing address**

**Professional NDE Services Group, LLC**

**3975 Port Union Rd**

**Fairfield, OH 45014**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 14,184.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.25 2**

**Nonpriority creditor's name and mailing address**

**Proheat Inc**

**PO Box 48**
**117 E Adams St**

**La Grange, KY 40031**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,939.60

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
| | Name | | |

---

**3.25 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **ProLift Toyota Material Handling Cincinnati** | ☐ Contingent |
| **9890 Charter Park Drive** | ☐ Unliquidated |
| **West Chester, OH 45069** | ☐ Disputed |

$                          2,253.37

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25 4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Prospect Mold** | ☐ Contingent |
| **1100 Main St. Bldg #5** | ☐ Unliquidated |
| **Cuyahoga Falls, OH 44221** | ☐ Disputed |

$                          245,050.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

| **3.25 5** | | | |

**Nonpriority creditor's name and mailing address**

**Protective Industries, Inc - Mokon**

**2150 Elmwood Ave**

**Buffalo, NY 14216**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                   24,999.90

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

| **3.25 6** | | | |

**Nonpriority creditor's name and mailing address**

**Protective Packaging Solutions, LLC**

**10345 Medallion Dr**

**Cincinnati, OH 45241**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                   12,661.50

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.25
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| | *Check all that apply.* | $                59,504.00 |

**Prudential Realty Company**

**3700 S. Water St., Ste. 100**

**Pittsburgh, PA 15203**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | |

| Last 4 digits of account number | Is the claim subject to offset? | |
|---|---|---|
| | ☒ No | |
| | ☐ Yes | |

---

**3.25
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|
| | *Check all that apply.* | $                1,572.50 |

**Qualiturn, Inc.**

**9081 Le St Dr**

**West Chester Township, OH 45014**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: | Description |
|---|---|---|
| | | |

| Last 4 digits of account number | Is the claim subject to offset? | |
|---|---|---|
| | ☒ No | |
| | ☐ Yes | |

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor      __CTL-Aerospace, Inc.__                                      Case number (if known)   __25-12226__
                Name

| 3.25 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 4,321.74 |
|---|---|---|---|

__Quality Manufacturing Company__

__4300 NW Urbandale Dr__

__Urbandale, IA 50322__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

| 3.26 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $ 13,794.69 |
|---|---|---|---|

__Quantum Composites Inc.__

__3365 East Center Street__

__North Kingsville, OH 44068__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Description**

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

| Debtor | __CTL-Aerospace, Inc.__ | Case number *(if known)* __25-12226__ |
|---|---|---|
| | Name | |

---

**3.26
1**

**Nonpriority creditor's name and mailing address**

**Quatro Composites, LLC dba SEKISUI Aerospace -
Orange City**

**403 14th St SE**

**Orange City, IA 51041**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____12,988.20

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.26
2**

**Nonpriority creditor's name and mailing address**

**Queen City Pallets Inc**

**7744 Reinhold Dr**

**Cincinnati, OH 45237**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____4,580.00

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.26
3**

**Nonpriority creditor's name and mailing address**

**R.P. Plumbing**

**3567 State Route 132**

**Amelia, OH 45102-1717**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    1,215.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.26
4**

**Nonpriority creditor's name and mailing address**

**R.S. Hughes**

**1162 Sonora Court**

**Sunnyvale, CA 94086**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    444,663.84

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

Debtor   __CTL-Aerospace, Inc.__                              Case number *(if known)*   __25-12226__
         Name

| 3.26 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                        7,588.40 |
|---|---|---|---|

**Radius Engineering, Inc.**

**1042 West 2780 South**

**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**                    Description

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.26 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $                        22,115.68 |
|---|---|---|---|

**Ray Machine Incorporated**

**12 Lynbrook Road**

**Middle River, MD 21220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**                    Description

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☒ No
☐ Yes

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.26
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | **3,188.98** |
|---|---|---|---|

**Reginson Engineering LTD 2017**

**Whitacre Road, Whitacre Road Industrial Estate**

**Nuneaton, UK CV11 6BX United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.26
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ | **121.75** |
|---|---|---|---|

**Reid Supply**

**1269 E Mount Garfield Road, Ste. E**

**Norton Shores, MI 49441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

Debtor    __CTL-Aerospace, Inc.__                                    Case number *(if known)*  __25-12226__
                    Name

| 3.26 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 38,964.00 |

**Renegade Materials Corporation**

**10800 Industry Ln**

**Miamisburg, OH 45342**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.27 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 463,381.60 |

**Rhinestahl CTS**

**7687 Innovation Way**

**Mason, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.27 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 1,040.00 |
|---|---|---|---|

| | | *Check all that apply.* | |

**RP Plumbing LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3567 State Route 132**

**Amelia, OH 45102-1717**

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**3.27 2**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$ 811,753.28

**Rudolph Brothers**

☐ Contingent
☐ Unliquidated
☐ Disputed

**6550 Oley Speaks Way**

**Canal Winchester, OH 43110**

Date or dates debt was incurred

Basis for the claim:

Description

Last 4 digits of account number

Is the claim subject to offset?

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor    __CTL-Aerospace, Inc.__    Case number *(if known)*  __25-12226__
          Name

---

**3.27 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Rumpke of Ohio Inc**

**3990 Generation Drive**

**Cincinnati, OH 45251**

$ _____ 11,240.83

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.27 4**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Saati Advanced Chemicals, LLC**

**4832 Grand Ave**

**Duluth, MN 55807**

$ _____ 40,556.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | CTL-Aerospace, Inc. | Case number *(if known)* | 25-12226 |
|---|---|---|---|
| | Name | | |

---

**3.27 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Safety Shoe Distributors**

**10156 Reading Rd**

**Cincinnati, OH 45241**

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                161.71

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number**          _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.27 6**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Safety-Kleen Systems, Inc.**

**2600 North Central Expressway, Ste. 400**

**Richardson, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

$                              63,442.60

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number**          _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor      __CTL-Aerospace, Inc._____      Case number *(if known)*  __25-12226__
             Name

| | |
|---|---|
| **3.27 7** | |

**Nonpriority creditor's name and mailing address**

__Saint-Gobain Performance Plastics Corporation__

__31500 Solon Road__

__Solon, OH 44139__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____114,647.02__

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

| | |
|---|---|
| **3.27 8** | |

**Nonpriority creditor's name and mailing address**

__Samax Precision, Inc.__

__926 W. Evelyn Ave.__

__Sunnyvale, CA 94086__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____37,829.17__

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor      __CTL-Aerospace, Inc._____      Case number *(if known)*   __25-12226__
                  Name

| 3.27 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 44,969.04 |
|---|---|---|---|

**SBR Administrative Services, LLC**

**5225 N. Ironwood Rd., Ste. 204**

**Milwaukee, WI 53207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.28 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 4,626.52 |
|---|---|---|---|

**Scott Crislip**

**5616 Spellmire Drive**

**Cincinnati, OH 45246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)*   __25-12226__
          Name

| 3.28 |
| 1 |

**Nonpriority creditor's name and mailing address**

**Self Adhering Products**

**5649 Creek Rd**

**Blue Ash, OH 45242**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____44,375.04

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.28 |
| 2 |

**Nonpriority creditor's name and mailing address**

**Sensitech, Inc.**

**800 Cummings Center, Ste. 258X**

**Beverly, MA 01915**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____2,782.50

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor   __CTL-Aerospace, Inc._____     Case number *(if known)*   __25-12226__
   Name

| 3.28 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 291.06 |

**Sheehan Bros Vending**

**17140 Commerce Rd**

**Springfield, OH 45504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**                    Description

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☒ No
☐ Yes

| 3.28 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 496.34 |

**Sherwin Williams Co.**

**9203 Sutton Pl**

**Hamilton, OH 45011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**                    Description

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    __CTL-Aerospace, Inc._____    Case number (if known)    __25-12226__
          Name

| 3.28 5 |
|---|

**Nonpriority creditor's name and mailing address**

__Shred-It, c/o Stericycle, Inc__

__2355 Waukegan Rd__

__Bannockburn, IL 60015__

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$                4,400.47

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.28 6 |
|---|

**Nonpriority creditor's name and mailing address**

__Sierra Radiation Dosimetry, Inc.__

__1725 Nelson Ranch Loop__

__Cedar Park, TX 78613__

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$                318.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                 BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.28
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ 171.49 |
|---|---|---|
| **Sigma-Aldrich, Inc.** | ☐ Contingent | |
| **3050 Spruce St.** | ☐ Unliquidated | |
| **Saint Louis, MO 63103** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

---

**3.28
8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ 1,893.33 |
|---|---|---|
| **Silco Fire & Security** | ☐ Contingent | |
| **10200 Reading Road** | ☐ Unliquidated | |
| **Cincinnati, OH 45241** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC | | BlueStylus

Debtor   __CTL-Aerospace, Inc._____   Case number *(if known)* __25-12226__
     Name

| 3.28 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__Simon Gleede__

__5616 Spellmire Drive__

__Cincinnati, OH 45246__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____248.50

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.29 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

__Sky Geek__

__30 Airway Drive, Suite 2__

__LaGrangeville, NY 12540__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____3,984.88

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)*  __25-12226__
Name

| 3.29 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Smith Corona Labels & Ribbons__

__3830 Kelley Avenue__

__Cleveland, OH 44114__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____3,428.87

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.29 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__Snap-On Industrial__

__2801 80th Street__

__Kenosha, WI 53143__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____110.60

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    __CTL-Aerospace, Inc.__                    Case number *(if known)*   __25-12226__
          Name

| 3.29 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 2,633.28 |

**Socomore**

**100 South Royal Lane**

**Coppell, TX 75019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**                    Description

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☒ No
☐ Yes

| 3.29 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 542.70 |

**Southern Labware, Inc.**

**5810 Cedar Ridge Trl**

**Cumming, GA 30028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                    **Basis for the claim:**                    Description

**Last 4 digits of account number** _____    **Is the claim subject to offset?**

☒ No
☐ Yes

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

| **3.29 5** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Southern Ohio Hydraulics LLC**

**7793 Morris Road**

**Fairfield, OH 45011**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,477.32

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

| **3.29 6** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Southwest Ohio Quality Agency**

**Treasurer of Hamilton County**
**250 William Howard Taft Rd.**

**Cincinnati, OH 45219**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 660.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

Copyright © Financial Software Solutions, LLC
BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.29 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **99,999.92** |
|---|---|---|

**Spincraft - WI**

**161 Beloit Rd**

**New Berlin, WI 53151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.29 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **1,284.97** |
|---|---|---|

**Springdale Automotive**

**8005 Brownsboro Rd**

**Louisville, KY 40241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**
Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor   **CTL-Aerospace, Inc.**

Name

Case number *(if known)* **25-12226**

---

**3.299**

**Nonpriority creditor's name and mailing address**

**Starn Tool & Manufacturing Co**

**20524 Blooming Valley Rd.**

**Meadville, PA 16335**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                56,309.60

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.300**

**Nonpriority creditor's name and mailing address**

**State of Kansas**
**Wichita State University**

**1845 Fairmont Ave**

**Wichita, KS 67260**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                 5,649.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.30
1**

**Nonpriority creditor's name and mailing address**

**Sterling Seacrest Pritchard, Inc.**

**2500 Cumberland Pkwy SE**

**Atlanta, GA 30339**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                42,750.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.30
2**

**Nonpriority creditor's name and mailing address**

**Sterling Seal & Supply, Inc.**

**1105 Green Grove Road**

**Neptune, NJ 07753**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                5,603.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor    __CTL-Aerospace, Inc.__       Case number *(if known)* __25-12226__
Name

| 3.30 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 8,282.31 |
|---|---|---|---|

**SuperSystems Incorporated**

**7205 Edington Dr**

**Cincinnati, OH 45249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.30 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,271.76 |
|---|---|---|---|

**Supply Post Business Products**

**11365 Deerfield Rs**

**Blue Ash, OH 45242-2109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC            BlueStylus

Debtor   **CTL-Aerospace, Inc.**
_____   Case number *(if known)*   **25-12226**
Name

| 3.30 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**T C Specialties, Inc.**

**460 Industrial Way**

**Placentia, CA 92870**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    321.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

| 3.30 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Team Industrial Services, Inc.**

**13131 Dairy Ashford Rd.**

**Sugar Land, TX 77478**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    10,135.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.30 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Tens Machine Company, Inc.**

**800 Grundy Ave**

**Holbrook, NY 11741**

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                69,700.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.30 8**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Terminations, Inc.**

**4990 Cincinnati Brookville Rd**

**Hamilton, OH 45013**

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                1,847.50

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.30 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 103,377.31 |
|---|---|---|

**Texas Almet, Inc.**

**2800 E. Randol Mill Road**

**Arlington, TX 76011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.31 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6,575.58 |
|---|---|---|

**Thaman Rubber Co**

**3280 Hageman Ave**

**Cincinnati, OH 45241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.31
1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ 436.48 |
|---|---|---|
| **The Cary Company** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **1195 W. Fullerton Ave.** | ☐ Disputed | |
| **Addison, IL 60101** | | |

**Date or dates debt was incurred**          **Basis for the claim:**          Description

_____          _____

**Last 4 digits of account number**  _____  **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.31
2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ 2,962.60 |
|---|---|---|
| **The Flight Shop Inc** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **1780 N 2000 W, Hanger #21** | ☐ Disputed | |
| **Brigham City, UT 84302** | | |

**Date or dates debt was incurred**          **Basis for the claim:**          Description

_____          _____

**Last 4 digits of account number**  _____  **Is the claim subject to offset?**

☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)* __25-12226__
          Name

| 3.31 3 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | $ | 376.44 |

**Thermoset Solutions, LLC**

**8107 N Dort Hwy**

**Mount Morris, MI 48458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.31 4 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | | $ | 110.00 |

**Thread Check Inc.**

**900 Marconi Ave**

**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor    __CTL-Aerospace, Inc._____     Case number *(if known)*   __25-12226__
                Name

| 3.31 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**TigHitco LatinoAmerica**

**Av. Comisiâ€ºn Federal de Electricidad 635-2**
**Zona Industrial "Del PotosÂ-"**

**San Luis Potosi, SL 78395 Mexico**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 557.57

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.31 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Tool Testing Lab, Inc.**

**11601 N Dixie Dr**

**Tipp City, OH 45371-9108**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 365.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

**3.31
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ **20,276.75** |
|---|---|---|

**Toray Advanced Composites ADS LLC**

**18255 Sutter Blvd**

**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.31
8**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **5,265.65**

**Torr Technologies, Inc.**

**1453 22nd St NW**

**Auburn, WA 98001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor    __CTL-Aerospace, Inc.__    Case number *(if known)*    __25-12226__
Name

---

| 3.31 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Total Maintenance Solution, Inc**

**10250 Alliance Road, Ste. 223**

**Blue Ash, OH 45242**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    28,756.32

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.32 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Treasurer, State of Ohio**

**77 S. High St., 20th Floor**

**Columbus, OH 43215-6108**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    262.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | CTL-Aerospace, Inc. | Case number *(if known)* | 25-12226 |
| | Name | | |

---

**3.32
1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,439.85 |
| | | |
| **Tri-State Abrasive & Tool Co., Inc.** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **9250 Brookfield Ct** | ☐ Disputed | |
| **Florence, KY 41042** | | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

---

**3.32
2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 19,786.00 |
| | | |
| **Trimack Plastics Manufacturing Corporation** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **55 Broadcommon Rd Unit 1** | ☐ Disputed | |
| **Bristol, RI 02809** | | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
| | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)*  __25-12226__
          Name

---

| **3.32** **3** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Trimble Combustion Systems Inc**

**215 Nieman St., Ste. 2**

**Sunman, IN 47041-8931**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    2,440.20

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.32** **4** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Trivaco**

**2615 Arbor Tech Dr**

**Hebron, KY 41048**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                    7,253.64

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

| | |
|---|---|
| Debtor | **CTL-Aerospace, Inc.** |
| | Name |

Case number *(if known)* **25-12226**

---

**3.32 5**

**Nonpriority creditor's name and mailing address**

**TS Machining**

**6770 Taylor Pike**

**Blanchester, OH 45107**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 19,802.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**3.32 6**

**Nonpriority creditor's name and mailing address**

**TYKMA, Inc.**

**370 Gateway Drive**

**Chillicothe, OH 45601**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 105.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor    __CTL-Aerospace, Inc.__                                    Case number (if known)    __25-12226__
                Name

| 3.32 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__United Airlines__

__233 S. Wacker Drive__

__Chicago, IL 60606__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    2,019.09

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.32 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

__United States Plastic Corporation__

__1390 Neubrecht Rd__

__Lima, OH 45801__

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$                                    754.40

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Description**

**Last 4 digits of account number**    _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor    __CTL-Aerospace, Inc._____    Case number (if known) __25-12226__
             Name

| 3.32 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Universal Tool Technology**

**821 Hall Ave**

**Dayton, OH 45404**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 7,968.00

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

| 3.33 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**UPS**

**55 Glenlake Parkway NE**

**Atlanta, GA 30328**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 441.62

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Description**

Debtor __CTL-Aerospace, Inc._____ Case number (if known) __25-12226__
Name

---

| 3.33 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**US Tool Group**

**2000 Progress Dr**

**Farmington, MO 63640**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,662.06

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.33 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Valence Surface Technology**

**492 Prospect Avenue**

**West Springfield, MA 01089**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 746,508.52

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | CTL-Aerospace, Inc. | Case number *(if known)* | 25-12226 |
|---|---|---|---|
| | Name | | |

---

**3.33
3**

**Nonpriority creditor's name and mailing address**

**Verizon Wireless**

**1095 Avenue of the Americas**

**New York, NY 10036**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,725.51

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.33
4**

**Nonpriority creditor's name and mailing address**

**Virtek Vision International ULC**

**785 Bridge Street**

**Waterloo, ON N2V 2K1 Canada**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 239,642.98

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | __CTL-Aerospace, Inc.__ | Case number *(if known)* __25-12226__ |
|---|---|---|
| | Name | |

---

**3.33
5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**Web Industries, Inc**

**293 Boston Post Road West, Ste. 510**

**Marlborough, MA 01752**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 13,330.80

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.33
6**

**Nonpriority creditor's name and mailing address**

**Weber Manufacturing Technologies, Inc.**

**16566 ON-12**

**Midland, ON L4R 4L1 Canada**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 43,800.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| Debtor | CTL-Aerospace, Inc. | Case number *(if known)* | 25-12226 |
|---|---|---|---|
| | Name | | |

---

**3.33 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,268.00 |
|---|---|---|
| **Weldmac Manufactruing Company** | ☐ Contingent | |
| **1451 North Johnson Ave** | ☐ Unliquidated | |
| **El Cajon, CA 92020-1683** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

---

**3.33 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 43,629.90 |
|---|---|---|
| **Wesco Aircraft Hardware Corp.** | ☐ Contingent | |
| **2601Meacham Blvd, Ste. 400** | ☐ Unliquidated | |
| **Fort Worth, TX 76137** | ☐ Disputed | |

| **Date or dates debt was incurred** | **Basis for the claim:** | **Description** |
|---|---|---|
| | | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** | |
| | ☒ No | |
| | ☐ Yes | |

---

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

---

| **3.33 9** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Westcoast Saw, LLC**

**20250 276th Ave SE #405**

**Hobart, WA 98025**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77.40

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **3.34 0** | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Westfield Electroplating Co., Inc.**

**68 N Elm Street**

**Westfield, MA 01085**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 11,840.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Copyright © Financial Software Solutions, LLC

BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|--------|-------------------------|--------------------------|--------------|
|        | Name |  |  |

---

| **3.34 1** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**World Risk Management**

**20 N. Orange Ave, Ste. 500**

**Orlando, FL 32801**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 24,000.00

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

Description

---

| **3.34 2** | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Yardstore**

**725 E Central Ave**

**Wichita, KS 67202**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 560.98

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

Description

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor    __CTL-Aerospace, Inc.__                                   Case number *(if known)*   __25-12226__
          Name

---

| 3.34 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 162,811.41 |
|---|---|---|---|

**Yoshi Hashimoto**

**5616 Spellmire Drive**

**Cincinnati, OH 45246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.34 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 2,301.36 |
|---|---|---|---|

**Zoro Tools, Inc**

**500 W Madison St**

**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Description

Last 4 digits of account number _____

Is the claim subject to offset?

☒ No
☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|
| **4.1** **Ohio Attorney General Collections Enforcement Section Attn: Bankruptcy Unit 30 East Broad St., 14th Floor Columbus, OH 43215** | Line __2.2__ ☐ Not listed. Explain | _____ |

---

Debtor   __CTL-Aerospace, Inc._____   Case number *(if known)*   __25-12226__
      Name

| 4.2 | **U.S. Attorney General**<br>**U.S. Department of Justice**<br>**303 Marconi Blvd., Ste. 200**<br>**Columbus, OH 43215** | Line   __2.2__<br>☐ Not listed. Explain<br>_____ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $                0.00 |
| 5b. | **Total claims from Part 2** | 5b.  **+** | $        23,067,692.85 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $        23,067,692.85 |

Copyright © Financial Software Solutions, LLC                                         BlueStylus

**Fill in this information to identify your case:**

Debtor Name    **CTL-Aerospace, Inc.**

United States Bankruptcy Court for the: **Southern District of Ohio**

Case number (*If known*):    **25-12226**                          Chapter    **11**

☐ Check if this is an
    amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)*.

| 2.    List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** <br><br> State what the contract or lease is for and the nature of the debtor's interest: **Payment Services Program (providing for factoring/sale of certain A/R as may be purchased by MUFG relating to amounts owed by General Electric Company to the Debtor)** <br><br> State the term remaining <br><br> List the contract number of any government contract | **MUFG Union Bank, N.A.** <br> **1251 Avenue of the Americas** <br> **New York, NY 10020** |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest: **Lease: 9070-9980 International Blvd.** <br><br> State the term remaining <br><br> List the contract number of any government contract | **EQT Exeter** <br> **Five Radnor Corp Ctr** <br> **100 Matsonford Rd., Ste. 250** <br> **Radnor, PA 19087** |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest: **Lease: 9979 International Blvd.** <br><br> State the term remaining <br><br> List the contract number of any government contract | **EQT Exeter** <br> **Five Radnor Corp Ctr.** <br> **100 Matsonford Rd., Ste. 250** <br> **Radnor, PA 19087** |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest: **Lease: 9986 & 10002 International Blvd** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Mark Enterprises, LLC** <br> **c/o Mark W. Schnicke, Statutory Agent** <br> **874 Miami Ridge Dr.** <br> **Loveland, OH 45140** |

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)*  **25-12226** |
|---|---|---|
| | Name | |

---

**2.5**

State what the contract or lease is for and the nature of the debtor's interest

**Lease: 5616 Spellmire Drive**

State the term remaining

List the contract number of any government contract

**Prudential Realty Company**
**3700 S. Water St., Ste. 100**
**Pittsburgh, PA 15203**

---

**2.6**

State what the contract or lease is for and the nature of the debtor's interest

**Administrator for self-insured health care insurance for the employees of the Debtor**

State the term remaining

List the contract number of any government contract

**Anthem Blue Cross**
**P.O. Box 60007**
**Los Angeles, CA 90060-0007**

---

**2.7**

State what the contract or lease is for and the nature of the debtor's interest

**Manufacture of Aircraft Engine Fan Cases**

State the term remaining

List the contract number of any government contract

**N/A**

**GE Aerospace**
**1 Neuman Way**
**Cincinnati, OH 45215**

---

**2.8**

State what the contract or lease is for and the nature of the debtor's interest

**Manufacture Aircraft Engine components**

State the term remaining

List the contract number of any government contract

**W58RGZ-15-D-0048**

**GE Aerospace**
**1 Neuman Way**
**Cincinnati, OH 45215**

---

**2.9**

State what the contract or lease is for and the nature of the debtor's interest

**Manufacture CFM56 Seals**

State the term remaining

List the contract number of any government contract

**GE Aerospace**
**1 Neuman Way**
**Cincinnati, OH 45215**

---

**2.10**

State what the contract or lease is for and the nature of the debtor's interest

**Manufacture of PW1100G-JM Liners**

State the term remaining

List the contract number of any government contract

**Kawasaki Heavy Industries**
**1-1 Kawasaki-Cho**
**Akashi 673-B666, Japan**

---

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor __**CTL-Aerospace, Inc.**__       Case number *(if known)* __**25-12226**__

Name

---

**2.11**

State what the contract or lease is for and the nature of the debtor's interest

Manufacture of CF6-80C2 Thrust Reverser Components

State the term remaining

List the contract number of any government contract

**MRA Systems**
103 Chesapeake Park Plaza
Middle River, MD 21220

---

**2.12**

State what the contract or lease is for and the nature of the debtor's interest

Manufacture Aircraft Engine components

State the term remaining

List the contract number of any government contract

**Pratt & Whitney**
400 Main Street
East Hartford, CT 06118

---

**2.13**

State what the contract or lease is for and the nature of the debtor's interest

Manufacture Aircraft Engine components

State the term remaining

List the contract number of any government contract

**Rolls-Royce**

---

**2.14**

State what the contract or lease is for and the nature of the debtor's interest

Manufacture Aircraft Engine components

State the term remaining

List the contract number of any government contract

**GKN Aerospace Services, LTD.**
11th Floor, The Colemore Building Colmore Circus
Queensway Birmingham, B4 6AT, United Kingdom

---

**2.15**

State what the contract or lease is for and the nature of the debtor's interest

Manufacture Aircraft Engine components

State the term remaining

List the contract number of any government contract

**GKN Fokker Aerospace**
Anthony Fokkerweg 4,
3351 NL Papendrecht, Netherlands

---

**2.16**

State what the contract or lease is for and the nature of the debtor's interest

Manufacture Aircraft Engine components

State the term remaining

List the contract number of any government contract

**GKN Aerospace Phoenix**
3405 East Air Ave.
Phoenix, AZ 85034

---

Debtor   **CTL-Aerospace, Inc.**
Name                                                              Case number *(if known)*   **25-12226**

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Liquid Nitrogen | Matheson Tri-Gas, Inc.<br>5220 East Ave.<br>Countryside, IL 60525 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Compressed Air | Direct Air<br>1900 Jetway Blvd.<br>Columbus, OH 43219 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Supply of P20 fan cases | Paradigm Precision (Pursuit)<br>200 Adams Street<br>Manchester, CT 06042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Supply consumable(indirect supplies) | Grainger<br>100 Grainger Pkwy<br>Lake Forest, IL 60045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Supply of CF34 fan cases | Frisa Aerospace<br>Valentin G. Rivero 200 Los TreviÃ±o, 66150 Santa Catarina, N.L., Mexico |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Forklift lease | Toyota Prolift<br>8399 Green Meadows Dr.<br>Lewis Center, OH 43035 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Forklift lease; payments remaining $3,209.78 | Wells Fargo Equipment Services<br>600 South 4th Street, Floor 10<br>Minneapolis, MN 55415 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor __**CTL-Aerospace, Inc.**__    Case number *(if known)* __**25-12226**__
   Name

**2.24** State what the contract or lease is for and the nature of the debtor's interest

Copier/Printer lease

US Bank Equipment
PO Box 790448
St. Louis, MO 63179-0448

State the term remaining

List the contract number of any government contract

---

**2.25** State what the contract or lease is for and the nature of the debtor's interest

Copier/Printer lease

US Bank Equipment
PO Box 790448
St. Louis, MO 63179-0448

State the term remaining

List the contract number of any government contract

---

**2.26** State what the contract or lease is for and the nature of the debtor's interest

Copier/Printer lease

US Bank Equipment
PO Box 790448
St. Louis, MO 63179-0448

State the term remaining

List the contract number of any government contract

---

**2.27** State what the contract or lease is for and the nature of the debtor's interest

Copier/Printer lease

US Bank Equipment
PO Box 790448
St. Louis, MO 63179-0448

State the term remaining

List the contract number of any government contract

---

**2.28** State what the contract or lease is for and the nature of the debtor's interest

Vehicle Lease for 2025 Chevrolet Suburban

Ally Financial
500 Woodward Ave.
Cincinnati, OH 45215

State the term remaining

List the contract number of any government contract

---

**2.29** State what the contract or lease is for and the nature of the debtor's interest

Lease of Copier/Printer equipment, remaining payments total $19,604.00

US Bank Equipment Finance
13010 SW 68th Pkwy #100
Portland, OR 97223

State the term remaining

List the contract number of any government contract

---

**2.30** State what the contract or lease is for and the nature of the debtor's interest

Copier and Printer Equipment; $3,558.38 in payments remaining

US Bank Equipment Finance
13010 SW 68th Pkwy #100
Portland, OR 97223

State the term remaining

List the contract number of any government contract

---

Copyright © Financial Software Solutions, LLC                                                      BlueStylus

Debtor    __CTL-Aerospace, Inc._____      Case number *(if known)*   __25-12226__
                Name

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Copier/Printer Equipment; total of payments remaining: $495,285 | US Bank Equipment Finance 13010 SW 68th Pkwy #100 Portland, OR 97223 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Copier/Printer Equipment; remaining payments total $35,719.71 | US Bank Equipment Finance 13010 SW 68th Pkwy #100 Portland, OR 97223 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Copyright © Financial Software Solutions, LLC                                                  BlueStylus

**Fill in this information to identify your case:**

Debtor Name   __CTL-Aerospace, Inc.__

United States Bankruptcy Court for the: __Southern District of Ohio__

Case number (*If known*): __25-12226__

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** CTL-Aerospace Nevada, Inc. <br> Name | **5616 Spellmire Drive** <br> Number     Street <br><br> **Cincinnati**      **OH**   **45246** <br> City               State   Zip Code | **Wells Fargo Bank** <br> Name | ☑ D   __2.1__ <br> ☐ E/F  _____ <br> ☐ G   _____ |
|  | Description |  |  |

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

| Fill in this information to identify your case: |
|---|

Debtor name    **CTL-Aerospace, Inc.**

United States Bankruptcy Court for the:   **Southern District of Ohio**

Case number (if known):   **25-12226**

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **10/1/2025** to Filing date<br>MM/DD/YYYY | ☒ Operating a business<br>☐ Other _____ | $ **32,645,716.00** |
| For prior year: | From **1/24/2024** to **12/31/2024**<br>MM/DD/YYYY   MM/DD/YYYY | ☒ Operating a business<br>☐ Other _____ | $ **70,381,652.00** |
| For the year before that: | From **1/1/2023** to **12/31/2023**<br>MM/DD/YYYY   MM/DD/YYYY | ☒ Operating a business<br>☐ Other _____ | $ **71,174,486.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____ to Filing date<br>MM/DD/YYYY | _____ | $ _____ |
| For prior year: | From _____ to _____<br>MM/DD/YYYY   MM/DD/YYYY | _____ | $ _____ |
| For the year before that: | From _____ to _____<br>MM/DD/YYYY   MM/DD/YYYY | _____ | $ _____ |

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1 | **See attached Exhibit SOFA 3**<br>Creditor's Name | | $ **8,145,063.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | _____<br>Number   Street | | | |
| | _____<br>City      State  ZIP Code | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1 | **Ben McNary**<br>Insider's Name | | $ **30,294.06** | See attached Exhibit SOFA 4 |
| | **5616 Spellmire Dr.**<br>Number   Street | | | |
| | **Cincinnati      OH   45246**<br>City      State  ZIP Code | | | |
| | Relationship to debtor | | | |
| | **Chief Financial Officer** | | | |

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.2 | **Scott Crislip**<br>Insider's Name | | $ **13,622.48** | See attached Exhibit SOFA 4 |
| | **5616 Spellmire Dr.**<br>Number   Street | | | |
| | **Cincinnati      OH   45246**<br>City      State  ZIP Code | | | |
| | Relationship to debtor | | | |
| | **President and Chief Operating Officer** | | | |

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor   __CTL-Aerospace, Inc.__                                    Case number *(if known)*  __25-12226__
         Name

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed on line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| **5.1** | Ricoh | See attached Exhibit SOFA 5 | _____ | $ _____ 0.00 |
| | Creditor's Name | | | |
| | _____ | | | |
| | Number   Street | | | |
| | _____ | | | |
| | City        State   ZIP Code | | | |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| **6.1** | | | _____ | $ _____ |
| | Creditor's Name | | | |
| | _____ | | | |
| | Number   Street | | | |
| | _____ | Last 4 digits of account number: XXXX– _____ | | |
| | City        State   ZIP Code | | | |

---

**Part 3:   Legal Actions or Assignments**

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.1** | Tighitco v. Debtor | Collections - Case dismissed 7/16/2025 | Butler County Common Pleas | ☐ Pending |
| | | | Creditor's Name | ☐ On appeal |
| | **Case Number** | | | ☑ Concluded |
| | CV 2025 06 1622 | | _____ | |
| | | | Number   Street | |
| | | | _____ | |
| | | | City        State   ZIP Code | |

Copyright © Financial Software Solutions, LLC                                                                        BlueStylus

| | | |
|---|---|---|
| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)*  **25-12226** |
| | Name | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.2** | **Rudolph Bros. v. Debtor** | | **Fairfield County Common Pleas** | ☒ Pending |
| | | | Creditor's Name | ☐ On appeal |
| | Case Number | | | ☐ Concluded |
| | **25-CV-877** | | | |
| | | | Number      Street | |
| | | | City            State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.3** | **Legal Notice** | **Past Due Accounts Payable** | **R.S. Hughes** | ☐ Pending |
| | | | Creditor's Name | ☐ On appeal |
| | Case Number | | | ☐ Concluded |
| | | | **2941 E. Kemper Road** | |
| | | | Number      Street | |
| | | | **Cincinnati        OH    45241** | |
| | | | City            State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.4** | **Legal Notice** | **Copier/Printer Leases** | **US Bank Equipment Finance** | ☐ Pending |
| | | | Creditor's Name | ☐ On appeal |
| | Case Number | | | ☐ Concluded |
| | | | **13010 SW 68th Pkwy #100** | |
| | | | Number      Street | |
| | | | **Portland          OR    97223** | |
| | | | City            State   ZIP Code | |

8.  **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| **8.1** | | | $ |
| | Custodian's name | Case title | Court name and address |
| | | | Court's Name |
| | Number     Street | Case number | |
| | | | Number      Street |
| | City          State   ZIP Code | Date of order or assignment | |
| | | | City            State   ZIP Code |

Debtor   __CTL-Aerospace, Inc._____     Case number *(if known)* __25-12226_____
　　　　　Name

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1 | _____<br>Recipient's Name<br><br>_____<br>Number　　Street<br><br>_____<br>City　　　State　ZIP Code | | _____ | $ _____ |

**Recipient's relationship to debtor**

_____

---

| Part 5: | Certain Losses |
|---|---|

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1 | | _____ | _____ | $ _____ |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11.  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Copyright © Financial Software Solutions, LLC　　　　　　　　　　　　　　　　　　　　　　　　　　　BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

| | Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| **11.1** | **Coolidge Wall Co., L.P.A.** | | **9/8/2025** | $   **25,000.00** |
| | Recipient's Name | | | |
| | **33 W. First Street, Ste. 200** | | | |
| | Number      Street | | | |
| | **Dayton**              **OH**   **45402** | | | |
| | City                        State   ZIP Code | | | |
| | Email or website address | | | |
| | **friesinger@coollaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| | **John Irwin** | | | |

**12.   Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| **12.1** | | | | $ |
| | Trustee | | | |

**13.   Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| **13.1** | | | | $ |
| | Recipient's Name | | | |
| | Number      Street | | | |
| | City                        State   ZIP Code | | | |
| | Relationship to debtor | | | |

Copyright © Financial Software Solutions, LLC                                                                BlueStylus

Debtor _____ **CTL-Aerospace, Inc.** _____    Case number *(if known)* __**25-12226**__
         Name

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14.**   **Previous addresses**

    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☑ Does not apply

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15.**   **Health Care bankruptcies**

    Is the debtor primarily engaged in offering services and facilities for:
    — diagnosing or treating injury, deformity, or disease, or
    — providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1** _____<br>Facility Name | | |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>Number     Street | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| _____<br>City       State   ZIP Code | | |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16.**   **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained. _____

         Does the debtor have a privacy policy about that information?

         ☐ No
         ☐ Yes

---

Copyright © Financial Software Solutions, LLC                                           BlueStylus

| Debtor | CTL-Aerospace, Inc. | Case number *(if known)* | 25-12226 |
|---|---|---|---|
| | Name | | |

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.

☑ Yes.  Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| 401K: CTL Aerospace, Inc. Retirement Savings Plan | 31-1082970 |

Has the plan been terminated?

☑ No

☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18.** Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| **18.1** | _____ Name _____ Number   Street _____ City          State   ZIP Code | XXXX–____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | $ _____ |

**19.** Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| **19.1** | _____ Name _____ Number   Street _____ City          State   ZIP Code | **Address** | | ☑ No ☐ Yes |

---

Copyright © Financial Software Solutions, LLC

| Debtor | CTL-Aerospace, Inc. | Case number *(if known)* | 25-12226 |
|---|---|---|---|
| | Name | | |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **20.1  Harris Distributing Company** <br> Name <br><br><br> **1330 Arlington Street** <br> Number      Street <br><br> **Cincinnati           OH     45225** <br> City                State    ZIP Code | <br><br> **Address** <br><br> | **For historical contents, see attached Exhibit SOFA 20.21** | ☒ No <br> ☐ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **21.1  See attached Exhibit SOFA 20.21** <br> Owner's Name <br><br> Number      Street <br><br> City                State   ZIP Code | **CTL-Aerospace Inc.** | | $            0.00 |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor    __CTL-Aerospace, Inc.__    Case number *(if known)*  __25-12226__
     Name

---

**Part 12:**    **Details About Environmental Information**

---

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|---|
| **22.1** | _____ | Name _____ | _____ | ☐ Pending |
| | **Case Number** | _____ | | ☐ On appeal |
| | _____ | Number    Street | | ☐ Concluded |
| | | _____ | | |
| | | City            State   ZIP Code | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **23.1** | _____ | _____ | | _____ |
| | Name | Name | | |
| | _____ | _____ | | |
| | Number    Street | Number    Street | | |
| | _____ | _____ | | |
| | City        State   ZIP Code | City        State   ZIP Code | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

---

Debtor    __CTL-Aerospace, Inc._____    Case number *(if known)*  __25-12226__
          Name

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.1** 

_____      _____                              _____
Name                         Name

_____      _____
Number     Street            Number     Street

_____      _____
City          State  ZIP Code   City          State  ZIP Code

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.    **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

**25.1** 

_____                                     EIN:  _____
Name

_____                                     **Dates business existed**

_____                                     From  _____  To  __Present__
Number     Street

_____
City          State  ZIP Code

26.    **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

**26a.1**  __Ben McNary_____    From  _____  To  __Present__
           Name

           __5616 Spellmire Dr._____
           Number     Street

           _____  __45246__
           City          State  ZIP Code

Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | Case number *(if known)* | **25-12226** |
|---|---|---|---|
| | Name | | |

| Name and address | Dates of service |
|---|---|

**26a.2**  **Charlie Dewald**
Name

Number          Street

City                                          State     ZIP Code

From _____ To **Present**

| Name and address | Dates of service |
|---|---|

**26a.3**  **Hannah Klotz**
Name

Number          Street

City                                          State     ZIP Code

From _____ To **Present**

| Name and address | Dates of service |
|---|---|

**26a.4**  **LeAnne Cox**
Name

**5616 Spellmire Dr.**
Number          Street

**45246**
City                                          State     ZIP Code

From _____ To **Present**

| Name and address | Dates of service |
|---|---|

**26a.5**  **Paul Kyle**
Name

**5616 Spellmire Dr.**
Number          Street

**45246**
City                                          State     ZIP Code

From _____ To **Present**

| Name and address | Dates of service |
|---|---|

**26a.6**  **Ric Ahner**
Name

**5616 Spellmire Dr.**
Number          Street

**45246**
City                                          State     ZIP Code

From _____ To **Present**

Copyright © Financial Software Solutions, LLC                                                                                              BlueStylus

Debtor   __CTL-Aerospace, Inc._____   Case number *(if known)*   __25-12226__
   Name

| Name and address | Dates of service |
|---|---|
| **26a.7**   **Tim Taggert**<br>Name | From _____ To **Present**_____ |
| Number     Street | |
| City                                    State    ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐   None

| Name and address | Dates of service |
|---|---|
| **26b.1**   **Clark Schaefer Hackett**<br>Name | From _____ To **Present**_____ |
| **1 E 4th St., Ste. 1200**<br>Number     Street | |
| **Cincinnati**                          **OH**    **45202- 370**<br>City                                    State    ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐   None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1**   **Ben McNarty**<br>Name | |
| **5616 Spellmire Dr.**<br>Number     Street | |
| **45246**<br>City                                    State    ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.2**   **Leanne Cox**<br>Name | |
| **5616 Spellmire Dr.**<br>Number     Street | |
| **45246**<br>City                                    State    ZIP Code | |

Copyright © Financial Software Solutions, LLC                                                                                BlueStylus

Debtor    **CTL-Aerospace, Inc.**                                          Case number *(if known)*    **25-12226**
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.3**    **Paul Kyle** <br> Name <br><br> **5616 Spellmire Dr.** <br> Number    Street <br><br> **Cincinnati**                    **OH**    **45246** <br> City                              State    ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.4**    **Ric Ahner** <br> Name <br><br> **5616 Spellmire Dr.** <br> Number    Street <br><br>                                    **45246** <br> City                              State    ZIP Code | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐    None

| Name and address |
|---|
| **26d.1**    **Wells Fargo Bank** <br> Name <br><br> **10 S. Wacker Drive, 22nd Floor** <br> Number    Street <br><br> **Chicago**                    **IL**    **60606** <br> City                              State    ZIP Code |

27.    **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐    No

☑    Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | **5/31/2025** | $ _____ **0.00** |

| Name and address of the person who has possession of inventory records |
|---|
| **27.1** _____ <br> Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City                    State    ZIP Code |

| Debtor | __CTL-Aerospace, Inc.__ | | Case number (if known) __25-12226__ |
|---|---|---|---|
| | Name | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | **2007 James C. Irwin Trust FBO David M. Irwin** | **6432 Breckenridge Lane Hamilton, OH 45011** | **Class B Nonvoting Shares - 65** | **13.00** |
| 28.2 | **2007 James C. Irwin Trust FBO James T. Irwin** | **5732 Fields Ertle Cincinnati, OH 45241** | **Class B Nonvoting Shares - 65** | **13.00** |
| 28.3 | **2007 James C. Irwin Trust FBO John C. Irwin** | **5616 Spellmire Drive Cincinnati, OH 45246** | **Class B Nonvoting Shares - 65** | **13.00** |
| 28.4 | **2007 James C. Irwin Trust FBO Karen B. Luce** | **11808 Miro Circle San Diego, CA 92131** | **Class B Nonvoting Shares - 65** | **13.00** |
| 28.5 | **2007 James C. Irwin Trust FBO Kimberly Ann Berry** | **5814 Danta Lane Middletown, OH 45044** | **Class B Nonvoting Shares - 65** | **13.00** |
| 28.6 | **Sue Irwin Trust FBO David M. Irwin** | **6432 Breckenridge Lane Hamilton, OH 45011** | **Class B Nonvoting Shares - 35** | **7.00** |
| 28.7 | **Sue Irwin Trust FBO James T. Irwin** | **5732 Fields Ertle Cincinnati, OH 45241** | **Class B Nonvoting Shares - 35** | **7.00** |
| 28.8 | **Sue Irwin Trust FBO John C. Irwin** | **5616 Spellmire Drive Cincinnati, OH 45246** | **Class A Voting Shares - 5 Class B Nonvoting Shares 30** | **7.00** |
| 28.9 | **Sue Irwin Trust FBO Karen B. Luce** | **11808 Miro Circle San Diego, CA 92131** | **Class B Nonvoting Shares - 35** | **7.00** |
| 28.10 | **Sue Irwin Trust FBO Kimberly Ann Berry** | **5814 Dantawood Lane Middletown, OH 45044** | **Class B Nonvoting Shares - 35** | **7.00** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| | Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | | | | From _____ To **Present** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor   **CTL-Aerospace, Inc.**                                          Case number *(if known)*   **25-12226**
         Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.1**  **Ben McNary**                                    **$163,812.11**                                    **Salary**
         Recipient's Name
         _____

         Number      Street

         City               State   ZIP Code

         Relationship to debtor

         **Chief Financial Officer**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.2**  **John Irwin**                                    **$312,768.76**                                    **Salary**
         Recipient's Name

         Number      Street

         City               State   ZIP Code

         Relationship to debtor

         **President / Owner**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.3**  **Scott Crislip**                                 **$185,326.26**                                    **Salary**
         Recipient's Name

         Number      Street

         City               State   ZIP Code

         Relationship to debtor

         **President and Chief Operating Officer**

31.  **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

| Debtor | __CTL-Aerospace, Inc.__ | Case number *(if known)*  __25-12226__ |
|---|---|---|
| | Name | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __10/01/2025__
  MM/DD/YYYY

✗ __/s/ Scott Crislip__                    Printed name   __Scott Crislip__
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   __President / COO__

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

**Part - 2: Transfers Made Before Filing**

*Reasons for Payment/Transfer: Secured Debt, Unsecured Loan Repayments, Suppliers or Vendors, Services, or Other.

| Debtor | | | | | | | $ | 8,145,063.02 | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor's Name and Address | Address | City | State | Zip Code | Dates | Check# | | Total Amount of Value | Reasons for Payment/Transfer* |
| 3M Company | 3M Center, 225-3S-05 | St. Paul | MN | 55144 | 7/25/2025 | A100439 | $ | 25,000.00 | SUPPLIER OR VENDOR |
| 3M Company | 3M Center, 225-3S-05 | St. Paul | MN | 55144 | 8/15/2025 | A100475 | $ | 25,000.00 | SUPPLIER OR VENDOR |
| 3M Company | 3M Center, 225-3S-05 | St. Paul | MN | 55144 | 8/22/2025 | A100481 | $ | 25,000.00 | SUPPLIER OR VENDOR |
| Acuren | 4692 Brate Drive Suite 200 | West Chester | OH | 45011 | 7/2/2025 | | $ | 40,000.00 | SUPPLIER OR VENDOR |
| Adept | 27949 Hancock Parkway | Valencia | CA | 91355 | 7/18/2025 | | $ | 30,796.71 | SUPPLIER OR VENDOR |
| Adept | 27949 Hancock Parkway | Valencia | CA | 91355 | 8/22/2025 | | $ | 19,500.00 | SUPPLIER OR VENDOR |
| Air Technologies | 1900 Jetway Blvd | Columbus | OH | 43219 | 6/26/2025 | A100376 | $ | 18,568.48 | SUPPLIER OR VENDOR |
| Airtech International, Inc. | 5700 Skylab Road | Huntington Beach | CA | 92647 | 7/10/2025 | A100417 | $ | 96,782.48 | SUPPLIER OR VENDOR |
| Alert Tubing Fabricators Inc | 8019 Commerical Ave. | Loves Park | IL | 61111 | 7/2/2025 | A100383 | $ | 15,000.00 | SUPPLIER OR VENDOR |
| Alert Tubing Fabricators Inc | 8019 Commerical Ave. | Loves Park | IL | 61111 | 8/14/2025 | A100472 | $ | 6,000.00 | SUPPLIER OR VENDOR |
| Ally | 500 Woodward Avenue | Detroit | MI | 48226 | 6/27/2025 | A100379 | $ | 3,151.70 | SUPPLIER OR VENDOR |
| Ally | 500 Woodward Avenue | Detroit | MI | 48226 | 7/29/2025 | A100444 | $ | 1,646.12 | SUPPLIER OR VENDOR |
| Ally | 500 Woodward Avenue | Detroit | MI | 48226 | 7/31/2025 | 11578 | $ | 1,165.63 | SUPPLIER OR VENDOR |
| Ally | 500 Woodward Avenue | Detroit | MI | 48226 | 8/27/2025 | A100494 | $ | 2,811.75 | SUPPLIER OR VENDOR |
| American Express | 200 Vesey Street | New York | NY | 10285 | 6/12/2025 | | $ | 39.00 | CREDIT CARD PAYMENTS |
| American Express | 200 Vesey Street | New York | NY | 10285 | 6/13/2025 | | $ | 75,000.00 | CREDIT CARD PAYMENTS |
| American Express | 200 Vesey Street | New York | NY | 10285 | 6/16/2025 | | $ | 58,384.76 | CREDIT CARD PAYMENTS |
| American Express | 200 Vesey Street | New York | NY | 10285 | 6/25/2025 | | $ | 52,897.51 | CREDIT CARD PAYMENTS |
| Ben McNary | 5616 Spellmire Drive | Cincinnati | OH | 45246 | 6/16/2025 | 11521 | $ | 3,103.75 | EXPENSE REIMBURSEMENTS |
| Ben McNary | 5616 Spellmire Drive | Cincinnati | OH | 45246 | 6/20/2025 | 11526 | $ | 4,433.80 | EXPENSE REIMBURSEMENTS |
| Ben McNary | 5616 Spellmire Drive | Cincinnati | OH | 45246 | 6/25/2025 | 11529 | $ | 3,816.32 | EXPENSE REIMBURSEMENTS |
| Ben McNary | 5616 Spellmire Drive | Cincinnati | OH | 45246 | 7/8/2025 | 11551 | $ | 1,614.72 | EXPENSE REIMBURSEMENTS |
| Ben McNary | 5616 Spellmire Drive | Cincinnati | OH | 45246 | 7/14/2025 | 11567 | $ | 1,215.20 | EXPENSE REIMBURSEMENTS |
| Ben McNary | 5616 Spellmire Drive | Cincinnati | OH | 45246 | 8/8/2025 | 11587 | $ | 2,839.49 | EXPENSE REIMBURSEMENTS |
| Ben McNary | 5616 Spellmire Drive | Cincinnati | OH | 45246 | 8/12/2025 | A100467 | $ | 4,440.63 | EXPENSE REIMBURSEMENTS |
| Bob Brink | 165 Steuben St. | Winona | MN | 55987 | 7/9/2025 | A100412 | $ | 8,004.16 | SUPPLIER OR VENDOR |
| Bob Brink | 165 Steuben St. | Winona | MN | 55987 | 8/15/2025 | 11600 | $ | 3,158.47 | SUPPLIER OR VENDOR |
| Bodycote Surface Technologies | 1780 Anderson Boulevard | Hebron | KY | 41048-9768 | 6/13/2025 | A100361 | $ | 66,069.97 | SUPPLIER OR VENDOR |
| Bodycote Surface Technologies | 1780 Anderson Boulevard | Hebron | KY | 41048-9768 | 7/2/2025 | A100384 | $ | 1,090.64 | SUPPLIER OR VENDOR |
| Boeing Distribution Services Inc. | 88289 Expedite Way | Chicago | IL | 60695-0001 | 7/3/2025 | A100397 | $ | 20,075.38 | SUPPLIER OR VENDOR |
| Boeing Distribution Services Inc. | 88289 Expedite Way | Chicago | IL | 60695-0001 | 8/22/2025 | A100492 | $ | 25,066.05 | SUPPLIER OR VENDOR |
| Bowden Manufacturing Corporation | 4590 Biedler Road | Willoughby | OH | 44094-4682 | 7/2/2025 | A100396 | $ | 15,684.45 | SUPPLIER OR VENDOR |
| C.H. Robinson Company, Inc | PO Box 9121 | Minneapolis | MN | 55480-9121 | 6/17/2025 | A100368 | $ | 15,739.46 | SUPPLIER OR VENDOR |
| C.H. Robinson Company, Inc | PO Box 9121 | Minneapolis | MN | 55480-9121 | 7/2/2025 | A100385 | $ | 15,500.55 | SUPPLIER OR VENDOR |
| C.H. Robinson Company, Inc | PO Box 9121 | Minneapolis | MN | 55480-9121 | 7/25/2025 | A100440 | $ | 15,134.64 | SUPPLIER OR VENDOR |
| C.H. Robinson Company, Inc | PO Box 9121 | Minneapolis | MN | 55480-9121 | 8/15/2025 | 11601 | $ | 12,997.77 | SUPPLIER OR VENDOR |
| C.H. Robinson Company, Inc | PO Box 9121 | Minneapolis | MN | 55480-9121 | 8/15/2025 | A100477 | $ | 13,036.77 | SUPPLIER OR VENDOR |
| Cincinnati Thermal Spray | 10904 Deerfield Rd | Cincinnati | OH | 45242 | 6/25/2025 | | $ | 11,849.00 | SUPPLIER OR VENDOR |
| CNA Insurance | 550 Polaris Pkwy Ste #100 | Westerville | OH | 43082 | 7/2/2025 | | $ | 13,208.63 | INSURANCE |
| CNA Insurance | 550 Polaris Pkwy Ste #100 | Westerville | OH | 43082 | 8/1/2025 | | $ | 13,208.63 | INSURANCE |
| CNA Insurance | 550 Polaris Pkwy Ste #100 | Westerville | OH | 43082 | 9/3/2025 | | $ | 13,208.63 | INSURANCE |
| Composites One LLC | 4526 Payphere Circle | Chicago | IL | 60674 | 6/25/2025 | | $ | 290,000.00 | SUPPLIER OR VENDOR |
| Computer Xpress | 4440 Lake Forest Drive Suite 102B | Cincinnati | OH | 45242 | 6/26/2025 | A100373 | $ | 32,946.16 | SUPPLIER OR VENDOR |
| Computer Xpress | 4440 Lake Forest Drive Suite 102B | Cincinnati | OH | 45242 | 7/31/2025 | A100446 | $ | 29,894.03 | SUPPLIER OR VENDOR |
| Computer Xpress | 4440 Lake Forest Drive Suite 102B | Cincinnati | OH | 45242 | 8/8/2025 | A100457 | $ | 75,000.00 | SUPPLIER OR VENDOR |
| Constellation Newenergy | PO Box 5473 | Carol Stream | IL | 60197-5473 | 6/13/2025 | A100359 | $ | 5,662.53 | SUPPLIER OR VENDOR |
| Constellation Newenergy | PO Box 5473 | Carol Stream | IL | 60197-5473 | 7/14/2025 | A100425 | $ | 9,336.07 | SUPPLIER OR VENDOR |
| Constellation Newenergy | PO Box 5473 | Carol Stream | IL | 60197-5473 | 8/22/2025 | A100482 | $ | 996.53 | SUPPLIER OR VENDOR |
| Direct Energy | PO Box 70220 | Philadelphia | PA | 19176-0220 | 6/13/2025 | A100355 | $ | 24,049.32 | SUPPLIER OR VENDOR |
| Direct Energy | PO Box 70220 | Philadelphia | PA | 19176-0220 | 7/14/2025 | A100426 | $ | 66,948.47 | SUPPLIER OR VENDOR |
| Direct Energy | PO Box 70220 | Philadelphia | PA | 19176-0220 | 8/22/2025 | A100483 | $ | 51,929.33 | SUPPLIER OR VENDOR |
| Dot Systems | 6030 Webster Street | Dayton | OH | 45414 | 6/13/2025 | A100360 | $ | 42,456.89 | SUPPLIER OR VENDOR |
| DSV Air & Sea - Remit | 11555 Briscoe Parkway | New Albany | OH | 53031 | 7/2/2025 | A100386 | $ | 18,152.75 | SUPPLIER OR VENDOR |
| Duke Energy Payment Processing | PO Box 1094 | Charlotte | NC | 28201-1094 | 6/13/2025 | A100356 | $ | 41,677.23 | SUPPLIER OR VENDOR |

| Name | Address | City | State | Zip | Date | Check | | Amount | Category |
|---|---|---|---|---|---|---|---|---|---|
| Duke Energy Payment Processing | PO Box 1094 | Charlotte | NC | 28201-1094 | 7/14/2025 | A100427 | $ | 72,406.12 | SUPPLIER OR VENDOR |
| Duke Energy Payment Processing | PO Box 1094 | Charlotte | NC | 28201-1094 | 8/22/2025 | A100484 | $ | 56,835.17 | SUPPLIER OR VENDOR |
| DuPont Specialty Products USA LLC | 974 Centre Road | Wilmington | DE | 19805 | 8/18/2025 | | $ | 24,411.00 | SUPPLIER OR VENDOR |
| DuPont Specialty Products USA LLC | 974 Centre Road | Wilmington | DE | 19805 | 8/22/2025 | | $ | 11,410.00 | SUPPLIER OR VENDOR |
| DuPont Specialty Products USA, LLC | 974 Centre Road | Wilmington | DE | 19805 | 7/24/2025 | 11572 | $ | 12,000.00 | SUPPLIER OR VENDOR |
| EQT Exeter | 100 Matsonford Road, Suite 250 | Radnor | PA | 19087 | 7/8/2025 | A100404 | $ | 98,820.00 | SUPPLIER OR VENDOR |
| EQT Exeter | 100 Matsonford Road, Suite 250 | Radnor | PA | 19087 | 8/8/2025 | A100458 | $ | 98,820.00 | SUPPLIER OR VENDOR |
| EQT Exeter | 100 Matsonford Road, Suite 250 | Radnor | PA | 19087 | 8/15/2025 | 11605 | $ | 11,636.00 | SUPPLIER OR VENDOR |
| Euro-Composites Corp. | 13213 Airpark Drive | Elkwood | VA | 22718-1703 | 6/25/2025 | | $ | 165,510.00 | SUPPLIER OR VENDOR |
| Federal Express | 942 South Shady Grove Road | Memphis | TN | 38120 | 6/26/2025 | | $ | 33,527.35 | SUPPLIER OR VENDOR |
| Fedex Freight | 1715 Aaron Brenner Drive | Memphis | TN | 38120 | 6/26/2025 | A100377 | $ | 10,380.64 | SUPPLIER OR VENDOR |
| Focus Management Group USA Inc | 30725 US HWY 19N PMB 330 | Palm Harbor | FL | 34684 | 6/26/2025 | A100374 | $ | 57,684.33 | PROFESSIONAL FEES |
| Focus Management Group USA Inc | 30725 US HWY 19N PMB 330 | Palm Harbor | FL | 34684 | 7/10/2025 | A100421 | $ | 42,807.21 | PROFESSIONAL FEES |
| Focus Management Group USA Inc | 30725 US HWY 19N PMB 330 | Palm Harbor | FL | 34684 | 7/17/2025 | A100431 | $ | 21,969.52 | PROFESSIONAL FEES |
| Focus Management Group USA Inc | 30725 US HWY 19N PMB 330 | Palm Harbor | FL | 34684 | 7/25/2025 | A100442 | $ | 16,544.09 | PROFESSIONAL FEES |
| Focus Management Group USA Inc | 30725 US HWY 19N PMB 330 | Palm Harbor | FL | 34684 | 7/31/2025 | A100447 | $ | 12,201.14 | PROFESSIONAL FEES |
| Focus Management Group USA Inc | 30725 US HWY 19N PMB 330 | Palm Harbor | FL | 34684 | 8/8/2025 | A100454 | $ | 26,976.04 | PROFESSIONAL FEES |
| Focus Management Group USA Inc | 30725 US HWY 19N PMB 330 | Palm Harbor | FL | 34684 | 8/13/2025 | A100468 | $ | 27,610.42 | PROFESSIONAL FEES |
| GE Engine Services Distribution (Vendc | 1800 Donaldson Hwy | Erlanger | KY | 41018 | 7/10/2025 | | $ | 15,190.00 | SUPPLIER OR VENDOR |
| GeoCorp, Inc. | 9010 River Road | Huron | OH | 44839 | 7/2/2025 | A100387 | $ | 16,675.25 | SUPPLIER OR VENDOR |
| GeoCorp, Inc. | 9010 River Road | Huron | OH | 44839 | 8/22/2025 | A100488 | $ | 10,000.00 | SUPPLIER OR VENDOR |
| Gerber Technology - Remit | 24 Industrial Park Road West | Tolland | CT | 6084 | 8/12/2025 | A100463 | $ | 22,322.19 | SUPPLIER OR VENDOR |
| Grainger | 8700 Le Saint Drive | Fairfield | OH | 45014 | 6/11/2025 | | $ | 1,752.95 | SUPPLIER OR VENDOR |
| Grainger - Remit | 100 Grainger Parkway | Lake Forest | IL | 60045 | 8/13/2025 | A100471 | $ | 47,519.29 | SUPPLIER OR VENDOR |
| Harris Distributing Co. | 4261 Crawford Ave | Cincinnati | OH | 45223 | 7/3/2025 | A100398 | $ | 9,589.00 | SUPPLIER OR VENDOR |
| Hexcel | 815 Lawrence St | Lancaster | OH | 43130 | 8/13/2025 | | $ | 40,000.00 | SUPPLIER OR VENDOR |
| IMITEC, INC. | 1990 Maxon Road | Schenectady | NY | 12308-1124 | 8/8/2025 | A100476 | $ | 24,120.00 | SUPPLIER OR VENDOR |
| Industrial Mechanical Contractors, Inc. | 4838 Duff Dr.Ste A | Cincinnati | OH | 45246 | 6/16/2025 | 11522 | $ | 18,517.08 | SUPPLIER OR VENDOR |
| Integrity Machine LLC | 3600 W 7TH St | Joplin | MO | 64801 | 7/3/2025 | 11545 | $ | 937.50 | SUPPLIER OR VENDOR |
| Integrity Machine LLC | 3600 W 7TH St | Joplin | MO | 64801 | 7/14/2025 | | $ | 3,971.51 | SUPPLIER OR VENDOR |
| Integrity Machine LLC | 3600 W 7TH St | Joplin | MO | 64801 | 8/8/2025 | A100456 | $ | 7,987.00 | SUPPLIER OR VENDOR |
| Integrity Machine LLC | 3600 W 7TH St | Joplin | MO | 64801 | 8/15/2025 | 11607 | $ | 5,359.46 | SUPPLIER OR VENDOR |
| IPFS | 1055 Broadway Blvd | Kansas City | MO | 64105 | 7/25/2025 | | $ | 8,304.86 | SUPPLIER OR VENDOR |
| IPFS | 1055 Broadway Blvd | Kansas City | MO | 64105 | 7/3/2025 | | $ | 8,304.86 | SUPPLIER OR VENDOR |
| JDM Interiors/DBA Dan Mason | NA | NA | NA | NA | 8/22/2025 | 11614 | $ | 17,820.00 | SUPPLIER OR VENDOR |
| Lucas Industries | 10 Precision Dr | North Springfield | VT | 5150 | 7/17/2025 | 11571 | $ | 35,077.00 | SUPPLIER OR VENDOR |
| Lucas Industries | 10 Precision Dr | North Springfield | VT | 5150 | 8/4/2025 | A100449 | $ | 35,077.00 | SUPPLIER OR VENDOR |
| Mark Enterprises, LLC | #N/A | #N/A | #N/A | #N/A | 6/12/2025 | A100351 | $ | 6,154.35 | SUPPLIER OR VENDOR |
| Mark Enterprises, LLC | #N/A | #N/A | #N/A | #N/A | 7/8/2025 | A100407 | $ | 5,278.87 | SUPPLIER OR VENDOR |
| Mark Enterprises, LLC | #N/A | #N/A | #N/A | #N/A | 8/8/2025 | A100459 | $ | 6,154.35 | SUPPLIER OR VENDOR |
| Matheson - Remit | 909 Lake Carolyn Pkwy, Ste 1300 | Irving | TX | 75039 | 8/14/2025 | A100499 | $ | 35,667.20 | SUPPLIER OR VENDOR |
| Matheson - Remit | 909 Lake Carolyn Pkwy, Ste 1300 | Irving | TX | 75039 | 8/22/2025 | A100500 | $ | 8,000.00 | SUPPLIER OR VENDOR |
| Matlock Electric Co., Inc. | 2780 Highland Avenue | Cincinnati | OH | 45212 | 7/14/2025 | A100424 | $ | 9,555.00 | SUPPLIER OR VENDOR |
| Mit Tonsaly | 5616 Spellmire Drive | Cincinnati | OH | 45246 | 6/25/2025 | 11530 | $ | 1,239.36 | EXPENSE REIMBURSEMENTS |
| Mit Tonsaly | 5616 Spellmire Drive | Cincinnati | OH | 45246 | 7/8/2025 | 11562 | $ | 3,444.90 | EXPENSE REIMBURSEMENTS |
| Mit Tonsaly | 5616 Spellmire Drive | Cincinnati | OH | 45246 | 8/1/2025 | 11582 | $ | 2,536.55 | EXPENSE REIMBURSEMENTS |
| Mit Tonsaly | 5616 Spellmire Drive | Cincinnati | OH | 45246 | 8/13/2025 | A100470 | $ | 6,791.47 | EXPENSE REIMBURSEMENTS |
| Mit Tonsaly | 5616 Spellmire Drive | Cincinnati | OH | 45246 | 8/22/2025 | A100485 | $ | 15,503.08 | EXPENSE REIMBURSEMENTS |
| PetroChoice LLC | 933 1st Ave | King of Prussia | PA | 19406 | 8/12/2025 | A100465 | $ | 7,723.72 | SUPPLIER OR VENDOR |
| PRC Desoto International Inc. | 12780 San Fernando Road | Sylmar | CA | 91342 | 7/9/2025 | A100413 | $ | 31,675.20 | SUPPLIER OR VENDOR |
| Pride Seals, Inc | 430 Mill Street | Cincinnati | OH | 45215 | 8/11/2025 | A100461 | $ | 8,402.05 | SUPPLIER OR VENDOR |
| ProLift Toyota - Remit | 8399 Green Meadows Dr | Lewis Center | OH | 43035 | 7/17/2025 | A100433 | $ | 8,699.00 | SUPPLIER OR VENDOR |
| Prospect Mold | 1100 Main Street | Cuyahoga Falls | OH | 44221 | 7/2/2025 | A100394 | $ | - | SUPPLIER OR VENDOR |
| Prospect Mold | 1100 Main Street | Cuyahoga Falls | OH | 44221 | 7/2/2025 | A100395 | $ | 35,000.00 | SUPPLIER OR VENDOR |
| Prudential Realty Company | 3700 S Water St STE 100 | Pittsburgh | PA | 15203 | 6/12/2025 | A100352 | $ | 59,504.00 | FACILITY RENT PAYMENTS |
| Prudential Realty Company | 3700 S Water St STE 100 | Pittsburgh | PA | 15203 | 6/13/2025 | A100353 | $ | 32,473.87 | FACILITY RENT PAYMENTS |
| Prudential Realty Company | 3700 S Water St STE 100 | Pittsburgh | PA | 15203 | 7/8/2025 | A100408 | $ | 59,504.00 | FACILITY RENT PAYMENTS |
| Prudential Realty Company | 3700 S Water St STE 100 | Pittsburgh | PA | 15203 | 8/8/2025 | A100460 | $ | 59,504.00 | FACILITY RENT PAYMENTS |
| Prudential Realty Company | 3700 S Water St STE 100 | Pittsburgh | PA | 15203 | 8/15/2025 | 11610 | $ | 30,308.00 | FACILITY RENT PAYMENTS |

| R.S. Hughes | 2941 E. Kemper Road | Cincinnati | OH | 45241 | 7/2/2025 | A100388 | $ | 126,000.00 | SUPPLIER OR VENDOR |
| R.S. Hughes | 2941 E. Kemper Road | Cincinnati | OH | 45241 | 7/10/2025 | A100418 | $ | 126,000.00 | SUPPLIER OR VENDOR |
| R.S. Hughes | 2941 E. Kemper Road | Cincinnati | OH | 45241 | 7/23/2025 | A100438 | $ | 126,000.00 | SUPPLIER OR VENDOR |
| Rockwell Automation, Inc. Plex | 900 Tower Drive, Suite 1500 | Troy | MI | 48098 | 8/21/2025 | A100491 | $ | 86,282.04 | SUPPLIER OR VENDOR |
| Rudolph Brothers | 6550 Oley Speaks Way | Canal Winchester | OH | 43110-8274 | 6/25/2025 | | $ | 44,735.40 | SUPPLIER OR VENDOR |
| Rudolph Brothers | 6550 Oley Speaks Way | Canal Winchester | OH | 43110-8274 | 7/2/2025 | A100389 | $ | 100,217.53 | SUPPLIER OR VENDOR |
| Rudolph Brothers | 6550 Oley Speaks Way | Canal Winchester | OH | 43110-8274 | 7/10/2025 | A100419 | $ | 61,712.30 | SUPPLIER OR VENDOR |
| Rumpke of Ohio Inc | PO Box 538710 | Cincinnati | OH | 45253-8710 | 6/25/2025 | 11531 | $ | 7,818.31 | SUPPLIER OR VENDOR |
| Rumpke of Ohio Inc | PO Box 538710 | Cincinnati | OH | 45253-8710 | 7/8/2025 | A100409 | $ | 1,280.38 | SUPPLIER OR VENDOR |
| Safety Shoe Distributors | 10156 Reading Road | Cincinnati | OH | 45241 | 7/10/2025 | 11566 | $ | 7,624.19 | SUPPLIER OR VENDOR |
| Safety Shoe Distributors | 10156 Reading Road | Cincinnati | OH | 45241 | 7/17/2025 | A100434 | $ | 100.00 | SUPPLIER OR VENDOR |
| Saint-Gobain | 20 Moores Road | Malvern | PA | 19355 | 7/2/2025 | | $ | 48,365.60 | SUPPLIER OR VENDOR |
| SBR Administrative Services, LLC | 2839 PACES FERRY RD SE SUITE 830 | Atlanta | GA | 30339 | 6/26/2025 | A100375 | $ | 48,716.46 | SUPPLIER OR VENDOR |
| SBR Administrative Services, LLC | 2839 PACES FERRY RD SE SUITE 830 | Atlanta | GA | 30339 | 7/17/2025 | A100435 | $ | 48,300.08 | SUPPLIER OR VENDOR |
| SBR Administrative Services, LLC | 2839 PACES FERRY RD SE SUITE 830 | Atlanta | GA | 30339 | 8/15/2025 | 11611 | $ | 47,050.94 | SUPPLIER OR VENDOR |
| SEKO Logistics | 598-600 Claycraft Rd | Columbus | OH | 43230 | 8/12/2025 | A100466 | $ | 12,093.05 | SUPPLIER OR VENDOR |
| Specialty Washer | NA | NA | NA | NA | 6/25/2025 | | $ | 227,985.00 | SUPPLIER OR VENDOR |
| Specialty Washer | NA | NA | NA | NA | 7/2/2025 | | $ | 1,410.00 | SUPPLIER OR VENDOR |
| Spincraft | 500 Iron Horse Park | North Billerica | MA | 1862 | 6/13/2025 | | $ | 409,768.00 | SUPPLIER OR VENDOR |
| Spincraft | 500 Iron Horse Park | North Billerica | MA | 1862 | 7/14/2025 | | $ | 99,999.96 | SUPPLIER OR VENDOR |
| Spincraft - WI | 2455 Commerce Drive | New Berlin | WI | 53151 | 6/9/2025 | A100344 | $ | 30,000.00 | SUPPLIER OR VENDOR |
| Spincraft - WI | 2455 Commerce Drive | New Berlin | WI | 53151 | 6/13/2025 | A100363 | $ | 309,768.00 | SUPPLIER OR VENDOR |
| Spincraft - WI | 2455 Commerce Drive | New Berlin | WI | 53151 | 6/26/2025 | A100378 | $ | - | SUPPLIER OR VENDOR |
| Spincraft - WI | 2455 Commerce Drive | New Berlin | WI | 53151 | 6/27/2025 | A100381 | $ | 262,548.00 | SUPPLIER OR VENDOR |
| Standard Aero - Remit | 11550 Mosteller Road | Cincinnati | OH | 45241 | 7/11/2025 | A100423 | $ | 28,200.90 | SUPPLIER OR VENDOR |
| Techmetals Incorporated | P.O. Box 635488 | Cincinnati | OH | 45263 | 7/2/2025 | A100391 | $ | 6,877.44 | SUPPLIER OR VENDOR |
| Techmetals Incorporated | P.O. Box 635488 | Cincinnati | OH | 45263 | 8/22/2025 | A100487 | $ | 2,232.36 | SUPPLIER OR VENDOR |
| Tektronix, Inc. | P.O. Box 500 | Beaverton | OR | 97077 | 7/2/2025 | A100392 | $ | 22,080.00 | SUPPLIER OR VENDOR |
| Texas Almet | 2800 E Randol Mill Rd | Arlington | TX | 76011 | 6/13/2025 | | $ | 5,296.75 | SUPPLIER OR VENDOR |
| Texas Almet | 2800 E Randol Mill Rd | Arlington | TX | 76011 | 6/25/2025 | | $ | 119,479.40 | SUPPLIER OR VENDOR |
| Thermal Structures | 2800 Airwest Blvd. | Plainfield | IN | 46168 | 7/3/2025 | | $ | 10,456.00 | SUPPLIER OR VENDOR |
| Thomas B. Allen | NA | NA | NA | NA | 7/2/2025 | 11536 | $ | 170.00 | SUPPLIER OR VENDOR |
| Thomas B. Allen | NA | NA | NA | NA | 7/2/2025 | 11535 | $ | 7,446.00 | SUPPLIER OR VENDOR |
| TigHitco LatinoAmerica | Av. Comisión Federal de Electricidad 635-2 Zona Industria | San Luis Potosi | | 78395 | 7/10/2025 | A100420 | $ | 41,260.18 | SUPPLIER OR VENDOR |
| Total Maintenance Solution, Inc | 10250 Alliance Rd, Suite 223 | Blue Ash | OH | 45242 | 6/9/2025 | 11517 | $ | 16,152.99 | SUPPLIER OR VENDOR |
| Total Maintenance Solution, Inc | 10250 Alliance Rd, Suite 223 | Blue Ash | OH | 45242 | 8/15/2025 | 11595 | $ | 7,140.14 | SUPPLIER OR VENDOR |
| TS Machining | 6770 Taylor Pike | Blanchester | OH | 45107 | 7/2/2025 | 11534 | $ | 10,456.50 | SUPPLIER OR VENDOR |
| TS Machining | 6770 Taylor Pike | Blanchester | OH | 45107 | 8/15/2025 | 11596 | $ | 7,662.00 | SUPPLIER OR VENDOR |
| US Bank (Equipment Finance Online) | 13010 SW 68th Pkwy #100 | Portland | OR | 97223 | 6/24/2025 | | $ | 20,552.14 | SUPPLIER OR VENDOR |
| US Bank (Equipment Finance Online) | 13010 SW 68th Pkwy #100 | Portland | OR | 97223 | 8/25/2025 | | $ | 20,552.14 | SUPPLIER OR VENDOR |
| Valence Surface Technologies | 1790 Hughes Landing Blvd, Suite 300 | The Woodlands | TX | 77380 | 7/18/2025 | | $ | 50,000.00 | SUPPLIER OR VENDOR |
| Valence Surface Technology | 492 Prospect Avenue | West Springfield | MA | 01089 | 6/13/2025 | A100364 | $ | 98,387.85 | SUPPLIER OR VENDOR |
| Valence Surface Technology | 492 Prospect Avenue | West Springfield | MA | 01089 | 7/2/2025 | | $ | 40,000.00 | SUPPLIER OR VENDOR |
| Valence Surface Technology | 492 Prospect Avenue | West Springfield | MA | 01089 | 7/24/2025 | | $ | 75,000.00 | SUPPLIER OR VENDOR |
| Wells Fargo Bank | 420 Montgomery Street | San Francisco | CA | 94104 | 6/11/2025 | | $ | 5,115.97 | SUPPLIER OR VENDOR |
| Wells Fargo Bank | 420 Montgomery Street | San Francisco | CA | 94104 | 7/11/2025 | | $ | 4,483.03 | SUPPLIER OR VENDOR |
| Wells Fargo Bank | 420 Montgomery Street | San Francisco | CA | 94104 | 8/11/2025 | | $ | 4,558.23 | SUPPLIER OR VENDOR |
| ANTHEM | 220 Virginia Avenue | Indianapolis | IN | 46204 | 6/10/2025 | A100347 | $ | 61,030.81 | HEALTH INSURANCE |
| ANTHEM | 220 Virginia Avenue | Indianapolis | IN | 46204 | 6/25/2025 | A100372 | $ | 36,899.66 | HEALTH INSURANCE |
| ANTHEM | 220 Virginia Avenue | Indianapolis | IN | 46204 | 7/9/2025 | A100411 | $ | 52,674.04 | HEALTH INSURANCE |
| ANTHEM | 220 Virginia Avenue | Indianapolis | IN | 46204 | 7/15/2025 | A100429 | $ | 47,628.38 | HEALTH INSURANCE |
| ANTHEM | 220 Virginia Avenue | Indianapolis | IN | 46204 | 7/22/2025 | A100437 | $ | 86,196.50 | HEALTH INSURANCE |
| ANTHEM | 220 Virginia Avenue | Indianapolis | IN | 46204 | 7/29/2025 | A100445 | $ | 92,074.68 | HEALTH INSURANCE |
| ANTHEM | 220 Virginia Avenue | Indianapolis | IN | 46204 | 8/6/2025 | A100450 | $ | 4,795.66 | HEALTH INSURANCE |
| ANTHEM | 220 Virginia Avenue | Indianapolis | IN | 46204 | 8/12/2025 | A100462 | $ | 75,609.61 | HEALTH INSURANCE |
| ANTHEM | 220 Virginia Avenue | Indianapolis | IN | 46204 | 8/19/2025 | A100480 | $ | 102,208.43 | HEALTH INSURANCE |
| ANTHEM | 220 Virginia Avenue | Indianapolis | IN | 46204 | 8/26/2025 | A100493 | $ | 70,510.24 | HEALTH INSURANCE |
| ANTHEM | 220 Virginia Avenue | Indianapolis | IN | 46204 | 9/3/2025 | A100495 | $ | 33,944.83 | HEALTH INSURANCE |
| ANTHEM | 220 Virginia Avenue | Indianapolis | IN | 46204 | 6/17/2025 | A100367 | $ | 77,189.64 | HEALTH INSURANCE |

| Fidelity 401k (Benefits) | PO Box 770001 | Cincinnati | OH | 45277-0037 | 6/13/2025 | | $ | 18,102.72 | 401K |
| Fidelity 401k (Benefits) | PO Box 770001 | Cincinnati | OH | 45277-0037 | 6/25/2025 | | $ | 17,698.14 | 401K |
| Fidelity 401k (Benefits) | PO Box 770001 | Cincinnati | OH | 45277-0037 | 6/30/2025 | | $ | 17,873.87 | 401K |
| Fidelity 401k (Benefits) | PO Box 770001 | Cincinnati | OH | 45277-0037 | 7/3/2025 | | $ | 17,786.01 | 401K |
| Fidelity 401k (Benefits) | PO Box 770001 | Cincinnati | OH | 45277-0037 | 7/11/2025 | | $ | 18,225.47 | 401K |
| Fidelity 401k (Benefits) | PO Box 770001 | Cincinnati | OH | 45277-0037 | 7/16/2025 | | $ | 17,730.54 | 401K |
| Fidelity 401k (Benefits) | PO Box 770001 | Cincinnati | OH | 45277-0037 | 7/21/2025 | | $ | 17,530.34 | 401K |
| Fidelity 401k (Benefits) | PO Box 770001 | Cincinnati | OH | 45277-0037 | 8/4/2025 | | $ | 34,699.69 | 401K |
| Fidelity 401k (Benefits) | PO Box 770001 | Cincinnati | OH | 45277-0037 | 8/15/2025 | | $ | 35,661.18 | 401K |
| GIS Benefits | PO Box 1806 | San Antonio | TX | 78296-1806 | 6/12/2025 | A100350 | $ | 32,600.37 | EMPLOYEE BENEFITS |
| GIS Benefits | PO Box 1806 | San Antonio | TX | 78296-1806 | 7/1/2025 | A100382 | $ | 32,773.39 | EMPLOYEE BENEFITS |
| GIS Benefits | PO Box 1806 | San Antonio | TX | 78296-1806 | 8/15/2025 | 11606 | $ | 35,100.06 | EMPLOYEE BENEFITS |
| Paycor Fees | 4811 Montgomery Road | Cincinnati | OH | 45212 | 6/9/2025 | | $ | 7,638.45 | PAYROLL PROCESSING FEES |
| Paycor Fees | 4811 Montgomery Road | Cincinnati | OH | 45212 | 7/8/2025 | | $ | 7,231.25 | PAYROLL PROCESSING FEES |
| Paycor Fees | 4811 Montgomery Road | Cincinnati | OH | 45212 | 8/7/2025 | | $ | 7,970.79 | PAYROLL PROCESSING FEES |
| Paycor Tax Fund | 4811 Montgomery Road | Cincinnati | OH | 45212 | 6/12/2025 | | $ | 79,663.23 | PAYROLL TAXES |
| Paycor Tax Fund | 4811 Montgomery Road | Cincinnati | OH | 45212 | 6/18/2025 | | $ | 117,281.01 | PAYROLL TAXES |
| Paycor Tax Fund | 4811 Montgomery Road | Cincinnati | OH | 45212 | 6/27/2025 | | $ | 77,892.07 | PAYROLL TAXES |
| Paycor Tax Fund | 4811 Montgomery Road | Cincinnati | OH | 45212 | 7/2/2025 | | $ | 121,411.40 | PAYROLL TAXES |
| Paycor Tax Fund | 4811 Montgomery Road | Cincinnati | OH | 45212 | 7/14/2025 | | $ | 77,632.30 | PAYROLL TAXES |
| Paycor Tax Fund | 4811 Montgomery Road | Cincinnati | OH | 45212 | 7/17/2025 | | $ | 119,407.37 | PAYROLL TAXES |
| Paycor Tax Fund | 4811 Montgomery Road | Cincinnati | OH | 45212 | 7/30/2025 | | $ | 75,206.29 | PAYROLL TAXES |
| Paycor Tax Fund | 4811 Montgomery Road | Cincinnati | OH | 45212 | 7/31/2025 | | $ | 115,995.40 | PAYROLL TAXES |
| Paycor Tax Fund | 4811 Montgomery Road | Cincinnati | OH | 45212 | 8/14/2025 | | $ | 192,552.85 | PAYROLL TAXES |
| Paycor Tax Fund | 4811 Montgomery Road | Cincinnati | OH | 45212 | 8/28/2025 | | $ | 178,907.70 | PAYROLL TAXES |
| Paycor Tax Fund | 4811 Montgomery Road | Cincinnati | OH | 45212 | 9/4/2025 | | $ | 6,222.62 | PAYROLL TAXES |
| Paycor Workers Comp | 4811 Montgomery Road | Cincinnati | OH | 45212 | 8/7/2025 | | $ | 25,162.26 | WORKERS COMPENSATION |
| Paycor Workers Comp | 4811 Montgomery Road | Cincinnati | OH | 45212 | 8/12/2025 | | $ | 27,525.00 | WORKERS COMPENSATION |

EXHIBIT SOFA 4

**Part - 2: Transfers Made Before Filing**

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Debtor | | | | $ | 43,916.54 | |
|---|---|---|---|---|---|---|
| **Insider's name and address** | **Relation to Debtor** | | **Dates** | **Total Amount of Value** | | **Reasons for Payment or Transfer** |
| Ben McNary | Chief Financial Officer | | 8/12/2025 | $ | 4,440.63 | Business Expense Reimbursement |
| Ben McNary | Chief Financial Officer | | 8/8/2025 | $ | 2,839.49 | Business Expense Reimbursement |
| Ben McNary | Chief Financial Officer | | 7/14/2025 | $ | 1,215.20 | Business Expense Reimbursement |
| Ben McNary | Chief Financial Officer | | 7/8/2025 | $ | 1,614.72 | Business Expense Reimbursement |
| Ben McNary | Chief Financial Officer | | 6/25/2025 | $ | 3,816.32 | Business Expense Reimbursement |
| Ben McNary | Chief Financial Officer | | 6/20/2025 | $ | 4,433.80 | Business Expense Reimbursement |
| Ben McNary | Chief Financial Officer | | 6/16/2025 | $ | 3,103.75 | Business Expense Reimbursement |
| Ben McNary | Chief Financial Officer | | 6/2/2025 | $ | 754.06 | Business Expense Reimbursement |
| Ben McNary | Chief Financial Officer | | 5/22/2025 | $ | 325.32 | Business Expense Reimbursement |
| Ben McNary | Chief Financial Officer | | 5/12/2025 | $ | 674.65 | Business Expense Reimbursement |
| Ben McNary | Chief Financial Officer | | 3/20/2025 | $ | 162.40 | Business Expense Reimbursement |
| Ben McNary | Chief Financial Officer | | 3/11/2025 | $ | 199.05 | Business Expense Reimbursement |
| Ben McNary | Chief Financial Officer | | 1/24/2025 | $ | 183.50 | Business Expense Reimbursement |
| Ben McNary | Chief Financial Officer | | 12/13/2024 | $ | 6,285.00 | Business Expense Reimbursement |
| Ben McNary | Chief Financial Officer | | 10/3/2024 | $ | 246.17 | Business Expense Reimbursement |
| Scott Crislip | President & Chief Operating Officer | | 8/22/2025 | $ | 2,281.32 | Business Expense Reimbursement |
| Scott Crislip | President & Chief Operating Officer | | 8/8/2025 | $ | 3,793.03 | Business Expense Reimbursement |
| Scott Crislip | President & Chief Operating Officer | | 1/24/2025 | $ | 7,548.13 | Business Expense Reimbursement |

EXHIBIT SOFA 5

## Part - 2: Transfers Made Before Filing

5. Repossessions, foreclosures, and returns. List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of

**Debtor**

| Owner | Item | Model | Dates of Return | Total Amount of Value | Total Amount of Value |
|-------|------|-------|-----------------|----------------------|----------------------|
| Woodhull | Printer/Copier | Ricoh MPC6503 | 3/1/2025 | Unknown | Returned to Owner |
| Woodhull | Printer/Copier | Ricoh IMC4500 | 3/1/2025 | Unknown | Returned to Owner |
| Woodhull | Printer/Copier | Ricoh MPC2201sp | 3/1/2025 | Unknown | Returned to Owner |
| Woodhull | Printer/Copier | Ricoh SP C262DNw | 3/1/2025 | Unknown | Returned to Owner |
| Woodhull | Printer/Copier | Ricoh SP C262DNw | 3/1/2025 | Unknown | Returned to Owner |
| Woodhull | Printer/Copier | Ricoh SP C262DNw | 3/1/2025 | Unknown | Returned to Owner |
| Woodhull | Printer/Copier | Ricoh SP C262DNw | 3/1/2025 | Unknown | Returned to Owner |
| Woodhull | Printer/Copier | Ricoh SP C262DNw | 3/1/2025 | Unknown | Returned to Owner |
| Woodhull | Printer/Copier | Ricoh SP C262DNw | 3/1/2025 | Unknown | Returned to Owner |
| Woodhull | Printer/Copier | Ricoh SP C262DNw | 3/1/2025 | Unknown | Returned to Owner |

**Part - 2: Transfers Made Before Filing**

20. Off Premises Storage. List any Property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

21. Property held for another. List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

**Debtor**

| Storage Group | Description | Type | Tool # | Total Amount of Value |
|---|---|---|---|---|
| GE | Compression mold | Tooling | 7004 | Unknown |
| Pratt | Resin heater | Tooling | 11127 | Unknown |
| | Matched mold | Tooling | 8954 | Unknown |
| | Fixture | Tooling | 8957 | Unknown |
| Bell | Compression mold | Tooling | 12681 | Unknown |
| GE | Compression mold | Tooling | 11379 | Unknown |
| Pratt | Lay-up mold / stand | Tooling | 13676 | Unknown |
| Yulista | Layup master tool | Tooling | 11609 | Unknown |
| Yulista | Layup master tool | Tooling | 11613 | Unknown |
| Yulista | Layup tool | Tooling | 11574-5 | Unknown |
| Yulista | Layup master tool | Tooling | 11615 | Unknown |
| Yulista | Layup master tool | Tooling | 11616 | Unknown |
| Yulista | Layup tool | Tooling | 11574-4 | Unknown |
| Yulista | Layup tool | Tooling | 11574-2 | Unknown |
| GE | Inspection fixture | Tooling | 4922 | Unknown |
| GE | Inspection fixture | Tooling | 13443 | Unknown |
| | Master OGV panel mold | Tooling | 8396 | Unknown |

| | Master OGV panel mold | Tooling | 8394 | Unknown |
|---|---|---|---|---|
| | Master OGV panel mold | Tooling | 8397 | Unknown |
| Bell | Compression mold | Tooling | 12442 | Unknown |
| Grumman | Beam spline mold | Tooling | 5845 | Unknown |
| | Straightening fixture | Tooling | 5998 | Unknown |
| GE | Bonding fixture | Tooling | 4099 | Unknown |
| GE | Routing fixture | Tooling | 12509 | Unknown |
| | Skirt mold | Tooling | 6011 | Unknown |
| | Machining fixture | Tooling | 13025 | Unknown |
| | Machining fixture | Tooling | 6618 | Unknown |
| USG | Inspection fixture | Tooling | 6124 | Unknown |
| | Lay up mold | Tooling | 6122 | Unknown |
| CTL | Inspection fixture | Tooling | 6241 | Unknown |
| CTL | Inspection fixture | Tooling | 6764 | Unknown |
| | OGV inspection fixture | Tooling | 6260 | Unknown |
| | OGV inspection fixture | Tooling | 6262 | Unknown |
| | OGV inspection fixture | Tooling | 6261 | Unknown |
| Pratt | 1B7547 bond fixture | Tooling | 13904 | Unknown |
| | 1B7547 bond fixture | Tooling | 13905 | Unknown |
| | 1B7547 bond fixture | Tooling | 13906 | Unknown |
| | 1B7547 bond fixture | Tooling | 13907 | Unknown |
| | 1B7547 bond fixture | Tooling | 13908 | Unknown |
| Misc. | Machine fixture | Tooling | 8750 | Unknown |
| | Mill fixture | Tooling | 9666 | Unknown |
| | Turning fixture | Tooling | 9070 | Unknown |
| | Machine fixture | Tooling | 6299 | Unknown |
| | Machine fixture | Tooling | 12070 | Unknown |

|  | Drill fixture | Tooling | 9477 | Unknown |
|---|---|---|---|---|
|  | 3D fixture | Tooling | 10641 | Unknown |
|  | Mill fixture | Tooling | 9662 | Unknown |
|  | Machine fixture | Tooling | 10749 | Unknown |
|  | Drill fixture | Tooling | 12644 | Unknown |
|  | Mill fixture | Tooling | 11676 | Unknown |
| CTL | Braid winding mandrels | Tooling | N/A | Unknown |
| Pratt | Compression mold | Tooling | 6526 | Unknown |
| Misc. | Compression mold | Tooling |  | Unknown |
| GE | Inspection fixture | Tooling | 11321 | Unknown |
|  | Inspection fixture | Tooling | 11320 | Unknown |
|  | Inspection fixture | Tooling | 11319 | Unknown |
|  | Inspection fixture | Tooling | 11322 | Unknown |
| GE | GE90 platform insert set | Tooling | N/A | Unknown |
| GE | Small mold | Tooling | 7719-1 | Unknown |
|  | Small mold | Tooling | 7719-2 | Unknown |
|  | Small mold | Tooling | 7295 | Unknown |
|  | Clamp mold | Tooling | 7726 | Unknown |
|  | Flat disc mold | Tooling | 9901 | Unknown |
|  | Test mold | Tooling | 10105 | Unknown |
| Misc | Trim fixture | Tooling | 9944 | Unknown |
|  | Machine fixture | Tooling | 10214 | Unknown |

| GE | GE90 platform insert set | Tooling | N/A | Unknown |
|---|---|---|---|---|
| Bell | Caul master | Tooling | 13503-1 | Unknown |
| | Caul master | Tooling | 13503-2 | Unknown |
| | Caul master | Tooling | 13503-3 | Unknown |
| | Caul master | Tooling | 13503-4 | Unknown |
| | Caul master | Tooling | 13503-5 | Unknown |
| GE | Torque set plug | Tooling | 7650 | Unknown |
| | Torque wrench adapter | Tooling | 7641 | Unknown |
| | Machine fixture | Tooling | 13560 | Unknown |
| | Turning fixture | Tooling | 8802 | Unknown |
| | Torque test gage | Tooling | 7657 | Unknown |
| | Torque wrench adapter | Tooling | 3535 | Unknown |
| | | Tooling | M92 fixture | Unknown |
| | Torque plug | Tooling | 7688 | Unknown |
| | | Tooling | Torque gages | Unknown |
| Misc | Reverse counterbore | Tooling | 13485 | Unknown |
| Pratt | Compression mold | Tooling | 9134 | Unknown |
| | Mold insert | Tooling | 8125 | Unknown |
| Pratt | Compression mold | Tooling | 6790-1 | Unknown |
| Misc | Compression mold | Tooling | 8031 | Unknown |
| GE | Clicker die - backpan | Tooling | 5707 | Unknown |
| | Templates | Tooling | N/A | Unknown |

| | | | | |
|---|---|---|---|---|
| Pratt | 727146 mold | Tooling | N/A | Unknown |
| | flat panel mold | Tooling | N/A | Unknown |
| | | | | |
| Lockheed | Chamfer fixture | Tooling | 11411 | Unknown |
| | Holding fixture | Tooling | 11525 | Unknown |
| | Chamfer fixture | Tooling | 11410 | Unknown |
| | Holding fixture | Tooling | 11526 | Unknown |
| | Machining fixture | Tooling | 12520 | Unknown |
| | Machining fixture | Tooling | 10588 | Unknown |
| | Mill fixture | Tooling | 10025 | Unknown |
| | Machining fixture | Tooling | 12079 | Unknown |
| | Mill fixture | Tooling | 11567 | Unknown |
| | Mill fixture | Tooling | 11570 | Unknown |
| | Holding fixture | Tooling | 11554 | Unknown |
| | | | | |
| Pratt | Matched mold | Tooling | 8976 | Unknown |
| | | | | |
| Misc | Small compression molds | Tooling | N/A | Unknown |
| | | | | |
| Pratt | Cut off fixture | Tooling | 10688 | Unknown |
| | Cut off fixture | Tooling | 10689 | Unknown |
| | FEGV fixtures | Tooling | N/A | Unknown |
| | | | | |
| GE | Compression mold | Tooling | 13778 | Unknown |
| | | | | |
| GE | Compression mold | Tooling | 7722 | Unknown |

| GE | Compression mold | | Tooling | 7081 | Unknown |
|----|------------------|--|---------|------|---------|
| Pratt | Compression mold | | Tooling | 9119 | Unknown |
| GE | Compression mold | | Tooling | 10094-1 | Unknown |
| Lockheed | Machining fixture | | Tooling | 11093 | Unknown |
| Bell | Compression mold | | Tooling | 13125 | Unknown |
| Pratt / Hamilton | Bonding fixture | | Tooling | 9089 | Unknown |
| | Bung | | Tooling | 9953 | Unknown |
| | Bladder | | Tooling | 9370 | Unknown |
| | Drill fixture | | Tooling | 8625 | Unknown |
| | Mold | | Tooling | 8975 | Unknown |
| | Locating template | | Tooling | 9346 | Unknown |
| | Part mark stamp | | Tooling | 9487 | Unknown |
| | Fixture | | Tooling | 9088 | Unknown |
| | Inspection Fixture | | Tooling | 8478 | Unknown |
| | Mill fixture | | Tooling | 9661 | Unknown |
| GE | Layup mold | | Tooling | 13425-3 | Unknown |
| Rolls Royce | Compression mold | | Tooling | 13347 | Unknown |
| CTL | Scroll tooling shipping crate | | Tooling | 13615 | Unknown |

| Rolls Royce | Machining fixture | Tooling | 13425 | Unknown |
|---|---|---|---|---|
| GE | Inspection fixture | Tooling | 9245 | Unknown |
| Pratt/Hamilton | Router fixture | Tooling | 9226 | Unknown |
| | Bonding fixture | Tooling | 8920 | Unknown |
| | Bonding fixture | Tooling | 9764 | Unknown |
| | Bonding fixture | Tooling | 9765 | Unknown |
| | Drill fixture | Tooling | 9254 | Unknown |
| GE | Machine fixture | Tooling | 10588-1 | Unknown |
| | Machine fixture | Tooling | 10588-2 | Unknown |
| | Machine fixture | Tooling | NA-1 | Unknown |
| | Machine fixture | Tooling | NA-2 | Unknown |
| Pratt | Master mold | Tooling | 6944 | Unknown |
| | FEGV mold | Tooling | 11042 | Unknown |
| | FEGV mold | Tooling | 11046 | Unknown |
| GE | Cap inpection fixture | Tooling | 8356 | Unknown |
| | Spanner nut torque wrench | Tooling | 11133 | Unknown |
| | Marking fixture | Tooling | 3476 | Unknown |
| | Fixture | Tooling | 29699 | Unknown |
| | Machine mandrel | Tooling | 5417 | Unknown |
| | Cure fixture | Tooling | 6634 | Unknown |
| | Thread plug | Tooling | 7664 | Unknown |
| GE | Small compression molds | Tooling | 773C | Unknown |

| | | | | |
|---|---|---|---|---|
| Pratt | Pratt/Whitney twin pack tooling | Tooling | N/A-3 | Unknown |
| Grumman | Bonding spacers | Tooling | 9893 | Unknown |
| GE | Master pattern - M25 OGV | Tooling | 11359 | Unknown |
| | Master pattern - M24 OGV | Tooling | 11358 | Unknown |
| | Waffle pattern fixtures | Tooling | NA-4 | Unknown |
| Pratt | Trim Fixture - FEGV | Tooling | 11032 | Unknown |
| | Trim Fixture - FEGV | Tooling | 51D093T2 | Unknown |
| | Trim Fixture - FEGV | Tooling | 51D093T5 | Unknown |
| | Trim Fixture - FEGV | Tooling | 51D094T5 | Unknown |
| | Trim Fixture - FEGV | Tooling | 51D061T2 | Unknown |
| | Trim Fixture - FEGV | Tooling | 51D902T5 | Unknown |
| | Trim Fixture - FEGV | Tooling | 51D095T5 | Unknown |
| Rolls Royce | Compression mold | Tooling | 13606 | Unknown |
| CTL | | Tooling | 13375 | Unknown |
| | Grid plate | Tooling | 9391 | Unknown |
| | Test mold | Tooling | 10442 | Unknown |
| | I.D clamp | Tooling | 6836 | Unknown |
| | Compression mold | Tooling | 6792 | Unknown |
| | Router fixture - drain cover | Tooling | 11438 | Unknown |
| Pratt | Trim Fixture - FEGV | Tooling | 51D291T3 | Unknown |
| | Trim Fixture - FEGV | Tooling | 51D293T3 | Unknown |
| | Trim Fixture - FEGV | Tooling | 51D219T5 | Unknown |

| Pratt (Jstars) | Master mold - Jstars | Tooling | 10060-03 | Unknown |
| Pratt (Jstars) | Master mold - Jstars | Tooling | 10060-04 | Unknown |
| | | | | |
| Pratt (Jstars) | Mold | Tooling | 10129 | Unknown |
| Pratt (Jstars) | Bond Fixture | Tooling | 12193 | Unknown |
| Pratt (Jstars) | Routing fixture | Tooling | 10131 | Unknown |
| Pratt (Jstars) | Master model | Tooling | 10061 | Unknown |
| Pratt (Jstars) | Master mold - Jstars | Tooling | 10060-01 | Unknown |
| Pratt (Jstars) | Master mold - Jstars | Tooling | 10060-02 | Unknown |
| | | | | |
| Lockheed | Layup pattern mold | Tooling | 5HF11114-105 | Unknown |
| | | | | |
| GE | RTM Coffin mold | Tooling | 13569 | Unknown |
| | | | | |
| Rolls Royce | Compression mold | Tooling | 13426 | Unknown |
| | | | | |
| Lockheed | Production mold and cart | Tooling | 11092 | Unknown |
| | | | | |
| GE | Preform holding fixture | Tooling | 13439-B | Unknown |
| | | | | |
| GE | Preform holding fixture | Tooling | 13439-A | Unknown |
| | | | | |
| CTL | Machine fixture | Tooling | 3738 | Unknown |
| | Mandrel holder | Tooling | 4532 | Unknown |
| | Full rib mold | Tooling | 7560 | Unknown |
| | Enclosure tool | Tooling | 3766 | Unknown |
| | Enclosure pin sleeve tool | Tooling | 3767 | Unknown |

| | | | | |
|---|---|---|---|---|
| | Bonding fixture | Tooling | 3840 / 7183 | Unknown |
| | Drill template | Tooling | 3763 | Unknown |
| | Lay-up mandrel | Tooling | 4074 | Unknown |
| | Short rib mold | Tooling | 3737 | Unknown |
| GE | Fixture | Tooling | 7781 | Unknown |
| | Holding fixture | Tooling | 12922 | Unknown |
| | Layup mold | Tooling | 5HP41792-102 | Unknown |
| | Scribe fixture | Tooling | 6154 | Unknown |
| | Marking template | Tooling | 7578 | Unknown |
| | Routing fixture | Tooling | 13203 | Unknown |
| | Inspection fixture | Tooling | 11408 | Unknown |
| | Bonding fixture | Tooling | 5806 | Unknown |
| | Edge member template | Tooling | 5648 | Unknown |
| | Scribe fixture | Tooling | 6141 | Unknown |
| | Machining fixture | Tooling | 11396 | Unknown |
| | Lathe fixture | Tooling | 8058 | Unknown |
| | Bushing bond fixture | Tooling | 13058 | Unknown |
| | Ply cutting templates | Tooling | 12645 / 12646 | Unknown |
| | Grit blast masks | Tooling | 12504 / 12505 | Unknown |
| CTL | Lay up mandrel | Tooling | 5730 | Unknown |
| | Mold assembly | Tooling | 7079 | Unknown |
| | Yoke drill fixture | Tooling | 9467 | Unknown |
| | Yoke bonding fixture | Tooling | 10743 | Unknown |
| | Lay-up mold | Tooling | 12064 | Unknown |
| | Fixture | Tooling | N/A-6 | Unknown |
| CTL | Debulk mold | Tooling | 6484 | Unknown |
| Rolls Royce | Compression mold | Tooling | 13296 | Unknown |

| | | | | |
|---|---|---|---|---|
| GE/ USG | Compression mold | Tooling | 9695 | Unknown |
| KHI | Layup mold | Tooling | 13091-1 | Unknown |
| KHI | Layup mold | Tooling | 13091-4 | Unknown |
| GE | Compression mold | Tooling | 6177 | Unknown |
| | Locating fixture | Tooling | 9470 | Unknown |
| | Small orange mold | Tooling | N/A-7 | Unknown |
| CTL | Inspection fixture | Tooling | 9751 | Unknown |
| | Inspection fixture | Tooling | 3894 | Unknown |
| | Inspection Fixture | Tooling | N/A-8 | Unknown |
| | Inspection fixture | Tooling | 8637 | Unknown |
| | Cure plate | Tooling | 5621 | Unknown |
| GE | RTM mold | Tooling | 10094-2 | Unknown |
| GE | RTM mold | Tooling | 10094-3 | Unknown |
| GE | RTM mold | Tooling | 10094-4 | Unknown |
| CTL | Winding tower | Tooling | N/A-9 | Unknown |
| CTL | Pressure test fixture | Tooling | 4304 | Unknown |
| | Bonding tool | Tooling | 8665 | Unknown |
| | Lathe fixture | Tooling | 8675 | Unknown |

| | | | | |
|---|---|---|---|---|
| CTL | Spinning fixture | Tooling | 2080 | Unknown |
| Bell | Compression mold | Tooling | 13388 | Unknown |
| GE | Master mold | Tooling | 8510 | Unknown |
| | Master mold | Tooling | 8511 | Unknown |
| | Master mold | Tooling | 4246 | Unknown |
| | Master mold | Tooling | 4243 | Unknown |
| CTL | Vacuum cart | Tooling | N/A-10 | Unknown |
| GE | Test fixture | Tooling | 6466-1 | Unknown |
| | Test fixture | Tooling | 6466-2 | Unknown |
| Pratt ( Jstars) | Compression mold | Tooling | 6518 | Unknown |
| Pratt | Compression mold | Tooling | 6539 | Unknown |
| Pratt ( Jstars) | Compression mold | Tooling | 6521 | Unknown |
| Hamilton | Tooling aid | Tooling | 10708 | Unknown |
| | Tooling aid | Tooling | 10709 | Unknown |
| | Masking fixture | Tooling | 8947 | Unknown |
| | Tooling aid | Tooling | 10715 | Unknown |
| | Charge template | Tooling | 8965 | Unknown |
| | Tooling aid | Tooling | 10712 | Unknown |
| | Matched mold | Tooling | 8971 | Unknown |

| | | | | |
|---|---|---|---|---|
| Pratt | Compression mold | Tooling | 9121 | Unknown |
| | Compression mold | Tooling | 9122 | Unknown |
| CTL | Holding fixture | Tooling | 10814 | Unknown |
| Flowserve | Mandrel casting | Tooling | 10124 | Unknown |
| | Machining fixture | Tooling | 10125 | Unknown |
| CTL | Machine vacuum box | Tooling | 13151 | Unknown |
| CTL | Panel assembly | Tooling | 5206 | Unknown |
| | Lay-up mold | Tooling | 5226 | Unknown |
| | Lay-up mold | Tooling | 5229 | Unknown |
| | Lay-up mold | Tooling | 5232 | Unknown |
| | Lay-up mold | Tooling | 5235 | Unknown |
| Grumman | Wrap mandrel | Tooling | 6139 | Unknown |
| Grumman | Wrap mandrel | Tooling | 6140 | Unknown |
| CTL | spacer layup shell | Tooling | 10217 | Unknown |
| | spacer layup shell | Tooling | 10213 | Unknown |
| CTL | Machining fixture | Tooling | 13461 | Unknown |
| Pratt | Compression mold | Tooling | 9117 | Unknown |

| Aerostructures Hamblin | Mold | | Tooling | 8028 | Unknown |
|---|---|---|---|---|---|
| | Mold | | Tooling | 8026 | Unknown |
| | Mold | | Tooling | 8029 | Unknown |
| | Mold | | Tooling | 8030 | Unknown |
| Aerostructures Hamblin | Mold | | Tooling | 7096 | Unknown |
| | Mold | | Tooling | 8027 | Unknown |
| | Mold | | Tooling | 8025 | Unknown |
| CTL | Clicker mold | | Tooling | 2053 | Unknown |
| | Clicker mold | | Tooling | 893 | Unknown |
| | Clicker mold | | Tooling | 870 | Unknown |
| | Clicker mold | | Tooling | PKW-0 | Unknown |
| | Clicker mold | | Tooling | 858 | Unknown |
| GE | Backup ring | | Tooling | 6453 | Unknown |
| | Pin mandrel forming tool | | Tooling | N/A-11 | Unknown |
| CTL | Guide tube trays and cart | | Tooling | N/A-12 | Unknown |
| GE | Isostatic mold with cart | | Tooling | 6269 | Unknown |
| GE | Cover bond fixture with cart | | Tooling | 6447 | Unknown |
| GE | Bond fixture with cart | | Tooling | 6294 | Unknown |

| Pratt | FEGV mold | Tooling | 10686 | Unknown |
|---|---|---|---|---|
| | FEGV mold | Tooling | 11038 | Unknown |
| | FEGV mold | Tooling | 11063 | Unknown |
| | FEGV mold | Tooling | 10417 | Unknown |
| | FEGV mold | Tooling | 11059 | Unknown |
| | FEGV mold | Tooling | 10416 | Unknown |
| | FEGV mold | Tooling | 10528 | Unknown |
| | Blue tooling aids | Tooling | N/A-13 | Unknown |
| Pratt | FEGV mold | Tooling | 11041 | Unknown |
| | FEGV mold | Tooling | 11048 | Unknown |
| | FEGV mold | Tooling | 10413 | Unknown |
| | FEGV mold | Tooling | 11040 | Unknown |
| | FEGV mold | Tooling | 11049 | Unknown |
| CTL | Surface model | Tooling | 8012 | Unknown |
| | Machine fixture | Tooling | 6579 | Unknown |
| | Machine fixture | Tooling | 6583 | Unknown |
| | Duct Mandrel | Tooling | 11188 | Unknown |
| Rohr | Steel mold | Tooling | 7806 | Unknown |
| | Steel mold | Tooling | 7807 | Unknown |
| Rohr | Steel mold | Tooling | 8398 | Unknown |
| | Steel mold | Tooling | 8399 | Unknown |
| CTL | Mandrel support | Tooling | 13140 | Unknown |
| | Mandrel support | Tooling | 13141 | Unknown |

| Grumman | Compression mold | Tooling | 12485 | Unknown |
|---|---|---|---|---|
| CTL | Machine tooling | Tooling | N/A-13 | Unknown |
| CTL | Inspection fixture | Tooling | 5940 | Unknown |
| CTL | Test panel mold | Tooling | N/A-14 | Unknown |
| GE | Inspection fixture | Tooling | 7590 | Unknown |
| CTL | Vacuum tank | Tooling | 119 | Unknown |
| GE | Slotting fixture | Tooling | 10066 | Unknown |
| CTL | Insert fixture | Tooling | N/A-14 | Unknown |
| GE | Bonding fixture | Tooling | 4145 | Unknown |
| CTL | Bond fixture | Tooling | 11431 | Unknown |
| Hamilton | Matched mold | Tooling | 8960 | Unknown |
| GE | Spin fixtures | Tooling | 4147 | Unknown |
| CTL | Machine fixture | Tooling | 3540 | Unknown |
| CTL | Machine fixture | Tooling | 6545 | Unknown |
| CTL | machine fixture | Tooling | 6460 | Unknown |

| | | | | |
|---|---|---|---|---|
| HS | Lathe fixture | Tooling | 6113 | Unknown |
| CTL | Machine fixture | Tooling | 8751 | Unknown |
| GE | VBV mold | Tooling | N/A-15 | Unknown |
| CTL | Mold | Tooling | 7824 | Unknown |
| TRW | Compression mold | Tooling | 8848 | Unknown |
| GE | Compression mold | Tooling | 9687 | Unknown |
| USG | Routing table / fixture | Tooling | 11069 | Unknown |
| GE | Drill fixture | Tooling | 4146 | Unknown |
| | | Tooling | 9414 | Unknown |
| GE | Layup mold | Tooling | 11296 | Unknown |
| CTL | Pressure test cart | Tooling | N/A-16 | Unknown |
| GE | Lay up mandrel | Tooling | 5730 | Unknown |
| | Bonding fixture | Tooling | 4602 | Unknown |
| | Machine fixture | Tooling | 8514 | Unknown |
| | Post cure fixture | Tooling | 8512 | Unknown |
| | Machine fixture | Tooling | 4601 | Unknown |
| | Post cure fixture | Tooling | 4150 | Unknown |
| | Inspection Fixture | Tooling | 6458 | Unknown |
| | Bond fixture | Tooling | 4454 | Unknown |
| | Bond fixture | Tooling | 5040 | Unknown |
| | Inspection Fixture | Tooling | 4921 | Unknown |

| | | | | |
|---|---|---|---|---|
| Weldmac | 7-532120266-102 Layup tool | Tooling | 11576 | Unknown |
| Weldmac | 7-532120266-101 Layup tool | Tooling | 11579 | Unknown |
| Weldmac | 7-532120266-101 DP030014 Core locating template | Tooling | 11718 | Unknown |
| Weldmac | 7-532120266-102 DP030015 Core locating template | Tooling | 11719 | Unknown |
| CTL | 7-532120265-107 SUB4 core locating template | Tooling | 12404 | Unknown |
| CTL | 7-532120265-107 SUB2 core locating template | Tooling | 12405 | Unknown |
| CTL | 7-532120265-108 SUB4 core locating template | Tooling | 12406 | Unknown |
| CTL | 7-532120265-108 SUB2 core locating template | Tooling | 12407 | Unknown |
| Weldmac | 7-532120265-102 DP030007 core locating template | Tooling | 11720 | Unknown |
| Weldmac | 7-532120265-102 DP030011 core locating template | Tooling | 11721 | Unknown |
| Weldmac | 7-532120265-101 DP030010 core locating template | Tooling | 11722 | Unknown |
| Weldmac | 7-532120265-101 DP030006 core locating template | Tooling | 11723 | Unknown |
| CTL | Shell mold | Tooling | 7856 | Unknown |
| | Debulk mold | Tooling | 6484 | Unknown |
| | Pilot fixture | Tooling | 4809 | Unknown |
| CTL | RTM mold | Tooling | 10175 | Unknown |
| GE | Post cure fixture | Tooling | 8522 | Unknown |
| | Seal measureing tool | Tooling | 11204 | Unknown |
| | Vertical locator | Tooling | 8576 | Unknown |
| | Go/No go gages | Tooling | 7191 | Unknown |
| | Fixture | Tooling | 8519 | Unknown |
| | Marking template | Tooling | 8526 | Unknown |
| | Marking template | Tooling | 8527 | Unknown |
| | Trim/drill tool | Tooling | 4177 | Unknown |
| | Fixture | Tooling | 8524 | Unknown |
| | Fixture | Tooling | 8523 | Unknown |
| | Marking template | Tooling | 8525 | Unknown |

| | | | | |
|---|---|---|---|---|
| | Trim fixture | Tooling | 5183 | Unknown |
| | Fixture | Tooling | 8518 | Unknown |
| CTL | Thickness template | Tooling | 6019 | Unknown |
| CTL | Machine fixture | Tooling | 8711 | Unknown |
| | Milling fixture | Tooling | 10636 | Unknown |
| | Bonding fixture | Tooling | 8638 | Unknown |
| | Bonding fixture | Tooling | 8639 | Unknown |
| | Machine fixture | Tooling | 4890 | Unknown |
| | Trim template | Tooling | 8851 | Unknown |
| | Core bevel template | Tooling | 5704 | Unknown |
| GE | Teflon bonding bladder | Tooling | 5667 | Unknown |
| GE | Inspection fixture | Tooling | 7956 | Unknown |
| | Inspection fixture | Tooling | 7956-1 | Unknown |
| CTL | Bond fixture | Tooling | 12939 | Unknown |
| | Trim fixture | Tooling | 9770 | Unknown |
| | Drill / Alignment fixture | Tooling | 12940 | Unknown |
| | Router fixture | Tooling | 12941 | Unknown |
| | Core trim fixture | Tooling | 12942 | Unknown |
| | Caul plate | Tooling | 12943 | Unknown |
| | Drill fixture | Tooling | 12944 | Unknown |
| CTL | Test specimen mold | Tooling | 8747 | Unknown |
| | Fixture | Tooling | N/A-17 | Unknown |

| | | | | |
|---|---|---|---|---|
| CTL | Winding mandrel | Tooling | 8015 | Unknown |
| | Collimator tooling | Tooling | N/A-19 | Unknown |
| | Ring seating tooling | Tooling | N/A-19 | Unknown |
| CTL | Fixture | Tooling | 4085 | Unknown |
| GE | Wrap fixture | Tooling | 12953 | Unknown |
| GE | Bonding fixture | Tooling | 11422 | Unknown |
| | Lay up mold | Tooling | 4077 | Unknown |
| CTL | Edge member template | Tooling | 5648 | Unknown |
| | Fixture | Tooling | 5941 | Unknown |
| | Fixture | Tooling | N/A-20 | Unknown |
| CTL | Repair blocker door machine | Tooling | 11836 | Unknown |
| | Straighening tool | Tooling | 10163 | Unknown |
| CTL | Test fixture | Tooling | 8444 | Unknown |
| | Wheel cutter | Tooling | 6037 | Unknown |
| | Fixture | Tooling | N/A-20 | Unknown |
| | Holding fixture | Tooling | 8374 | Unknown |
| | Profile fixture | Tooling | 8279 | Unknown |
| | Fixture | Tooling | 6692 | Unknown |
| | Check plate | Tooling | 6693 | Unknown |
| | Fixture | Tooling | 8392 | Unknown |
| GE | Master mold | Tooling | 4410 | Unknown |
| | Master mold | Tooling | 7085 | Unknown |

| | Master mold | | Tooling | 7086 | Unknown |
|---|---|---|---|---|---|
| CTL | Fixture | | Tooling | 6626 | Unknown |
| | Fixture | | Tooling | 8827 | Unknown |
| | Fixture | | Tooling | 6540 | Unknown |
| | Trim Fixture | | Tooling | 5909 | Unknown |
| | Fixture | | Tooling | N/A-21 | Unknown |
| Sikorsky | Mold | | Tooling | 12075 | Unknown |
| CTL | Fixture | | Tooling | 11221 | Unknown |
| | Trim Fixture | | Tooling | 11190 | Unknown |
| | Trim Fixture | | Tooling | 11191 | Unknown |
| | Layup mandrel | | Tooling | 5730 | Unknown |
| | Machine fixture | | Tooling | 11306 | Unknown |
| | Machine fixture | | Tooling | 11304 | Unknown |
| | Machine fixture | | Tooling | 11305 | Unknown |
| | Machine fixture | | Tooling | 11256 | Unknown |
| | Machine fixture | | Tooling | 13312 | Unknown |
| CTL | Drill Fixture | | Tooling | 10813 | Unknown |
| | Machine fixture | | Tooling | 7957 | Unknown |
| | Machine fixture | | Tooling | 12838 | Unknown |
| | Curved blocks | | Tooling | 10869 | Unknown |
| | Retangular blocks | | Tooling | 10867 | Unknown |
| Pratt | Compression mold | | Tooling | 9134 | Unknown |
| | Compression mold | | Tooling | 9133 | Unknown |
| | Mandrel retainer | | Tooling | 3433 | Unknown |
| | Test fixture | | Tooling | 3584 | Unknown |

| | | | | |
|---|---|---|---|---|
| | Drill Fixture | Tooling | 7011 | Unknown |
| | Plate | Tooling | N/A-22 | Unknown |
| CTL | Drill fixture | Tooling | 4590 | Unknown |
| | Drill fixture | Tooling | 6578 | Unknown |
| | Master Plaster | Tooling | 9471 | Unknown |
| CTL | Bond fixture | Tooling | 8917 | Unknown |
| | Machine fixture | Tooling | 6568 | Unknown |
| | Holding plate | Tooling | 9637 | Unknown |
| | Washout fixture | Tooling | 5209 | Unknown |
| | Fixture | Tooling | N/A-24 | Unknown |
| | Fixture | Tooling | N/A-23 | Unknown |
| Pratt | U-Channel tooling | Tooling | 10159 | Unknown |
| | U-Channel tooling | Tooling | 10161 | Unknown |
| | U-Channel tooling | Tooling | 10162 | Unknown |
| | U-Channel tooling | Tooling | 10284 | Unknown |
| | U-Channel tooling | Tooling | 10285 | Unknown |
| | U-Channel tooling | Tooling | 10286 | Unknown |
| | U-Channel tooling | Tooling | 10287 | Unknown |
| | U-Channel tooling | Tooling | 10449 | Unknown |
| | U-Channel tooling | Tooling | 10977 | Unknown |
| | U-Channel tooling | Tooling | 10978 | Unknown |
| | U-Channel tooling | Tooling | 11022 | Unknown |
| | U-Channel tooling | Tooling | 11023 | Unknown |
| | U-Channel tooling | Tooling | 11037 | Unknown |
| | U-Channel tooling | Tooling | 11098 | Unknown |
| | U-Channel tooling | Tooling | 11099 | Unknown |
| | U-Channel tooling | Tooling | 11125 | Unknown |

| | | | | |
|---|---|---|---|---|
| CTL | Bond fixture | Tooling | 10211-1 | Unknown |
| | Pads for 10211-1 | Tooling | 10672 | Unknown |
| CTL | Bond Fixture | Tooling | 10211-2 | Unknown |
| | Pads for 10211-2 | Tooling | 10672 | Unknown |
| CTL | Bond fixture | Tooling | 10211-3 | Unknown |
| | Bond fixture | Tooling | 10211-4 | Unknown |
| | Pads for 10211-3 / -4 | Tooling | 10672 | Unknown |
| | Tool used for 10211 fixtures | Tooling | Tool Set | Unknown |
| CTL | Bonding fixture | Tooling | 4948 | Unknown |
| | Bonding fixture | Tooling | 6042 | Unknown |
| | Test platen | Tooling | Test platen | Unknown |
| | Fixture | Tooling | N/A-25 | Unknown |
| CTL | Rotating table | Tooling | N/A-26 | Unknown |
| | HMC tooling | Tooling | N/A-27 | Unknown |
| GE | Drill Fixture | Tooling | 6811 | Unknown |
| | Press tool set | Tooling | 11343 | Unknown |
| | Bushing positioner | Tooling | 12203 | Unknown |
| | Tooling aid | Tooling | DER 5821/5903 | Unknown |
| CTL | Mold | Tooling | 7591 | Unknown |
| | Pressure chamber | Tooling | 9550 | Unknown |
| | Mold | Tooling | 5881 | Unknown |
| | Mold | Tooling | 9552 | Unknown |
| | Mold | Tooling | N/A-28 | Unknown |

| | | | | |
|---|---|---|---|---|
| | Mold | Tooling | N/A-29 | Unknown |
| Sikorsky | Mold | Tooling | 12075 | Unknown |
| Pratt | RTM handling fixture | Tooling | 10327 | Unknown |
| GE | Mold | Tooling | 10422 | Unknown |
| Bell | Compression mold | Tooling | 13388 | Unknown |
| Grumman | Mold | Tooling | 7871 | Unknown |
| | Mold | Tooling | 7874 | Unknown |
| | Mold | Tooling | 7213 | Unknown |
| | Mold | Tooling | 7873 | Unknown |
| | Mold | Tooling | 7872 | Unknown |
| | Mold | Tooling | 9692 | Unknown |
| Grumman | Fixtures | Tooling | See attached | Unknown |
| CTL | Fixtures | Tooling | See attached | Unknown |
| Aerostructures Hamblin | Compression mold | Tooling | 8031 | Unknown |
| CTL | Lower platen | Tooling | 13536 | Unknown |
| Pratt | Clicker die | Tooling | 9878 | Unknown |

|  | Clicker die | Tooling | 9877 | Unknown |
|---|---|---|---|---|
|  | Clicker die | Tooling | 9879 | Unknown |
|  | Clicker die | Tooling | 9881 | Unknown |
|  | Clicker die | Tooling | 9880 | Unknown |
| GE | Core placement fixture | Tooling | 13523 | Unknown |
|  | Abradable placement fixture | Tooling | 13396 | Unknown |
| CTL | Clicker dies | Tooling | See attached | Unknown |
| CTL | Fixture | Tooling | 9381 | Unknown |
| CPI Aero | Fixtures | Tooling | See attached | Unknown |
| GE | Compression mold | Tooling | 6443 | Unknown |
| CTL | Test specemin mold | Tooling | 11393 | Unknown |
| CTL | Core machine fixture | Tooling | 11691 | Unknown |
| Yulista | Scoop master pattern | Tooling | 12197 | Unknown |
| Yulista | Scoop master pattern | Tooling | 12196 | Unknown |
| CTL | Pratt mix kettle - 40 gallon | Tooling | N/A | Unknown |

| | | | | |
|---|---|---|---|---|
| CTL | Rubber Cauls - A10 program | Tooling | 12565 | Unknown |
| | Rubber Cauls - A10 program | Tooling | 12566 | Unknown |
| | Rubber Cauls - A10 program | Tooling | 12575 | Unknown |
| | Rubber Cauls - A10 program | Tooling | 12400 | Unknown |
| | Rubber Cauls - A10 program | Tooling | 12564 | Unknown |
| | Rubber Cauls - A10 program | Tooling | 12563 | Unknown |
| | Rubber Cauls - A10 program | Tooling | 12567 | Unknown |
| | Rubber Cauls - A10 program | Tooling | 12569 | Unknown |
| | Rubber Cauls - A10 program | Tooling | 12274 | Unknown |
| | Rubber Cauls - A10 program | Tooling | 12568 | Unknown |
| | Rubber Cauls - A10 program | Tooling | 12270 | Unknown |
| CTL | M49/M67 scrap parts to make cauls | Tooling | N/A | Unknown |
| | M10/M91 bond samples | Tooling | N/A | Unknown |
| | M67 tool bladder | Tooling | N/A | Unknown |
| CTL | 4129T60P02 blue storage totes | Tooling | QC | Unknown |
| CTL | FPS outer wrap preform | Tooling | 13016 | Unknown |
| CTL | LEAP Pressure test fixture | Tooling | 13546 | Unknown |
| GE | Compression mold | Tooling | 8587 | Unknown |
| GE | Compression mold | Tooling | 8588 | Unknown |
| CTL | Steel filler block | Tooling | 10395 | Unknown |
| | Steel filler block | Tooling | 10396 | Unknown |

|  | Carrier plate assembly | Tooling | 10394 | Unknown |
|  | Trim tool | Tooling | 10397 | Unknown |
| CTL | Leak test fixture | Tooling | 3849 | Unknown |
|  | Shop aid | Tooling | 11954 | Unknown |
|  | Shop aid | Tooling | 11953 | Unknown |
| GE | Insert set loading device | Tooling | 13499 | Unknown |
| GE | Core routing fixture | Tooling | 8758 | Unknown |
|  | Core finish cut fixture | Tooling | 6227 | Unknown |
|  | Core routing fixture | Tooling | 8759 | Unknown |
|  | 9696M18 manifold tool box | Tooling | N/A-30 | Unknown |
| CTL | Rubber caul sheets | Tooling | 11489 | Unknown |
|  | Rubber caul sheets | Tooling | 11490 | Unknown |
| USG | Compression mold | Tooling | 10212 | Unknown |
| CTL | Compression Mold | Tooling | N/A-35 | Unknown |
| Pratt | Master Mold | Tooling | 13324 | Unknown |
|  | Machine fixture | Tooling | 13843 | Unknown |
|  | Machine fixture | Tooling | 13842 | Unknown |
|  | Machine fixture | Tooling | 13841 | Unknown |
| GE | Lay up mold | Tooling | 11297 | Unknown |
|  | Lay up mold | Tooling | 11298 | Unknown |

| CTL | Fixture | Tooling | 6255 | Unknown |
|---|---|---|---|---|
| GE | Inspection fixture | Tooling | 13501 | Unknown |
| | Inspection fixture | Tooling | 13502 | Unknown |
| | Machine fixture | Tooling | 6759 | Unknown |
| | Inspection fixture | Tooling | 6760 | Unknown |
| GE | Scroll body mold | Tooling | 7327 | Unknown |
| | Scroll saddle mold | Tooling | 7330 | Unknown |
| | Scroll holster mold | Tooling | 7331 | Unknown |
| | Bonding fixture | Tooling | 7316 | Unknown |
| GE | Frame Fixture | Tooling | 12599-1 | Unknown |
| | Frame Fixture | Tooling | 12599-2 | Unknown |
| GE | Sand mandrel | Tooling | 13413 | Unknown |
| | Layup mold | Tooling | 13403 | Unknown |
| | Bonding fixture | Tooling | 13404 | Unknown |
| | Machine fixture | Tooling | 13405 | Unknown |
| | Layup molds | Tooling | 13412 | Unknown |
| | Tooling aids | Tooling | Tooling aids | Unknown |
| Flowserve | RTM mold | Tooling | 10081 | Unknown |
| CTL | Gray rotating cart | Tooling | Cart | Unknown |
| CTL | Blue machine cart | Tooling | Cart | Unknown |

| Boeing | RTM mold | Tooling | 12522 | Unknown |
| | RTM coffin mold | Tooling | 12666 | Unknown |
| CTL | Mold base plate - tall | Tooling | N/A-34 | Unknown |
| | Compression mold | Tooling | 10821 | Unknown |
| CTL | Compression mold | Tooling | 13391 | Unknown |
| GE | Compression mold | Tooling | 7710 | Unknown |
| CTL | Press platen set | Tooling | 5941 | Unknown |
| CTL | Small platen set | Tooling | N/A-33 | Unknown |
| CTL | Compression mold | Tooling | 7999 | Unknown |
| Grumman | Compression mold | Tooling | 8848 | Unknown |
| CTL | FPS tooling skid | Tooling | 5744 | Unknown |
| CTL | Scoop Tool storage crate | Tooling | N/A | Unknown |

| CTL | Scoop Tool storage crate | Tooling | N/A | Unknown |
|---|---|---|---|---|
| GE | Scroll body mold | Tooling | 7327 | Unknown |
| | Saddle mock-up splash | Tooling | 8476 | Unknown |
| | Mold mandrel | Tooling | 8468 | Unknown |
| | Plaster mold | Tooling | 8469 | Unknown |
| | Trim jig | Tooling | 8471 | Unknown |
| | Saddle mold | Tooling | 8463 | Unknown |
| | Scroll mock-up | Tooling | 8473 | Unknown |
| | Commercial elbow mold | Tooling | 9553 | Unknown |
| | Trim jig | Tooling | 8474 | Unknown |
| | Saddle mold | Tooling | 5640-B | Unknown |
| | Saddle mold | Tooling | 5640-A | Unknown |
| | Mold | Tooling | 7381 | Unknown |
| CTL | Tool kit 1 | Tooling | Tool Kit | Unknown |
| CTL | Debulk plate | Tooling | 11387 | Unknown |
| | Debulk plate | Tooling | 11407 | Unknown |
| | Debulk plate | Tooling | 11028 | Unknown |
| | Template set | Tooling | N/A | Unknown |
| CTL | Rubber heating blankets | Tooling | N/A | Unknown |
| Hamilton Standard | Cut-off fixture | Tooling | 9501 | Unknown |
| | Routing fixture | Tooling | 8946 | Unknown |
| | Router fixture | Tooling | 10107 | Unknown |
| | Fixture | Tooling | 9948 | Unknown |
| Sikorsky | Inspection fixture | Tooling | 11233 | Unknown |

| | | | | |
|---|---|---|---|---|
| | Inspection fixture | Tooling | 11234 | Unknown |
| | Inspection fixture | Tooling | 11235 | Unknown |
| | Inspection fixture | Tooling | 11236 | Unknown |
| | Inspection fixture | Tooling | 11237 | Unknown |
| | Inspection fixture | Tooling | 11238 | Unknown |
| | Inspection fixture | Tooling | 11239 | Unknown |
| | Inspection fixture | Tooling | 11240 | Unknown |
| | Inspection fixture | Tooling | 11241 | Unknown |
| | Inspection fixture | Tooling | 11242 | Unknown |
| | Inspection fixture | Tooling | 11243 | Unknown |
| | Inspection fixture | Tooling | 11244 | Unknown |
| | Inspection fixture | Tooling | 11245 | Unknown |
| | Inspection fixture | Tooling | 11245 | Unknown |
| | Inspection fixture | Tooling | 11246 | Unknown |
| | Inspection fixture | Tooling | 11332 | Unknown |
| CTL | Duct mandrel | Tooling | 11188 | Unknown |
| | Duct mandrel | Tooling | 11189 | Unknown |
| | Master part | Tooling | 12845 | Unknown |
| | Gage fixture | Tooling | 6055 | Unknown |
| | Assorted hdwe | Tooling | Tool bin | Unknown |
| Grumman | Rubber caul | Tooling | 11763 | Unknown |
| | Rubber caul | Tooling | 11766 | Unknown |
| | Height gauge | Tooling | 9706 | Unknown |
| | Height gauge | Tooling | 9614 | Unknown |
| | Lay up tool | Tooling | 6001 | Unknown |
| | Trim Fixture | Tooling | 6006 | Unknown |
| | Caul plate | Tooling | 6249 | Unknown |
| | Lay up tool | Tooling | 6002 | Unknown |
| | Mold | Tooling | 7080 | Unknown |
| | Bond fixture | Tooling | 5806 | Unknown |
| | Trim fixture | Tooling | 7013 | Unknown |
| | Cut off fixture | Tooling | 6133 | Unknown |

| | | | | |
|---|---|---|---|---|
| | Bonding block | Tooling | 5809 | Unknown |
| | Bond fixture | Tooling | 6005 | Unknown |
| | Pressure test fixture | Tooling | 6036 | Unknown |
| | Skewer tube mandrel | Tooling | 8200 | Unknown |
| CTL | Lay up mold | Tooling | 4345 | Unknown |
| | Shell mold | Tooling | 7853 | Unknown |
| | Mold | Tooling | 7860 | Unknown |
| | Cut -off fixture | Tooling | 6596 | Unknown |
| | Lathe fixture | Tooling | 6279 | Unknown |
| | 3D model | Tooling | 9058 | Unknown |
| | Machine fixture | Tooling | 6278 | Unknown |
| | Lay up mold | Tooling | 7553 | Unknown |
| | Air duct connector | Tooling | 7554 | Unknown |
| | Rubber master | Tooling | 9473 | Unknown |
| | Bracket locating fixture | Tooling | 6853 | Unknown |
| | Bracket locating fixture | Tooling | 6857 | Unknown |
| | Trim fixture | Tooling | 8257 | Unknown |
| | Trim fixture | Tooling | 8258 | Unknown |
| | Locating fixture | Tooling | 8594 | Unknown |
| | Locating fixture | Tooling | 8595 | Unknown |
| | L shaped drill fixture aid | Tooling | 10020 | Unknown |
| | Fixture | Tooling | 8362 | Unknown |
| CTL | Water jet stand | Tooling | 8383 | Unknown |
| | mold | Tooling | 8508 | Unknown |
| | Compression mold | Tooling | 9690 | Unknown |
| | Bonding fixture | Tooling | 5645 | Unknown |
| | Diamond grinding tool | Tooling | 8281 | Unknown |
| | Clicker die | Tooling | 8501 | Unknown |
| | Fixture | Tooling | 8503 | Unknown |
| | Fixture | Tooling | 7332 | Unknown |
| | Clicker die | Tooling | 8499 | Unknown |

| | | | | |
|---|---|---|---|---|
| CTL | Core template | Tooling | 5204 | Unknown |
| | Mold | Tooling | N/A-37 | Unknown |
| | Mold | Tooling | N/A-38 | Unknown |
| | Mold | Tooling | N/A-39 | Unknown |
| | | | | |
| CTL | Lay up mandrel | Tooling | 3808 | Unknown |
| | Seal mold | Tooling | 4222 | Unknown |
| | Lay up die | Tooling | 6758 | Unknown |
| | Glass ring layup mold | Tooling | 11891 | Unknown |
| | Trim fixture | Tooling | 7013 | Unknown |
| | Machine fixture | Tooling | 4085 | Unknown |
| | Flange mold | Tooling | 3810 | Unknown |
| | Drill fixture | Tooling | 6488 | Unknown |
| | Clicker die | Tooling | 8498 | Unknown |
| | Form die - shims | Tooling | 6053 | Unknown |
| | Form die - shims | Tooling | 6054 | Unknown |
| | Transport cart - brackets | Tooling | 6151 | Unknown |
| | Clicker die | Tooling | 8502 | Unknown |
| | Clicker die | Tooling | 8500 | Unknown |
| | Blue table pins | Tooling | N/A | Unknown |
| | | | | |
| CTL | Ikonics fixture | Tooling | 14032 | Unknown |
| | Ikonics fixture | Tooling | 14033 | Unknown |
| | | | | |
| CTL | Ikonics fixture | Tooling | 14036-2 | Unknown |
| | Ikonics fixture | Tooling | 14036-3 | Unknown |
| | | | | |
| GE | Fixture | Tooling | 8387-1 | Unknown |
| | Fixture | Tooling | 8387-2 | Unknown |

| | | | | |
|---|---|---|---|---|
| CTL | Ikonics fixture | Tooling | 14034 | Unknown |
| CTL | Ikonics fixture | Tooling | 14035 | Unknown |
| CTL | Fixture | Tooling | 8563 | Unknown |
| | Fixture | Tooling | 8561 | Unknown |
| | Fixture | Tooling | 8564 | Unknown |
| | Fixture | Tooling | 8562 | Unknown |
| | See attached list | Tooling | Lot | Unknown |
| CTL | Templates | Tooling | 7172 | Unknown |
| | Vacuum core box | Tooling | 12411 | Unknown |
| | Pressure test fixture | Tooling | 13520 | Unknown |
| CTL | M17/M49 tooling aids | Tooling | N/A | Unknown |
| | M65/M10 tooling aids | Tooling | N/A | Unknown |
| | M67 tool bladder | Tooling | N/A | Unknown |
| | M65 tool bladder | Tooling | N/A | Unknown |
| Weldmac | Master lay-up tool | Tooling | 11607 | Unknown |
| | Master lay-up tool | Tooling | 11608 | Unknown |
| CTL | See attached list | Tooling | Lot | Unknown |
| CTL | Leading edge master part | Tooling | 13419 | Unknown |

| | | | | |
|---|---|---|---|---|
| | Drill template | Tooling | 13341 | Unknown |
| | Doubler drill template | Tooling | 13342 | Unknown |
| | Rib drill template | Tooling | 13340 | Unknown |
| | Core size mylar | Tooling | 12449 | Unknown |
| CTL | Clicker die | Tooling | 12871 | Unknown |
| | Trim template | Tooling | 12924 | Unknown |
| | Trim template | Tooling | 12925 | Unknown |
| | Trace template | Tooling | 6334 | Unknown |
| | Template set | Tooling | N/A-40 | Unknown |
| | Tooling aid | Tooling | 13030 | Unknown |
| CTL | Bonding fixture | Tooling | 6446 | Unknown |
| Lockheed | Check fixture | Tooling | 11713 | Unknown |
| Grumman | Mold | Tooling | 6011 | Unknown |
| | Master Mold | Tooling | NA-44 | Unknown |
| GE | Blocker door Test Fixture | Tooling | NA-45 | Unknown |
| Grumman | Asst Beam spline molds | Tooling | NA-47 | Unknown |
| GE | Obsolete scroll tools | Tooling | Idle | Unknown |
| GE | Obsolete scroll tools | Tooling | Idle | Unknown |

| | | | | |
|---|---|---|---|---|
| CTL | Parts for HAAS lathe | Tooling | N/A | Unknown |
| CTL | Engineering storage | Tooling | N/A | Unknown |
| Hamilton Sundstrand | Machine fixture | Tooling | 9786 | Unknown |
| | Bond fixture | Tooling | 8852 | Unknown |
| | Trim Cartridge | Tooling | 9279 | Unknown |
| | Trim Cartridge | Tooling | 9379 | Unknown |
| | Trim Cartridge | Tooling | 9497 | Unknown |
| | Trim Cartridge | Tooling | 9284 | Unknown |
| | Trim Cartridge | Tooling | 9256 | Unknown |
| | Grinding fixture | Tooling | 8953 | Unknown |
| | Routing fixture | Tooling | 8962 | Unknown |
| | Fixture | Tooling | 9986 | Unknown |
| CTL | Asst. clicker dies ( unidentified) | Tooling | N/A | Unknown |
| CTL | | Tooling | 6049 | Unknown |
| | | Tooling | 6095 | Unknown |
| | Asst. clicker dies ( unidentified) | Tooling | N/A | Unknown |
| CTL | Engineering crate | Tooling | N/A | Unknown |
| GE | Tool for FPS mold - press load | Tooling | 12954 | Unknown |
| CTL | Ikonics Fixture | Tooling | 14037 | Unknown |
| CTL | Ikonics Fixture | Tooling | 14038 | Unknown |

| | | | | |
|---|---|---|---|---|
| CTL | Blue shaker table | Tooling | N/A | Unknown |
| GE | Layup mold | Tooling | 4190 | Unknown |
| | Master Autoclave mold | Tooling | 4246 | Unknown |
| | Angle mold, aluminum | Tooling | 4349 | Unknown |
| | Autolclave mold | Tooling | 4412 | Unknown |
| | Guide layup mold | Tooling | 4526-2 | Unknown |
| | Cable Shield mold | Tooling | 10170 | Unknown |
| | Layup mold | Tooling | 7042 | Unknown |
| CTL | Machine Fixture | Tooling | 12411 | Unknown |
| CTL | Yellow support bar | Tooling | N/A | Unknown |
| | Layup mold | Tooling | 13579 | Unknown |
| | Layup mold | Tooling | 12026 | Unknown |
| | Master mold | Tooling | 8509 | Unknown |
| Hamilton Sunstrand | Mold | Tooling | 8979 | Unknown |
| Hamilton Sunstrand | Mold | Tooling | 10695 | Unknown |
| | Mold | Tooling | 8971 | Unknown |
| | Holding Fixture | Tooling | 13439 | Unknown |
| CTL | Procast molding | Tooling | 13446 | Unknown |
| | Small steel mold base | Tooling | N/A | Unknown |
| Pratt | Mold inserts | Tooling | 6534 | Unknown |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Mold inserts | Tooling | 6530 | Unknown |
|  | Mold inserts | Tooling | 6532 | Unknown |
|  | Mold inserts | Tooling | 6535 | Unknown |
|  | Mold insert | Tooling | 8128 | Unknown |
|  | Mold insert | Tooling | 8126 | Unknown |
|  | Mold insert | Tooling | 8127 | Unknown |
|  | Mold insert | Tooling | 8644 | Unknown |
|  | Mold insert | Tooling | 8125 | Unknown |
| Pratt | Drill Fixture | Tooling | 10815 | Unknown |
|  | Trim Fixture | Tooling | 11547 | Unknown |
|  | L shaped drill aid | Tooling | 10020 | Unknown |
|  | Machine fixture | Tooling | 8531 | Unknown |
|  | Machine fixture | Tooling | 8535 | Unknown |
|  | Bond fixture | Tooling | 8530 | Unknown |
|  | Fixture | Tooling | 8532 | Unknown |
|  | Trim Fixture | Tooling | 9247 | Unknown |
| CTL | Round fixture | Tooling | N/A | Unknown |
| CTL | Layup mold | Tooling |  | Unknown |
| CTL | CPI wingtip drill fixtures | Tooling | N/A | Unknown |
| CTL | Filler Bars | Tooling | N/A | Unknown |
|  | M10 tooling aid | Tooling | N/A | Unknown |
|  | Ply locating template | Tooling | 11487 | Unknown |
|  | Ply locating template | Tooling | 11488 | Unknown |
| KHI | Layup mold | Tooling | 13095-001 | Unknown |

| | | | | |
|---|---|---|---|---|
| CTL | Extraction cart | Tooling | 10315 | Unknown |
| CTL | Clicker dies | Tooling | N/A | Unknown |
| CTL | Mixer | Tooling | 6179 | Unknown |
| Hamilton Sunstrand | Bonding fixture | Tooling | 8973 | Unknown |
| | Plaster panels | Tooling | N/A | Unknown |
| CTL | Bonding fixture | Tooling | 6446-1 | Unknown |
| | Bonding fixture | Tooling | 6446-2 | Unknown |
| CTL | 2020 Closed jobs  L - Z | Tooling | Boxes | Unknown |
| | 2020 Closed jobs A - K | Tooling | | Unknown |
| | 2020 Closed jobs K - L | Tooling | | Unknown |
| | Shipment files Dec 09 - Jan 10 | Tooling | | Unknown |
| CTL | Compression mold | Tooling | 6788 | Unknown |
| CTL | RTM skid | Tooling | Multiple | Unknown |
| GE | Innner cone mold ( obsolete) | Tooling | 7004 | Unknown |
| US Government | Stinger master mold | Tooling | 12634 | Unknown |

| CTL | Large compression mold | Tooling | | Unknown |
|-----|------------------------|---------|--|---------|
| CTL | KHI fixture | Tooling | | Unknown |
| CTL | KHI forming mold | Tooling | | Unknown |
| CTL | Green Poly backing | Tooling | | Unknown |
| CTL | Green Poly backing | Tooling | | Unknown |
| CTL | Green Poly backing | Tooling | | Unknown |
| CTL | Green Poly backing | Tooling | | Unknown |
| CTL | Blast tanks | Tooling | | Unknown |
| CTL | Preform mold | Tooling | 10572 | Unknown |
| | Winder | Tooling | 5638 | Unknown |
| | Master pattern | Tooling | 4251 | Unknown |
| | Filler bars | Tooling | | Unknown |
| | Drill fixture | Tooling | 11323 | Unknown |
| | Drill fixture | Tooling | 11324 | Unknown |
| | CMF detail | Tooling | 11677 | Unknown |
| | CMF detail | Tooling | 11678 | Unknown |
| | Core locating fixture | Tooling | 11316 | Unknown |
| | Master template | Tooling | 2079 | Unknown |
| | Lay-up aid | Tooling | 12963 | Unknown |

| | | | | |
|---|---|---|---|---|
| CTL | Lay-up tool | Tooling | 8451 | Unknown |
| | Lay-up tool | Tooling | 7875 | Unknown |
| | Special clamp | Tooling | 12086 | Unknown |
| | Water jet fixture | Tooling | 6013/6012 | Unknown |
| | Rubber fixture | Tooling | 8201 | Unknown |
| | Lay-up mold | Tooling | 7074 | Unknown |
| | Lay-up mold, cup | Tooling | 12050 | Unknown |
| | Lay-up mold - rubber cover | Tooling | 12151 | Unknown |
| | Lay-up mold | Tooling | 4571 | Unknown |
| CTL | Tan hoist cart | Tooling | N/A | Unknown |
| CTL | Stinger drill fixture | Tooling | | Unknown |
| CTL | Washtub table | Tooling | | Unknown |
| CTL | Upright light stand | Tooling | | Unknown |
| CTL | Flat panels (2) | Tooling | | Unknown |
| CTL | Vibrating table | Tooling | | Unknown |
| GE | M67 cover mold / cart | Tooling | 6269 | Unknown |
| GE | Leap 1B fixture / cart | Tooling | | Unknown |

| GE | Scroll body molds | Tooling | | Unknown |
| | detail pieces | Tooling | | Unknown |
| GE | M43 compression mold | Tooling | 8659 | Unknown |
| GE | M67 compression mold | Tooling | | Unknown |
| CTL | Freezer | Tooling | N/A | Unknown |
| CTL | Freezer | Tooling | N/A | Unknown |
| CTL | Ikonics water Pump | Tooling | N/A | Unknown |
| CTL | Ikonics pressure washer | Tooling | N/A | Unknown |
| CTL | 320 grit A/O blast media ( Ikonics) | Tooling | N/A | Unknown |
| CTL | Carbonix 60/90 blast media (Ikonics) | Tooling | N/A | Unknown |
| CTL | 320 grit A/O blast media ( Ikonics) | Tooling | N/A | Unknown |
| CTL | Scroll saddle mold | Tooling | 11481 | Unknown |
| CTL | OGV fish gill tooling ( Repair) | Tooling | N/A | Unknown |
| CTL | Power grinder parts ( Repair) | Tooling | N/A | Unknown |
| CTL | Template set | Tooling | 11482 | Unknown |
| | Template set | Tooling | 11404 | Unknown |
| CTL | Ply shape template | Tooling | 12202 | Unknown |
| | CPI Templates | Tooling | Lot | Unknown |
| CTL | Ikonics fixture | Tooling | N/A | Unknown |

| CTL | Ikonics hoses | Tooling | N/A | Unknown |
|-----|---------------|---------|-----|---------|
| CTL | Ikonics fixture | Tooling | N/A | Unknown |
| CTL | Ikonics fixture | Tooling | N/A | Unknown |
| CTL | Autoclave Radiator ( Repair) | Tooling | N/A | Unknown |
| CTL | Ikonics sand ( grit unknown) | Tooling | N/A | Unknown |
| CTL | Pocket casting fixture | Tooling | 8380 | Unknown |
|     | Machining fixture | Tooling | N/A | Unknown |
|     | Ikonics motor | Tooling | N/A | Unknown |
| CTL | VTL cooler unit | Tooling | N/A | Unknown |
| CTL | Overhead gas heater | Tooling | N/A | Unknown |
| CTL | Ikonics Fixture | Tooling | N/A | Unknown |
| CTL | Maintenance supplies | Tooling | N/A | Unknown |
| CTL | Rolls Royce sample scrap | Tooling | | Unknown |
| CTL | Ikonics Fixture | Tooling | | Unknown |
| CTL | Ikonics tooling | Tooling | | Unknown |
| CTL | Metal sand chute | Tooling | | Unknown |
| CTL | Ikonics fixture | Tooling | | Unknown |
| CTL | Compressor tank | Tooling | | Unknown |
|     | Triangle holding fixture | Tooling | | Unknown |

| | | | | |
|---|---|---|---|---|
| CTL | Enginetics tooling | Tooling | Multiple | Unknown |
| CTL | Dust cabinet | Tooling | | Unknown |
| CTL | Ikonics fixture | Tooling | | Unknown |
| CTL | Ikonics hoses | Tooling | | Unknown |
| CTL | QC test items | Tooling | | Unknown |
| CTL | QC test items | Tooling | | Unknown |
| CTL | Maintenance supplies | Tooling | | Unknown |
| CTL | Shelf grates | Tooling | | Unknown |
| | Maintenance supplies | Tooling | | Unknown |
| CTL | Fan case lift rack | Tooling | | Unknown |
| CTL | Maintenance equipment | Tooling | | Unknown |
| CTL | Ikonics material | Tooling | | Unknown |
| CTL | Vane tooling | Tooling | | Unknown |
| | Maintenance / Ikonics supplies | Tooling | | Unknown |
| CTL | Ikonics dust collector | Tooling | | Unknown |
| CTL | RTM machine | Tooling | | Unknown |
| CTL | Autoclave cart | Tooling | | Unknown |
| CTL | Pedestal mixer | Tooling | | Unknown |
| | RTM resin press insert | Tooling | | Unknown |
| | Ply alignment fixture | Tooling | 10515 | Unknown |
| | Spanner nut silicone caul pad mold | Tooling | 9328 | Unknown |

| | | | | |
|---|---|---|---|---|
| CTL | Blue Cherry Picker hoist | Tooling | | Unknown |
| CTL | Stinger tool | Tooling | | Unknown |
| CTL | File cabinets | Tooling | | Unknown |
| CTL | Mold, fan spacer 4098 | Tooling | 10377 | Unknown |
| | 4098 Fan spacer mold die | Tooling | 10379 | Unknown |
| CTL | Daisy birdstrike tooling | Tooling | 8762 | Unknown |
| | Stinger layup mold | Tooling | | Unknown |
| CTL | Ply alignment fixture | Tooling | 10515 | Unknown |
| | Preform tool | Tooling | 6179 | Unknown |
| CTL | Trim/drill fixture | Tooling | 12636 | Unknown |
| | Production mold | Tooling | 11076 | Unknown |
| Bell | Layup mold - Stinger | Tooling | 12635-3 | Unknown |
| Pratt | Seal bond fixture | Tooling | 10753 | Unknown |
| | RTM mold | Tooling | 10326 | Unknown |
| CTL | 4098 Fan spacer Mill fixture | Tooling | 10370 | Unknown |
| | Cover | Tooling | 10440 | Unknown |
| CTL | Daisy birdstrike tooling | Tooling | 9802 | Unknown |
| CTL | T-spray fixture | Tooling | 10273 | Unknown |
| | 4098 Dup seal bond tool | Tooling | 10357 | Unknown |
| | 4098 Dup seal bond tool | Tooling | 10361 | Unknown |
| | Bushing bond fixture | Tooling | 10371 | Unknown |
| | Seal bond tool 4098 fan spacer | Tooling | 10203 | Unknown |
| Pratt | Assembly/debulk fixture - platforms | Tooling | 11876 | Unknown |

|  | Barrel seal rings | Tooling | N/A | Unknown |
|---|---|---|---|---|
| Pratt | Assembly/debulk fixture - platforms | Tooling | 11876 | Unknown |
| CTL | SMC mold, torque lug 4098 | Tooling | 10399 | Unknown |
|  | SMC mold, hinge lug 4098 | Tooling | 10400 | Unknown |
| Yulista | Core machining fixture | Tooling | 12411 | Unknown |
| Pratt | 4098 FS Mfg aid | Tooling | 10393 | Unknown |
|  | 4098 fan spacer preform tool | Tooling | 10384 | Unknown |
|  | 4098 LH preform tool fan spacer | Tooling | 10382 | Unknown |
|  | 4098 fan spacer airflow  preform tool | Tooling | 10386 | Unknown |
|  | 4098 fan spacer DUPL airflow preform tool | Tooling | 10387 | Unknown |
|  | 4098 DUPL C fan spacer preform tool | Tooling | 10381 | Unknown |
|  | Blue cast molds | Tooling |  | Unknown |
| Pratt | 4098 wedge bond inspection | Tooling | 10409 | Unknown |
|  | 4098 fan spacer drill fixture | Tooling | 10374 | Unknown |
|  | 4098 fan spacer holding fixture | Tooling | 10204 | Unknown |
|  | Holding fixture | Tooling | 10366 | Unknown |
|  | 4098 fan spacer inspection fixture | Tooling | 10205 | Unknown |
|  | Inspection fixture | Tooling | 10367 | Unknown |
| CTL | Used hydraulic lines | Tooling |  | Unknown |
| CTL | Daisy Birdstrike | Tooling |  | Unknown |
| Pratt | 4098 fan spacer mold die | Tooling | 10378 | Unknown |
| CTL | Autoclave cart | Tooling |  | Unknown |
| CTL | Small table cart | Tooling |  | Unknown |
| CTL | Blue tall crane | Tooling |  | Unknown |

| Sikorsky | Crate for Sikorsky blade tool | Tooling | | Unknown |
|---|---|---|---|---|
| Weldmac | Shroud trim fixture/cart | Tooling | 11630 | Unknown |
| GE | Gumby pants mold insert set | Tooling | 11348 | Unknown |
| GE | Gumby pants mold insert set | Tooling | 11348 | Unknown |
| GE | Gumby pants mold insert set | Tooling | 11348 | Unknown |
| GE | Gumby pants insert set / cart | Tooling | 11348 | Unknown |
| CTL | Ice liner layup mold | Tooling | 13232-003 | Unknown |
| | Caul plate | Tooling | 13667-003 | Unknown |
| CTL | Ice liner layup mold | Tooling | 13232-011 | Unknown |
| | Caul plate | Tooling | 13667-011 | Unknown |
| CTL | Ice liner layup mold | Tooling | 13232-014 | Unknown |
| | Caul plate | Tooling | 13667-014 | Unknown |
| CTL | Ice liner layup mold | Tooling | 13232-004 | Unknown |
| | Caul plate | Tooling | 13667-004 | Unknown |
| CTL | Ice liner layup mold | Tooling | 13232-010 | Unknown |
| | Caul plate | Tooling | 13667-010 | Unknown |
| CTL | Ice liner layup mold | Tooling | 13232-009 | Unknown |
| | Caul plate | Tooling | 13667-009 | Unknown |
| CTL | Ice liner layup mold | Tooling | 13232-005 | Unknown |
| | Caul plate | Tooling | 13667-005 | Unknown |
| CTL | Ice liner layup mold | Tooling | 13232-012 | Unknown |
| | Caul plate | Tooling | 13667-012 | Unknown |

| | | | | |
|---|---|---|---|---|
| CTL | Ice liner layup mold | Tooling | 13232-006 | Unknown |
| | Caul plate | Tooling | 13667-006 | Unknown |
| CTL | Ice liner layup mold | Tooling | 13232-015 | Unknown |
| | Caul plate | Tooling | 13667-015 | Unknown |
| CTL | Ice liner layup mold | Tooling | 13232-007 | Unknown |
| | Caul plate | Tooling | 13667-007 | Unknown |
| CTL | Ice liner layup mold | Tooling | 13232-001 | Unknown |
| | Caul plate | Tooling | 13667-001 | Unknown |
| CTL | Ice liner layup mold | Tooling | 13232-008 | Unknown |
| | Caul plate | Tooling | 13667-008 | Unknown |
| CTL | Ice liner layup mold | Tooling | 13232-013 | Unknown |
| CTL | Ice liner layup mold | Tooling | 13232-002 | Unknown |
| | Caul plate | Tooling | | Unknown |
| CTL | MTL3 boxes 26-3/4 x 14-3/4 x 9 | Tooling | IM100321 | Unknown |
| CTL | MTL3 boxes 26-3/4 x 14-3/4 x 9 | Tooling | IM100321 | Unknown |
| CTL | MTL3 boxes 25 x 13 x 2.5 | Tooling | IM100320 | Unknown |
| CTL | MTL3 boxes 25 x 13 x 2.5 | Tooling | IM100320 | Unknown |
| CTL | MTL3 boxes 25 x 13 x 2.5 | Tooling | IM100320 | Unknown |
| CTL | Wire shelf unit | Tooling | N/A | Unknown |
| CTL | Wire Shelf unit | Tooling | N/A | Unknown |
| CTL | Green poly | Tooling | N/A | Unknown |

| | | | | |
|---|---|---|---|---|
| CTL | Green poly | Tooling | N/A | Unknown |
| CTL | Green poly | Tooling | N/A | Unknown |
| CTL | Green poly | Tooling | N/A | Unknown |
| Rolls Royce | Rolls Royce Guide tube tooling | Tooling | Lot | Unknown |
| Rolls Royce | 9696M16/9046M49 Inspection fixture | Tooling | 6510 | Unknown |
| | End panel fixture | Tooling | N/A | Unknown |
| P/N KH84977, KH84978 | Trailing edge fairing inspection fixture | Tooling | 1.36E+04 | Unknown |
| | Box - vacuum fittings | Tooling | N/A | Unknown |
| P/N KH84976 | Fairing inspection fixture | Tooling | 13597 | Unknown |
| Rolls Royce | Fairing flange inspection fixture | Tooling | 13600 | Unknown |
| | Assembly inspection fixture | Tooling | 13594 | Unknown |
| | Assembly inspection fixture | Tooling | 13588 | Unknown |
| | Oval templates | Tooling | N/A | Unknown |
| CTL | 449-034-230-105 master parts / tooling aids | Tooling | N/A | Unknown |
| CPI | 92207-02425-103 Layup mold cover | Tooling | 11922 | Unknown |
| | 92207-02425-104 Layup mold cover | Tooling | 11923 | Unknown |
| | 92207-02635-104 Layup mold cover | Tooling | 11924 | Unknown |
| | 92217-02535-102 Layup mold cover | Tooling | 11925 | Unknown |
| | 92205-08123-050 Bonded assembly | Tooling | 12076 | Unknown |
| Rolls Royce | KH84976 Layup mold | | 13595 | |
| CTL | 3 prong retaining fixture | | N/A | |
| CTL | Pressure test tank | | N/A | |
| GE | RTM platform cart/insert set | | 10305 | |
| GE | RTM platform mold | | 10094-1 | |

| Pratt | Mold | 6524 |
| | Mold insert | 6524 |
| | Detail pieces | 6524 |
| | RTM injection plunger assembly | N/A |
| CTL | FIDH housing | Display part |
| CTL | Composite molded parts | Display part |
| | Birdsmouth bracket | |
| | GD 70 panel | 27-78256-521 |
| | Seal cutaway part | 9696M17 |
| | Cowl cutaway section | 6031T18/T19 |
| | Scoop disc | 798E444 |
| | F5 leading edge | 3-31415-11 |
| | Bell Dorsal layup cutaway | |
| | Manifold | 9696M18 |
| | Tow Missile launch tube | |
| | Hamilton Standard Elephant Stand | 730419-3 |
| | Cable Shield | 1378M25G02 |
| | LEAP duct | 2571M91P01 |
| | GE platform | 1999M68 |
| | Liner segment | 9063M64G02 |
| | OGV fish gill panels | 1471M60 |
| CTL | M91 spinning machine | |
| CTL | Pallet crate for tool 14054 | N/A |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## <u>Southern District of Ohio</u>

**In re**

Case No.  __**25-12226**__

**Debtor**      **CTL-Aerospace, Inc.**

Chapter  __**11**__

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................. $ ___**175,000.00**___

Prior to the filing of this statement I have received ............................................. $ ___**25,000.00**___

Balance Due ....................................................................................................... $ ___**150,000.00**___

2.  The source of the compensation paid to me was:

☐ Debtor          ☒ Other (specify)   **John Irwin**

3.  The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify)

4.  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   • **Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;**

   • **Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;**

   • **Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;**

   • **Representation of the debtor in adversary proceedings and other contested bankruptcy matters;**

   • **All matters as required by Debtor in the Bankruptcy Case to be paid on an hourly basis, following approval by the Bankruptcy Court.  No funds are on deposit.  An additional $25,000 was to be provided to counsel post-petition, but has not been received.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**10/01/2025**
_____
*Date*

/s/ Patricia Friesinger
_____
*Signature of Attorney*

**Coolidge Wall Co., L.P.A.**

**33 West First Street, Suite 200**

**Dayton, OH 45402**

friesinger@coollaw.com
_____
*Name of law firm*

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF OHIO**

**CINCINNATI DIVISION**

In re:                                     Case No.:   **25-12226**

**CTL-Aerospace, Inc.**                    Chapter:    **11**

**Debtors(s)**

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rule 1007(a) or Bankruptcy Rule 7007.1,  **CTL-Aerospace, Inc.**   , a

☒ Corporate Debtor

☐ Party to an adversary proceeding

☐ Party to a contested matter

☐ Member of committee of creditors

makes the following disclosure(s):

All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests, are listed below:

OR

☒ There are no entities that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interest.

| | |
|---|---|
| **10/01/2025** | By:  **/s/ Patricia Friesinger** |
| Date | **Patricia Friesinger** |
| | Signature of Attorney or Litigant |
| | Counsel for   **CTL-Aerospace, Inc.** |
| | **Coolidge Wall Co., L.P.A.** |
| | **33 West First Street, Suite 200** |
| | **Dayton, OH 45402** |
| | Telephone: **(937) 223-8177** |

Copyright © Financial Software Solutions, LLC                                          BlueStylus

# United States Bankruptcy Court
## Southern District of Ohio

In re   **CTL-Aerospace, Inc.**                                  Case No.   **25-12226**
                                   Debtors(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders with is prepared in accordance with rule 1007(a)(3) for filing in this Chapter **11** Case

| Registered Name and last known address or place of business of security holder | Security Class | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| **2007 James C. Irwin Trust FBO David M. Irwin**<br>**6432 Breckenridge Lane**<br>**Hamilton, OH 45011** | **B** | **65** | **Non-Voting** |
| **2007 James C. Irwin Trust FBO James T. Irwin**<br>**5732 Fields Ertle**<br>**Cincinnati, OH 45241** | **B** | **65** | **Non-Voting** |
| **2007 James C. Irwin Trust FBO John C. Irwin**<br>**5616 Spellmire Drive**<br>**Cincinnati, OH 45246-4898** | **B** | **65** | **Non-Voting** |
| **2007 James C. Irwin Trust FBO Karen B. Luce**<br>**11808 Miro Circle**<br>**San Diego, CA 92131** | **B** | **65** | **Non-Voting** |
| **2007 James C. Irwin Trust FBO Kimberly Ann Berry**<br>**5814 Dantawood Lane**<br>**Middletown, OH 45044** | **B** | **65** | **Non-Voting** |
| **Sue Irwin Trust FBO David M. Irwin**<br>**6432 Breckenridge Lane**<br>**Hamilton, OH 45011** | **B** | **35** | **Non-Voting** |
| **Sue Irwin Trust FBO James T. Irwin**<br>**5732 Fields Ertle**<br>**Cincinnati, OH 45241** | **B** | **35** | **Non-Voting** |
| **Sue Irwin Trust FBO John C. Irwin**<br>**5616 Spellmire Drive** | **Class A** | **5** | **Voting** |

Copyright © Financial Software Solutions, LLC
                                                                            BlueStylus

| Debtor | **CTL-Aerospace, Inc.** | | Case number *(if known)* | **25-12226** |

Name

| Cincinnati, OH 45246 | | | |
|---|---|---|---|
| **Sue Irwin Trust FBO John C. Irwin**<br>**5616 Spellmire Drive**<br>**Cincinnati, OH 45246-4898** | **B** | **30** | **Non-Voting** |
| **Sue Irwin Trust FBO Karen B. Luce**<br>**11808 Miro Circle**<br>**San Diego, CA 92131** | **B** | **35** | **Non-Voting** |
| **Sue Irwin Trust FBO Kimberly Ann Berry**<br>**5814 Dantawood Lane**<br>**Middletown, OH 45044** | **B** | **35** | **Non-Voting** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Agent** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **10/01/2025**

Signature    /s/ Scott Crislip

**President / COO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.