**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: November 3, 2025**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| In re: | : | Case No. 25-12226 |
| | : | |
| CTL-AEROSPACE, INC. | : | Chapter 11 |
| | : | |
| DEBTOR-IN-POSSESSION. | : | Judge Beth A. Buchanan |
| | : | |

**ORDER GRANTING APPLICATION OF CTL-AEROSPACE, INC., DEBTOR AND DEBTOR-IN-POSSESSION, PURSUANT T FED. R. BANKR. P. 2014(a) FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PATRICIA J FRIESINGER, ESQ. AND COOLIDGE WALL CO., L.P.A *NUNC PRO TUNC* AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION [DOC. 4]**

**THIS MATTER** is before the Court pursuant to the Application of CTL-Aerospace, Inc., Debtor and Debtor-In-Possession to employ Patricia J. Friesinger, Esq. and Coolidge Wall Co., L.P.A. *nunc pro tunc* filed herein on September 8, 2025 [Doc. 4] (the "Counsel Application") and the Supplemental Declaration to the Counsel Application filed herein on October 28, 2025 [Doc. 131]. Upon the Court's review of the Counsel Application, the exhibits thereto, and the Supplemental Declaration and for good cause shown, the court hereby finds that Patricia J Friesinger is an attorney duly authorized to practice in this Court, Patricia J. Friesinger does not

1

hold or represent any interest adverse to the estate and is a disinterested person.

It is therefore, **ORDERED, ADJUDGED AND DECREED** that CTL-Aerospace, Inc., herein be and hereby is authorized to employ Patricia J. Friesinger to represent the Debtor and Debtor-In-Possession according to the terms set forth in the Counsel application and further that the firm of Coolidge Wall Co., L.P.A. be, and hereby is, designated as "General Counsel," effective as of the date of the Counsel Application.

**SO ORDERED.**

cc: Default List

021640\00100\4938-2308-1319.2

2