# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-12226 |
| | ) | |
| CTL-AEROSPACE, INC., | ) | Chapter 11 |
| | ) | |
| | ) | Judge Beth A. Buchanan |
| Debtor. | ) | |
| | ) | |

## AMENDED NOTICE OF AUCTION AND SALE
## HEARING FOR THE SALE OF THE DEBTOR'S ASSETS

> **The following is a summary and in the event of any conflict, the terms of the Bidding Procedures Motion and Bidding Procedures Order govern. You should read those documents. Instructions on how to obtain them free of cost are at the end of this Notice.**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

Bankruptcy Filing. On September 8, 2025 (the "**Petition Date**"), the above-captioned debtor and debtor-in-possession (the "**Debtor**") filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of Ohio (the "**Bankruptcy Court**").

Motion to Approve Sale. On October 9, 2025, the Debtor filed the *Debtor's Motion for Entry of (I) An Order (A) Approving Bidding and Sale Procedures with Respect to the Sale of Substantially All of the Debtor's Assets, (B) Scheduling an Auction and Sale Hearing and Approving the Form and Manner of Notice Thereof, (C) Approving the Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Approving Procedures for Selection of One or More Stalking Horse Bidder(s) and the Provision of Bid Protections to Such Stalking Horse Bidder(s), and (E) Granting Related Relief; and (II) An Order Approving the Sale of Such Assets and Related Relief* (the "**Bidding Procedures Motion**").[1] On November 12, 2025, the Bankruptcy Court entered an order approving the Bidding Procedures Motion, which was amended by an order entered on December 11, 2025 (as amended, the "**Bidding Procedures Order**"). Pursuant to the Bidding Procedures Order, the Debtor is seeking authority to sell substantially all the assets of the Debtor or a subset thereof, including certain executory contracts and unexpired leases (each an "**Asset**" and, collectively, the "**Assets**"). The Bidding Procedures Order contemplates that any sale of some or all of the Assets will take place via an auction (the "**Auction**") governed by the Bidding Procedures attached to the Bidding Procedures Order as **Annex 1** (the "**Bidding Procedures**"). Pursuant to the Bidding Procedures, interested

---

[1] Capitalized terms used herein that are otherwise not defined shall have the meaning given to them in the Bidding Procedures Motion.

potential purchasers must fulfill certain requirements to, among other things, (a) participate in the bidding process, (b) become "**Qualified Bidders**" and (c) submit "**Qualified Bids**." A bid shall not constitute a Qualified Bid unless it is submitted in accordance with the Bidding Procedures, and a bidder shall not constitute a Qualified Bidder unless it submits a Qualified Bid. The Debtor will determine the winner of the Auction (the "**Successful Bidder**") pursuant to the terms of the Bidding Procedures.

Free and Clear Sales; Good Faith Purchaser. Pursuant to section 363(f) of the Bankruptcy Code, and except as otherwise provided in the Successful Bidder's asset purchase agreement approved by the Bankruptcy Court, all of the Debtor's right, title, and interest in and to the Assets are proposed to be sold free and clear of any pledges, liens, security interests, encumbrances, claims (as such term is defined in section 101(5) of the Bankruptcy Code) charges, options, and interests thereon (collectively, the "**Interests**"), with any Interests to attach to the proceeds of the sale, if any, as provided in the final Sale Order. In addition, the Sale Order will include proposed findings that the successful bidder is a "good faith purchaser," as that term is defined in section 363(m) of the Bankruptcy Code, and has not violated section 363(n) of the Bankruptcy Code. Additionally, pursuant to the Bidding Procedures Order, prior to the Auction, the Debtor shall enter into a "stalking horse" asset purchase agreement (the "**Stalking Horse Agreement**") at any time prior to December 19, 2025, and designate a Stalking Horse Bidder (the bid thereof, a "**Stalking Horse Bid**") by filing a notice of such designation with the Court as set forth in the Bidding Procedures. A Stalking Horse Agreement may provide for payment of break-up fees and/or expense reimbursements (the "**Bid Protections**"). To the extent an objection is received by **4:00 p.m**. **(prevailing Eastern Time) on December 30, 2025**, the Court will hold a hearing on the objection on **January 5, 2026, 2025 at 10:00 a.m.** before Judge Beth A. Buchanan, U.S. Bankruptcy Court, Southern District of Ohio, Atrium Two, Suite 800, Cincinnati, Ohio 45202. As an alternative to attendance in-person, parties and their attorneys may choose to attend the hearing telephonically. Parties seeking to attend telephonically shall contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov for call-in instructions for the hearing no later than 4:00 p.m. the day prior to the hearing. If witness testimony will be necessary, the public will be unable to listen telephonically to that portion of the proceeding. Absent objection, the Debtor may submit an order to the Court under certification of counsel approving the selection of such Stalking Horse Bidder and the Bid Protections (the "**Stalking Horse Order**").

The Auction. If necessary, the Debtor will conduct the Auction at the offices of Capstone, 311 S Wacker Drive, Suite 2450, Chicago, Illinois 60606, at **9:00 a.m. (prevailing Central Time) on January 13, 2026,** or such other time and location in Chicago, Illinois as the Debtor, after consultation with the Consultation Parties, may determine and specify in writing to each Qualified Bidder and the Consultation Parties. If only one Qualified Bid (including the Stalking Horse Bid) for the Assets is received, the Auction for the Assets will be cancelled and the Qualified Bid received will be designated the Successful Bid for the Assets. At the request of the Debtor, each Qualified Bidder participating at the Auction shall be required to confirm in writing, that: (a) it has not engaged in any collusion with respect to the bidding; and (b) its Qualified Bid is a good faith, bona fide offer and it intends to consummate the proposed transaction if selected as the Successful Bidder.

Successful Bid Notice. Following the designation of a Successful Bid, the Debtor shall file a notice of the Successful Bid, along with copies of the asset purchase agreement associated with the Successful Bid and Sale Order (a "**Successful Bid Notice**"). No further notice will be provided.

Sale Hearing. A hearing to consider approval of the Sale Transaction (the "**Sale Hearing**") is scheduled to take place on **January 20, 2026, at 10:00 a.m. (prevailing Eastern Time)** before Judge Beth A. Buchanan, U.S. Bankruptcy Court, Southern District of Ohio, Atrium Two, Suite 800, Cincinnati, Ohio 45202. As an alternative to attendance in-person, parties and their attorneys may choose to attend the hearing telephonically. Parties seeking to attend telephonically shall contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov for call-in instructions for the hearing no later than 4:00 p.m. the day prior to the hearing. If witness testimony will be necessary, the public will be unable to listen telephonically to that portion of the proceeding. The Debtor may, in its discretion, adjourn or reschedule the Sale Hearing after consultation with the Consultation Parties. No further notice of any such continuance will be required to be provided to any party.

Objections and Deadline. All objections to approval of the Sale Transaction, including the sale of the Assets free and clear of all Interests pursuant to section 363(f) of the Bankruptcy Code and the form of the Sale Order, must be in writing, state the basis of such objection with specificity, comply with the Bankruptcy Rules, and be filed with the Bankruptcy Court and served so as to be received by the Debtor, counsel for the Debtor, and Notice Parties on or before **January 15, 2026, at 4:00 p.m. (prevailing Eastern Time)** (the "**Global Objection Deadline**").

**Failure to File an Objection. IF AN OBJECTION IS NOT TIMELY FILED AND SERVED IN ACCORDANCE WITH THE OBJECTION PROCEDURES OUTLINED ABOVE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.**

Parties Interested in Bidding. Parties interested in bidding on the Assets should contact the Debtor's financial advisor, **Capstone Capital Markets LLC by email to: Geoffrey Frankel (gfrankel@capstonepartners.com)**, and provide a bid, including the information as required by the Bidding Procedures, by no later than **January 9, 2026 at 4:00 p.m. (prevailing Eastern time)** (unless such date is otherwise extended in the sole discretion of the Debtor).

Summary of Important Dates. A summary of the pertinent dates and times (all prevailing Eastern Time, unless otherwise noted) addressed herein or by the Bidding Procedures Order is as follows:

> January 9, 2026, at 4:00 p.m.: Bid Deadline
> January 13, 2026, at 9:00 a.m (Central Time).: Auction
> January 15, 2026, at 4:00 p.m.: Global Objection Deadline
> January 20, 2026, at 10:00 a.m.: Sale Hearing
> January 30, 2026, at 11:59 p.m.: Outside Closing Deadline

      <u>Copies</u>. Copies of the Bidding Procedures and Sale Motion, the Bidding Procedures Order, the Bidding Procedures, and the proposed Sale Order may be accessed free of charge by notifying counsel for the Debtor via email (friesinger@coollaw.com).

December 15, 2025                        Respectfully submitted,

                                                COOLIDGE WALL CO., L.P.A.

                                                <u>*/s/ Patricia J. Friesinger*</u>
                                                Patricia J. Friesinger (0072807)
                                                Briana C. Breault (0099773)
                                                33 West First Street, Suite 600
                                                Dayton, Ohio 45402
                                                Tel: 937/223-8177
                                                Fax: 937/223-6705
                                                E-Mail: friesinger@coollaw.com
                                                                     breault@coollaw.com

                                                *Counsel for Debtor and Debtor-In-Possession CTL-Aerospace, Inc.*