**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: December 19, 2025**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – AT CINCINNATI

| | |
|---|---|
| In re: | Case No. 25-12226 |
| CTL-AEROSPACE, INC., | Chapter 11 |
| Debtor. | Judge Beth A. Buchanan |

**ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF COZEN O'CONNOR AS ITS COUNSEL, EFFECTIVE AS OF OCTOBER 6, 2025 [Dkt. No. 171]**

THIS MATTER is before the Court pursuant to the Application of The Official Committee Of Unsecured Creditors For Entry Of An Order Authorizing The Employment and Retention Of Cozen O'Connor as Its Counsel, Effective as of October 6, 2025, filed herein on November 20, 2025 [Doc. 171] (the "Application"). Upon the Court's review of the Application, the exhibits thereto and for good cause shown, the court hereby finds that Brian L. Shaw and Ira Bodenstein are attorneys duly authorized to practice in this Court, and that neither they, nor the firm of Cozen

LEGAL\81638769\1

O'Connor hold or represent any interest adverse to the estate of the Debtor within the meaning of section 1103(b) of the Bankruptcy Code.

It is therefore, ORDERED, ADJUDGED AND DECREED that (i) The Official Committee Of Unsecured Creditors is authorized to retain and employ Cozen O'Connor, effective as of the Retention Date of October 6, 2025 according to the terms set forth in the Application, (ii) Cozen O'Connor can be paid a retainer in the amount of $25,000.00 to be held subject to further Order of the Court, and (iii) granting such other and further relief as may be just and proper under the circumstances.

**SO ORDERED**.

cc: Default List

LEGAL\81638769\1