**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: December 19, 2025**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-12226 |
| | ) | |
| CTL-AEROSPACE, INC., | ) | Chapter 11 |
| | ) | |
| | ) | Judge Beth A. Buchanan |
| Debtor. | ) | |
| | ) | |

**AGREED ORDER RESOLVING DISPUTE WITH
GENERAL ELECTRIC COMPANY (D/B/A GE AEROSPACE)
REGARDING NOTICE OF (A) POTENTIAL ASSUMPTION AND ASSIGNMENT
OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (B) CURE COSTS
[DOC. 166]**

**THIS MATTER** is before the Court upon General Electric Company, operating as GE Aerospace ("GE Aerospace"), objecting with an unfiled limited objection (the "Limited Objection") on December 2, 2025, to the *Notice of (A) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (B) Cure Costs* [Docket No. 166] (the "Assumption/Assignment Notice") filed by CTL-Aerospace, Inc. (the "Debtor," together with GE Aerospace, the "Parties") pursuant to the *Order Establishing Bidding Procedures Relating to the*

*Sales of All or a Portion of the Debtor's Assets* [Docket No. 159] (the "<u>Bidding Procedures</u>

<u>Order</u>"); and GE Aerospace's Limited Objection having requested that the Debtor file an amended

Assumption/Assignment Notice to revise row seven of Exhibit 1 by (a) changing the counterparty

from "GE Engine Services" to "GE Aerospace," and (b) increasing the "Cure Amount" by

$400,995.48 (for a total amount of "$5,400,556.66") to account for GE Aerospace's postpetition

financial support to help the Debtor comply with its obligations under the following Supply

Agreements (as defined below) between the Parties: (w) that certain Purchase Agreement, dated

January 1, 2017 (as amended and supplemented from time to time, the "<u>Purchase Agreement</u>"),

(x) that certain Negotiated Overriding Terms and Conditions, dated December 1, 2020 (the

"<u>Override Agreement</u>"), (y) that certain Long Term Agreement, dated March 24, 2022 (as

amended and supplemented from time to time, the "<u>LTA 1</u>"), and (z) that certain Long Term

Agreement, dated January 1, 2025 (as amended and supplemented from time to time, the "<u>LTA</u>

<u>2</u>," collectively with the Purchase Agreement, Override Agreement, and LTA 1, the "<u>Supply</u>

<u>Agreements</u>"); and the deadline for parties to object to the Assumption/Assignment Notice

pursuant to the Bidding Procedures Order (the "<u>Objection Deadline</u>") having been set for

December 5, 2025, at 4:00 p.m. (prevailing Eastern Time); and the Debtor having agreed to extend

the Objection Deadline for GE Aerospace through and including December 12, 2025; and the

Parties having agreed that if the Court denies this Order, the Objection Deadline for GE Aerospace

shall be extended by two (2) business days after entry of such order by the Court; and the Parties

having agreed to a consensual resolution of the Limited Objection as set forth in this Order; and

the consensual resolution of the Limited Objection as set forth in this Order being reasonable and

in the best interest of the Debtor, the estate, and all stakeholders in this case; and this Court having

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found

that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that

venue of this proceeding, the Assumption/Assignment Notice, and the Limited Objection in this

District is proper before this Court pursuant 28 U.S.C. §§ 1408 and 1409;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1.      In full and final resolution of the Limited Objection, row seven of Exhibit 1 to the

Assumption/Assignment Notice shall be amended as set forth in **<u>Exhibit A</u>** attached hereto, and,

unless otherwise agreed to in writing by GE Aerospace, the Supply Agreements shall not be

assumed and assigned to a Successful Bidder without GE Aerospace first being paid no less than

$5,400,556.66 of its Cure Costs (as defined in the Bidding Procedures Order).

2.      Nothing in this Order shall be deemed a waiver of GE Aerospace's rights (a) under

the Supply Agreements, Bankruptcy Code, or any other applicable law, or (b) to seek

reimbursement or payment for any postpetition amounts expended by GE Aerospace related to,

arising from, or concerning the Debtor.

3.      Notwithstanding the possible applicability of Bankruptcy Rules 4001(a)(3),

6004(h), 7062, 9014, or otherwise, this Order shall be immediately effective and enforceable upon

its entry.

4.      The Court retains jurisdiction with respect to all matters arising from or related to

the interpretation or implementation of this Order.

**SO ORDERED.**

Dated:  December 12, 2025

COOLIDGE WALL CO., L.P.A.

*/s/ Patricia J. Friesinger*
Patricia J. Friesinger (0072807)
33 West First Street, Suite 600
Dayton, Ohio 45402
Tel: 937/223-8177  Fax: 937/223-6705
E-Mail:  friesinger@coollaw.com

*Counsel for Debtor and Debtor-In-
Possession CTL-Aerospace, Inc.*

- and -

SQUIRE PATTON BOGGS (US) LLP

*/s/ Kyle Arendsen*
Kyle Arendsen
201 E. Fourth Street, Suite 1900
Cincinnati, OH 45202
Telephone: (513) 361-1200
kyle.arendsen@squirepb.com

*Counsel to General Electric Company (d/b/a
GE Aerospace)*

## Exhibit A

**Amended Row Seven of Exhibit 1 to the Assumption/Assignment Notice**

| Contract/Lease Counterparty | Type of Contract/Lease | Cure Amount |
|---|---|---|
| GE Aerospace | Customer | $5,400,556.66 |

**Exhibit A-1**

**Redline of Amended Row Seven of Exhibit 1 to the Assumption/Assignment Notice**

| Contract/Lease Counterparty | Type of Contract/Lease | Cure Amount |
|---|---|---|
| GE Aerospace~~Engine Services~~ | Customer | ~~$4,999,561.18~~$5,400,556.66 |