UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 25-12226 |
| | : | |
| CTL-AEROSPACE, INC., | : | Chapter 11 |
| | : | |
| | : | Judge Beth A. Buchanan |
| DEBTOR-IN-POSSESSION. | : | |

**NOTICE OF EXTENSION OF DEADLINE FOR STALKING HORSE BIDDER IDENTIFICATION DEADLINE AND FILING OF STALKING HORSE AGREEMENT**

**NOW COMES** CTL-Aerospace, Inc., Debtor and Debtor-In-Possession herein ("Debtor"), by and through the undersigned counsel, and hereby notifies the Court that the Debtor determined it was appropriate to extend the Stalking Horse Bidder Identification Deadline from December 19, 2025, at 4:00 p.m. (prevailing Eastern Time) to December 22, 2025, at 4:00 p.m. (prevailing Eastern Time) to permit finalization of the document and the initial required schedules to be attached to same. The Debtor further hereby notifies the Court and all creditors and parties in interest that the Stalking Horse Agreement has been filed with the Court on December 22, 2025.

## PLEASE READ THIS NOTICE CAREFULLY

**You are hereby notified** that the Stalking Horse Agreement, including Bid Protections (the "SHA") has been filed with the Court. A brief description of the SHA and bid protections is provided below or a full copy of the SHA may be obtained by sending an email request to: pfriesinger@coollaw.com.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the bid protections provided for in the SHA, or if you want the Court to consider your views on the Motion, then on or before December 30, 2025 at 4:00 (prevailing Eastern Time) (the "Deadline"), you or your attorney must file a written response (the "Stalking Horse Designation Objections") in accordance with the Court's local rules and filing procedures.

>   The Clerk of Court's address is:  U.S. Bankruptcy Court Clerk's Office, 221 East Fourth Street, Atrium Two Suite 800, Cincinnati, Ohio 45202.
>
>   Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website:  http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the Deadline.

You must also provide a copy of your response via mail to Patricia J. Friesinger, Esq., Coolidge Wall Co., L.P.A., 33 West First Street, Dayton, Ohio 45402 and to Anna Kordas, Esq., Akin Gump, One BVryant Park, New York, NY 10036-6745.

If you or your attorney do not take these steps, the court may decide that you do not oppose the SHA and the protections provided for therein and may enter an order granting that relief without further hearing or notice.

Further, as provided in the *Order Amending Dates and Deadlines Relating to the Sales of All or a Portion of the Debtor's Assets [Doc. 184]* entered herein on December 11, 2025 [Doc. 195] (the "Amended Dates and Deadlines Order"), the hearing on Stalking Horse Designation Objections, if any, is set for January 5, 2026 at 10:00 a.m. (prevailing Eastern Time).  Arrangements for attendance at such hearing are described in the Amended Dates and Deadlines Order.

## DESCRIPTION OF THE SHA

This description of the SHA is for the convenience of creditors and parties in interest.  To the extent this description conflicts with the language of the SHA, the SHA controls.  You are strongly encouraged to request a full copy of the SHA for review.

The SHA provides for DK CTL Aerospace Opco LLC ("Buyer") as designee of DKOF VI Trading Subsidiary LP (the Debtor's primary pre-petition and post-petition secured lender, the "Lender") to buy via a credit bid of all of its debt and permits termination of the SHA if the Debtor (i) has selected a Successful Bidder and corresponding bid that provides for aggregate recovery to Lender of no less than $33,063,248.59 in cash (such amount, the "**DIP Recovery Amount**") plus the value of Assumed Liabilities (as defined in the SHA), (ii) such Successful Bidder's purchase price (A) is at least $1,000,000.00 more than the DIP Recovery Amount plus the value of Assumed Liabilities and (B), in the event that there are multiple bids pursuant to the conditions of this clause (ii), such Successful Bidder's purchase price must be at least $375,000.00 more than the immediately preceding highest bid, and (iii) such Successful Bidder has entered into a binding agreement committing to the obligations in the foregoing clause (i) with respect to the DIP Recovery Amount (the foregoing clause (i), (ii) and (iii) collectively, the "***Topping Bid Condition***"). For purpose of determining the value of any Qualified Bid, including the proposal of Buyer in the SHA, Debtor may consider (i) the dollar amount of any Cure Costs Assumed (as defined in the SHA), in addition to those set forth in the Agreement and Final Disclosure Schedules, and (ii) the value to the estate of any Assumed Trade Payables, Assumed Contracts, Assumed Benefit Plans and/or other Assumed Liabilities and the value of any cash or cash

equivalents that are Excluded Assets, in each case, in addition to those set forth in the SHA and Final Disclosure Schedules. To the extent that Seller considers any such item in evaluating any Qualified Bid, as compared to the SHA, Seller must consistently value such items across both the SHA and any such Qualified Bid.

December 22, 2025
_____
Date of Issuance

Respectfully submitted,

COOLIDGE WALL CO., L.P.A.

*/s/ Patricia J. Friesinger*
_____
Patricia J. Friesinger (0072807)
Briana C. Breault (0099773)
33 West First Street, Suite 600
Dayton, Ohio 45402
Tel: 937/223-8177  Fax: 937/223-6705
E-Mail: friesinger@coollaw.com
           breault@coollaw.com

*Counsel for Debtor and Debtor-In-Possession CTL-Aerospace, Inc.*