**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 6, 2026**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 25-12226 |
| | ) | |
| CTL-AEROSPACE, INC., | ) | Chapter 11 |
| | ) | |
| | ) | Judge Beth A. Buchanan |
| Debtor. | ) | |
| | ) | |

**AGREED ORDER CONCERNING THE SHA AND AMENDING
THE NOTICE OF (A) POTENTIAL ASSUMPTION AND ASSIGNMENT
OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (B) CURE COSTS
[DOCS. 166, 245, & 205-1]**

**THIS MATTER** is before the Court upon General Electric Co. and GE Engine Services Distribution LLC (together, "GEESD"), CFM International, Inc. ("CFM"), and GE Engine Services, LLC ("GEES," collectively with GEESD and CFM, the "Counterparties") and CTL-Aerospace, Inc. (the "Debtor," collectively with the Counterparties, the "Parties") seeking to amend the *Notice of (A) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (B) Cure Costs* [Docket No. 166] (as amended by docket numbers 200 and 222, the "Assumption/Assignment Notice"); and on January 20, 2026, this Court having entered the *Order (I) Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of All*

*Non-Assumed Liens, Claims, Encumbrances, and Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 245] (the "Sale Order"), which, in Paragraph 4, "authorized and empowered [the Debtor] to enter into, and perform its obligations under, the SHA;[1]" and Section 2.5(a)(i) of the SHA [Docket No. 205-1] providing that "Schedule 2.5(a) sets forth a list of all executory Contracts (including all Leases) to which Seller is party and which are to be included in the Acquired Assets (the "Assumed Contracts") (subject to the terms of this Section 2.5) and Seller's good faith estimate of the Cure Costs associated with each Assumed Contract as of the Petition Date" (each capitalized term as defined in the SHA); and Section 2.3(b) of the SHA providing that "all trade and accounts payable set forth on Schedule 2.3(b)" shall be Assumed Liabilities (as defined in the SHA); and Schedule 2.3(b) having included GEESD and a proposed payment amount to GEESD of $26,497.89; and CFM and the Debtor being parties to that certain Purchase and License Agreement for Component Repair dated May 16, 2023 (the "CFM Agreement"); and the Debtor owing CFM $22,148.25 pursuant to the CFM Agreement (the "CFM Cure Cost"); and GEES and the Debtor being parties to (i) that certain Repair Services Agreement dated August 19, 2019, and (ii) that certain Repair Services Agreement dated October 12, 2022 (together, the "GEES Agreements"); and the Debtor owing GEES nothing pursuant to the GEES Agreements (the "GEES Cure Cost"); and GEESD and the Debtor being parties to that certain Purchase and License Agreement dated April 13, 2020 (the "GEESD Agreement"); and the Debtor owing GEESD $188,543.24 pursuant to the GEESD Agreement (the "GEESD Cure Cost"); and the Parties having agreed to amend the Assumption/Assignment Notice to account for the CFM Agreement, CFM Cure Cost, GEES Agreements, GEES Cure Cost, GEESD Agreement, and the GEESD Cure Cost;

---

[1] As defined in the Sale Order, the "SHA" shall mean that certain Asset Purchase Agreement by and among DK CTL Aerospace Opco LLC, as designee of DKOF VI Trading Subsidiary LP, and the Debtor dated December 22, 2025.

and the amendment to the Assumption/Assignment Notice as set forth in this Order being reasonable and in the best interest of the Debtor, the estate, and all stakeholders in this case; and the Parties having agreed that Schedule 2.5(a) of the SHA shall include the amendment to the Assumption/Assignment Notice set forth in this Order; and the Parties having agreed that Schedule 2.3(b) of the SHA shall be amended to remove the row listing GEESD; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Assumption/Assignment Notice in this District is proper before this Court pursuant 28 U.S.C. §§ 1408 and 1409;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. The Assumption/Assignment Notice shall be amended as set forth in **Exhibit A** attached hereto.

2. The CFM Agreement, CFM Cure Cost, GEES Agreements, GEES Cure Cost, GEESD Agreement, and GEESD Cure Cost shall be included in Schedule 2.5(a) of the SHA.

3. The CFM Cure Cost and GEESD Cure Cost shall be paid pursuant to the terms of the SHA to the extent such amounts have not already been paid to CFM and GEESD, respectively.

4. Schedule 2.3(b) of the SHA shall be modified to remove the row including GEESD.

5. The GEESD Agreement shall be modified to include the following provision: "GE Engine Services Distribution LLC ("Supplier") agrees to remove any holds placed on DK CTL Aerospace Opco LLC's ("Buyer") account, restore Buyer's account to good standing, and maintain all existing pricing and terms previously extended to CTL-Aerospace, Inc. to specifically include net30 payment terms on all future orders, provided that such net30 payment terms may be adjusted by Supplier if Buyer has consistently failed to make payments on a timely basis."

3

6.      Nothing in this Order shall be deemed a waiver of the Counterparties' rights (a) under the SHA, CFM Agreement, GEES Agreements, GEESD Agreement, Bankruptcy Code, or any other applicable law, or (b) to seek reimbursement or payment for any postpetition amounts expended by the Counterparties related to, arising from, or concerning the Debtor.

7.      Notwithstanding the possible applicability of Bankruptcy Rules 4001(a)(3), 6004(h), 7062, 9014, or otherwise, this Order shall be immediately effective and enforceable upon its entry.

8.      The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

**SO ORDERED.**

Dated:  March 27, 2026

COOLIDGE WALL CO., L.P.A.

/s/ Patricia J. Friesinger
Patricia J. Friesinger (0072807)
33 West First Street, Suite 600
Dayton, Ohio 45402
Tel: 937/223-8177  Fax: 937/223-6705
E-Mail:  friesinger@coollaw.com

*Counsel for Debtor and Debtor-In-Possession
CTL-Aerospace, Inc.*

- and -

SQUIRE PATTON BOGGS (US) LLP

/s/ Kyle Arendsen by P. Friesinger per E-mail
authority 04.03.26
Kyle Arendsen
201 E. Fourth Street, Suite 1900
Cincinnati, OH 45202
Telephone: (513) 361-1200
kyle.arendsen@squirepb.com

*Counsel to General Electric Co., GE Engine
Services Distribution LLC, CFM International,
Inc. and GE Engine Services, LLC*

- and -

AKIN GUMP STRAUSS HAUER & FELD LLP

/s/ Anna Kordas by P. Friesinger per E-mail
authority 04.05.26
Brad M. Kahn (admitted *pro hac vice*)
Anna Kordas (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
E-mail: bkahn@akingump.com
Email: akordas@akingump.com

*Counsel for DK Entities*

**Exhibit A**

| Contract/Lease Counterparty | Type of Contract/Lease | Cure Amount |
|---|---|---|
| CFM International, Inc. | Customer | $22,148.25 |
| GE Engine Services, LLC | Customer | $0.00 |
| General Electric Co. and GE Engine Services Distribution | Vendor and Licensor | $188,543.24 |

United States Bankruptcy Court

Southern District of Ohio

In re:
CTL-Aerospace, Inc.

Debtor

Case No. 25-12226-bab

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2026 | Form ID: pdf01 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | CTL-Aerospace, Inc., 5616 Spellmire Drive, Cincinnati, OH 452464898 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela L. Wallace | |
| | on behalf of Creditor Innovative Electric Service angie@blessingwallacelaw.com |
| Anna Kordas | |
| | on behalf of Creditor Davidson Kempner Capital Management LP  on behalf of certain of its managed funds and affiliates akordas@akingump.com |
| Asst US Trustee (Cin) | |
| | ustpregion09.ci.ecf@usdoj.gov |
| Benjamin Loveland | |
| | on behalf of Interested Party Northrop Grumman Systems Corporation Benjamin.Loveland@wilmerhale.com yolande.thompson@wilmerhale.com |
| Brad M. Kahn | |
| | on behalf of Creditor Davidson Kempner Capital Management LP  on behalf of certain of its managed funds and affiliates bkahn@akingump.com |
| Brian L. Shaw | |
| | on behalf of Creditor Committee The Official Committee of Unsecured Creditors of CTL-Aerospace  Inc. bshaw@cozen.com |
| Briana Breault | |
| | on behalf of Debtor In Possession CTL-Aerospace  Inc. breault@coollaw.com, farris@coollaw.com |

District/off: 0648-1                       User: ad                                                  Page 2 of 2

Date Rcvd: Apr 06, 2026                  Form ID: pdf01                                     Total Noticed: 1

Brittany R. Fitzgibbon
on behalf of Creditor Prospect Mold bfitzgibbon@dpylaw.com

Christina Sanfelippo
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of CTL-Aerospace  Inc. csanfelippo@cozen.com

David T. Austin
on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Elliot M Smith
on behalf of Creditor Wells Fargo Bank  N.A. ESmith@beneschlaw.com, Docket2@beneschlaw.com

Erin Severini
on behalf of Creditor Kawasaki Heavy Industries  Ltd. eseverini@fbtgibbons.com, eseverini@ecf.courtdrive.com

Ira Bodenstein
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of CTL-Aerospace  Inc. ibodenstein@cozen.com

Jacob H Marshall
on behalf of Creditor Wells Fargo Bank  N.A. jmarshall@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

James Papakirk
on behalf of Creditor Industrial Mechanical Contractors  Inc. jpapakirk@fp-legal.com

Jonathan Mark Layman
on behalf of Creditor Rudolph Bros. & Co. jlayman@hrabcaklaw.com  gina@hrabcaklaw.com

Justin Cloyd
on behalf of Interested Party General Electric Company (d/b/a GE Aerospace) justin.cloyd@squirepb.com
justin-cloyd-4157@ecf.pacerpro.com

Laura Irene Hillerich
on behalf of Creditor Duke Energy Ohio  Inc. hillerich@ctlawcincinnati.com

Lauren Lifland
on behalf of Interested Party Northrop Grumman Systems Corporation lauren.lifland@wilmerhale.com

Lloyd A. Lim
on behalf of Creditor Acuren Inspection  Inc. lloyd.lim@keanmiller.com

Louis F Solimine
on behalf of Interested Party James T Irwin louis.solimine@thompsonhine.com

Michael A Galasso
on behalf of Creditor Pollak Technology Services  LLC dba cxit mgalasso@rkpt.com, court@rkpt.com

Monica V Kindt
on behalf of U.S. Trustee Asst US Trustee (Cin) Monica.kindt@usdoj.gov

Norman Neville Reid
on behalf of Creditor Composites One LLC nreid@foxswibel.com  bhenderson@foxswibel.com;bkdocket@foxswibel.com

Patricia J Friesinger
on behalf of Debtor In Possession CTL-Aerospace  Inc. friesinger@coollaw.com,
trustee@coollaw.com;friesinger.patriciar@notify.bestcase.com

Ronald E Gold
on behalf of Creditor Kawasaki Heavy Industries  Ltd. rgold@fbtlaw.com, eseverini@fbtlaw.com

Scott D Fink
on behalf of Creditor Toyota Industries Commercial Finance  Inc. ecfndoh@weltman.com

Thomas R Merry
on behalf of Creditor Axiom Materials  Inc. tmerry@thomasrmerrylaw.com

Todd A Atkinson
on behalf of Creditor Yulista Integrated Solutions  LLC todd.atkinson@wbd-us.com,
Heidi.Sasso@wbd-us.com;liz.thomas@wbd-us.com

Zachary Philip Elliott
on behalf of Creditor Industrial Mechanical Contractors  Inc. zelliott@fp-legal.com


TOTAL: 30