**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 9, 2026**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CASE NUMBER 25-12226 |
| | : | |
| CTL-AEROSPACE, INC. | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | JUDGE BETH A. BUCHANAN |
| | : | |

**ORDER APPROVING FIRST INTERIM APPLICATION OF CAPSTONE CAPITAL MARKETS LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 17, 2025 THROUGH NOVEMBER 30, 2025 [DOC. 282]**

This matter having come before the Court upon the *First Interim Application of Capstone Capital Markets LLC for Allowance of Compensation and Reimbursement of Expenses for the Period September 17, 2025 through November 30, 2025, Combined with Notice Thereof and of Opportunity to Object* filed herein on March 9, 2026 [Doc. No. 282] (the "Application"), which seeks authority to pay Capstone Capital Market LLC a total of $806,868.53, made up of $802,500 in fees and $4,368.53 as reimbursement of actual, necessary expenses incurred during the period of September 17, 2025 through November 30, 2025.

The Court having reviewed the Application, and finding that proper notice was given to the parties in interest of the opportunity to object, the Court having been fully advised in the premises and having determined that the Application seeks payment for reasonable compensation for actual, necessary services performed by Capstone Capital Markets LLC on behalf of the Debtor-in-Possession herein, and legal and factual bases set forth in the Application establish cause for the relief granted herein; now therefore

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is GRANTED.

2.      The compensation of Capstone Capital Markets LLC in the amount of $802,500.00 plus expenses in the amount of $4,368.53 are hereby approved.

3.      The Court hereby authorizes and directs CTL-Aerospace, Inc., to make payment to Capstone Capital Markets LLC for reasonable and necessary services rendered for the benefit of the Debtor-in-Possession in the total amount of $806,868.53.

**IT IS SO ORDERED.**

cc:     Default List
Capstone Capital Markets LLC, c/o Geoffrey Frankel, 10 Post Office Square, Ste. 800N, Boston, MA, 02109

4909-4259-0622, v. 1