**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 9, 2026**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CASE NUMBER 25-12226 |
| | : | |
| CTL-AEROSPACE, INC. | : | CHAPTER  11 |
| | : | |
| DEBTOR. | : | JUDGE BETH A. BUCHANAN |
| | : | |

### ORDER APPROVING FIRST INTERIM APPLICATION OF CAPSTONE CAPITAL MARKETS LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 17, 2025 THROUGH NOVEMBER 30, 2025 [DOC. 282]

This matter having come before the Court upon the *First Interim Application of Capstone Capital Markets LLC for Allowance of Compensation and Reimbursement of Expenses for the Period September 17, 2025 through November 30, 2025, Combined with Notice Thereof and of Opportunity to Object* filed herein on March 9, 2026 [Doc. No. 282] (the "Application"), which seeks authority to pay Capstone Capital Market LLC a total of $806,868.53, made up of $802,500 in fees and $4,368.53 as reimbursement of actual, necessary expenses incurred during the period of  September 17, 2025 through November 30, 2025.

The Court having reviewed the Application, and finding that proper notice was given to the parties in interest of the opportunity to object, the Court having been fully advised in the premises and having determined that the Application seeks payment for reasonable compensation for actual, necessary services performed by Capstone Capital Markets LLC on behalf of the Debtor-in-Possession herein, and legal and factual bases set forth in the Application establish cause for the relief granted herein; now therefore

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Application is GRANTED.

2.      The compensation of Capstone Capital Markets LLC in the amount of $802,500.00 plus expenses in the amount of $4,368.53 are hereby approved.

3.      The Court hereby authorizes and directs CTL-Aerospace, Inc., to make payment to Capstone Capital Markets LLC for reasonable and necessary services rendered for the benefit of the Debtor-in-Possession in the total amount of $806,868.53.

**IT IS SO ORDERED.**

cc:     Default List
        Capstone Capital Markets LLC, c/o Geoffrey Frankel, 10 Post Office Square, Ste. 800N,
        Boston, MA, 02109

4909-4259-0622, v. 1

2

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                          Case No. 25-12226-bab

CTL-Aerospace, Inc.                                                                Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: pdf01 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | | CTL-Aerospace, Inc., 5616 Spellmire Drive, Cincinnati, OH 452464898 |
| fa | + | Capstone Capital Markets LLC, c/o Geoffrey Frankel, 10 Post Office Square, Ste. 800N, Boston, MA 02109-4631 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                          Signature:                  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela L. Wallace | on behalf of Creditor Innovative Electric Service angie@blessingwallacelaw.com |
| Anna Kordas | on behalf of Creditor Davidson Kempner Capital Management LP  on behalf of certain of its managed funds and affiliates akordas@akingump.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Benjamin Loveland | on behalf of Interested Party Northrop Grumman Systems Corporation Benjamin.Loveland@wilmerhale.com yolande.thompson@wilmerhale.com |
| Brad M. Kahn | on behalf of Creditor Davidson Kempner Capital Management LP  on behalf of certain of its managed funds and affiliates bkahn@akingump.com |

District/off: 0648-1                          User: ad                                    Page 2 of 2

Date Rcvd: Apr 09, 2026                     Form ID: pdf01                          Total Noticed: 2

Brian L. Shaw

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of CTL-Aerospace  Inc. bshaw@cozen.com

Briana Breault

on behalf of Debtor In Possession CTL-Aerospace  Inc. breault@coollaw.com, farris@coollaw.com

Brittany R. Fitzgibbon

on behalf of Creditor Prospect Mold bfitzgibbon@dpylaw.com

Christina Sanfelippo

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of CTL-Aerospace  Inc. csanfelippo@cozen.com

David T. Austin

on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Elliot M Smith

on behalf of Creditor Wells Fargo Bank  N.A. ESmith@beneschlaw.com, Docket2@beneschlaw.com

Erin Severini

on behalf of Creditor Kawasaki Heavy Industries  Ltd. eseverini@fbtgibbons.com, eseverini@ecf.courtdrive.com

Ira Bodenstein

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of CTL-Aerospace  Inc. ibodenstein@cozen.com

Jacob H Marshall

on behalf of Creditor Wells Fargo Bank  N.A. jmarshall@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

James Papakirk

on behalf of Creditor Industrial Mechanical Contractors  Inc. jpapakirk@fp-legal.com

Jonathan Mark Layman

on behalf of Creditor Rudolph Bros. & Co. jlayman@hrabcaklaw.com  gina@hrabcaklaw.com

Justin Cloyd

on behalf of Interested Party General Electric Company (d/b/a GE Aerospace) justin.cloyd@squirepb.com
justin-cloyd-4157@ecf.pacerpro.com

Laura Irene Hillerich

on behalf of Creditor Duke Energy Ohio  Inc. hillerich@ctlawcincinnati.com

Lauren Lifland

on behalf of Interested Party Northrop Grumman Systems Corporation lauren.lifland@wilmerhale.com

Lloyd A. Lim

on behalf of Creditor Acuren Inspection  Inc. lloyd.lim@keanmiller.com

Louis F Solimine

on behalf of Interested Party James T Irwin louis.solimine@thompsonhine.com

Michael A Galasso

on behalf of Creditor Pollak Technology Services  LLC dba cxit mgalasso@rkpt.com, court@rkpt.com

Monica V Kindt

on behalf of U.S. Trustee Asst US Trustee (Cin) Monica.kindt@usdoj.gov

Norman Neville Reid

on behalf of Creditor Composites One LLC nreid@foxswibel.com  bhenderson@foxswibel.com;bkdocket@foxswibel.com

Patricia J Friesinger

on behalf of Debtor In Possession CTL-Aerospace  Inc. friesinger@coollaw.com,
trustee@coollaw.com;friesinger.patriciar@notify.bestcase.com

Ronald E Gold

on behalf of Creditor Kawasaki Heavy Industries  Ltd. rgold@fbtlaw.com, eseverini@fbtlaw.com

Scott D Fink

on behalf of Creditor Toyota Industries Commercial Finance  Inc. ecfndoh@weltman.com

Thomas R Merry

on behalf of Creditor Axiom Materials  Inc. tmerry@thomasrmerrylaw.com

Todd A Atkinson

on behalf of Creditor Yulista Integrated Solutions  LLC todd.atkinson@wbd-us.com,
Heidi.Sasso@wbd-us.com;liz.thomas@wbd-us.com

Zachary Philip Elliott

on behalf of Creditor Industrial Mechanical Contractors  Inc. zelliott@fp-legal.com

TOTAL: 30