IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO

IN RE: : CASE NUMBER 25-12226
:
CTL-AEROSPACE, INC., : CHAPTER 11
:
DEBTOR. : JUDGE BETH A. BUCHANAN
:

## <u>REPORT OF SALE OF SUBSTANTIALLY ALL ASSETS OF THE DEBTOR</u>

**NOW COMES** CTL-Aerospace, Inc. (the "Debtor"), by and through counsel, and pursuant to Bankruptcy Rule 6004 and L.B.R. 6004-1, hereby files its report of sale of substantially all of its assets pursuant to the Asset Purchase Agreement, dated December 22, 2025 (and as subsequently amended from time to time, the "<u>SHA</u>"), which was approved by this Court's *Order (I) Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of All Non-Assumed Liens, Claims, Encumbrances, and Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Doc. 245] (the "<u>Sale Order</u>") to DK CTL Aerospace Opco LLC, a Delaware limited liability company, as designee of DKOF VI Trading Subsidiary LP (the "<u>Buyer</u>").

1.     The transaction authorized by the Sale Order closed on March 27, 2026 (the "<u>Closing Date</u>").  As set forth in section 3.1 of the SHA, the Purchase Price included the Buyer's credit bid of $33,063,248.59.

2.     Pursuant to section 2.3(b) of the SHA, the Buyer paid $1,898,254.93 in Assumed Trade Payables (as defined in the SHA).

3.     Pursuant to section 2.5(a) of the SHA, the Buyer paid Cure Costs (as defined in the SHA) in the amount of $724,965.20.

4.      Pursuant to section 3.1(b)(i) of the SHA, the Buyer funded the Closing Date Retained Cash Amount (as defined in the SHA) in the amount of $1,721,000.00.

5.      While the sale formally closed on the Closing Date with the final sale documents having been executed and the appropriate funds disbursed as required by the SHA, the transaction remains subject to various reconciliations and a transition services agreement, in accordance with the terms of the SHA and the Sale Order.

6.      Furthermore, attached as Exhibit "A" is a list of contracts assumed by the Buyer pursuant to the SHA and the Sale Order.  The Debtor anticipates filing a motion to reject all contracts not assumed by the Buyer in the near term.

Respectfully submitted,

COOLIDGE WALL CO., L.P.A.

*/s/ Patricia J. Friesinger*

_____
Patricia J. Friesinger (0072807)
Briana C. Breault (0099773)
33 West First Street, Suite 600
Dayton, Ohio 45402
Tel: 937/223-8177  Fax: 937/223-6705
E-Mail: friesinger@coollaw.com
         breault@coollaw.com

*Counsel for Debtor and Debtor-In-Possession*
*CTL-Aerospace, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **REPORT OF SALE OF SUBSTANTIALLY ALL ASSETS OF THE DEBTOR** was served on the date of filing on the following parties in interest via the methods noted below:

- Asst US Trustee (Cin)    ustpregion09.ci.ecf@usdoj.gov
- Todd A Atkinson    todd.atkinson@wbd-us.com, Heidi.Sasso@wbd-us.com;liz.thomas@wbd-us.com
- David T. Austin    david.austin2@usdoj.gov
- Ira Bodenstein    ibodenstein@cozen.com
- Briana Breault    breault@coollaw.com, farris@coollaw.com
- Justin Cloyd    justin.cloyd@squirepb.com, justin-cloyd-4157@ecf.pacerpro.com
- Zachary Philip Elliott    zelliott@fp-legal.com
- Scott D Fink    ecfndoh@weltman.com
- Brittany R. Fitzgibbon    bfitzgibbon@dpylaw.com
- Patricia J Friesinger    friesinger@coollaw.com, trustee@coollaw.com;friesinger.patriciar@notify.bestcase.com
- Michael A Galasso    mgalasso@rkpt.com, court@rkpt.com
- Ronald E Gold    rgold@fbtlaw.com, eseverini@fbtlaw.com
- Laura Irene Hillerich    hillerich@ctlawcincinnati.com
- Brad M. Kahn    bkahn@akingump.com, docketingautonotify@akingump.com
- Monica V Kindt    Monica.kindt@usdoj.gov
- Anna Kordas    akordas@akingump.com
- Jonathan Mark Layman    jlayman@hrabcaklaw.com, gina@hrabcaklaw.com
- Lauren Lifland    lauren.lifland@wilmerhale.com
- Lloyd A. Lim    lloyd.lim@keanmiller.com
- Benjamin Loveland    Benjamin.Loveland@wilmerhale.com, yolande.thompson@wilmerhale.com
- Jacob H Marshall    jmarshall@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- Thomas R Merry    tmerry@thomasrmerrylaw.com
- James Papakirk    jpapakirk@fp-legal.com
- Norman Neville Reid    nreid@foxswibel.com, bhenderson@foxswibel.com;bkdocket@foxswibel.com
- Christina Sanfelippo    csanfelippo@cozen.com
- Erin Severini    eseverini@fbtgibbons.com, eseverini@ecf.courtdrive.com
- Brian L. Shaw    bshaw@cozen.com
- Elliot M Smith    ESmith@beneschlaw.com, Docket2@beneschlaw.com
- Louis F Solimine    louis.solimine@thompsonhine.com
- Angela L. Wallace    angie@blessingwallacelaw.com

*/s/ Patricia J. Friesinger*

_____
Patricia J. Friesinger

**Schedule 2.5(a)**
**Assumed Contracts**

Amounts subject to revision in accordance with arrangements Buyer has made with contract counterparty / per Stalking Horse Order.

| POC # | Assumed Contract | Cure Costs |
|---|---|---|
|  | Supply Agreement, effective January 1, 2023, by and among Seller and Turbocombustor Technologies, Inc. d/b/a Paradigm Precision. | $338,351.27 |
| 94 | Amendment No. 2 to Product Supply Agreement – Bulk, effective August 1, 2016, by and among Seller and Matheson Tri-Gas, Inc. | $80,470.67 |
|  | Supply Agreement, effective February 23, 2023, by and among Seller and Frisa Aerospace. | $30,155.00 |
|  | Stop Loss Policy, dated May 1, 2025, by and among HCC Life Insurance Company and Seller. | $0.00 |
|  | Seventh Lease Amendment, dated March 23, 2015, by and among EQT Real Estate (on behalf of Dugan Financing, LLC) and Seller, with an original lease date of February 11, 1987. | $75,801.68 |
|  | Eight Amendment to Lease Agreement, dated February 10, 2025, by and among EQT Real Estate (on behalf of Pool 6 Industrial OH LLC) and Seller, with an original lease date of April 28, 1997. | $32,961.33 |
|  | Second Amendment to Lease, dated April 30, 2019, by and among Seller and Mark Enterprises, LLC., with an original lease date of May 17, 2013 | $6,769.79 |
|  | Seventh Lease Amendment, dated September 21, 2021, by and among Seller and Prudential Realty Co., agent for World Park Herman Investment Company, with an original lease date of December 22, 1987. | $59,504.00 |
| 44 | Master Lease Agreement – Equipment, dated as of 12/17/2018, Equipment Schedule Nos 1 and 2, by and among Toyota Material Handling Midwest, Inc. and Seller, as assigned to Toyota Industries Commercial Finance, Inc. | $8,959.39 |
|  | Agreement, by and among Seller and Applied Composites, copy of which was not provided. | $0.00 |
|  | Agreement, by and among Seller and GE Avio, copy of which was not provided. | $0.00 |
|  | Purchase and License Agreement GE No. 1-1045789, by and among GE Engine Services Distribution, LLC and Seller, dated March 30, 2020.[3] | $188,543.24 |
|  | Purchase and License Agreement for Component Repair, dated as of May 16, 2023, by and among CFM International, Inc. and Seller. | $22,148.25 |
|  | Repair Services Agreement, dated as of October 12, 2022, by and among GE Engine Services, LLC and Seller, as amended. | $0.00 |
|  | Repair Services Agreement, dated as of August 19, 2019, by and among GE Engine Services, LLC and Seller. | $0.00 |
|  | Standard corporate phone plan agreement, by and among Seller and Verizon Wireless, copy of which was not provided. | $0.00 |
|  | Canon Agreement | $0.00 |
|  | Anthem Blue Cross Blue Shield | $0.00 |

[3] Cure amount provided to the extent not already paid.

EXHIBIT A

| | | |
|---|---|---|
| | Retirement Savings Plan by and between Fidelity and Seller dated June 1, 1985, as subsequently amended. | $0.00 |
| | PPO $750 Group Medical Insurance by and between Anthem and Seller dated May 1, 2025. | $0.00 |
| | HSA $2500 Group Medical Insurance by and between Anthem and Seller dated May 1, 2025. | $0.00 |
| | Group Medical – SF (Fixed Costs) Medical Admin. by and between Anthem and Seller dated May 1, 2025. | $0.00 |
| | Group Vision Insurance by and between MetLife and Seller dated May 1, 2025. | $0.00 |
| | Basic Group Life and AD&D Insurance by and between MetLife and Seller dated May 1, 2025. | $0.00 |
| | Voluntary Group Life and AD&D Insurance by and between MetLife and Seller dated May 1, 2025. | $0.00 |
| | Worksite Accident Insurance by and between MetLife and Seller dated May 1, 2025. | $0.00 |
| | Worksite Critical Illness Insurance by and between MetLife and Seller dated May 1, 2025. | $0.00 |
| | Hospital Indemnity Insurance by and between MetLife and Seller dated May 1, 2025. | $0.00 |
| | Group Dental PPO Buy-Up (High) Insurance by and between Guardian and Seller dated May 1, 2025. | $0.00 |
| | Guardian Group Dental PPO Base (Low) Insurance by and between Guardian and Seller dated May 1, 2025. | $0.00 |
| | Group Short-Term Disability Insurance (Class 1 – All others) by and between Lincoln National Life Insurance Company and Seller dated May 1, 2025. | $0.00 |
| | Group Long-Term Disability Insurance (Class 2 – Managers) by and between Lincoln National Life Insurance Company and Seller dated May 1, 2025. | $0.00 |
| | Lincoln National Life Insurance Company Employee Assistance Program by and between Lincoln National Life Insurance Company and Seller dated May 1, 2025. | $0.00 |
| | Health Savings Account by and between HSA Banking and Seller dated May 1, 2025 | $0.00 |
| | Flexible Spending Account by and between Chard-Snyder and Seller dated May 1, 2025. | $0.00 |
| | Property Insurance by and between American Casualty Company of Reading and Seller dated January 1, 2026, Policy Number 7018068617 | $0.00 |
| | General Liability Insurance by and between American Casualty Company of Reading, PA and Seller dated January 1, 2026, Policy Number 7018086891 | $0.00 |
| | Business Auto Insurance by and between American Casualty Company of Reading, PA and Seller dated January 1, 2026, Policy Number 7018068603 | $0.00 |
| | Umbrella Insurance by and between American Casualty Company of Reading, PA and Seller dated January 1, 2026, Policy Number 7018068598 | $0.00 |
| | International Insurance by and between American Casualty Company of Reading, PA and Seller dated January 1, 2026, Policy Number PST71677-1300 | $0.00 |
| | Crime Insurance by and between American Casualty Company of Reading, PA and Seller dated January 1, 2026, Policy Number 7018068617 | $0.00 |
| | Aviation Insurance by and between Endurance Assurance Corporation and Seller dated November 16, 2025, Policy Number NAF6069565 | $0.00 |

| | | |
|---|---|---|
| | Maritime Insurance by and between Continental Insurance Company and Seller dated September 1, 2025, Policy Number OC261582 | $0.00 |
| | **Total Assumed Contract Cures** | **$843,664.62** |