**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – AT CINCINNATI**

| | |
|---|---|
| In re: | Case No. 25-12226 |
| CTL-AEROSPACE, INC., | Chapter 11 |
| Debtor. | Judge Beth A. Buchanan |

**CERTIFICATE OF SERVICE [DOC 292]**

The undersigned counsel for the Official Committee of Unsecured Creditors appointed in the above referenced chapter 11 case hereby certifies that **THE FIRST INTERIM APPLICATION OF COZEN O'CONNOR AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 6, 2025, THROUGH DECEMBER 31, 2025, COMBINED WITH NOTICE AND OPPORTUNITY TO OBJECT** [Doc 292], filed on April 1, 2026, was served as indicated below:

Via the Court's ECF Noticing Service to:

- **Asst US Trustee (Cin)**    ustpregion09.ci.ecf@usdoj.gov
- **Todd A Atkinson**   todd.atkinson@wbd-us.com, Heidi.Sasso@wbd-us.com;lizthomas@wbd-us.com
- **David T. Austin**    david.austin2@usdoj.gov
- **Ira Bodenstein**    ibodenstein@cozen.com
- **Justin Cloyd**    justin.cloyd@squirepb.com, justin-cloyd-4157@ecf.pacerpro.com
- **Zachary Philip Elliott**    zelliott@fp-legal.com
- **Scott D Fink**    ecfndoh@weltman.com
- **Brittany R. Fitzgibbon**    bfitzgibbon@dpylaw.com
- **Patricia J Friesinger**    friesinger@coollaw.com, trustee@coollaw.com;friesinger.patriciar@notify.bestcase.com
- **Michael A Galasso**    mgalasso@rkpt.com, court@rkpt.com
- **Ronald E Gold**    rgold@fbtlaw.com, eseverini@fbtlaw.com
- **Laura Irene Hillerich**    hillerich@ctlawcincinnati.com
- **Brad M. Kahn**    bkahn@akingump.com
- **Monica V Kindt**    Monica.kindt@usdoj.gov
- **Anna Kordas**    akordas@akingump.com

115099136\1

- **Jonathan Mark Layman**   jlayman@hrabcaklaw.com, gina@hrabcaklaw.com
- **Lauren Lifland**   lauren.lifland@wilmerhale.com
- **Lloyd A. Lim**   lloyd.lim@keanmiller.com
- **Benjamin Loveland**   Benjamin.Loveland@wilmerhale.com, yolande.thompson@wilmerhale.com
- **Jacob H Marshall**   jmarshall@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Thomas R Merry**   tmerry@thomasrmerrylaw.com
- **James Papakirk**   jpapakirk@fp-legal.com
- **Norman Neville Reid**   nreid@foxswibel.com, bhenderson@foxswibel.com;bkdocket@foxswibel.com
- **Christina Sanfelippo**   csanfelippo@cozen.com
- **Erin Severini**   eseverini@fbtlaw.com, eseverini@ecf.courtdrive.com
- **Brian L. Shaw**   bshaw@cozen.com
- **Elliot M Smith**   ESmith@beneschlaw.com, Docket2@beneschlaw.com
- **Louis F Solimine**   louis.solimine@thompsonhine.com
- **Angela L. Wallace**   angie@blessingwallacelaw.com

And the creditors and parties in interest, as shown on the attached Declaration of Mailing and Certificate of Service on the date of filing.

Respectfully submitted,

Cozen O'Connor

/s/ Ira Bodenstein

Brian L. Shaw (IL Bar No. 6216834)
Ira Bodenstein (IL Bar No. 3126857)
Cozen O'Connor
123 North Wacker Dr, Suite 1800
Chicago, IL 60606
312-382-1800
bshaw@cozen.com
ibodenstein@cozen.com

*Counsel for the Official Committee Of Unsecured Creditors Of CTL-Aerospace, Inc.*

2

115099136\1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – AT CINCINNATI**

| | |
|---|---|
| In re: | Case No. 25-12226 |
| CTL-AEROSPACE, INC., | Chapter 11 |
| Debtor. | Judge Beth A. Buchanan |

## DECLARATION OF MAILING AND CERTIFICATE OF SERVICE

On April 1, 2026, I did cause a copy of the following document, described below,

> First Interim Application For Approval To Pay Compensation To Cozen O'Connor As Counsel To The Official Committee Of Unsecured Creditors In The Amount Of $188,290.00 And For Expenses In The Amount Of $600.00 For The Period Of October 6, 2025 Through December 31, 2025, Combined With Notice Thereof And Opportunity To Object [Dkt. No. 292]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

Dated:  April 28, 2026

/s/ Ira Bodenstein
Brian L. Shaw (IL Bar No. 6216834)
Ira Bodenstein (IL Bar No. 3126857)
Cozen O'Connor
123 North Wacker Dr, Suite 1800
Chicago, IL 60606
312-382-1800
bshaw@cozen.com
ibodenstein@cozen.com

*Counsel for the Official Committee Of
Unsecured Creditors Of CTL-Aerospace, Inc.*

115099136\1

Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust
(a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."),
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust
(a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."),
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Capstone Capital Markets LLC
c/o Geoffrey Frankel
10 Post Office Square
Ste. 800N
Boston, MA 02109

Debra A. Dandeneau
Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018

115099136\1