**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: April 30, 2026**



Beth A. Buchanan
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – AT CINCINNATI

| | |
|---|---|
| In re: | Case No. 25-12226 |
| CTL-AEROSPACE, INC., | Chapter 11 |
| Debtor. | Judge Beth A. Buchanan |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF COZEN O'CONNOR AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 6, 2025 THROUGH DECEMBER 31, 2025 [Dkt. No. 292]**

THIS MATTER is before the Court pursuant to the *First Interim Fee Application of Cozen O'Connor as Counsel to the Official Committee Of Unsecured Creditors for approval of Compensation and Reimbursement of Expenses for the Period of October 6, 2025 through December 31, 2025*, Combined with Notice Hereof filed herein on April 1, 2026 (Docket No. 292, the "Application"), which seeks allowance of fees for professional services rendered and expenses incurred. The Court hereby finds that notice of the Application has been given pursuant to the Federal Rules of Bankruptcy Procedure 2002 (a)(6) and (c)(2) and that no objections to the

Application been filed. As such, and for good cause shown, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The Application is granted and Cozen O'Connor is hereby allowed $188,290.00 in interim compensation for services rendered and $600.00 in expense reimbursement for the Application Period of October 6, 2025 through December 31, 2025.

2. The Debtor is hereby authorized and directed to pay to Cozen the Holdback in Allowed Fees, in the amount of $28,243.50 representing the difference between the Allowed Fees plus the Allowed Expenses less the First Interim Payments.

     **SO ORDERED**.

cc:  Default List

LEGAL\114484411\1