**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Beth A. Buchanan*
Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 30, 2026**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – AT CINCINNATI

| | |
|---|---|
| In re: | Case No. 25-12226 |
| CTL-AEROSPACE, INC., | Chapter 11 |
| Debtor. | Judge Beth A. Buchanan |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF COZEN O'CONNOR AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 6, 2025 THROUGH DECEMBER 31, 2025 [Dkt. No. 292]**

THIS MATTER is before the Court pursuant to the *First Interim Fee Application of Cozen O'Connor as Counsel to the Official Committee Of Unsecured Creditors for approval of Compensation and Reimbursement of Expenses for the Period of October 6, 2025 through December 31, 2025*, Combined with Notice Hereof filed herein on April 1, 2026 (Docket No. 292, the "Application"), which seeks allowance of fees for professional services rendered and expenses incurred. The Court hereby finds that notice of the Application has been given pursuant to the Federal Rules of Bankruptcy Procedure 2002 (a)(6) and (c)(2) and that no objections to the

LEGAL\114484411\1

Application been filed. As such, and for good cause shown, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The Application is granted and Cozen O'Connor is hereby allowed $188,290.00 in interim compensation for services rendered and $600.00 in expense reimbursement for the Application Period of October 6, 2025 through December 31, 2025.

2. The Debtor is hereby authorized and directed to pay to Cozen the Holdback in Allowed Fees, in the amount of $28,243.50 representing the difference between the Allowed Fees plus the Allowed Expenses less the First Interim Payments.

**SO ORDERED**.

cc: Default List

LEGAL\114484411\1

United States Bankruptcy Court

Southern District of Ohio

In re:                                                                                      Case No. 25-12226-bab

CTL-Aerospace, Inc.                                                                         Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0648-1 | User: ad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 01, 2026 | Form ID: pdf01 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | CTL-Aerospace, Inc., 5616 Spellmire Drive, Cincinnati, OH 452464898 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela L. Wallace | on behalf of Creditor Innovative Electric Service angie@blessingwallacelaw.com |
| Anna Kordas | on behalf of Creditor Davidson Kempner Capital Management LP  on behalf of certain of its managed funds and affiliates akordas@akingump.com |
| Asst US Trustee (Cin) | ustpregion09.ci.ecf@usdoj.gov |
| Benjamin Loveland | on behalf of Interested Party Northrop Grumman Systems Corporation BLoveland@goodwinlaw.com yolande.thompson@wilmerhale.com |
| Brad M. Kahn | on behalf of Creditor Davidson Kempner Capital Management LP  on behalf of certain of its managed funds and affiliates bkahn@akingump.com, docketingautonotify@akingump.com |
| Brian L. Shaw | on behalf of Creditor Committee The Official Committee of Unsecured Creditors of CTL-Aerospace  Inc. bshaw@cozen.com |
| Briana Breault | on behalf of Debtor In Possession CTL-Aerospace  Inc. breault@coollaw.com, farris@coollaw.com |

District/off: 0648-1        User: ad        Page 2 of 2

Date Rcvd: May 01, 2026        Form ID: pdf01        Total Noticed: 1

Brittany R. Fitzgibbon
         on behalf of Creditor Prospect Mold bfitzgibbon@dpylaw.com

Christina Sanfelippo
         on behalf of Creditor Committee The Official Committee of Unsecured Creditors of CTL-Aerospace Inc. csanfelippo@cozen.com

David T. Austin
         on behalf of U.S. Trustee Asst US Trustee (Cin) david.austin2@usdoj.gov

Elliot M Smith
         on behalf of Creditor Wells Fargo Bank N.A. ESmith@beneschlaw.com, Docket2@beneschlaw.com

Erin Severini
         on behalf of Creditor Kawasaki Heavy Industries Ltd. eseverini@fbtgibbons.com, eseverini@ecf.courtdrive.com

Ira Bodenstein
         on behalf of Creditor Committee The Official Committee of Unsecured Creditors of CTL-Aerospace Inc. ibodenstein@cozen.com

Jacob H Marshall
         on behalf of Creditor Wells Fargo Bank N.A. jmarshall@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

James Papakirk
         on behalf of Creditor Industrial Mechanical Contractors Inc. jpapakirk@fp-legal.com

Jonathan Mark Layman
         on behalf of Creditor Rudolph Bros. & Co. jlayman@hrabcaklaw.com gina@hrabcaklaw.com

Justin Cloyd
         on behalf of Interested Party General Electric Company (d/b/a GE Aerospace) justin.cloyd@squirepb.com
justin-cloyd-4157@ecf.pacerpro.com

Laura Irene Hillerich
         on behalf of Creditor Duke Energy Ohio Inc. hillerich@ctlawcincinnati.com

Lauren Lifland
         on behalf of Interested Party Northrop Grumman Systems Corporation lauren.lifland@wilmerhale.com

Lloyd A. Lim
         on behalf of Creditor Acuren Inspection Inc. lloyd.lim@keanmiller.com

Louis F Solimine
         on behalf of Interested Party James T Irwin louis.solimine@thompsonhine.com

Michael A Galasso
         on behalf of Creditor Pollak Technology Services LLC dba cxit mgalasso@rkpt.com, court@rkpt.com

Monica V Kindt
         on behalf of U.S. Trustee Asst US Trustee (Cin) Monica.kindt@usdoj.gov

Norman Neville Reid
         on behalf of Creditor Composites One LLC nreid@foxswibel.com bhenderson@foxswibel.com;bkdocket@foxswibel.com

Patricia J Friesinger
         on behalf of Debtor In Possession CTL-Aerospace Inc. friesinger@coollaw.com,
trustee@coollaw.com;friesinger.patriciar@notify.bestcase.com

Ronald E Gold
         on behalf of Creditor Kawasaki Heavy Industries Ltd. rgold@fbtlaw.com, eseverini@fbtlaw.com

Scott D Fink
         on behalf of Creditor Toyota Industries Commercial Finance Inc. ecfndoh@weltman.com

Thomas R Merry
         on behalf of Creditor Axiom Materials Inc. tmerry@thomasrmerrylaw.com

Todd A Atkinson
         on behalf of Creditor Yulista Integrated Solutions LLC todd.atkinson@wbd-us.com,
Heidi.Sasso@wbd-us.com;liz.thomas@wbd-us.com

Zachary Philip Elliott
         on behalf of Creditor Industrial Mechanical Contractors Inc. zelliott@fp-legal.com


TOTAL: 30