**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

IN RE:                       :   Case No. 25-12226

CTL-AEROSPACE, INC.,       :   Chapter 11

          DEBTOR.       :   Judge Beth A. Buchanan

**POST-CLOSING REPORT OF TRADE CREDITOR AGREEMENTS**

DK CTL Aerospace Opco LLC, as designee of DKOF VI Trading Subsidiary (the "Buyer"), by and through counsel, hereby files a report on the status of trade vendor agreements pursuant to the *Order (I) Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of All Non-Assumed Liens, Claims, Encumbrances, and Interests; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Dkt. No. 245] (the "Sale Order").[1]

1.       Pursuant to paragraph forty-two of the Sale Order, unless the bankruptcy case is dismissed, the Buyer must file within ninety days of closing of the sale to the Buyer (the "Closing") a report with the Court "identifying which trade vendors whose liabilities are being assumed pursuant to the terms of the SHA as identified on schedule 2.3(b) to the SHA have reached trade agreements with the Buyer, and which vendor claims remain unresolved" (the "Post-Closing Report"). Sale Order, ¶ 42.

2.       As filed on December 22, 2025, schedule 2.3(b) of the SHA identified sixty-four counterparties with assumed trade payables (the "Schedule 2.3(b)"). *See* SHA, at 90–91.

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

3.      The following changes were made to Schedule 2.3(b) in advance of the Closing:

a.  "Ben McNary," "Scott Crislip," and "John Irwin" were removed from Schedule 2.3(b), as it was determined that those parties did not hold trade payables to be assumed.

b.  Samax Precision, Inc. and Ikonics Corporation (Saati Americas Corporation) were added to Schedule 2.3(b).

c.  Furthermore, pursuant to a court-ordered stipulation, the Debtor, the Buyer, and GE Engine Services Distribution LLC ("GEESD") agreed to move GEESD from Schedule 2.3(b) to Schedule 2.5(a) of the SHA.

4.      As of the date hereof, the Buyer has reached trade agreements with thirty counterparties listed on the Schedule 2.3(b), each of which is listed in **Exhibit A** attached hereto.

5.      As of the date hereof, the Buyer has not reached agreement with sixteen counterparties listed on the Schedule 2.3(b), each of which is listed in **Exhibit B** attached hereto. The Buyer does not expect to reach trade agreements with these counterparties.

*[Remainder of page left intentionally blank.]*

6.      As of the date hereof, the Buyer and sixteen counterparties listed on Schedule 2.3(b) have agreed that no prepetition liabilities are outstanding, and therefore, trade agreements are unnecessary.  Those certain counterparties are listed in **Exhibit C** attached hereto.

Dated: June 22, 2026

Respectfully submitted,

\_\_/s/\_ _Brad M. Kahn_____
Brad M. Kahn (admitted _pro hac vice_)
Anna Kordas (admitted _pro hac vice_)
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
E-mail: bkahn@akingump.com
E-mail: akordas@akingump.com

_Counsel for the Buyer_

# Exhibit A

**Agreements Reached with Trade Vendors Listed on
Schedule 2.3(b) of the SHA**

| # | POC # | Trade AP Counterparty |
|---|---|---|
| 1. | 42 | Composites One LLC |
| 2. | 19 | Rudolph Brothers |
| 3. | 102 | Valence Surface Technology |
| 4. | 85 | Axiom Materials |
| 5. | 58 | Albany Engineered Composites |
| 6. | 103 | Airtech International, Inc. |
| 7. | 54 | R.S. Hughes |
| 8. | 108 | Acuren |
| 9. | | Rhinestahl CTS |
| 10. | 20 | Prospect Mold |
| 11. | 60 | Mainstream Waterjet |
| 12. | | Virtek Vision International ULC |
| 13. | 49 | 3M Company |
| 14. | 47 | General Dynamics Ordnance and Tactical Systems |
| 15. | 73 | Apex Engineering International, LLC |
| 16. | 40 | Industrial Mechanical Contractors, Inc. |
| 17. | 53 | IMITEC, INC. |
| 18. | | Henkel Corporation |
| 19. | 45 | Computer Xpress |
| 20. | | Aviall |
| 21. | | Numet Machining Techniques |
| 22. | 56 | C.H. Robinson Company, Inc |
| 23. | 84 | OTC Industrial Technologies and AirTech LLC, dba Air Technologies[2] |

---

[2]   For clarity, the Debtor and the Buyer added additional trade names and/or subsidiaries associated with OTC Industrial Technologies to Schedule 2.3(b).

| # | POC # | Trade AP Counterparty |
|---|---|---|
| 24. | | Adept Fasteners, Inc. |
| 25. | | Diversified Industrial Products |
| 26. | | TS Machining |
| 27. | 63 | Texas Almet, Inc. |
| 28. | 106 | Boeing Distribution Services Inc. |
| 29. | 32 | Samax Precision, Inc.[3] |
| 30. | 29 | Ikonics Corporation (Saati Americas Corporation)[4] |

---

[3]   Since Schedule 2.3(b) was filed on December 22, 2025, the Debtor and the Buyer agreed that a prepetition trade payable held by Samax Precision, Inc. was due, and the assumed payable was added to Schedule 2.3(b).

[4]   Since Schedule 2.3(b) was filed on December 22, 2025, the Debtor and the Buyer agreed that a prepetition trade payable held by Ikonics Corporation (Saati Americas Corporation) was due, and the assumed payable was added to Schedule 2.3(b).

# Exhibit B

**Unresolved Trade Agreements**

| # | POC # | Trade AP Counterparty |
|---|---|---|
| 1. | | GE Avio |
| 2. | 2 | Paragon D&E |
| 3. | 12 | Yoshi Hashimoto |
| 4. | | Bowden Manufacturing Corporation |
| 5. | 6 | CPP - Syracuse, Inc. |
| 6. | 10 | Tens Machine Company, Inc. |
| 7. | 1 | Starn Tool & Manufacturing Co |
| 8. | 7 | Pako, Inc. |
| 9. | 89 | Cincinnati Testing Laboratories, Inc. |
| 10. | | GeoCorp, Inc. |
| 11. | 80 | Adaptive Corporation |
| 12. | | Environmental Enterprises Inc. |
| 13. | 91 | Eagle Registrations Inc |
| 14. | | Bob Brink |
| 15. | | Limble Solutions, Inc. |
| 16. | | Krayden Inc. |

# Exhibit C

### No Prepetition Liabilities Outstanding

| # | POC # | Trade AP Counterparty |
|---|---|---|
| 1. | | Bodycote Surface Technologies |
| 2. | | Cytec - Winona |
| 3. | | Saint-Gobain Performance Plastics Corporation |
| 4. | | Spincraft - WI |
| 5. | | GIS Benefits |
| 6. | 51 | Plex Systems, Inc |
| 7. | | Park Aerospace Corp. |
| 8. | | Andrews Laser Works Corporation |
| 9. | | FedEx |
| 10. | | SBR Administrative Services, LLC |
| 11. | | Euro-Composites Corp. |
| 12. | | Team Industrial Services, Inc. |
| 13. | 50 | Wells Fargo Equipment Services |
| 14. | | TigHitco LatinoAmerica |
| 15. | | PPG Aerospace Inc. |
| 16. | 48 | WEX Bank |