**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| IN RE: | : | Case No. 25-12226 |
| | : | |
| CTL-AEROSPACE, INC., | : | Chapter 11 |
| | : | |
| DEBTOR. | : | Judge Beth A. Buchanan |
| | : | |

**CERTIFICATE OF SERVICE**

I, Brad M. Kahn, certify that:

1.      I am employed by the law firm of Akin Gump Strauss Hauer & Feld LLP at One Bryant Park, New York, NY 10036, counsel for DK CTL Aerospace Opco LLC, as designee of DKOF VI Trading Subsidiary (the "Buyer").

2.      I hereby certify that, on or about June 22, 2026, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the *Post-Closing Report of Trade Creditor Agreements* [Dkt. No. 304] (the "Post-Closing Report") to be served via ECF upon all counsel and parties receiving ECF notifications in the above-captioned proceeding.

3.      I hereby certify that, on or about June 22, 2026, my colleagues and I caused, facilitated and/or coordinated true and correct copies of the Post-Closing Report to be served via first-class mail on the parties listed in **Exhibit A**.

Dated:  June 22, 2026

/s/ Brad M. Kahn

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Brad M. Kahn (admitted *pro hac vice*)
Anna Kordas (admitted *pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email:  bkahn@akingump.com
        akordas@akingump.com

*Counsel for the Buyer*

2

**EXHIBIT A**

| Entity | Address |
|---|---|
| Office of the US Trustee, Attn: David T. Austin | J.W. Peck Federal Building<br>550 Main Street, Suite 4-812<br>Cincinnati, OH 45202 |
| CTL-Aerospace, Inc. | 5616 Spellmire Drive<br>Cincinnati, OH 45246-4898 |
| Capstone Capital Markets LLC, Attn: Geoffrey Frankel | 10 Post Office Square<br>Ste. 800N<br>Boston, MA 02109 |
| PW Partners LLC<br>Attn: Sean Pierce | 1 Easton Oval Ste 310<br>Columbus, OH 43219 |
| PW Partners LLC<br>Attn: Sean Pierce | 655 Metro Place South Ste 600<br>Dublin, OH 43017 |
| Justin Stallard | 127 Public Square Ste 2300<br>Cleveland, OH 44114 |
| Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST," or "V.A.U.L. Trust," or "VAULT," or "V.A.U.L.T."), c/o AIS Port AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 |
| Composites One LLC | 955 National Parkway<br>Schaumburg  IL 60173-5363 |
| Rudolph bros co<br>Co Hrabcak Company LPA | 67 East Wilson Bridge Road<br>Worthington, OH 43085-2338 |
| Rudolph Brothers / Rudolph Bros Co | 6550 Oley Speaks Way<br>Canal Winchester, OH 43110-8274 |
| Valence Surface Technology | 492 Prospect Ave<br>West Springfield, MA 01089-4585 |
| Valence surface technologies dba Fountain Plating Co | 492 Prospect Ave<br>West Springfield, MA 01089-4585 |
| Axiom Materials | 2320 Pullman St<br>Santa Ana, CA 92705-5507 |
| Albany Engineered Composites | 216 Airport Drive<br>Rochester, NH 03867-1718 |
| Albany Engineered Composites Inc., Attn: Legal Department | 325 Corporate Drive<br>Portsmouth, NH 03801-6838 |
| Airtech International, Inc. | 5700 Skylab Road<br>Huntington Beach, CA 92647-2055 |
| R.S. Hughes | 1162 Sonora Court<br>Sunnyvale, CA 94086-5378 |
| Acuren Inspection Inc. | 14434 Medical Complex Drive, Suite 100<br>Tomball, TX 77377-3098 |
| Acuren | 14434 Medical Complex Drive, Ste 100<br>Tomball, TX 77377-3098 |

| | |
|---|---|
| Rhinestahl CTS | 7687 Innovation Way<br>Mason, OH 45040-9695 |
| Prospect Mold | 1100 Main Street, Bldg 5<br>Cuyahoga Falls, OH 44221-4922 |
| Mainstream Waterjet | 108 Northeast Drive<br>Loveland, OH 45140-7144 |
| Virtek Vision International ULC | 785 Bridge Street<br>Waterloo ON N2V 2K1 Canada |
| 3M Company<br>Greenberg Traurig LLP<br>C/o Alison Frank | 3333 Piedmont Road NE, Suite 2500<br>Atlanta, GA 30305-1780 |
| King & Spalding LLP, Attn: Sarah Primrose<br>(on behalf of General Dynamics Ordnance<br>and Tactical Systems) | 1180 Peachtree St NE Suite 1600<br>Atlanta, GA 30309-3531 |
| Apex Engineering International, LLC | 300 N Mead St Suite 200<br>Wichita, KS 67202-2745 |
| Industrial Mechanical Contractors, Inc. c/o<br>John Meyer | 4828 Duff Drive Ste A<br>Cincinnati, OH 45246-1143 |
| IMITEC, INC. | 1990 Maxon Rd<br>Schenectady, NY 12308-1124 |
| Henkel Corporation | 1 Henkel Way<br>Rocky Hill Ct 06067-3581 |
| Computer Xpress | 4440 Forest Dr Ste 102b<br>Blue Ash, OH 45242 |
| Aviall | 2750 Regent Blvd<br>Dallas, TX 75261 |
| Numet Machining Techniques | 235 Edison Road<br>Orange, CT 06477-3603 |
| C.H. Robinson Worldwide, Inc. Attn:<br>Bankruptcy Team Bill Glad | 14701 Charlson Road Suite 2400<br>Eden Prairie, MN 55347-5076 |
| C.H. Robinson Company, Inc Attn:<br>Bankruptcy Team Bill Glad | 14701 Charlson Road Suite 2400<br>Eden Prairie, MN 55347-5076 |
| OTC Industrial Technologies | 3948 Townsfair Way Suite 200<br>Columbus, OH 43219-7003 |
| AirTech LLC | 3948 Townsfair Way Suite 200<br>Columbus, OH 43219-7003 |
| Adept Fasteners, Inc. | 27949 Hancock Pkwy<br>Valencia, CA 91355-4116 |
| Diversified Industrial Products | 14 Connor Lane<br>Deer Park, NY 11729-7210 |
| TS Machining | 6770 Taylor Pike<br>Blanchester, OH 45107-8803 |
| Texas Almet, Inc. | 2800 E Randol Mill Rd<br>Arlington, TX 76011-6724 |

| | |
|---|---|
| Boeing Distribution Services Inc. | 3760 W 108th St<br>Hialeah, FL 33018-1262 |
| Samax Precision, Inc. | 926 W Evelyn Avenue<br>Sunnyvale, CA 94086-5957 |
| GE Avio | 1 Aviation Way<br>Cincinnati, OH 45215-1900 |
| Paragon DE | 5225 33rd St SE<br>Grand Rapids, MI 49512-2071 |
| Paragon Die Engineering Company | 333 Bridge Street NW<br>Suite 1700<br>Grand Rapids, MI 49504-5365 |
| Yoshi Hashimoto | 5616 Spellmire Drive<br>Cincinnati, OH 45246-4857 |
| Bowden Manufacturing Corporation | 4590 Beidler Rd<br>Willoughby, OH 44094-4682 |
| CPP - Syracuse, Inc. | 901 East Genesee Street<br>Chittenango, NY 13037-1325 |
| Tens Machine Company, Inc. | 800 Grundy Ave<br>Holbrook, NY 11741-2606 |
| Rivkin Radler LLP<br>Attn: Stuart I Gordon Esq. on behalf of Tens<br>Machine Co. Inc. | 926 RXR Plaza<br>Uniondale, NY 11556-3823 |
| Starn Tool & Manufacturing Co | 20524 Blooming Valley Rd<br>Meadville, PA 16335-8099 |
| Pako, Inc. | 7615 Jenther Drive<br>Mentor, OH 44060-4872 |
| Cincinnati Testing Laboratories, Inc. | 1775 Carillon Blvd<br>Cincinnati, OH 45240-2805 |
| GeoCorp, Inc. | 9010 River Road<br>Huron, OH 44839-9523 |
| Adaptive Corporation | 118 W Streetsboro Rd Ste 221<br>Hudson, OH 44236-2711 |
| Environmental Enterprises Inc. | 10163 Cincinnati-Dayton Rd<br>Cincinnati, OH 45241-1005 |
| Eagle Registrations Inc | 220 E Monument Ave Ste 510<br>Dayton, OH 45402-1665 |
| Bob Brink | 165 Steuben Street<br>Winona, MN 55987-4636 |
| Limble Solutions, Inc. | 3290 W Mayflower Ave<br>Lehi, UT 84048-3130 |
| Krayden Inc. | 1491 West 124th Avenue<br>Denver, CO 80234-1701 |
| Bodycote Surface Technologies | 1780 Anderson Blvd<br>Hebron, KY 41048-9768 |

| | |
|---|---|
| Cytec - Winona | 2085 East Technology Circle Ste 102<br>Tempe, AZ 85284-1810 |
| Saint-Gobain Performance Plastics Corporation | 31500 Solon Road<br>Solon, OH 44139-3528 |
| Spincraft - WI | 161 Beloit Rd<br>New Berlin, WI 53151 |
| GIS Benefits | 422 Wauponsee St<br>Morris, IL 60450-2215 |
| Plex Systems, Inc | 900 Tower Dr Ste 1500<br>Troy, MI 48098-2855 |
| Park Aerospace Corp.<br>Attn: Amy L. Kornahrens | 486 N Oliver Road Bldg Z<br>Newton, KS 67114-9495 |
| Andrews Laser Works Corporation | 100 Andrews Way<br>Wilder, KY 41071-3612 |
| FedEx | 942 South Shady Grove Road Floor 2<br>Memphis, TN 38120-4117 |
| SBR Administrative Services, LLC | 5225 N Ironwood Rd Ste 204<br>Glendale, WI 53217-4910 |
| Euro-Composites Corp. | 13213 Airpark Drive<br>Elkwood, VA 22718-1703 |
| Team Industrial Services, Inc. | 13131 Dairy Ashford Rd<br>Sugar Land, TX 77478-4396 |
| Wells Fargo Equipment Services | 733 Marquette Ave Ste 700<br>Minneapolis, MN 55402-2356<br><br>600 South 4th St Fl 10<br>Minneapolis, MN 55415-1526 |
| TigHitco LatinoAmerica | Av Comisin Federal de Electricid Zona Industrial del Potos<br>San Luis Potosi Sl 78395 Mexico |
| PPG Aerospace Inc. | 12780 San Fernando Road<br>Sylmar, CA 91342-3728 |
| WEX Bank<br>Attn: Legal Bankruptcy | 1 Hancock Street<br>Portland, ME 04101-4217 |